# St. Matthew's University School of Medicine
## P.O. Box 30992
## Regatta Office Park, Leeward Three
## Grand Cayman KY1-1204, CAYMAN ISLANDS, B.W.I.

Date of Transcript: 2022-06-30

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 574751909 | Danielle Gegas | 941 Clan Ct. Worthington, OH 43085 USA | 2018-01-08 | |

| ECFMG Number | Gender | | Graduation Date | |
|---|---|---|---|---|
| 1-078-442-9 | F | | | |

| Course No. | Course Title | Credits | Grade |
|---|---|---|---|
| **Transfer From:** | **American Univ. of the Caribbean - St. Maarten** | | |
| MD111 | Patient-Doctor Relations I | 2 | TC |
| MD140 | Histology & Cell Biology | 10 | TC |
| MD166 | Developmental and Gross Anatomy | 16 | TC |
| MD243 | Biostatistics and Epidemiology | 4 | TC |
| **Spring 2018** | | | |
| MD122 | Principles of Research and Evidence Based Medicine | 2 | HP |
| MD236 | Genetics | 6 | H |
| MD270 | Biochemistry and Molecular Biology | 10 | HP |
| MD282 | Physiology | 12 | HP |
| **Summer 2018** | | | |
| MD311 | Patient-Doctor Relations II | 2 | HP |
| MD332 | Microbiology & Immunology | 12 | HP |
| MD369 | Neuroscience | 9 | HP |
| MD383 | Behavioral Sciences and Ethics | 13 | HP |
| **Fall 2018** | | | |
| MD411 | Patient-Doctor Relations III | 6 | HP |
| MD468 | Pharmacology | 12 | P |
| MD482 | Pathology I | 12 | P |
| **Spring 2019** | | | |
| MD552 | Pathology II | 10 | P |
| MD562 | Clinical Therapeutics | 2 | H |
| MD582 | Introduction to Clinical Medicine | 8 | HP |
| MD592 | Foundations of Clinical Medicine | 11 | P |
| **Total Credits** | | 127 | |

| Clinical Name | Weeks | Grade |
|---|---|---|
| **Fall 2019** | | |
| Pediatrics | 6 | H |
| OB/GYN | 6 | H |
| **Spring 2020** | | |
| Psychiatry | 6 | H |
| ICMI | 8 | H |
| **Summer 2020** | | |
| Preparing for Modern Clinical Practice | 2 | H |
| Anesthesia | 4 | H |
| **Fall 2020** | | |
| Internal Medicine | 12 | HP |
| **Spring 2021** | | |
| Family Practice | 6 | H |
| Surgery | 12 | HP |
| **Summer 2021** | | |
| Neurology | 4 | H |
| **Fall 2021** | | |
| Neurology | 2 | H |
| Family Medicine Acting Internship | 4 | H |
| **Total Weeks** | 72 | |
| **Overall Gpa** | | 3.19 |

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND     REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the word VOID will appear in alternating rows. A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL!

In accordance with USC 438 (6)(4)(8) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agents, or employees will not permit any other party access to this record without the consent of the student.



**Gloria Miranda-Avila, MBA, Registrar**

THE UNIVERSITY NAME APPEARS IN WHITE PRINT ACROSS THE FACE OF THIS 8 1/2 X11 RECORD



# United States Medical Licensing Examination® (USMLE®)
## Certified Transcript of Scores

This document was prepared by
**Education Commission for Foreign Graduates (ECFMG®)**
3624 Market Street, Philadelphia, Pennsylvania 19104-2685, U.S.A. - Telephone (215) 386-5900

**Recipient:** John Marvin
Chancellor
St. Matthew's University School of Medicine
12124 High Tech Ave., Suite 350
Orlando, FL 32817

**Date:** 09/12/2019

**Examinee:** Gegas, Danielle Marie

**Examinee ID:** I-078-442-9
**Date of Birth:** 04/25/1987

Results for Steps taken by this examinee (and for which results have been reported to date) are shown below. For Steps that span more than one day, the test date reflects the day on which the examination began. Pass/fail outcomes are based upon the minimum passing level in place at the time of test administration and are not altered by subsequent revisions to the minimum passing level. Effective April 1, 2013, test results are reported on a three-digit scale only; two-digit scores reported for prior administrations will no longer be reported. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

## USMLE STEP 1

| Test Date | Pass/Fail | Score | Minimum Pass | Comments |
|---|---|---|---|---|
| 07/22/2019 | Pass | 202 | (194) | |

**End of Exam History**

NOTE: A search of the Physician Data Center of the Federation of State Medical Boards (FSMB) reveals no reported information on this examinee.

THIS DOCUMENT DOES NOT INDICATE WHETHER THE ABOVE-NAMED EXAMINEE IS CERTIFIED BY ECFMG, WHICH IS REQUIRED OF GRADUATES OF INTERNATIONAL MEDICAL SCHOOLS FOR ENTRY INTO ACGME-ACCREDITED GRADUATE MEDICAL EDUCATION PROGRAMS. SUCH INFORMATION MAY BE OBTAINED DIRECTLY FROM ECFMG IN PHILADELPHIA, PA.

Patent #5,636,874



TouchSafe®



# St. Matthew's University
# School of Medicine

12124 High Tech Avenue, Suite 290
Orlando, Florida 32817

Tel. (407) 488-1700 | Fax (407) 488-1702
www.stmatthews.edu



Medical Student Performance Evaluation (MSPE)
**Danielle Gegas**
ECFMG # 1-078-442-9
AAMC # 12954992

## Identifying Information

Danielle Gegas is a student at St. Matthew's University School of Medicine in Grand Cayman, Cayman Islands, British West Indies.

## Noteworthy Characteristics

- Danielle's steadfast and focused commitment to the study of medicine is reflected by her tenacious and successful completion of her education despite multiple events of adversity. These include the devastation of Sint Maarten Island due to Hurricane Irma in 2017 and her proactive efforts to maintain academic progress in clinical clerkships during the COVID-19 pandemic.
- Danielle exemplified maturity and dependability during her clinical rotations. She fulfilled her responsibilities in an exceptional manner. This was reflected when she was the sole medical student at times in the NICU during her Pediatrics rotation. In addition, she was one of two students who chose to stay at the end of her OB/GYN rotation to help with high patient volume in the clinic, and she was the medical student most often relied upon for emergency operations during her Surgical rotation.
- Danielle embodies poised leadership as reflected in her work as a research associate at Nationwide Children's Hospital in Columbus, Ohio. As part of the Genetics team working with cardiac anomalies, Danielle was responsible for critical, time-sensitive milestone checks as the patient was undergoing surgery. As an integral part of the surgical team, she was the single point of accountability providing confirmatory test results within minutes and a recognized leader.

## Academic History

| | |
|---|---|
| Date of Initial Matriculation in Medical School: American Univ. of the Caribbean - St. Maarten | 2016-05-01 |
| Date of Initial Matriculation in Medical School | 2018-01-08 |
| Anticipated Date of Graduation from Medical School | 2021-12-25 |
| Please explain any extensions, leave(s), gap(s) or break(s) in the student's educational program: | Not applicable |
| Information about the student's prior, current, or expected enrollment in, and the month and year of the student's expected graduation from dual, joint, or combined degree programs. | Not applicable |
| Was the student required to repeat or otherwise remediate any coursework during their medical education? If so, please explain | No |
| Was the student the recipient of any adverse action(s) by the medical school or its parent company? | No |

| | | |
|---|---|---|
| USMLE Step 1 | 2019-07-22 | 202 |
| USMLE Step 2 CK | *Pending* | *Pending* |
| USMLE Step 2 CS | * | |

\* At the time of writing this MSPE the USMLE Step-2 CS exam was not available for reasons related to the COVID-19 pandemic and the closure of prometric centers. Some students will not have a traditional USMLE Step-2 CS score. In keeping with the guidelines of the ECFMG, St. Matthew's University instituted a policy requiring students to document their clinical skills through the Mini-Clinical Evaluation Exercise (Mini-CEX) either witnessed through in-hospital examinations while on rotation or university-approved OSCE programs. The Occupational English Test (OET) Medicine is being used to satisfy the Spoken English language proficiency (SEP) requirement.

## Academic Progress

The student's medical experience was impacted by the COVID-19 pandemic. St. Matthew's University utilized virtual/remote electives during this time that were delivered via our Learning Management System and assessed as Pass/Fail. Individual preceptor evaluation comments are reflected as part of each clerkship's summary below.

This student's academic experience was affected by the COVID-19 pandemic; please see the Academic Progress section for more details.

### Professional Performance

Danielle Gegas has met all the stated objectives for professionalism at St. Matthew's University School of Medicine. Throughout their medical school education, we have assessed all students' commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their

professional lives. More specifically, each SMU student is expected to: show compassion in the treatment of patients and respect for their privacy, dignity and beliefs; demonstrate personal integrity, ethical behavior and altruism; exhibit dependability and responsibility; acknowledge and accept the limitations in his or her knowledge and clinical skills; demonstrate the ability to deal with uncertainty; demonstrate skills in effectively reconciling conflicts; demonstrate the ability to identify and utilize effective personal coping strategies; and develop sensitivity to discuss the ethical issues involved in clinical practice and the use of human subjects in clinical research.

### Pre-Clinical Coursework
Danielle Gegas successfully completed the Basic Science portion of her medical education, which is graded as Honors, High Pass, Pass, and Fail.

### Core Clerkships (in chronological order)
All core clerkships are completed at affiliated clinical sites, each of which has an ACGME-accredited residency training program (for U.S. clerkships) or in an RCPSC or CFPC-accredited program (for Canadian clerkships). Clerkships are uniformly graded on the basis of: Faculty Evaluation (30%), Clerkship Exam: (40%), Engaged Learning Experience (10%), Patient Notes (10%), and Patient Logs (10%). Grading for the core clerkships was not altered due to the COVID-19 pandemic. In some instances, students experienced scheduling gaps in their clerkships due to the COVID-19 pandemic, as noted below.

| **Pediatrics Core** | **6 Weeks** | **2019-10-14 > 2019-11-22** |
|---|---|---|
| Student Grade: | **Honors** | |
| Affiliated Site: | **Wyckoff Heights Medical Center, Brooklyn, NY** | |
| Preceptor of Record: | **Dr. Tatyana Grosman** | |

*"Responsible and mature student with strong academic knowledge. Just needs to improve her test-taking skills."*



**OB/Gyn Core**  **6 Weeks**  **2019-11-25 >2020-01-03**

Student Grade:  **Honors**

Affiliated Site:  **Wyckoff Heights Medical Center, Brooklyn, NY**

Preceptor of Record:  **Dr. Ana Munoz-Matta**

*"Good bedside manners."*



**Psychiatry Core**  **6 Weeks**  **2020-02-03 > 2020-03-13**

Student Grade:  **Honors**

Affiliated Site:  **St. Johns Episcopal Hospital, Far Rockaway, NY**

Preceptor of Record:  **Dr. Lokesh Reddy**

*"Danielle is a very good student. She has a good fund of knowledge. She is caring and compassionate."*



**Internal Medicine Core**        **12 Weeks**        **2020-10-12 > 2021-01-01**

| | |
|---|---|
| Student Grade: | **High Pass** |
| Affiliated Site: | **AdventHealth Orlando / Florida Hospital, Orlando, FL** |
| Preceptor of Record: | **Dr. Byron Mata** |

*The candidate exceeded all clinical expectations on which they could be evaluated.*



**Surgery Core**        **12 Weeks**        **2021-02-22 > 2021-05-14**

| | |
|---|---|
| Student Grade: | **High Pass** |
| Affiliated Site: | **AdventHealth Orlando / Florida Hospital, Orlando, FL** |
| Preceptor of Record: | **Dr. Francisco Halili** |

*"Danielle is an excellent medical student. Works hard; always wants to learn. Excellent bedside manner. Studies hard. Patients and staff love her. Will be a great physician."*



**Elective Clerkships (in chronological order)**

Clerkship grading is based on Faculty Evaluation (90%) and Patient Logs (10%). Elective clerkships are completed in the U.S. and Canada (UK). U.S. and Canadian/U.K. elective clerkships are University affiliated. Due to the COVID-19 pandemic, students were permitted to participate in non-hospital-based electives as described in the relevant narratives. All non-hospital-based electives were delivered virtually and were assessed by a combination of faculty evaluation, written assignments, student presentations, synchronous discussions, and/or standardized patient encounters as described below. Clerkship grading for non-hospital-based electives is based on Faculty Evaluation (100%).

**ICMI Elective \***   **8 wks**   **2020-04-06 > 2020-05-29**
Student Grade:   **Honors**
Clinical Site:   **Orlando, FL**
*"Student demonstrated persistence, adaptability, and flexibility during a complex and evolving time period caused by COVID-19 crisis. The student's article has been identified as a publication-quality work and it has been suggested that the student pursue publication."*

**Preparing for Modern**   **2 wks**   **2020-06-15 > 2020-06-26**
**Clinical Practice Elective \***
Student Grade:   **Honors**
Clinical Site:   **Orlando, FL**
*"Danielle was the star of my course! She processed the discussions at a very personal level and you could literally "see the mental wheels spinning" as she was reflectively formulating her responses. Her written assignment material was very mature and creative. She asked great questions and gave great responses to others in the group. Her dynamic of interacting with her fellow course participants was wonderful and non-judgmental. She already has the requisite qualities of a superb and mature resident. Patients will love her."*

**Anesthesia Elective**   **4 wks**   **2020-08-03 > 2020-08-28**
Student Grade:   **Honors**
Clinical Site:   **Jackson Park Hospital, Chicago, IL**
*"Very hard working, attentive to detail and reliable."*

**Family Practice Elective**   **6 wks**   **2021-01-04 > 2021-02-12**
Student Grade:   **Honors**
Clinical Site:   **AdventHealth Orlando / Florida Hospital, Orlando, FL**
*"Very professional; attentive; great to work with and definitely will be a good candidate for residency."*

**Neurology Elective**   **4 wks**   **2021-08-23 > 2021-09-17**
Student Grade:   ***Pending***
Clinical Site:   **AdventHealth Orlando / Florida Hospital, Orlando, FL**
*Preceptor Comments Pending*

# SUMMARY

## Academic Standing

| Appendix A compares the student's final percentage grade in each Basic Science course to the class average in the course. | Appendix B compares the student's overall GPA (across the entire curriculum) to that of all other students. |
|---|---|
|  | |

Danielle has proven to herself and to others that she is a highly capable student who is focused and performs well in all circumstances. She has demonstrated an understanding and proficiency in each of our school's core competencies. She has earned high praise in all of her clinical rotations and demonstrated overall excellence relative to her peers. Based on her documented strong past summative and formative evaluation performance,

Danielle's CV is outstanding for any medical student. Her gene therapy research experience was impressive. I love how well rounded she is. Anyone who has the experience in coaching that Danielle has, understands team dynamics. Almost universally that translates into how these students function in a residency program. Danielle was in my online course (transition to residency) during COVID when the core hospitals were closed to students. She was always prepared, engaged in the discussions and provided perspectives that were quite different from her classmates. I enjoyed having her in my class. I predict that she will carry these strengths into her residency training and contribute greatly to the program, her colleagues, her teachers and her patients. Danielle's transcript documents that she is a truly outstanding student in every way.

I am available at your convenience to provide any additional information you may need. Please feel free to email me.


David Salter, MD, FRCS(c), FACS, FACC
Dean of Clinical Sciences
Chairman of the Department of Surgery
dsalter@stmatthews.edu

**Appendix C**
**Medical School Information**

**(1) St. Matthew's University School of Medicine**
  **(Grand Cayman, Cayman Islands, British West Indies)**

Founded in 1997, St. Matthew's University School of Medicine (SMU) is accredited by the Accreditation Commission of Colleges of Medicine (ACCM), the agency designated by the Government of the Cayman Islands as its official medical school accrediting agency. The US Department of Education's National Committee on Foreign Medical Education and Accreditation (NCFMEA) recognizes the ACCM as using accreditation standards similar to the accrediting body for medical schools in the United States. The ACCM has had a comparability determination from the US Department of Education's National Committee on Foreign Medical Education (NCFMEA) continuously since 2002.  In 2013, St. Matthew's University achieved a six-year accreditation from the ACCM, which is the longest accreditation period available under their protocol.  SMU's accreditor has received recognition from the World Federation for Medical Education (WFME), the organization specifically identified by the ECFMG as setting the standard for "globally acceptable criteria".

St. Matthew's is approved by the New York State Education Department and licensed by the Commission for Independent Education, Florida Department of Education. SMU also boasts recognition from the Educational Commission for Foreign Medical Graduates (ECFMG).  Our students achieve exceptional scholastic and professional results.  For example, the USMLE Step 1 first attempt pass rate was 97% for SMU students in 2016.

**(2) Specific programmatic emphases, strengths, mission(s), or goals(s) of St. Matthew's University School of Medicine**

St. Matthew's University School of Medicine has a mission to provide students of diverse backgrounds and cultures the opportunity to acquire the medical and clinical expertise needed for a successful career as a practicing clinician along with the skills and confidence needed to critically evaluate and apply new information with a high level of clinical competency. Many graduates come equipped with post-graduate degrees including MBAs. Students in general are older, more mature, and bring a strong work ethic to the work place.  Students are frequently interested in providing care to medically under-served communities and SMU strives to provide quality education focused both on the success of our students and on patient-centered care.

The medical students at St. Matthew's University begin their clinical exposure in the basic science years where they gain early hospital experience in collaboration with the Cayman Islands' two state-of-the-art hospitals. Students visit these hospitals, shadow local teaching physicians, make patient rounds, and learn how to review charts with physicians and nurses.

The students receive skills training from their first semester through a Student Development Course that provides study skills, exam strategies, peer support, and stress management. The school has a Center for Learning Enhancement, which offers special group and one-on-one faculty reviews and tutoring and student academic coaches. St. Matthew's University School of Medicine prides itself on its low student to faculty ratio by limiting incoming class sizes to a maximum of 50 students and allowing for close

student-teacher interactions. After completing their basic science education in the Cayman Islands, students pursue their clinical science education in the United States, Canada, and/or the United Kingdom.

Documentation of realization of the educational program objectives at SMU is monitored through the achievement of specific competencies. Demonstration of knowledge, skills, behaviors and attitudes are requisite for competency achievement. There are multiple competencies (Patient Care, Scientific and Medical Knowledge, Lifelong Learning Scholarship and Collaboration, Professionalism, Communication and Interpersonal Skills, Social and Community Context of Healthcare) associated with each course and achievement of each of these is monitored. In the case that a competency is not achieved, specific and appropriate remediation is required. Additionally, there are multiple points in the curriculum where individual competencies are addressed. Successful completion of the curriculum requires that students achieve competency in all designated areas prior to graduation.

**(3) Unusual characteristics of the medical school's educational program, including the timing of preclinical/basic science coursework, core clinical clerkships, and elective rotations.**

The St. Matthew's University School of Medicine Basic Science program capitalizes on small group interactive learning (team-based learning), incorporates the principles of the "flipped classroom", introduces extensive participation in clinical skills training early in the curriculum, student peer teaching opportunities, critical appraisal of the primary literature, all lectures recorded and archived, early introduction of critical judgment based on evidence, clinical case scenarios in each basic science course with the practical application of basic scientific principles to medical problem-solving, and early clinical shadowing experience.

In addition to Clinical "Block Rotations", SMU offers interactive online web-based training in the Clinical years via an online Learning Management system. This enables SMU to provide learning resources managed by faculty that are tailored for our students, to communicate with the students effectively, and to track their progress through modules and other assignments. Each week the students are assigned cases in the MedU courses that provide peer reviewed teaching modules based on virtual patients for each of the core rotations. These cases "are designed to provide comprehensive coverage of nationally accepted curricula." Clinical faculty review the reflections on these cases weekly through an online student forum. Each student is required to submit a log of patient encounters on each core and elective rotation wherein they document their clinical encounters. Students also write patient notes based on the I.C.E. component of the USMLE Step 2 CS examination which along with the logs and the MedU assignments are graded with weekly feedback weekly from the Clinical Department Chairs.

**(4) The average length of enrollment of students in this graduating class, from initial matriculation until graduation.** 4 years

SMU's curriculum may be completed in as little as 10 semesters or approximately 3 1/3 years, with most students completing the program within 4 years.

**(5) Compliance with the AAMC "Guidelines for Medical Schools Regarding Academic Transcripts"**

St. Matthew's University School of Medicine functions in accordance with each of the recommendations outlined by the American Association of Collegiate Registrars and Admissions Officers (AACRAO) in their publication approved by the AAMC GSA Steering Committee May 2016. Student information is

managed through a secure and comprehensive Student Information System. The school also complies with the recommendations of the Family Education Rights and Privacy Act (FERPA) as outlined by the U.S. Department of Education.

**(6) The evaluation system used at the medical school, including a "translation" of the meaning of the grades received by the student.**

All courses, including core clinical clerkships and elective rotations, are graded on the following scale: Honors (H 90-100%), High Pass (HP 80-89%), Pass (P 70-79%), and Fail (F <70%). Basic Science courses typically have five examinations, with the NBME subject exam serving as the final exam. Core Clerkship grades are composed of weighted scores from Preceptor Evaluations, NBME Subject Exams, Integrated Clinical Encounter based Patient Notes, Patient Logs Mid-Clerkship Evaluations and Structured Case Studies. During the clinical phase of the curriculum, faculty observation is used to assess the students' performance, and documented on the Competency-based Evaluation form. Each element is scored with a rubric that specifies criteria for "Exceeding Expectations", Meeting Expectations", and "Below Expectations" with descriptors for each level of performance. In addition, the preceptors observe and assess student performance on the patient presentations. The weekly Patient Notes are assessed by the office of the Dean, Clinical Medicine, and student performance in understanding societal needs and demands on healthcare are included in the feedback. The Structured Case Studies are reviewed with feedback each week by the respective core Department Chairs. The core clinical evaluation components and weights are: - Faculty Evaluation (30%), Clerkship Exam: (40%), Engaged Learning Experience (10%), Patient Notes (10%), and Patient Logs (10%).

Elective rotation grades are composed of weighted scores based on the supervising preceptor and Patient Logs with medical reflections. The elective clinical evaluation components and weights are: - Faculty Evaluation (90%) and Patient Logs (10%). The supervising preceptor evaluates the clinical competences and personal characteristics including the student's ability to collect and organize a meaningful history, ability to perform a thorough and accurate physical, ability to organize and access data, self-learning, technical skills, interpersonal relations with patients and the healthcare team, diligence, thoroughness, and reliability. For all clinical rotations, students must pass all components of the clinical evaluation in order to pass the course.

**(7) Medical school requirements regarding a student's successful completion of USMLE Step 1 and Step 2 for promotion and/or graduation.**

| USMLE Step 1: | | NBME Shelf Exams: | | USMLE Step 2 CS and 2 CK | |
|---|---|---|---|---|---|
| ✓ | Required for promotion | ✓ | Required for completion of course | ✓ | Required for promotion |
| ✓ | Required for graduation | ✓ | Required for completion of clerkship | ✓ | Required for graduation |

**(8) The use of Objective Structured Clinical Evaluations (OSCEs) in the assessment of St. Matthew's University School of Medicine's students.**

Performance-based assessment of clinical skills is achieved through multiple Objective Structured Clinical Evaluations (OSCE) using standard assessment forms to evaluate various clinical skills of students in the following courses: - Patient-Doctor I, Patient-Doctor II, Patient-Doctor III and Introduction to Clinical Medicine. OSCEs are also used in the Behavioral Science and Ethics course. The 4th semester shortened OSCEs are both formative and summative, as students must successfully complete to pass the course.

Upon completion of the fifth semester, prior to taking USMLE Step I the school provides a comprehensive clinical skills examination to all students. The 5th semester OSCE has both formative and summative components. After the OSCE, each student receives formative individualized feedback regarding their performance. Written feedback is supplied to each student and includes a personalized performance analysis, and written comments on each standardized patient. This personalized performance analysis includes the complete checklist for each case, with their score on each item. This feedback also contains a summary of their performance by history taking, physical exam, communication skills, and spoken English components. Verbal feedback is individualized, with a physician instructor discussing both case-specific items as well as the student's strengths and weaknesses during the OSCE. The student must pass the OSCE in order to pass the course. USMLE Step I must be passed to advance to clinical rotations.

**(9) The use of narrative comments from medical school course, clerkship, or elective directors in the composition of the MSPE.**

Comments are edited for length, grammar, and redundancy but not for content. The summative faculty evaluations are presented in such a way that they are easily readable and reflect the true spirit of the assessment of each student by core, elective and course faculty. Where possible the comments are framed within the context of the school's competencies.

**(10) The process by which the MSPE is composed at St. Matthew's University School of Medicine**

Each student's performance data within the Student Information System (SIS) is retrieved, reviewed and organized within the format of the MSPE. Once the draft MSPE is created each student is given an opportunity to review the MSPE for accuracy – particularly the noteworthy characteristics. The MSPE is reviewed by the Dean of Clinical Sciences and the Associate Dean of Clinical Sciences. In some instances, clarification of Basic Science evaluations is done by the Dean of Basic Sciences. The Medical School Information was created through the Chancellor, the Registrar, the Basic Sciences Dean, the Clinical Sciences Dean and the Associate Dean of Clinical Sciences to ensure precision and accuracy.

**(11) Are students permitted to review the MSPE prior to its transmission?**

Yes

**(12) Is the St. Matthew's University curriculum delivered in English?**

Yes



NBME® subject examinations provide medical schools with a tool for measuring examinees' understanding of the clinical sciences. Although these examinations are designed to be broadly appropriate as part of overall examinee assessment, course objectives vary across schools, and the congruence between subject examination content and course objectives should be considered when interpreting test scores and determining grading standards. Specifically, subject examination scores should not be used alone, but rather in conjunction with other indicators of examinee performance in determination of grades.

## CCSE Scores

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 Clinical Knowledge (CK) cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. The CCSE score represents an estimate of an examinee's performance on the USMLE® Step 2 CK if he/she had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of future performance on Step 2 CK.  Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than the estimated score.

## Precision of Scores

Measurement error is present on all tests, and the standard error of estimate (SEE) provides an index of the (im)precision of scores. If an examinee tested repeatedly under the same conditions on a different set of items covering the same content, his/her CCSE score would fall within one SEE of the current score two-thirds of the time. The SEE on this exam is 9 points.

## Score and Performance Feedback

Summary information on the examinee group tested, examination purpose and number of items scored is provided on each page of the feedback. The _Roster of CCSE Scores_ reports a total test score for each examinee. Reported scores also appear in a comma separated text file that can be downloaded. An _Examinee Performance Profile,_ which graphically displays content areas of strength and weakness, is provided for each examinee.

If there were at least 2 examinees, _CCSE Score Descriptive Statistics_ for reported scores are provided along with a _Frequency Distribution_ of the total test score. If there were at least 5 examinees for a single form administration, a detailed _Content Area Item Analysis Report_ summarizing the general content of each item on the exam along with group item performance is provided. Content area item descriptors and group item performance also appear in a file that can be downloaded. If there were at least 5 examinees for a single form administration or 10 examinees for a multiple form administration, a _Summary Content Area Item Analysis Report_ is provided.

If there were at least 15 examinees, a _School Summary Performance Profile_, which graphically displays areas of strength and weakness in each major content area for your specific test administration, is provided.

## Norms

Total academic year norms are provided to aid in the interpretation of examinee performance. The norms reflect the performance of first-time taker examinees who took a form with a test purpose code of 'end-of-course', 'end-of-year', or 'other'. The two most recent sets of norms that have been developed for this examination are provided for your convenience and are reported on the CCSE score scale. Norms can also be found on NSP.



## Interpreting Academic Norms

- Norms are provided to aid in the interpretation of examinee performance.
- They make it possible to compare examinees' scores with the performance of a norm group.
- Norm group characteristics:
  - Examinees from LCME-accredited medical schools who took a form of this examination with a test purpose code of 'end-of-course', 'end-of-year', or 'other' for the first time during the academic years from mm/dd/yyyy through mm/dd/yyyy.

| Academic Years | Number of Schools | Number of Examinees | Mean | SD |
|---|---|---|---|---|
| yyyy-yyyy | 21 | 3,056 | 215.3 | 24.8 |

## Using the Table

- To use the table, locate an examinee's score in the column labeled "CCSE Score" and note the entry in the adjacent column labeled "Percentile Ranks." This number indicates the percentage of examinees that scored at or below the examinee's CCSE score.

| CCSE Score | Percentile Ranks | CCSE Score | Percentile Ranks |
|---|---|---|---|
| 274 and above | 100 | 205 | 34 |
| 271 | 100 | 202 | 30 |
| 268 | 100 | 199 | 26 |
| 265 | 99 | 196 | 22 |
| 262 | 98 | 193 | 18 |
| 259 | 98 | 190 | 15 |
| 256 | 96 | 187 | 13 |
| 253 | 95 | 184 | 11 |
| 250 | 93 | 181 | 9 |
| 247 | 91 | 178 | 8 |
| 244 | 89 | 175 | 6 |
| 241 | 85 | 172 | 5 |
| 238 | 82 | 169 | 4 |
| 235 | 78 | 166 | 3 |
| 232 | 74 | 163 | 2 |
| 229 | 70 | 160 | 2 |
| 226 | 66 | 157 | 1 |
| 223 | 62 | 154 | 1 |
| 220 | 57 | 151 | 1 |
| 217 | 51 | 148 | 1 |
| 214 | 47 | 145 | 1 |
| 211 | 43 | 142 | 1 |
| 208 | 38 | 139 and below | 0 |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 15, 2021**

## YOUR PERFORMANCE

### Your CCSE Score

# 208

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 200 – 216**

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**

**Name: Gegas Danielle**

**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 15, 2021**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**℠

ID: 574751909     Test Date: July 15, 2021
Name: Gegas Danielle
104010 - St. Matthew's Univ (Grand Cayman)

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | S | | Lo | | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | | Hi | | Av | |
| Respiratory System | (8 - 10%) | | S | | | Av | |
| Gastrointestinal System | (8 - 9%) | | S | | | Av | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | | S | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | | S | | Lo | | |
| Behavioral Health | (7 - 8%) | | S | | Lo | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | S | | Lo | | |
| Female Reproductive & Breast | (6 - 6%) | | S | | Lo | | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | Lo | | |
| Endocrine System | (5 - 6%) | | S | | Lo | | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | | Av | |

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | S | | Lo | | |
| Pediatrics | (22 - 26%) | | S | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | Lo | | | Lo | | |
| Psychiatry | (10 - 15%) | | S | | | Av | |

Exhibit D: Plaintiff CCSE Results     003



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: September 2, 2021**

## YOUR PERFORMANCE

### Your CCSE Score

# 211

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 203 – 219**

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**℠

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: September 2, 2021**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | 🟩 | | 🟦 | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | 🟩 | | 🟦 | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | 🟩 | | 🟦 | | |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT

**NBME**℠

**ID: 574751909**

**Test Date: September 2, 2021**

**Name: Gegas Danielle**

**104010 - St. Matthew's Univ (Grand Cayman)**

## Performance by System

| | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | S | | | Av | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | Lo | | |
| Respiratory System | (8 - 10%) | | S | | Lo | | |
| Gastrointestinal System | (8 - 9%) | | S | | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | | S | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | | S | | Lo | | |
| Behavioral Health | (7 - 8%) | | | Hi | Lo | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | S | | Lo | | |
| Female Reproductive & Breast | (6 - 6%) | | S | | | Av | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | | Av | |
| Endocrine System | (5 - 6%) | | S | | | Av | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | | Av | |

## Performance by Discipline

| | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | | Hi | Lo | | |
| Pediatrics | (22 - 26%) | | S | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | | S | | Lo | | |
| Psychiatry | (10 - 15%) | | | Hi | | Av | |

Exhibit D: Plaintiff CCSE Results

007

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results                                    008

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**®

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: October 22, 2021**

## YOUR PERFORMANCE

**Your CCSE Score**

# 210

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 202 – 218**

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: October 22, 2021**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | ■ | | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME®**

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: October 22, 2021**

## Performance by System

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | S | | | Av | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | | Av | |
| Respiratory System | (8 - 10%) | | S | | Lo | | |
| Gastrointestinal System | (8 - 9%) | | S | | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | | S | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | | S | | Lo | | |
| Behavioral Health | (7 - 8%) | | S | | Lo | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | S | | | Av | |
| Female Reproductive & Breast | (6 - 6%) | | S | | Lo | | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | Lo | | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | Lo | | |
| Endocrine System | (5 - 6%) | | | Hi | | Av | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | Lo | | |

## Performance by Discipline

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | S | | Lo | | |
| Pediatrics | (22 - 26%) | | S | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | | S | | Lo | | |
| Psychiatry | (10 - 15%) | | S | | Lo | | |

Exhibit D: Plaintiff CCSE Results
011



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) | |
|---|---|---|
| Patient Care: Diagnosis | (45 - 48%) | |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) | |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) | |

| System | (% Items Per Test) | |
|---|---|---|
| Cardiovascular System | (10 - 11%) | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | |
| Respiratory System | (8 - 10%) | |
| Gastrointestinal System | (8 - 9%) | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | |
| Nervous System and Special Senses | (8 - 8%) | |
| Behavioral Health | (7 - 8%) | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | |
| Female Reproductive & Breast | (6 - 6%) | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | |
| Endocrine System | (5 - 6%) | |
| Multisystem Processes & Disorders | (5 - 5%) | |

| Discipline | (% Items Per Test) | |
|---|---|---|
| Medicine | (54 - 66%) | |
| Surgery | (26 - 40%) | |
| Pediatrics | (22 - 26%) | |
| Obstetrics & Gynecology | (17 - 19%) | |
| Psychiatry | (10 - 15%) | |



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: December 18, 2021**

## YOUR PERFORMANCE

### Your CCSE Score

# 223

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 215 – 231**



**ID: 574751909**                                          **Test Date: December 18, 2021**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME®**

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: December 18, 2021**

## Performance by System

| Performance by System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | | Hi | | Av | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | | Av | |
| Respiratory System | (8 - 10%) | | | Hi | | Av | |
| Gastrointestinal System | (8 - 9%) | | S | | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | Lo | | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | | S | | | Av | |
| Behavioral Health | (7 - 8%) | | S | | | Av | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | Lo | | | Lo | | |
| Female Reproductive & Breast | (6 - 6%) | | S | | Lo | | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | Lo | | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | | | Hi |
| Endocrine System | (5 - 6%) | | S | | | Av | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | Lo | | |

## Performance by Discipline

| Performance by Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | S | | Lo | | |
| Pediatrics | (22 - 26%) | | S | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | Lo | | | Lo | | |
| Psychiatry | (10 - 15%) | | | Hi | | Av | |

Exhibit D: Plaintiff CCSE Results

015



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: May 16, 2022**

## YOUR PERFORMANCE

**Your CCSE Score**

# 214

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 206 – 222**

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT



**ID: 574751909**  **Test Date: May 16, 2022**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME**®

**ID: 574751909**  **Test Date: May 16, 2022**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## Performance by System

| | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Cardiovascular System | (10 - 11%) | | S | | Lo | | |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) | | S | | | Av | |
| Respiratory System | (8 - 10%) | | S | | Lo | | |
| Gastrointestinal System | (8 - 9%) | | | Hi | Lo | | |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) | | S | | Lo | | |
| Nervous System and Special Senses | (8 - 8%) | Lo | | | Lo | | |
| Behavioral Health | (7 - 8%) | | S | | Lo | | |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) | | | Hi | | Av | |
| Female Reproductive & Breast | (6 - 6%) | | S | | | Av | |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) | | S | | | Av | |
| Renal & Urinary System & Male Reproductive | (6 - 6%) | | S | | Lo | | |
| Endocrine System | (5 - 6%) | | S | | Lo | | |
| Multisystem Processes & Disorders | (5 - 5%) | | S | | | Av | |

## Performance by Discipline

| | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Medicine | (54 - 66%) | | S | | Lo | | |
| Surgery | (26 - 40%) | | | Hi | Lo | | |
| Pediatrics | (22 - 26%) | Lo | | | Lo | | |
| Obstetrics & Gynecology | (17 - 19%) | | S | | Lo | | |
| Psychiatry | (10 - 15%) | | S | | Lo | | |



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results                                    020

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

## SCORE REPORT



**NBME**®

ID: 574751909
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 8, 2022**

## YOUR PERFORMANCE

**Your CCSE Score**
# 220

Because the Comprehensive Clinical Science Examination (CCSE) and the United States Medical Licensing Examination® (USMLE®) Step 2 CK cover very similar content, CCSE performance can be used in conjunction with other information to assess readiness for Step 2 CK. Your CCSE score represents an estimate of your performance on Step 2 CK if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CCSE is not a guarantee of your future performance on Step 2 CK. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 2 CK score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 2 CK scores for examinees from US and Canadian medical schools taking Step 2 CK for the first time between July 1, 2019 and June 30, 2020. Reported scores range from 1-300 with a mean of 245 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CCSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CCSE score +/- SEE: 212 – 228**



**ID: 574751909**  **Test Date: July 8, 2022**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CCSE examination. The percentage range of items in each content area on the CCSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

### Strengths and Weaknesses Relative to Your Overall Performance on This Exam

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CCSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CCSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CCSE performance.

### Strengths and Weaknesses Relative to a Step 2 CK Comparison Group

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 2 CK for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Patient Care: Diagnosis** | **(45 - 48%)** | | ■ | | ■ | | |
| **Patient Care: Pharmacotherapy, Intervention & Management** | **(32 - 35%)** | | ■ | | ■ | | |
| **Patient Care: Health Maintenance & Disease Prevention** | **(9 - 10%)** | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE CLINICAL SCIENCE EXAMINATION

SCORE REPORT

**NBME®**

**ID: 574751909**
**Name: Gegas Danielle**
**104010 - St. Matthew's Univ (Grand Cayman)**

**Test Date: July 8, 2022**

## Performance by System

| | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Cardiovascular System** | **(10 - 11%)** | | ■ | | | ■ | |
| **Immune, Blood and Lymphoreticular Systems** | **(9 - 9%)** | | ■ | | ■ | | |
| **Respiratory System** | **(8 - 10%)** | | ■ | | ■ | | |
| **Gastrointestinal System** | **(8 - 9%)** | ■ | | | ■ | | |
| **Musculoskeletal Syst/Skin & Subcutaneous Tissue** | **(8 - 8%)** | ■ | | | ■ | | |
| **Nervous System and Special Senses** | **(8 - 8%)** | | ■ | | ■ | | |
| **Behavioral Health** | **(7 - 8%)** | | | ■ | ■ | | |
| **Legal/Ethical, Professionalism, System-based Practice, Pt Safety** | **(7 - 8%)** | | ■ | | ■ | | |
| **Female Reproductive & Breast** | **(6 - 6%)** | ■ | | | ■ | | |
| **Pregnancy, Childbirth & the Puerperium** | **(6 - 6%)** | | ■ | | ■ | | |
| **Renal & Urinary System & Male Reproductive** | **(6 - 6%)** | | ■ | | | ■ | |
| **Endocrine System** | **(5 - 6%)** | | ■ | | ■ | | |
| **Multisystem Processes & Disorders** | **(5 - 5%)** | | | ■ | ■ | | |

## Performance by Discipline

| | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| **Medicine** | **(54 - 66%)** | | ■ | | ■ | | |
| **Surgery** | **(26 - 40%)** | ■ | | | ■ | | |
| **Pediatrics** | **(22 - 26%)** | | ■ | | ■ | | |
| **Obstetrics & Gynecology** | **(17 - 19%)** | | ■ | | ■ | | |
| **Psychiatry** | **(10 - 15%)** | | | ■ | | ■ | |

Exhibit D: Plaintiff CCSE Results

023



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Patient Care: Diagnosis | (45 - 48%) |
| Patient Care: Pharmacotherapy, Intervention & Management | (32 - 35%) |
| Patient Care: Health Maintenance & Disease Prevention | (9 - 10%) |

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (10 - 11%) |
| Immune, Blood and Lymphoreticular Systems | (9 - 9%) |
| Respiratory System | (8 - 10%) |
| Gastrointestinal System | (8 - 9%) |
| Musculoskeletal Syst/Skin & Subcutaneous Tissue | (8 - 8%) |
| Nervous System and Special Senses | (8 - 8%) |
| Behavioral Health | (7 - 8%) |
| Legal/Ethical, Professionalism, System-based Practice, Pt Safety | (7 - 8%) |
| Female Reproductive & Breast | (6 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (6 - 6%) |
| Renal & Urinary System & Male Reproductive | (6 - 6%) |
| Endocrine System | (5 - 6%) |
| Multisystem Processes & Disorders | (5 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (54 - 66%) |
| Surgery | (26 - 40%) |
| Pediatrics | (22 - 26%) |
| Obstetrics & Gynecology | (17 - 19%) |
| Psychiatry | (10 - 15%) |

Exhibit D: Plaintiff CCSE Results

024

# DANIELLE M. GEGAS

dgegas@stmatthews.edu | (614) 406 – 7093

## Education

ST. MATTHEW'S UNIVERSITY (SMU) SCHOOL OF MEDICINE (GRAND CAYMAN)
**DOCTOR OF MEDICINE** │ January 2018 – Present
Anticipated graduation pending

AMERICAN UNIVERSITY OF THE CARIBBEAN (AUC) SCHOOL OF MEDICINE (SINT MAARTEN)
**DOCTOR OF MEDICINE STUDENT** │ December 2015 – September 2017
Student of the M.D. Program, 2016 – 2017
Student of the Medical Education Readiness Program, 2015 – 2016

MIAMI UNIVERSITY OF OHIO (OXFORD, OHIO)
**BACHELOR OF ARTS IN MICROBIOLOGY** │ 2005 – 2009
Minor in Molecular Biology with additional focus in Biochemistry

## Work Experience

**GENE THERAPY RESEARCH ASSOCIATE** │ **MAY 2012 – DECEMBER 2015**
NATIONWIDE CHILDREN'S HOSPITAL (COLUMBUS, OHIO)
Lead quality control associate for testing of FDA-regulated samples in congenital heart defect surgeries with use of tissue-engineered grafts. Additionally, quality control associate for testing and analysis of in-house cGMP-produced viral vectors for use in Phase I/II gene therapy clinical trials.
*Notable Contributions*
1. First FDA-approved clinical trial in investigating the use of a tissue-engineered vascular graft (TEVG) for congenital heart defects in the pediatric population
2. First FDA-approved treatment for Duchenne Muscular Dystrophy (DMD)
3. First FDA-approved treatment for DMD with mutation amenable to exon 53 skipping
4. First FDA-approved gene therapy for Spinal Muscular Atrophy (SMA) in children less than 2 years old

**CHEMIST** │ **MAY 2009 – MAY 2012**
BOEHRINGER INGELHEIM PHARMACEUTICALS (COLUMBUS, OHIO)
Member of the research development team for quality control testing of raw materials in newly developed or newly manufactured products. Worked in the Starting Materials Quality Control Department responsible for general chemistry testing to confirm identity and purity of raw materials prior to manufacturing in production.

**MICROBIOLOGIST INTERN** │ **SUMMER 2007 AND SUMMER 2008**
BOEHRINGER INGELHEIM PHARMACEUTICALS (COLUMBUS, OHIO)
Responsible for contamination testing of finished products and learning rapid method testing with instruments such as the Pallchek™ Luminometer Biolog in the Microbiology Quality Control Department.

## Additional Work Experience

**FIELD HOCKEY COACH** │ **MAY 2009 – DECEMBER 2015**
THOMAS WORTHINGTON HIGH SCHOOL (COLUMBUS, OHIO)
Head coach of Junior Varsity and assistant coach of Varsity for U.S. nationally ranked team. Responsible for leading and maintaining the safety and positive competitive attitude of high school players both on and off the field. Instilled life skills in maintaining physical and mental health in addition to advanced sport skills.

Exhibit E Plaintiff CV          001

# DANIELLE M. GEGAS

dgegas@stmatthews.edu | (614) 406 – 7093

## Research Publications

Robinson, T., Gegas, D., Britton, L., Sgroi, R., Regalado, E., & Gardezi, A. (2022). Mobile handheld device usage and hygiene within the hospital: current awareness, practices and education of clinical medical students. *The Journal of Hospital Infection*, *119*, 77–78. https://doi.org/10.1016/j.jhin.2021.10.002

Let it $S_xNOW$: A Systematic Review of Data Collection for Modeling Infectious Disease Trends in Relation to Extreme Climate Change | *Status: pending submission* | Authors: D. Gegas, T. Robinson, M.D., E. Zettler

## Academic and Teaching Experience

- Guest lecturer for health class of 100 students at Hilliard Station Sixth Grade School, *Ohio, 2020*
- Teaching assistant for Patient – Doctor Relations III course, *Grand Cayman, 2019*
- Teaching assistant for Physiology course, *Grand Cayman, 2018*
- Teaching assistant for Evidence Based Medicine course, *Grand Cayman, 2018*
- Teaching assistant for Genetics course, *Grand Cayman, 2018*

## Membership in Honorary / Professional Society

- American Academy of Family Physicians (AAFP)
- American Medical Women's Association (AMWA)
- American Society of Human Genetics (ASHG)
- Phi Delta Epsilon (PhiDE) International Medical Fraternity

## Medical School Awards and Recognitions

- **Academic Honors:** awarded for meeting criteria of a final grade between 90% - 100%
  - Clinical Clerkships: Family Medicine Acting Internship, Family Medicine, Obstetrics/Gynecology, Psychiatry, Pediatrics, Anesthesia, Neurology, Preparing for Modern Clinical Practice, Investigation of Contemporary Medical Issues
  - Basic Science Courses: Clinical Therapeutics, Genetics
- **Academic Recognitions:** scored in U.S. national top 10% on National Board of Medical Examiners (NBME) subject examination
  - U.S. national 94th percentile on Neuroscience subject examination
  - U.S. national 97th percentile on Biochemistry subject examination
  - U.S. national 91st percentile on Physiology subject examination

## Leadership Positions

1. **SMU Clinical Student Mentor**, *Remote, February 2022-Current*
2. **SMU Orientation Leader**, *Grand Cayman, 2018*
3. **Volunteer Field Hockey Coach**, *2009-2017*
   Sint Maarten youth program: Belvedere, Sint Maarten, 2017
   Weed Whackers youth program: Worthington, Ohio, 2010 – 2016
   Thomas Worthington High School off-season clinics: Columbus, Ohio 2009-2016
   Middle school field hockey clinic: Worthington, Ohio, 2010 – 2013
4. **Team Leader of St. Maarten's Day Relay Around the Island Race**, *Philipsburg, Sint Maarten, 2016*
   Coordinated and ran on a ten-person team representing AUC in a relay race circling the entire island.

Exhibit E Plaintiff CV                    002

5. **High School Career Mentor**, *Columbus, Ohio, 2015*
   Provided an opportunity for a student to learn about a career in research science through shadowing.
6. **Department Lead Volunteer Coordinator at Nationwide Children's Hospital**, *2014 – 2015*
   Children's Miracle Network Annual Radiothon: Columbus, Ohio, 2015
   Children's Miracle Network Christmas Radiothon: Columbus, Ohio, 2014
7. **Event Lead of Medical Seminar**, *Oxford, Ohio 2009*
   Created and hosted a seminar with a physician speaker to discuss the role of a medical review officer.
   Event open to all Miami University students and supported by PhiDE International Medical Fraternity.
8. **Event Lead of Children's Miracle Network Fundraiser Banquet**, *Oxford, Ohio 2009*
   Elected to position through PhiDE International Medical Fraternity.  Responsible for planning and
   hosting the annual fundraiser banquet for Children's Miracle Network.
9. **Elected Positions for Miami University's Club Field Hockey Team**, *Oxford, Ohio 2006 – 2008*
   Joined the team in 2005.  Elected Captain, Treasure, and Event Coordinator over the next three seasons.
10. **Selected Positions for Miami University's Chi Omega Fraternity**, *Oxford Ohio, 2005-2009*
    Held positions as career development class representative and as assistant vice president.  Responsible
    for organizing fundraiser events for the Make-A-Wish Foundation.

## Volunteer and Community Outreach

1. **SMU Clinical Student Volunteer**, *Remote, 2022*
   Provided feedback for the school's project to improve students' scores on NBME core clerkship shelf
   exams by participating in an online forum and Zoom meeting discussion hosted by the Clinical Deans.
2. **Muskingum University Lecture to Premed Students**, *New Concord, Ohio, 2020*
   Assisted an attending physician who gave an informative lecture to undergraduates on how to apply and
   succeed in medical school. Provided insight and created a handout of advice later distributed to the class.
3. **American University of the Caribbean White Coat Ceremony**, *Cupecoy, Sint Maarten, 2017*
   Calligrapher of the Honor Code Book signed by every student of the AUC September 2017 class.
4. **Project H.E.L.P. (Health, Educate, Literacy, and Prevention)**, *St. Peters, Sint Maarten, 2017*
   Conducted screening tests and discussed lifestyle habits with St. Maarten residents in order to establish a
   community-oriented health initiative as promoted by AUC and the Ministry of Public Health.
5. **American University of the Caribbean Trick-or-Treat**, *Cupecoy, Sint Maarten, 2016*
   Volunteered at the Halloween event for local and student families as an activity station lead.
6. **Ronald McDonald House Meal Program**, *Columbus, Ohio, 2015*
   Coordinated and participated in a day of serving food with the Thomas Worthington Field Hockey team.
7. **Worthington Schools Adopt-A-Family**, *Worthington, Ohio, 2014*
   Participated in adopting two families during Christmas by providing each family with wrapped gifts.
8. **American Red Cross Annual Blood Drive**, *Worthington, Ohio, 2009- 2014*
   Assistant coordinator, volunteer, and participant of event hosted by Thomas Worthington Field Hockey.
9. **Make-A-Wish Foundation Annual Fundraiser**, *Oxford, Ohio, 2006 – 2008*
10. **Talawanda Bantam Scholarship Fundraiser Event**, *Oxford, Ohio, 2006*
    Fundraiser for the Miami Ohio Valley's local scholarship for disadvantaged children.
11. **World's Largest Ice Cream Social Fundraiser for Make-A-Wish Foundation**, *Oxford, Ohio, 2006*
12. **Big Wish Gala Fundraiser for Make-A-Wish Foundation:** *Cincinnati, Ohio, 2006*

Exhibit E Plaintiff CV                    003



*"Improving Life by Degrees"*

# CLINICAL MEDICINE HANDBOOK

U.S. ADMINISTRATIVE OFFICES

12124 HIGH TECH AVE, SUITE 350 ORLANDO, FL 32817
TELEPHONE: 1-800-498-9700 FAX: 1-800-565-7177
www.stmatthews.edu

*Revised 5/3/21*

# Table of Contents

**Part 1: Clinical Clerkship Training: What Clinical are All About** ……………………………....……….. **1**
Goals and Objectives for Clinical Education…………………………………………………………….... 1
Competencies…………………………………………………………………………………………….... 1
Overview of Clinical Medicine Education Program………………………………………………………. 2

**Part 2: Transitioning from Basic Sciences to Clinical Sciences**…………………………………………**4**
Requirements Prior to Beginning Any Rotation……………………………………………………………6
Policy for Health Record and Immunizations…………………………………………………………… 7
Policies for Attendance …………………………………………………………………………………8

**Part 3: Third Year Core Curriculum**……………………………………………………………… **10**
Internal Medicine Course Syllabus……………………………………………………………………11
Obstetrics and Gynecology Course Syllabus……………………………………………………………53
Pediatrics Course Syllabus……………………………………………………………….......................... 95
Psychiatry Course Syllabus……………………………………………………………………………138
Surgery Course Syllabus……………………………………………………………………………… 179
Summary Descriptions of Core Specialty Rotations…………………………………………………… 221
Types of Procedures for Clinical Student…………………………………………………………… 221

**Part 4: Fourth Year Rotations**……………………………………………………………....……..… **223**
Electives………………………………………………………………………………………….......................224
Primary Care Elective Objectives………………………………………………………………………..… 227

**Part 5: Student Performance and Discipline**……………………………….....……………………………**228**
USMLE Policies……………………………………………………………………………………. 229
Evaluation of Student Performance………………………………………………………………… 233
Core Clinical Clerkship Grading Policy……………………………………………………………… 233
Elective Clerkship Grading Policy……………………………………………………………………241
Grading Guidelines to be Used by Clinical Faculty …………………………………….......................... 241
Student Promotions …………………………………………………………………………………243
Academic Integrity …………………………………………………………………………………243

**Part 6: Disciplinary/Infection Control/Forms/Glossary**……………….....……………………………… **244**
Disciplinary Procedure ………………………………………………………………………………245
Infection Control Guidance…………………………………………………………………………… 246
Sample Core Patient Log………………………………………………………………………………… 249
Sample Clinical Immunization Form…………………………………………………………………… 250
Basic Clinical Definitions……………………………………………………………………………… 251

DISCLAIMER

*The information in this handbook is subject to change. Such changes may be without notice.*

*Tuition, fees and other expenses are listed in U.S. dollars, unless otherwise noted.*

*The university disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of this handbook.*

*Revised 5/3/21*

# *Clinical Medicine Handbook*

## *Part 1:*
## *Clinical Clerkship Training: What Clinicals Are All About*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

*Revised 5/3/21*

***GOALS AND OBJECTIVES FOR CLINICAL EDUCATION***

The framework of clinical education and training at St. Matthew's University School of Medicine (SMUSOM) focuses on preparing students to pursue careers as physicians in clinical practice. The program will prepare students to become competent physicians who clearly recognize their roles as providers of comprehensive healthcare to the individual, to the family, and to communities.

In today's healthcare environment, physicians are integral to the efficient functioning of the healthcare system. Students' attitudes and learning will be directed toward understanding how to provide care as a team member, and how to use consultants and technology effectively.

We believe the physician must play an integral role not only in the medical community, but in the broader community. Community involvement is an integral part of improving the healthcare of the community as a whole; thus, physicians must be motivated toward the prevention of illness, the promotion of a healthy life style, and avoidance of high-risk behavior.

# *COMPETENCIES (also see sub competencies on page 241)*

The university defines its intended learning outcomes in terms of the competencies students are expected to achieve before completing the program. The university's required competencies are summarized as follows:

- **PATIENT CARE:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

- **SCIENTIFIC & MEDICAL KNOWLEDGE:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.

- **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.

- **PROFESSIONALISM:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives

- **COMMUNICATION & INTERPERSONAL SKILLS**: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.

- **SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

The Institute of Medicine in "the Quality Chasm" series defines these competencies into a simple-to-follow and remember manner:

- Provide patient centered care
- Work in interdisciplinary teams
- Employ evidence-based practice
- Apply quality improvement
- Utilize informatics

*Revised 5/3/21*

## *OVERVIEW OF THE CLINICAL MEDICINE PROGRAM*

The Clinical Medicine program at SMUSOM is designed to provide a comprehensive overview of medical practice, including an understanding of the interrelationships among the different levels of practice and areas of specialization. There are ample opportunities to integrate basic science knowledge into clinical practice and develop the skills necessary to enter a residency program and practice the profession of medicine.

### *What makes a student perform well?*

A clinical medicine student or "clerk" is a member of an interdisciplinary health care team. The effectiveness of a team depends on each person doing his/her part. It is important that you function as a responsible team member.

Therefore your appearance will affect your relationships with staff members and patients. You should dress appropriately and maintain good grooming and personal hygiene. Always try to be punctual, reliable, and courteous to all those you encounter; all providers of care, all support staff, and of course, family members and patients.

Ask questions, read up on pathological conditions encountered, and be available to help out, pitch in or volunteer when help would be beneficial to the team.

## *EFFECTIVE LEARNING IN THE CLINICAL MEDICINE PROGRAM*

### *General Information*
Patients are the main source of learning in the clinical medicine program. It is from the patients you encounter that you will develop your clinical knowledge and skills. Be assertive in searching out new learning opportunities. You may be able to "get by" with a passing grade by doing no more than is directly assigned to you, but you will be cheating yourself by not taking advantage of opportunities to further develop your clinical skills. Seize every opportunity to observe the signs and symptoms of any condition with which you have not had previous experience.

For assigned patients you will be expected to take and record a medical, personal, and family history, do a thorough physical examination, make a differential diagnosis based on all the available information including laboratory findings, develop a management plan, and follow the patient through to discharge.

Keep in mind that a thorough knowledge of your patient is important and includes learning about their family, and social, occupational and economic circumstances. Be aware of the emotional state since a patient's emotional state can affect the rate and degree of recovery.

### *Study*
The curriculum provided in this handbook describes the major clinical conditions you should try to learn about but it is not possible in any clerkship to be exposed to every type of patient. You should look for alternative ways to learn about these conditions. SMUSOM has introduced a Learning Management System (http://lms.stmatthews.edu/login/index.php) to help you do this. The SMUSOM LMS web site offers many educational resources to all clinical students, as well as material of general healthcare interest but most important is that all students in core rotations complete a weekly assignment that makes up 10% of your grade for each core rotation. These case assignments take about 4-6 hours per week, and are offered as a directed learning opportunity to ensure your exposure to the major clinical areas of any core specialty.

While in your clinical clerkship, you will not have the same amount of time for reading that you had during the basic science program. To gain the most from your clinical clerkships, you will have to focus your reading selectively to the specific problems of patients you see, with particular emphasis on assigned patients. Through this approach you will learn to integrate basic science knowledge with experiential learning which comes from participating in the care of patients. Additional textbook and journal readings will prepare you for discussing assigned patients with residents and faculty.

*Revised 5/3/21*

Following your review of pertinent literature, it is good practice to re-assess the accuracy and completeness of the patient's history, examinations, and laboratory findings to determine whether information you recorded needs to be supplemented or modified. Every day you should use the Patient Log program to record all the patients you encounter during your clinical activities. This will help you reflect on, and remember what you did, and what you learned.

# Clinical Medicine Handbook

## Part 2:
## Transitioning from Basic to Clinical Sciences



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

**Deans**

David Salter MD  Acting Dean, Clinical Sciences
Mark Doherty PhD  Associate Dean of Clinical Sciences
Terrence Reid EdD  Associate Dean of Clinical Students

**Clinical Program**

Carol Weir  Clinical Coordinator
Denise DeAmicis  Exec. Clinical Admin. Assistant

**Graduate Affairs**

Mark Doherty PhD   Associate Dean of Clinical Sciences

*TRANSITIONING*

The clinical training sites comprise a mixture of public and university teaching hospitals, community teaching hospitals, community health centers, private teaching 'doctor offices' and rural/wilderness programs.

As much as possible, students will be placed in hospitals and other clinical sites taking into consideration geographic, career and academic preferences, plus lodging, family considerations and other personal needs.

In order to enter the Clinical Medicine rotation program, a student must:

- Have successfully completed all the Basic Science course requirements.
- Completed Semester 5 Orientation and completed and returned Semester 5 Orientation materials to the Clinical Office.
- Submit the official report showing a passing score for the USMLE step 1.
- Be in full compliance with School's rules regarding tuition and fees for 6th semester and all prior semesters, and professional behavior.
- Be in full compliance with School's health records' and immunization requirements. Your proof of immunity to the listed 5 communicable diseases must be documented at the Clinical Office before any discussion can occur concerning enrolling for Step 1 or preliminary planning for rotations.

The five (5) core specialty rotations comprising 42 weeks are followed by thirty (30) weeks of electives.

## SCHEDULING CLERKSHIPS

During your 5th semester the Office of the Associate Dean of Clinical Sciences will interview you and ask you about your preferences and goals to collect information for your profile. You will also be asked to provide your preferences for geographic location, your flexibility to travel, family details and any other personal needs. Your academic results, including your step 1 exam performance, will become part of your profile. Your placement for initial and subsequent rotations will depend on these factors and availability of rotations.

## SCHEDULING, ASSIGNING AND CANCELING ROTATIONS

The Clinical Medicine Office assigns students to core clerkships. Each student will be notified by email by the Clinical Medicine Department confirming his/her entry into a given hospital/clinical site rotation. The Clinical Medicine Office works with students to identify and schedule elective clerkships.

Students who would like to propose an elective clerkship must start this process 8 weeks before the proposed start date of the rotation to ensure that SMUSOM can provide final approval 3 weeks before the start date of the clerkship. The 8 week date allows for the hospital/clinical site to receive and process your request, and to provide SMUSOM with the preliminary approval in time for SMUSOM to issue the final approval 3 weeks prior to the start date.

For any rotation (Elective) proposed by the student, SMUSOM requires the following documentation:

a. Descriptive title of clerkship
b. A description of the intended clerkship dates and duties. SMUSOM may request further descriptive information
c. The name of the physician in charge of the clerkship, and the name of the coordinator;
d. A draft agreement or contract if the hospital/clinical site needs one
e. A letter of confirmation from the program coordinator/supervisor, indicating what costs including, fees, if any, will be incurred

Once you schedule your Step 1 exam you should call the Clinical Program immediately with the date that you are sitting for the exam and keep SMUSOM informed of any changes in your date. The school will then

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          008

review the rotation options available with you subject to passing the exam. To start any rotation you must pass Step 1 and tuition must be paid in full, including 6th semester, which was billed at the end of 5th semester. You must take and pass the USMLE step 1 exam by the end of this '6th semester' to meet our goal that you will start rotations promptly after the 6th semester.

After the formal documentation of passing Step 1 score is received by the Office of Clinical Medicine from you, and you have met the other requirements, the Clinical Coordinator will provide you with a schedule of one or more core clerkships taking into account input from the your Island interview and subsequent discussions. Changes in a schedule are to be avoided, and to avoid you being held financially responsible, SMUSOM requires 30 days' notice. Any changes in requests are made in this order:

1.) Review the proposed change with the SMUSOM clinical office.
2.) If approved by SMUSOM, review the proposed change with the coordinator at the hospital.
3.) If approved by the hospital, obtain final SMUSOM approval documented in an email from SMUSOM clinical office.

***It is School policy that a student who enters a clerkship, without formal written approval from SMUSOM prior to the start of the rotation, will not receive any credit for the clerkship and will be responsible for all charges related to that clerkship.***

Canceling an approved rotation must be done 30 calendar days or more before the start date of any rotation, and requires communication with SMUSOM first. For core rotations arranged by SMUSOM, the cancelation will be managed and communicated by SMUSOM. For approved electives, the student must communicate the cancelation after review with SMUSOM. Note that cancelation of any rotation is a sensitive issue because it often has a negative impact on the hospital/clinical site's schedule, the faculty, or the administrative staff. Always be polite and appreciative of their efforts. Arbitrary and late cancelations will result in serious consequences for the student.

## REQUIREMENTS PRIOR TO BEGINNING ANY ROTATION

Documents: You MUST provide the clinical office with the following documents in order to be considered for scheduling of clinical rotations:

- Updated Certificate of Immunization including formal laboratory reports of the 5 serum titers proving immunity to the 5 communicable diseases, and proof of up to date Tetanus immunization (see below).
- New York State mandated Infection Control Training Certificate (NOTE: this is not optional)
- A current one-page Curriculum Vitae.
- Proof of active Personal US Health Insurance valid at a minimum beyond the end date of your next rotation.
- Updated Cell Phone Number, valid and working in the US, and current e-mail address.
- Copy of Social Security card (USA students). Color photocopy/scan of your Passport.
- 2 Passport size photos of the student (mailed to the Orlando office). Proof of flu shot (every September).
- Color photocopy/scan of your Driver License (if you have one).
- Copy of USMLE Score Report (immediately upon receipt).
- Valid American Heart Association BCLS (Basic Cardiac Life Support) card because some hospitals will not accept Red Cross CPR cards.
- You must also be in full compliance with Finance Department rules (tuition fully paid per Billing Dept).
- Signed HIPAA Awareness Certificate.
- Obtain an updated criminal background check and Drug Screen.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    009

## POLICY FOR HEALTH RECORD AND IMMUNIZATIONS:

Students are expected to have had the following healthcare screening and immunizations completed prior to starting the first semester, except for late admissions who are allowed to complete these during the first three semesters of Basic Sciences.

You will not be allowed any discussions with the Clinical Staff, nor to be **certified** to take Step 1 without being in full compliance with the Health Records requirement of providing titer reports for all 5 communicable diseases and update on your Tetanus immunization.
Compliance with all immunization and health requirements must be completed prior to enrollment for

USMLE Step 1 exam. Proof of valid Health Insurance for the US must also be provided at this time.
**Immunization/health Records**
The form that needs to be filled out and signed by your healthcare provider and given to SMUSOM is on the MySMU website: http://stmatthews.edu/ > Clinicals > 5th Semester packet > Immunization form. SMUSOM also needs copies of the antibody titer reports and a copy of the physical exam emailed (or faxed or mailed) to the Orlando office.
SMUSOM policy is based on CDC practice guidelines.

1.) Mumps, Measles, Chicken Pox, German Measles and Hepatitis B
All students MUST have a blood test done to measure antibody titers that show immunity is present for these 5 diseases. Even if the student has a medical record documenting being immunized in the past, the blood/serum antibody titers must done for all 5 diseases. **You should complete this before starting at SMSUOM, or if you are a late admission, during the vacations between Basic Sciences semesters.**
Students should obtain these titers by a referral to a laboratory through their doctor's office or the local clinic. These serum titer tests can take up to 3 weeks, so starting early is important. SMUSOM always needs the formal lab reports for these titers.
NOTE:  A blood/serum titer test that is *positive* indicates proof of immunity. If the titers are zero or too low, you must contact the SMUSOM clinical department immediately for instructions as to how to proceed in order to provide proper proof of immunity.   For those who are not immune to Hepatitis B do not delay because it can require 3 injections over 6 months, plus another month before a blood/serum titer can be measured.

2.) Tetanus/Diphtheria
Confirmation by your provider that your Tetanus immunization has been updated within the past 10 years, and is now current. Provide the formal documentation report.

3.)  Tuberculosis (TB)
We require a review of your TB status be completed just before you start clinical rotations and annually thereafter;
If you have never had a positive TB Skin test (TST/PPD/Mantoux), we require you have either a Two Step Skin Test or the blood test for TB, (the QuantiFeron TB Gold Test or equivalent). The Two Step Skin Test means you have one TST/PPD placed, and if this first TST is negative, you must obtain a second TST/PPD, and the timing between the two tests (TST) must be a minimum of 1 week and preferably not more than 3 weeks.
http://www.stmatthews.edu/Clinicals/5thsemesterpacket/PPD_Guidelines.pdf
If you have had a positive TST in the past, or if your first TST is positive, do not repeat it:
For all positive TST's, the one done now, or from years ago, you must provide documentation of the positive test, including the measurement of the skin reaction (induration). Prior to starting clinical rotations you should obtain a chest x-ray (since completing the Basic Sciences program on Grand Cayman) to confirm absence of disease, accompanied by a negative physical exam (see below). Depending on the size of the reaction and the amount of induration of your positive TST, SMUSOM may require you to have a consultation with a TB expert to assess if you need anti-TB drug treatment. For any student with a positive TST or positive Gold blood test you may be asked by a hospital or SMUSOM for an annual Chest x-ray.

4.) Physical examination

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          010

We require an initial physical exam by your healthcare provider before starting the third year Clinical Clerkship program. Obtain this exam while you are waiting for your results for Step 1. This is also required annually while you are in clinical clerkships.

For those with a positive skin test or positive Gold test, CDC recommends that your physician should pay attention to the presence of any of the following:

- Cough persisting more than a month
- Coughing up large amounts of sputum or phlegm
- Persistent unexplained fever, weakness, or fatigue
- Unexplained loss of appetite
- Unexplained loss of weight of 10 lbs or more
- Becoming HIV positive

**POLICIES FOR ATTENDANCE**

Leave of Absence (LOA)

SMUSOM requires that all absences greater than 30 days have an approved LOA. Requests for Leaves of Absence (LOA) must be submitted in writing for any time that you are out of clinical rotations for 30 days or longer. In general, LOAs are for one semester in length, and extension beyond one semester must be formally requested before the end of the first semester LOA.

Attendance on Rotations

Students are expected to have 100% attendance at all rotations. No vacations are permitted during rotations. All time-off requests require approval of the hospital and the SMUSOM Clinical Program. The Hospital has the final approval.

During any rotation there are 5 major 'events' that may cause you to be absent from your rotation:

A Personal illness

If you are ill or absent for any reason, you must call the Hospital's Clinical Program Coordinator and your supervising faculty member early in the day and also notify the Clinical Office at St. Matthew's University. Be sure to update the hospital daily on your status. If you leave the hospital to go home, tell the hospital immediately and send an e-mail to SMUSOM. If you predict your illness will last several days, consult a physician because after 3 days of absence you will need a doctor's note to confirm the illness and to 'return to work'. Make sure the SMUSOM clinical office is aware at all times if you are not on-site. Be sure to offer to the hospital to make up the time lost in your clerkship.

B Residency Interviewing

During the residency process you will be invited for interviews. If you are on rotation or scheduled for a rotation, the Hospital has the final decision about whether you can leave for an interview. To prepare for this possible conflict try to schedule electives rotations at sites that are willing to be more flexible about you going on interviews.

Unfortunately often the Residency program staff will tell you the date and time they want you to come for the interview and are not open to changing the date, though you should ask politely for options. Ideally, if your schedule permits you should plan on taking off all or part of November or December and early January. Many of you will not be able to do this. The moment you know about the possibility of an interview looming on your calendar, review this with SMUSOM and then be sure to request permission from the Hospital to leave for the interview. Do not leave the program without permission. Keep SMUSOM informed all the time and aware of any discussions; to minimize the impact of your absence. Try to arrange to fly to the interview in the morning and fly out the same day to return to your rotation.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                     011

**Important; leaving without the permission of your supervising faculty member and hospital/clinical site Coordinator will result in your immediate suspension. Also always notify SMUSOM before you leave.**

C Taking USMLE Step 2 CK or CS

Scheduling Step 2 CK during a rotation should be avoided because you must take time off to study.

Step 2 CS may need to be taken during a rotation due to the exam scheduling issues. Your supervising faculty member and student coordinator **must** be notified prior to scheduling the rotation or on the first day of the rotation and you must inform SMUSOM at the same time. You should fly into the scheduled site the night before and return immediately after the exam.

D Family Emergencies

To leave you need to obtain permission from your Student Coordinator and supervising faculty member, and you must notify the SMUSOM Clinical Office immediately. We may ask you to provide supporting documentation.

E Long-standing Commitments

For long standing prior commitments, already approved by the SMUSOM Clinical Office, you SHOULD NOT schedule any rotations that would conflict with these prior commitments. Last minute requests for approval to miss days of your rotation will only be approved by the Clinical Office under extraordinary circumstances. You are to inform the Clinical Office **before** any requests are made to the supervising faculty member or Student Coordinator. The Clinical Office will contact the hospital with this request on your behalf for their approval.


Duty Hours

The goals of medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness. Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.
.

*Revised 5/3/21*

# Clinical Medicine Handbook

## Part 3:
## Third Year Core Curriculum



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

# St. Matthew's University School of Medicine
## Course Syllabus
# INTERNAL MEDICINE
### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
Tah-Hsiung Hsu MD
thsu@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty Ph.D.
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Internal Medicine Clerkship is a twelve-week experience designed to give students exposure to diagnosing, treating, and caring for adult hospitalized patients. Students are placed on an inpatient general internal medicine team that includes residents and faculty. Students are expected to be active members of the team and contribute to patient care every day. Students are exposed to a variety of Internal Medicine patients, with no particular subspecialty emphasized over another. Each student is expected to see patients every day, write progress notes on each patient, present his or her patients on rounds, engage in active discussion regarding diagnosis and management with the team, and participate in the administrative duties necessary for patient care. The greatest emphasis is placed upon meeting the needs of the patient. Particular emphasis is placed on obtaining a complete history and physical exam, proper patient documentation, oral presentations, clinical reasoning, and professionalism. All students complete the clerkship with a fundamental understanding of the role of the Internist and the diseases that he or she treats.

## Core Clerkship Competencies and Learning Objectives

During the course of this training period, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of patients with the expectation of enhancing their

understanding of disease diagnosis, treatment and prevention. The clinical learning objectives are aligned with the competencies that each student is expected to satisfy by the end of the clerkship.

Each learning objective is organized into three key areas: knowledge, skills and attitude (Appendix 1). Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**

1. **Patient Care:**  Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**

1. **Diagnostic Decision-Making:**  Students should learn how to design safe, expeditious, and cost effective diagnostic evaluations.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to obtain an accurate medical history and carefully perform a physical examination, which is fundamental to providing comprehensive care to adult patients.
4. **Communication and Relationships with Patients and Colleagues:**  Students should demonstrate a proficiency in communication and interpersonal skills.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision making and how to communicate this information to patients.
6. **Therapeutic Decision-Making:** Students should demonstrate effective patient management, using basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Prevention:** Students should be familiar with the principles of preventive health care to ensure their patients receive appropriate preventive services.
10. **Coordination of Care:** Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.
11. **Procedures:** Students should become familiar with the performance of basic medical procedures.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    015

## Student Responsibilities

**Clinical Experience**
During the Internal Medicine Clerkship students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters
Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of structured thinking that leads to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the Clerkship Directors in Internal Medicine (CDIM). The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters may be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or condition for the student to log as a Patient Encounter; for example, a patient with HIV can present with cough and dyspnea, so the student can log 1 case of HIV, 1 case of cough, and 1 case of dyspnea.

Students complete Patient Encounters during the first 10 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last two weeks of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Internal Medicine Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 10th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 100 Patient Encounters through Primary Clinical Learning in the first 10 weeks.

*Revised 5/3/21*

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Abdominal Pain | | | | |
| Acute Myocardial Infarction | | | | |
| Acute Renal Failure/ Chronic Kidney Disease | | | | |
| Altered Mental Status | | | | |
| Anemia | | | | |
| Arrhythmia/Valvular Disease | | | | |
| Back Pain | | | | |
| Cerebrovascular Accident/Stroke | | | | |
| Chest Pain | | | | |
| Common Cancers | | | | |
| COPD/Obstructive Airway Disease | | | | |
| Cough | | | | |
| Diabetes Mellitus | | | | |
| Disease Prevention | | | | |
| Dyslipidemias | | | | |
| Dyspnea | | | | |
| Dysuria | | | | |
| Endocrine Disorder (not DM) | | | | |
| Fever | | | | |
| Fluid, Electrolyte, Acid-Base Disorder | | | | |
| Gastrointestinal Bleeding | | | | |
| Geriatric Care | | | | |
| Health Promotion | | | | |
| Heart Failure | | | | |
| HIV Infection | | | | |
| Hypertension | | | | |
| Joint Pain | | | | |
| Liver Disease | | | | |
| Major Depression | | | | |
| Nosocomial Infections | | | | |
| Obesity | | | | |
| Pneumonia | | | | |
| Rash | | | | |
| Rheumatologic Problems | | | | |
| Screening | | | | |
| Severe Infection/Sepsis | | | | |
| Smoking Cessation | | | | |
| Substance Abuse | | | | |
| Upper Respiratory Complaint | | | | |
| Venous Thromboembolism | | | | |

KEY
*Level of Student Responsibility
 Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
 Pa = Participant (member of medical team, present on rounds, O.R., etc.)
 Ob= Observer (only involved in discussion of patient, presentation of case, etc.)
**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          017

## Procedures

The goal of clinical student training is to learn basic principles of Internal Medicine, covering common symptoms and conditions, their presentation, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams. The student's level of responsibility is primarily through supervised learning. The following are clinical skills or procedures the student should have an understanding of by the end of the Internal Medicine Clerkship through observation, performance, or simulation. If real patient contact is not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., SIMPLE cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Arterial Blood Gas | | | | | | | |
| Blood Culture | | | | | | | |
| Digital Rectal Examination | | | | | | | |
| Electrocardiogram | | | | | | | |
| Nasogastric Tube | | | | | | | |
| Peripheral Intravenous Catheter Insertion | | | | | | | |
| Place & Interpret Tuberculin Skin Test (PPD) | | | | | | | |
| Urethral Catheterization | | | | | | | |
| Venipuncture | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| Administration of IV medication with a nurse**** | | | | | | | |
| Ensure correct medication is administered to the correct patient with a nurse**** | | | | | | | |
| Avoid medication interactions with a pharmacist**** | | | | | | | |
| Calorie count with a nutritionist**** | | | | | | | |
| Insertion of an NG tube or a urethral catheter with a nurse or other professional**** | | | | | | | |

KEY

*Level of Student Responsibility

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    018

Pr = Primary (student performed procedure)
Pa = Participant (student assisted in performing procedure)
Ob = Observer (student observed procedure)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office


*** Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)
Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.
Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases
**** Must be completed in association with other health professionals.

**Patient Logs**

Students are expected to see a minimum of ten (10) patients per week, which must be logged in the Patient Logs system (Appendix 7) and record the following:

      1. Patient Encounters listed in Table 1; and
      2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g., age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

**Patient Note**

Students are expected to learn how to perform and document full H&Ps during the clerkship. SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA. Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Deans. A student who does not meet the Patient Note requirement receives no credit.

**Engaged Learning Experience**

SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 24 Clinical Learning Modules that students must complete during the course of the Internal Medicine Clerkship (Appendix 8).

    <u>**Clinical Learning Modules**</u>

    Students participating in the Internal Medicine Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

    These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Clerkship Directors in Internal Medicine - Society for General Internal Medicine (CDIM-SGIM), Core Medicine Clerkship Curriculum Guide (Version 3.0) comprehensively and are designed for use by third-year medical students.

    As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

    <u>**Reflections**</u>

    Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Dean.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood        020

What is a reflection?
A reflection may be represented by describing a specific aspect of the case or disease state that:

- ‒ The student did not know and will help the student moving forward;
- ‒ Made the student think of a particular patient he/she has seen;
- ‒ Made the student think of something that he/she has been taught previously; or
- ‒ In some other way led to something the student learned that others might benefit from.

Why is reflection important?

- ‒ Thinking about learning and writing things down helps to clarify thoughts and emotions;
- ‒ Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
Reflective learners continually reflect on:

- ‒ What they are learning and how they are learning it;
- ‒ What their strengths and weaknesses in learning are; and
- ‒ The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed. Exercise can be found in Appendix 14 and 15.

# Monitoring and Evaluation

SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship. Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**Mid-Clerkship Feedback**
The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit these mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 7. Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade. Mid-clerkship assessment forms are reviewed for scope and content by the clinical department. Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

Final Grade

Students' final grade is calculated as follows:

| Clinical Faculty Evaluation: Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
|---|---|
| Core Clerkship Exam: Percentage of Final Score: 40% | Students are required to take the Internal Medicine Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| Engaged Learning Experience: Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| Patient Logs: Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Logs. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| Patient Note: Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

| Mid-Clerkship Feedback: Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
|---|---|
| Interprofessional Education Reflection Exercise: Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 8. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:

90-100% = Honors
80-89%  = High Pass
70-79%  = Pass
<70%    = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include: Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations". Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    022

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

## Competency Assessments

**Clinical Faculty Evaluation**
Competencies Assessed:  See Appendix 5

**Core Clerkship Exam**
Competencies Assessed:

**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

**Engaged Learning Experience**
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision-making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

**Patient Logs**
Competencies Assessed:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    023

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Patient Note**
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1e.** Document data, assessment, and plans in the patient's record
**1f.** Make use of the scientific foundation for clinical decision-making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**COMMUNICATION & INTERPERSONAL SKILLS**
**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
**5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**
Competencies Assessed:
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**
Student feedback is very important to the program. Completion of the clerkship evaluation form is required before the student can receive a final grade. Students will evaluate the total clerkship experience based on the following:
1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall clerkship evaluation
11. Average number of patient contacts per day

*Revised 5/3/21*

12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this clerkship again?
18. Recommend- would recommend this clerkship?
* requirements vary

## Course Policies

**Attendance**

Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences. No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**

The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness. Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**

SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Internal Medicine Clerkship. SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Internal Medicine clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session. This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the last day of the rotation ending two weeks later. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**

Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window. If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

*Revised 5/3/21*

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship. If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Student Promotions**
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

**Academic Integrity**
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
http://www.plagiarism.org/plagiarism-101/overview/.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood 026

## Recommended Textbooks

Cecil Essentials of Medicine, 8th Edition, with Student Consult Online Access (Paperback)
By: Thomas E. Andreoli, Charles C. J. Carpenter, Robert C. Griggs, Ivor Benjamin
Publisher: Saunders; 8th Edition (March 2010)
ISBN-10: 9781416061090      ISBN-13: 978-1416061090

Washington Manual of Medical Therapeutics, 33rd Edition (Spiral-bound) By: Washington University School of Medicine
Publisher: Lippincott Williams & Wilkins; 33rd Edition (April 2010)
ISBN-10: 1608310035  ISBN-13: 978-1608310036

Practical Guide to the Care of the Medical Patient (Spiral-bound)
By: Fred F. Ferri (editor)
Publisher: W.B. Saunders Company; 8th edition (June 2010)
ISBN-10: 0323071589  ISBN-13: 978-0323071581

Rapid Interpretation of EKG's, Sixth Edition (Paperback)
By: Dale Dubin
Publisher: Cover Publishing Company; Updated August, 2004 edition (October 15, 2000)
ISBN: 0912912065

Kochar's Concise Textbook of Medicine (Book with CD-ROM) (Paperback)
By: Kesavan Kutty (Editor), Ralph M. Schapira (Editor), Jerome Van Ruiswyk, Mahendr S. Kochar
Publisher: Lippincott Williams & Wilkins; 5th edition (February 2008)
ISBN-10: 0781766990  ISBN-13: 978-0781766999

Office and Bedside Procedures (Spiral-bound)
By: Mark S. Chestnutt, Thomas N. Dewar, Richard M. Locksley
Publisher: McGraw-Hill/Appleton & Lange; 1st edition (July 1, 1996)
ISBN: 0838510957

Primer of Water, Electrolyte, and Acid-Base Syndromes (Paperback)
By: Jeffrey M. Brensilver, Emanuel Goldberger
Publisher: Oxford University Press, USA; 8 edition (January 15, 1996)
ISBN: 0803600542

MKSAP for Students 5 Book
American College of Physicians

Internal Medicine Essentials for Students
American College of Physicians

Internal Medicine Clerkship Guide, 3e (Clerkship Guides)
Paauw, Migeon, Burkholder editors, Oct 2007

# Appendix 1 – Internal Medicine Clerkship Learning Objectives

1. Diagnostic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. key history and physical examination findings pertinent to the differential diagnosis.
        2. information resources for determining diagnostic options for patients with common and uncommon medical problems.
        3. key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
        4. the relative cost of diagnostic tests.
        5. how critical pathways or practice guidelines can be used to guide diagnostic test ordering.
        6. the method of deductive reasoning.
    B. Skills: Each student should be able to:
        1. formulate a differential diagnosis based on the findings from the history and physical examination.
        2. use probability-based thinking to identify the most likely diagnoses.
        3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
        4. use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
        5. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
    C. Attitudes: Each student should:
        1. incorporate the patient's perspective into diagnostic decision-making.
        2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
    A. Knowledge: Each student should be able to describe:
        1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
    B. Skills: Each student should be able to:
        1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
            o present illness organized chronologically, without repetition, omission, or extraneous information.
            o a comprehensive physical examination with detail pertinent to the patient's problem.
            o a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
            o a differential diagnosis for each problem (appropriate to level of training).
            o a diagnosis/treatment plan for each problem (appropriate to level of training).
        2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
        3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
        4. select the appropriate mode of presentation that is pertinent to the clinical situation.
    C. Attitudes: Each student should:

*Revised 5/3/21*

1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
  A. Knowledge: Each student should be able to describe:
    1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.
    2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.
    3. the physiologic mechanisms that explain key findings in the history and physical exam.
    4. the diagnostic value of history and physical exam information.
  B. Skills: Each student should be able to:
    1. use language appropriate for each patient.
    2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
    3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.
    4. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood and adult illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, family, and occupational history; and review of systems.
    5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.
    6. demonstrate proper hygienic practices whenever examining a patient.
    7. position the patient and self properly for each part of the physical examination.
    8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
    9. communicate with the patient the purpose of the exam and explain the step-by-step process.
    10. adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.
  C. Attitudes: Each student should:
    1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
    2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
    3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues
  A. Knowledge: Each student should be able to describe:
    1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
    2. the role and contribution of each team member to the care of the patient.
    3. the role of psychosocial factors in team interactions.
    4. the role of the physician as patient advocate.
  B. Skills: Each student should be able to:

*Revised 5/3/21*

1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.
2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.
3. determine the information that a patient has independently obtained about his/her problems.
4. identify patient's emotional needs.
5. seek the patient's point of view and concerns about his/her illness and the medical care he/she is receiving.
6. determine the extent to which a patient wants to be involved in making decisions about his/her care.
7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.
8. work with a variety of patients, including multiproblem patients, angry patients, somatizing patients, and substance abuse patients.
9. work as an effective member of the patient care team, incorporating skills in interprofessional collaboration.
11. Give and receive constructive feedback.

C. Attitudes: Each student should:
1. work hard to develop effective doctor-patient communication skills.
2. take into consideration in each case the patient's psychosocial status.
3. demonstrate respect for patients.
4. demonstrate actively involving the patient in his/her health care whenever possible.
5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.
6. respond pertinently to patient concerns.
7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Interpretation of Clinical Information
A. Knowledge: Each student should be able to describe:
1. the various components of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, urinalysis, pulmonary function tests, and body fluid cell counts and chemistries.
2. range of normal variation in the results of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, chest x-ray, urinalysis, pulmonary function tests, and body fluid cell counts and chemistries.
3. results of the above tests in terms of the related pathophysiology.
4. test sensitivity, test specificity, pre-test probability, and predictive value.
5. how errors in test interpretation can affect clinical outcomes and costs.

B. Skills: Each student should be able to:
1. interpret a blood smear, gram stain, electrocardiogram, chest X-ray, and urinalysis.
2. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.
3. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:
1. demonstrate estimating the implications of test results before ordering tests and after test results are available.
2. personally review imaging, urinalysis, and where available blood smears, to assess the accuracy and significance of the results

Revised 5/3/21

6. Therapeutic Decision-Making
   A. Knowledge: Each student should be able to describe:
      1. information resources for determining medical and surgical treatment options for patients with common and uncommon medical problems.
      2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.
      3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision-making.
      4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.
      5. factors to consider in selecting a medication from within a class of medication.
      6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.
      7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.
      8. methods of monitoring therapy and how to communicate them in both written and oral form.
   B. Skills: Each student should be able to:
      1. formulate an initial therapeutic plan.
      2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.
      3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.
      4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.
      5. write prescriptions accurately.
      6. counsel patients about how to take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.
      7. monitor response to therapy.
   C. Attitudes: Each student should:
      1. incorporate the patient in therapeutic decision-making, explaining the risks and benefits of treatment.
      2. respect patient's informed choices, including the right to refuse treatment.
      3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.
      4. provide close follow-up of patients under care.

7. Bioethics Of Care
   A. Knowledge: Each student should be able to describe:
      1. basic elements of informed consent.
      2. circumstances under which informed consent is necessary and unnecessary.
      3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
      4. potential conflicts between individual patient preferences and societal demands.
      5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.
   B. Skills: Each student should be able to:
      1. participate in a discussion about advance directives with a patient.
      2. participate in informed consent for a procedure.
      3. participate in the care of a consent-requiring terminally ill patient.
      4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).
   C. Attitudes: Each student should:

Revised 5/3/21

1. take into account the individual patient's perspective and perceptions regarding health and illness.
2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.
3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.
4. recognize the potential conflicts between patient expectations and medically appropriate care.

8. Self-Directed Learning
   A. Knowledge: Each student should be able to describe:
      1. key sources for obtaining updated information on issues relevant to the medical management of adult patients.
      2. a system for managing information from a variety of sources.
      3. key questions to ask when critically appraising articles on diagnostic tests or therapies.
   B. Skills: Each student should be able to:
      1. perform a computerized literature search to find articles pertinent to a clinical question.
      2. demonstrate critical review skills.
      3. read critically about issues pertinent to their patients.
      4. assess the limits of medical knowledge in relation to patient problems.
      5. use information from consultants critically.
      6. recognize when he or she needs additional information to care for the patient.
      7. ask colleagues (students, residents, nurses, faculty) for help when needed.
      8. make use of available instruments to assess one's own knowledge base.
   C. Attitudes: Each student should be able to:
      1. demonstrate self-directed learning in every case.
      2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Prevention
   A. Knowledge: Each student should be able to describe:
      1. primary, secondary, and tertiary prevention.
      2. criteria for determining whether or not a screening test should be incorporated into the periodic health assessment of adults.
      3. general types of preventive health care issues that should be addressed on a routine basis in adult patients (i.e., cancer screening; prevention of infectious diseases, coronary artery disease, osteoporosis, and injuries; and identification of substance abuse).
      4. vaccines that have been recommended for routine use in at least some adults (i.e., influenza, pneumococcal, measles, mumps, rubella, tetanus-diphtheria, hepatitis).
      5. indications for endocarditis prophylaxis.
      6. methods for counseling patients about risk-factor modification.
      7. influence of age and clinical status on approach to prevention.
      8. general categories of high-risk patients in whom routine preventative health care must be modified or enhanced (e.g., family history, travel to an underdeveloped area, etc.).
      9. the major areas of controversy in screening.
   B. Skills: Each student should be able to:

      1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of adults.
      2. identify patients at high risk for developing coronary artery disease and cancer by screening for major risk factors.
      3. obtain a sexual history and counsel patients about safe-sex practices.
      4. obtain and interpret a Pap smear report.
      5. counsel a patient on smoking cessation.

*Revised 5/3/21*

      6. perform a breast exam.

      7. perform a digital rectal exam.

      8. place and interpret a tuberculin skin test (PPD).

C. Attitudes: Each student should:

      1. address preventive health care issues as a routine part of their assessment of patients.

      2. encourage patients to share responsibility for disease prevention.

## 10. Coordination Of Care

A. Knowledge: Each student should be able to describe:

      1. the role of consultants and their limits in the care of a patient.

      2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.

      3. the role of the primary care physician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.

      4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).

B. Skills: Each student should be able to:

      1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.

      2. participate in requesting a consultation and identifying the specific question(s) to be addressed.

      3. participate in the discussion of the consultant's recommendations with the team

      4. participate in developing a coordinated, ongoing care plan in the community.

      5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.

      6. develop skills for participating as a member of the care team

C. Attitudes: Each student should:

      1. demonstrate teamwork and respect toward all members of the health care team.

      2. demonstrate responsibility for patients' overall welfare.

      3. participate, whenever possible, in coordination of care and in provision of continuity

## 11. Procedures

A. Knowledge: Each student should be able to describe:

      1. key indications, contraindications, risks, and benefits of each of the procedures listed in Table 2.

      2. alternatives to a given procedure.

      3. what the patient's experience of the procedure will be.

B. Skills: Each student should be able to:

      1. observe precautions and contraindications for the procedures used.

      2. understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.

      3. understand step-by-step performance of procedures

C. Attitudes: Each student should:

      1. always participate in obtaining informed consent for procedures they perform or in which they participate.

      2. explain what the patient's experience is likely to be in understandable terms.

      3. communicate risks and benefits to patients.

      4. always make efforts to maximize patient comfort during a procedure.

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          034

# Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
| |
| |

(+) Click to add row(s)

Copyright © 2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation. In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week. Each PN will be graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find. If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected. For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN. For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems. Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential). Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness). Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better[2]. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip. The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination,* list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |

| Anorexia | |
|---|---|
| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:
[1] Complete identification of the patient.
[2] Appropriate descriptors of pain are included in history.
[3] Patient's understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] Lack of fever supports the diagnosis of viral pharyngitis.
[8] Lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**". Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE
HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient[1] complains of pharangitis[2]. The sore throat started yesterday morning. She has never had a similar problem in the past. She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3]. There is no sensation of choking or dysphagia. She has had some subjective fevers at home but has not taken her temperature. She denies chest pain[4]. VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].

Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9][36]

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] Incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).

[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

[5] Physical exam findings in the history.

[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.

[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.

[8] "Glands" is not a medical term.

[9] "Non-tender" and no "tenderness" is repetitive.

[10] Tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.

[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.

[12] Including a diagnosis that has no support in either the history or the physical exam.

[13] Including a study that is not indicated, overly aggressive, and/or costly.

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



### ST. MATTHEW'S UNIVERSITY
### SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals: clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

---

| | | |
|---|---|---|
| **Student Name** | | **Clinical Rotation** |

Begin:            **End**

| **Dates of Rotation** | **Total Weeks** | **Attending/Supervising Physician** |
|---|---|---|

| *Hospital's Name* | *Hospital's Address, City, State* |
|---|---|

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1 Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2 Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3 Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4 Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5 Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6 Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

*Revised 5/3/21*

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood            042

| 18 | Interpersonal Skills w/ Patients and Families (5a,5b,5c,5d, 5e) | Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | Relates well to patients and their families and respects patient confidentiality. | Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
|---|---|---|---|---|---|---|
| 19 | Documentation & Presentation Skills (5a, 5d, 5f) | Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

## SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | Other healthcare professionals (6a, 6b, 6d, 5f) | Effectively makes use of unique contributions by, and works effectively with, other health care professionals | Attempts to make use of unique contributions by, and work effectively with, other health care professionals | Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | Use of Systems in Care (6a, 6b) | Effectively uses systematic approaches to reduce errors and improve patient care | Attempts to use systematic approaches to reduce errors and improve patient care | Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed. See St. Matthew's Competency Matrix for detailed description.

| Mid-Term Evaluation | ☐ Not done | ☐ Done | Date: |
|---|---|---|---|

**Comments:**



**Comments (for MSPE/Dean's Letter):**



**Constructive Comments (not for use in MSPE/Dean's Letter):**



By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____     _____
**Clinical Faculty Signature**                                                  **Date**

_____
**Print Last Name**

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood                                    043

# Appendix 6 – Sample Mid-Clerkship Assessment Form

## Mid-Clerkship Assessment

INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

- **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          044

# Appendix 7 – Sample Patient Log

# Appendix 8– List of Required Clinical Learning Modules

| Case | Title | Subject |
|---|---|---|
| CLIPP 5 | 16 year old girl's health maintenance | von Willebrand |
| Simple 1 | 49 year old man with chest pain | Angina |
| Simple 3 | 54 year old woman with syncope | atrial fib, mitral stenosis |
| Simple 7 | 28 year old woman with light headedness | diabetes, dka |
| Simple 11 | 45 year old man with abnormal LFTs | active hepatitis C |
| Simple 16 | 45 year old man who is overweight | obesity, hyperlipidemia, metabolic syndrome |
| Simple 17 | 28 year old man with a rash | multiple skin disorders |
| Simple 19 | 42 year old woman with anemia | iron deficiency, penicious anemia |
| Simple 20 | 48 year old woman with HIV | HIV, mycobacterium avium |
| Simple 22 | 71 year old man with cough and fatigue | Pneumonia |
| Simple 23 | 54 year old woman with fatigue | hypertensive nephropathy |
| Simple 24 | 52 year old woman with HA, vomiting, fever | bacterial meningitis |
| Simple 28 | 70 year old man with SOB & leg swelling | COPD, cor pulmonale |
| Simple 31 | 40 year old man with knee pain | osteoarthritis, gonorrhea |
| Simple 32 | 39 year old woman with joint pain | systemic lupus erythematosus |
| Simple 33 | 49 year old woman with confusion | prerenal renal failure, hypovolemia |
| Simple 34 | 55 year old with low back pain | mechanical back pain, sciatica |
| fmCASES 2 | 55 year old man for annual exam | health counseling, smoking cessation |
| fmCASES 5 | 30 year old woman with palpitations | Hyperthyroidism |
| fmCASES 7 | 53 year old man with leg swelling | DVT |
| fmCASES 13 | 40 year old man with SOB | asthma, chronic sinusitis |
| fmCASES 16 | 68 year old man with skin lesion | squamous cell CIS (Bowen's Dz), BPH |
| fmCASES 18 | 24 year old woman with headaches | migraine and tension HAs |
| fmCASES 19 | 39 year old male with epigastric pain | H. pylori ulcer |

*Revised 5/3/21*

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.

2. Enter the "Clinical Clerkship Online Course"

3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).

4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.

5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.

6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.

7. Open the Forum Discussion.

8. Click on "Reply" to post a Reflection. You can view other student Reflections as well for interactive dialogue.

\*\*All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

*Revised 5/3/21*

# Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Internal Medicine Clerkship to complete the Patient Logs assignment.

# Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS1, including:
   - History - 950 characters or 15 lines
   - Physical Examination - 950 characters or 15 lines
   - Diagnosis - 100 characters for each diagnosis
   - History Findings and Physical Examination Findings - 100 characters for each field
   - Diagnostic Study/studies - 100 characters for each study recommendation
   - Students may add rows to the History Findings, Physical Examination
   - Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. Only list the diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis. If there is more than one possible diagnosis, list them in order of likelihood, with the most likely diagnosis first.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Internal Medicine Clerkship to complete the Patient Note assignment.

*Revised 5/3/21*

**Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment**

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 5 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 8 = final grade reduced by 1 points
   • Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 2 points
   • Not submitted by the end of Week 9 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          050

## Appendix 13 SMUSOM Defined Patient Encounters with Alternative Clinical Learning (weeks 11-12)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdominal Pain | | | | | | | | |
| Acute Myocardial Infarction | | | | | | | | |
| Acute Renal Failure/ Chronic Kidney Disease | | | | | | | | |
| Altered Mental Status | | | | | | | | |
| Anemia | | | | | | | | |
| Arrhythmia/Valvular Disease | | | | | | | | |
| Back Pain | | | | | | | | |
| Cerebrovascular Accident/Stroke | | | | | | | | |
| Chest Pain | | | | | | | | |
| Common Cancers | | | | | | | | |
| COPD/Obstructive Airway Disease | | | | | | | | |
| Cough | | | | | | | | |
| Diabetes Mellitus | | | | | | | | |
| Disease Prevention | | | | | | | | |
| Dyslipidemias | | | | | | | | |
| Dyspnea | | | | | | | | |
| Dysuria | | | | | | | | |
| Endocrine Disorder (not DM) | | | | | | | | |
| Fever | | | | | | | | |
| Fluid, Electrolyte, Acid-Base Disorder | | | | | | | | |
| Gastrointestinal Bleeding | | | | | | | | |
| Geriatric Care | | | | | | | | |
| Health Promotion | | | | | | | | |
| Heart Failure | | | | | | | | |
| HIV Infection | | | | | | | | |
| Hypertension | | | | | | | | |
| Joint Pain | | | | | | | | |
| Liver Disease | | | | | | | | |
| Major Depression | | | | | | | | |
| Nosocomial Infections | | | | | | | | |
| Obesity | | | | | | | | |
| Pneumonia | | | | | | | | |
| Rash | | | | | | | | |
| Rheumatologic Problems | | | | | | | | |
| Screening | | | | | | | | |
| Severe Infection/Sepsis | | | | | | | | |
| Smoking Cessation | | | | | | | | |
| Substance Abuse | | | | | | | | |
| Upper Respiratory Complaint | | | | | | | | |

*Revised 5/3/21*

KEY

*Level of Student Responsibility

Pr= Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)

Pa = Participant (member of medical team, present on rounds, O.R., etc.)

Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting

H/I   -    Hospital/Inpatient/Infusion Center/Ambulatory Surgery

H/O -     Hospital/Outpatient Clinic

ED   -    Emergency Department / Urgent Care / Transport

CC   -    Community Clinic

NH -      Nursing Home / Home Care

PPO -    Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)

Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.   cardiac, respiratory, etc.). May range from high- to low-fidelity.

Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.

Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.

Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

# Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:

- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1. Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

- *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2. Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

- *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
- *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
- *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3. Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that you were then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

*Revised 5/3/21*

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

1.    Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

# Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

- You will receive an email reminder on Friday of Week 4 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 8.

- You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

- Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.

- You will be able to submit only AFTER you have received the email reminder to fill the form.

- Read all instructions on the form and enter your text in the appropriate fields.

- After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

- Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

- Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
  - Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 1 point
  - Submitted late but by Sunday at midnight of Week 10 = final grade reduced by 2 points
  - Submitted late but by Sunday at midnight of Week 11 = final grade reduced by 3 points
  - Submitted late but by Sunday at midnight of Week 12 = final grade reduced by 4 points
  - Not submitted by the end of Week 12 = final grade reduced by 5 points , grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

# St. Matthew's University School of Medicine
## Course Syllabus
# OBSTETRICS & GYNECOLOGY
### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
Josef Blankstein MD
jblankstein @stmatthews.edu

**Clinical Deans**

David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty Ph.D.
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Obstetrics and Gynecology Clerkship is a six-week Core Rotation that provides patient-centered learning by exposing the student to routine, well-woman care as well as to a wide array of disease processes and procedures. The student will be directly involved in the management of patients in order to develop a solid understanding of women's healthcare. The primary goal of the Clerkship is to provide the student with a solid fund of knowledge in Obstetrics and Gynecology.

The obstetrics portion of the clerkship will focus on prenatal care, management of labor and delivery and postpartum care. The gynecology portion of the clerkship will involve the management of female patients in the office setting as well as the participation in gynecologic surgical procedures and postoperative care.

## Core Clerkship Learning Objectives and Competencies

During the course of the rotation, students will develop their competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of patients with the expectation of enhancing their understanding of disease diagnosis, treatment and prevention. The clinical learning objectives are aligned with the competencies that each student is expected to satisfy by the end of the clerkship.

Students' proficiency in these competency areas is evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**

1. **Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

*Revised 5/3/21*

2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1. **Diagnostic Decision-Making:** Students should learn how to design safe, expeditious, and cost effective diagnostic evaluations in the differential diagnosis of the acute abdomen and chronic pelvic pain, the evaluation of breast complaints and gynecological malignancies.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to obtain an accurate medical history and carefully perform a physical examination of women and incorporate ethical, social, and diversity perspectives to provide culturally competent health care.
4. **Communication and Relationships with Patients and Colleagues:** Students should demonstrate a proficiency in communication and interpersonal skills, e.g. knowledge of preconception care including the impact of genetics, medical conditions and environmental factors on maternal health and fetal development and the normal physiologic changes of pregnancy and normal physiologic changes of pregnancy including interpretation of common diagnostic studies.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision-making and how to communicate this information to patients.
6. **Therapeutic Decision-Making:** Students should demonstrate effective patient management in common problems in obstetrics (including knowledge of intra-partum care, postpartum care of the mother and newborn) and common benign gynecological conditions, and use basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge, e.g. menstrual cycle physiology, discuss puberty and menopause and explain normal and abnormal bleeding etiology and evaluation of infertility.
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds. This should include a preliminary assessment of patients with sexual concerns and develop a thorough understanding of contraception, including sterilization and abortion.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Prevention:** Students should be familiar with the principles of preventive health care in women to ensure their patients receive appropriate preventive services throughout the life span.
10. **Coordination of Care:** Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.
11. **Procedures:** Students should become familiar with the performance of basic obstetrical and gynecologic procedures.

# Student Responsibilities

**Clinical Experience**
During the Obstetrics & Gynecology Clerkship, students will be exposed to SMUSOM defined Patient Encounters and Procedures.

### Patient Encounters
Through a series of Patient Encounters, students must become familiar with the most prevalent diseases and conditions in the area of women's health and with the essentials of logical thinking that leads to the formulation of the differential diagnosis and appropriate management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by The Association of Professors of Gynecology and Obstetrics (APGO) and the APGO Undergraduate Medical Education Committee (APGO Medical Student Educational Objectives- 9th Edition). The types of Patient Encounters are intended to be representative of conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters can be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or conditions for the student to document via the electronic log. For example, a woman in labor could be admitted for pregnancy induced hypertension and third trimester bleeding. In addition, she may be evaluated for rupture of membranes and require vaginal exam to check for cervical dilation. For one patient encounter, a number of clinical skills or procedures can be counted.

Students complete Patient Encounters during the first 5 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last week of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., UWISE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Obstetrics & Gynecology Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., UWISE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 5th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 50 Patient Encounters through Primary Clinical Learning in the first 5 weeks.

*Revised 5/3/21*

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Abdominal Pain | | | | |
| Abnormal Labor | | | | |
| Abortion (Spontaneous / Induced) | | | | |
| Alloimmunization | | | | |
| Antepartum Care | | | | |
| Chronic Pelvic Pain | | | | |
| Disease Prevention | | | | |
| Domestic Violence | | | | |
| Ectopic Pregnancy | | | | |
| Endometriosis | | | | |
| Family Planning | | | | |
| Fetal Growth Abnormalities | | | | |
| Gynecologic cancers (vulvar/vaginal/cervical/endometrial/ovary) | | | | |
| Health Promotion | | | | |
| Hirsutism and Virilization | | | | |
| Infertility | | | | |
| Intrapartum Care | | | | |
| Medical and Surgical Complications of Pregnancy | | | | |
| Menopause | | | | |
| Menstrual disorders (amenorrhea/dysmenorrhea/Premenstrual syndrome) | | | | |
| Multifetal Gestation | | | | |
| Normal and Abnormal Uterine Bleeding | | | | |
| Pelvic Organ Prolapse and Urinary Incontinence | | | | |
| Postpartum Care | | | | |
| Postpartum Complications (e.g. infection/hemorrhage) | | | | |
| Post-Term Pregnancy | | | | |
| Preeclampsia-Eclampsia | | | | |
| Premature Rupture of Membranes | | | | |
| Preterm Labor | | | | |
| Screening | | | | |
| Sexually Transmitted Infections and Urinary Tract Infections | | | | |
| Third Trimester Bleeding | | | | |
| Uterine Leiomyomas | | | | |
| Vulvar and Vaginal Disease | | | | |

KEY
*Level of Student Responsibility
 Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
 Pa = Participant (member of medical team, present on rounds, O.R., etc.)
 Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          059

## Procedures

The goal of clinical student training is to learn basic principles of the core specialties, covering common conditions, their presentations, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams.   The student's level of responsibility is primarily through observation. The following are clinical skills or procedures the student should have an understanding of by the end of the Obstetrics & Gynecology Clerkship through observation, performance, or simulation.  If real patient contact was not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., UWISE cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Apgar Score (observe) | | | | | | | |
| Bi-manual Pelvic Exam | | | | | | | |
| Caesarean Section | | | | | | | |
| Cervical Culture | | | | | | | |
| Colposcopy | | | | | | | |
| Cone Biopsy / LEEP (Loop Electrosurgical Excision Procedure) | | | | | | | |
| Fetal Ultrasound | | | | | | | |
| Laparoscopy / Robotic Surgery | | | | | | | |
| Pap Smear | | | | | | | |
| Pelvic Surgery (e.g., abdominal hysterectomy, etc) | | | | | | | |
| Speculum Examination | | | | | | | |
| Vaginal Delivery | | | | | | | |
| Wet Mount Interpretation | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| Breast feeding training of pt with a nurse or lactation consultant**** | | | | | | | |
| Prenatal visit patient assessment and counseling with nurse**** | | | | | | | |
| Discharge planning postdelivery with a nurse or other professional**** | | | | | | | |

KEY
*Level of Student Responsibility
  Pr = Primary (student performed procedure)
  Pa = Participant (student assisted in performing procedure)
  Ob = Observer (student observed procedure)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          060

H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office


*** Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)
Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac,
    respiratory, etc.). May range from high- to low-fidelity.
Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding
    his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

 **** Must be completed in association with other health professionals.


## Patient Logs
Students are expected to see a minimum of ten (10) patients per week which must be logged in the Patient
Logs system (Appendix 7) and record the following:
>    1. Patient Encounters listed in Table 1; and
>    2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g., age, gender, clinical setting,
etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress
with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical
department.

## Patient Note
Students are expected to learn how to perform and document full H&Ps during the clerkship.  SMUSOM
requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients
that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the
patient history and physical findings and in compliance with HIPAA.   Guidelines for the Patient Note
Exercise, including an appropriately completed Patient Note and suggested content can be found in
Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two
Patient Notes, which are graded by the Clinical Division Chiefs.  A student who does not meet the Patient
Note requirement receives no credit.

## Engaged Learning Experience
SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates
in the educational process and where the faculty member determines what and how the student should learn.
As such, we have created Engaged Learning Assignments comprised of a series of 12 Clinical Learning
Modules that students must complete during the course of the Obstetrics & Gynecology Clerkship
(Appendix 8).

### Clinical Learning Modules
Students participating in the Obstetrics & Gynecology Clerkship will be responsible for weekly
Clinical Learning Modules on SMUSOM's Learning Management System (LMS),

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    061

Instructions for completing the weekly assignment can be found in Appendix 9.

These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the APGO Undergraduate Medical Education Committee (APGO Medical Student Educational Objectives- 9th Edition) comprehensively and are designed for use by third-year medical students.

As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

### Reflections

Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Division Chiefs.

What is a reflection?
  A Reflection may be represented by describing a specific aspect of the case or disease state that:
  - The student did not know and will help the student moving forward;
  - Made the student think of a particular patient he/she has seen;
  - Made the student think of something that he/she has been taught previously; or
  - In some other way led to something the student learned that others might benefit from.

Why is reflection important?
  - Thinking about learning and writing things down helps to clarify thoughts and emotions;
  - Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
  Reflective learners continually reflect on:
  - What they are learning and how they are learning it;
  - What their strengths and weaknesses in learning are; and
  - The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed Exercise can be found in Appendix 14 and 15.

## Monitoring and Evaluation

SMUSOM is committed to the success every student and actively monitors students' progress throughout the clerkship. Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 2).

### Evaluation of Student Clerkship Performance
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          062

## Mid-Clerkship Feedback

The mid-clerkship assessment is designed to provide students and accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit the mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 4. Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade. Mid-clerkship assessment forms are reviewed for scope and content by the clinical department. Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note, and Clinical Faculty Evaluation.

## Final Grade

Students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Obstetrics & Gynecology Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Logs. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 4. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          063

Grading level:
90-100% = Honors
80-89%  = High Pass
70-79%  = Pass
<70%    = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include:  Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or Interprofessional Education Reflection Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

## Competency Assessments
### Clinical Faculty Evaluation
Competencies Assessed:  See Appendix 5

### Core Clerkship Exam
Competencies Assessed:
#### PATIENT CARE
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
#### SCIENTIFIC AND MEDICAL KNOWLEDGE
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

### Engaged Learning Experience
Competencies Assessed:
#### PATIENT CARE
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education

**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

## Patient Logs
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision-making
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

## Patient Note
Competencies Assessed:
**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1e.** Document data, assessment, and plans in the patient's record
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**COMMUNICATION & INTERPERSONAL SKILLS**
**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
**5f.** Promote wellness and preventive strategies

## Mid-Clerkship Feedback
Competencies Assessed:
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning

Exhibit F Clincial Medicine Handbood          065

**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**
Student feedback is very important to the program. Completion of the clerkship evaluation form is required before grade assignment can be posted.  Using standardized measurement tools where appropriate, students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall rotation evaluation
11. Average number of patient contacts per day
12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this rotation again?
18. Recommend- would recommend this rotation?
* requirements vary

# Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off are permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.

• Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
• Call will be scheduled to coincide with the attending and/or resident team.
• Duty hour periods in the hospital will not exceed 16 consecutive hours.
• In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Obstetrics & Gynecology Clerkship.  SMUSOM will provide the student's name

and email address to the NBME approximately 5 weeks before the end of the Obstetrics & Gynecology Clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session. This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window. If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship. If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with your NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Student Promotions**
Any student in clinical clerkships who receives a grade of F (Failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                           067

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

**Academic Integrity**
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

*Revised 5/3/21*

# Recommended Textbooks

Hacker & Moore's Essentials of Obstetrics and Gynecology: With STUDENT CONSULT Online Access
(Essentials of Obstetrics & Gynecology (Hacker)) [Paperback]
By: Neville Hacker, J. George Moore, Joseph Gambone
Publisher**:** Saunders; 5 edition (February 4, 2009)
ISBN-10: 9781416059400 ISBN-13: 978-1416059400

Obstetrics and Gynecology, 6th Edition (Paperback)
By: Charles R. B. Beckmann (Editor), Frank W. Ling (Editor), Barbara M. Brzansky (Editor), William N. P. Herbert
(Editor), Douglas W. Laube (Editor), Roger P. Smith (Editor)
Publisher: Lippincott Williams & Wilkins; 6th edition (April 2009)
ISBN-10: 0781788072 ISBN-13: 9780781788076

Mosby's Pocket Guide to Fetal Monitoring: A Multidisciplinary Approach [Paperback]
By: Susan Martin Tucker
Publisher: Mosby; 6 edition (June 4, 2008)
ISBN-10: 0323056709 ISBN-13: 978-0323056700

Current Clinical Strategies: Gynecology and Obstetrics 2011: With ACOG Guidelines (Paperback)
By: Paul D. Chan M.D., Christopher R. Winkle M.D.
Publisher: Current Clinical Strategies; 2011 edition (September 3, 2010)
ISBN-10: 1934323292 ISBN-13: 978-1934323298

uWISE v.2  https://www.apgo.org/student/320-uwise-index.html
The APGO Undergraduate Web-Based Interactive Self-Evaluation (uWISE) is a 529-question interactive
self-exam designed to help medical students acquire the necessary basic knowledge in obstetrics and
gynecology, regardless of future medical specialty choice.
To access uWISE v.2, you must create a new account using your stmatthews.edu email. All students must
create their own account with a username and password of their choice. Please do not share logins.

# Appendix 1 – Obstetrics & Gynecology Clerkship Learning Objectives

1. Diagnostic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. Key history and physical examination findings pertinent to the differential diagnosis.
        2. Information resources for determining diagnostic options for patients with common and uncommon obstetrical and gynecologic problems.
        3. Key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
        4. The relative cost of diagnostic tests.
        5. How critical pathways or practice guidelines can be used to guide diagnostic test ordering.
        6. The method of deductive reasoning.
    B. Skills: Each student should be able to:
        1. Formulate a differential diagnosis based on the findings from the history and physical examination.
        2. Use probability-based thinking to identify the most likely diagnoses.
        3. Use the differential diagnosis to help guide diagnostic test ordering and sequence.
        4. Use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
        5. Participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
    C. Attitudes: Each student should:
        1. Incorporate the patient's perspective into diagnostic decision-making.
        2. Limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
    A. Knowledge: Each student should be able to describe:
        1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
    B. Skills: Each student should be able to:
        1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
            o present illness organized chronologically, without repetition, omission, or extraneous information.
            o a comprehensive physical examination with detail pertinent to the patient's problem.
            o a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
            o a differential diagnosis for each problem (appropriate to level of training).
            o a diagnosis/treatment plan for each problem (appropriate to level of training).
        2. orally present a new patient's case in a logical manner, chronologically developing the present illness or condition, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
        3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
        4. select the appropriate mode of presentation that is pertinent to the clinical situation.

    C. Attitudes: Each student should:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    070

1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
    A. Knowledge: Each student should be able to describe:
        1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.
        2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.
        3. the physiologic mechanisms that explain key findings in the history and physical exam.
        4. the diagnostic value of history and physical exam information.
    B. Skills: Each student should be able to:
        1. use language appropriate for each patient.
        2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
        3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.
        4. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood and adult illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, family, and occupational history; and review of systems.
        5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.
        6. demonstrate proper hygienic practices whenever examining a patient.
        7. position the patient and self properly for each part of the physical examination.
        8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
        9. communicate with the patient the purpose of the exam and explain the step-by-step process.
        10. adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.
    C. Attitudes: Each student should:
        1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
        2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
        3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues
    A. Knowledge: Each student should be able to describe:
        1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
        2. the role and contribution of each team member to the care of the patient.
        3. the role of psychosocial factors in team interactions.
        4. the role of the physician as patient advocate.

*Revised 5/3/21*

B. Skills: Each student should be able to:

    1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.

    2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

    3. determine the information that a patient has independently obtained about his/her problems.

    4. identify patient's emotional needs.

    5. seek the patient's point of view and concerns about his/her illness and the medical care he/she is receiving.

    6. determine the extent to which a patient wants to be involved in making decisions about his/her care.

    7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.

    8. work with a variety of patients, including multiproblem patients, angry patients, somatizing patients, and substance abuse patients.

    9. work as an effective member of the patient care team, incorporating skills in interprofessional collaboration.

    11. Give and receive constructive feedback.

C. Attitudes: Each student should:

    1. work hard to develop effective doctor-patient communication skills.

    2. take into consideration in each case the patient's psychosocial status.

    3. demonstrate respect for patients.

    4. demonstrate actively involving the patient in his/her health care whenever possible.

    5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.

    6. respond pertinently to patient concerns.

    7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.


5. Interpretation of Clinical Information

A. Knowledge: Each student should be able to describe:

    1. the various components of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, fetal monitoring, urinalysis, and body fluid cell counts and chemistries.

    2. range of normal variation in the results of a complete blood count, blood smear, electrolyte panel, general chemistry panel, electrocardiogram, fetal monitoring, chest x-ray, urinalysis, and body fluid cell counts and chemistries.

    3. results of the above tests in terms of the related pathophysiology.

    4. test sensitivity, test specificity, pre-test probability, and predictive value.

    5. how errors in test interpretation can affect clinical outcomes and costs.

B. Skills: Each student should be able to:

    1. interpret a blood smear, gram stain, electrocardiogram, chest X-ray, and urinalysis.

    2. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.

    3. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:

    1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

*Revised 5/3/21*

2. personally review imaging, urinalysis, and where available blood smears, to assess the accuracy and significance of the results

6. Therapeutic Decision-Making
   A. Knowledge: Each student should be able to describe:
      1. information resources for determining medical and surgical treatment options for patients with common obstetrical and gynecologic problems.
      2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.
      3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision making.
      4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.
      5. factors to consider in selecting a medication from within a class of medication.
      6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.
      7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.
      8. methods of monitoring therapy and how to communicate them in both written and oral form.
   B. Skills: Each student should be able to:
      1. formulate an initial therapeutic plan.
      2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.
      3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.
      4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.
      5. write prescriptions accurately.
      6. counsel patients about how to take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.
      7. monitor response to therapy.
   C. Attitudes: Each student should:
      1. incorporate the patient in therapeutic decision-making, explaining the risks and benefits of treatment.
      2. respect patient's informed choices, including the right to refuse treatment.
      3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.
      4. provide close follow-up of patients under care.

7. Bioethics Of Care
   A. Knowledge: Each student should be able to describe:
      1. basic elements of informed consent.
      2. circumstances under which informed consent is necessary and unnecessary.
      3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
      4. potential conflicts between individual patient preferences and societal demands.
      5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.
   B. Skills: Each student should be able to:
      1. participate in a discussion about advance directives with a patient.
      2. participate in informed consent for a procedure.
      3. participate in the care of a consent-requiring terminally ill patient.
      4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

Revised 5/3/21

C. Attitudes: Each student should:
>    1. take into account the individual patient's perspective and perceptions regarding health and illness.
>    2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.
>    3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.
>    4. recognize the potential conflicts between patient expectations and medically appropriate care.

8. Self-Directed Learning
>    A. Knowledge: Each student should be able to describe:
>    1. key sources for obtaining updated information on issues relevant to the medical management of adult patients.
>    2. a system for managing information from a variety of sources.
>    3. key questions to ask when critically appraising articles on diagnostic tests or therapies.
>    B. Skills: Each student should be able to:
>    1. perform a computerized literature search to find articles pertinent to a clinical question.
>    2. demonstrate critical review skills.
>    3. read critically about issues pertinent to their patients.
>    4. assess the limits of medical knowledge in relation to patient problems.
>    5. use information from consultants critically.
>    6. recognize when he or she needs additional information to care for the patient.
>    7. ask colleagues (students, residents, nurses, faculty) for help when needed.
>    8. make use of available instruments to assess one's own knowledge base.
>    C. Attitudes: Each student should be able to:
>    1. demonstrate self-directed learning in every case.
>    2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9.  Prevention
>    A. Knowledge: Each student should be able to describe:
>    1. primary, secondary, and tertiary prevention.
>    2. criteria for determining whether or not a screening test should be incorporated into the periodic health assessment of adults.
>    3. general types of preventive health care issues that should be addressed on a routine basis in adult patients (i.e., cancer screening; prevention of infectious diseases, coronary artery disease, osteoporosis, and injuries; and identification of substance abuse).
>    4. vaccines that have been recommended for routine use in at least some adults (i.e., influenza, pneumococcal, measles, mumps, rubella, tetanus-diphtheria, hepatitis, HPV).
>    5. methods for counseling patients about risk-factor modification.
>    6. influence of age and clinical status on approach to prevention.
>    7. general categories of high-risk patients in whom routine preventative health care must be modified or enhanced (e.g., family history, travel to an underdeveloped area, etc.).
>    8. the major areas of controversy in screening.
>
>    B. Skills: Each student should be able to:
>    1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of adults.
>    2. obtain a sexual history and counsel patients about safe-sex practices.
>    3. obtain and interpret a Pap smear report.
>    4. counsel a patient on smoking cessation.
>    5. perform a breast exam.

*Revised 5/3/21*

6. perform a digital rectal exam.

C. Attitudes: Each student should:
    1. address preventive health care issues as a routine part of their assessment of patients.
    2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
    A. Knowledge: Each student should be able to describe:
        1. the role of consultants and their limits in the care of a patient.
        2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
        3. the role of the primary care physician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
        4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
    B. Skills: Each student should be able to:
        1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
        2. participate in requesting a consultation and identifying the specific question(s) to be addressed.
        3. participate in the discussion of the consultant's recommendations with the team
        4. participate in developing a coordinated, ongoing care plan in the community.
        5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
        6. develop skills for participating as a member of the care team
    C. Attitudes: Each student should:
        1. demonstrate teamwork and respect toward all members of the health care team.
        2. demonstrate responsibility for patients' overall welfare.
        3. participate, whenever possible, in coordination of care and in provision of continuity

11. Procedures
    A. Knowledge: Each student should be able to describe:
        1. key indications, contraindications, risks, and benefits of each of the procedures listed in Table 2.
        2. alternatives to a given procedure.
        3. what the patient's experience of the procedure will be.
    B. Skills: Each student should be able to:
        1. observe precautions and contraindications for the procedures used.
        2. understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.
        3. understand step-by-step performance of procedures
    C. Attitudes: Each student should:
        1. always participate in obtaining informed consent for procedures they perform or in which they participate.
        2. explain what the patient's experience is likely to be in understandable terms.
        3. communicate risks and benefits to patients.
        4. always make efforts to maximize patient comfort during a procedure.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood      075

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          076

# Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination,* list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
| |
| |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation. In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Division Chiefs each week. Each PN will be graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find. If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected. For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN. For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems. Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential). Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness). Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    078

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 y.o. woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better[2]. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip. The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in this encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial diagnostic studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

*Revised 5/3/21*

| Pain with swallowing | |
|---|---|
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**". Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE
HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2]. The sore throat started yesterday morning. She has never had a similar problem in the past. She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3]. There is no sensation of choking or dysphagia. She has had some subjective fevers at home but has not taken her temperature. She denies chest pain[4]. VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3  Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

[5] Physical exam findings in the history.
[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.
[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.
[8] "glands" is not a medical term.
[9] "non-tender" and no "tenderness" is repetitive.
[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.
[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.
[12] Including a diagnosis that has no support in either the history or the physical exam.
[13] Including a study that is not indicated, overly aggressive, and/or costly.


**Patient Note Suggested Content: OB-GYN History and Physical Exam**

Chief Complaint (CC)
- First sentence should include age, gravidity/parity, LMP and presenting problem.
- Example: *42 yo G3P2Ab1 AA, LMP 12/1/14,* who comes to the ED complaining of vaginal bleeding.

History of Present Illness (HPI)
- What are the questions for someone with abdominal/pelvic pain, vaginal bleeding, vaginal discharge, pain when urinating, vulvar itching, etc.? The patient's responses go in this section.

Gynecological History
- Menstrual history – menarche, duration, flow and cycle length.
- Contraceptive/sexual history – sexually active, number of partners, new partners in the past three months, condom use, current method of birth control, history of sexual abuse, etc.
- Screening/prevention – date and results of last Pap smear and/or mammogram, breast self-exam.
- Past OB-GYN illnesses/disease or procedures.

Special attention in Social/Medical History
- Tobacco, alcohol, drug use.
- Non-prescription medications (including alternative therapies, herbs, etc.).

Special attention in Physical Exam (PE)
- Should be extensive in the area of the CC.
- Vital signs including weight gained if pregnant.
- Breast.
- Abdomen including fundal height and FHTs if pregnant.
- Pelvic exam.
  - Bartholin's glands, urethra, Skene's glands/external genitalia/vulva.
  - Vagina.
  - Cervix.
  - Bimanual exam – uterus (size/consistency/shape), adnexa, rectovaginal.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          082

# Appendix 5 – Sample Evaluation of Student Clerkship Performance



## ST. MATTHEW'S UNIVERSITY
## SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817

Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu

Clinicals:  clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

|  | Student Name |  | Clinical Rotation |
|---|---|---|---|
| Begin: | End |  |  |
|  | Dates of Rotation | Total Weeks | Attending/Supervising Physician |
|  | *Hospital's Name* |  | *Hospital's Address, City, State* |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

## PATIENT CARE

|  |  | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 1 | **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| 2 | **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| 3 | **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| 4 | **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |

## MEDICAL KNOWLEDGE

|  |  | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 5 | **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| 6 | **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    083

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          **084**

| 18 | Interpersonal Skills w/ Patients and Families (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
|---|---|---|---|---|---|---|
| 19 | Documentation & Presentation Skills (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

### SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | Other healthcare professionals (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | Use of Systems in Care (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed. See St. Matthew's Competency Matrix for detailed description.

| Mid-Term Evaluation | ☐ Not done | ☐ Done | Date: |
|---|---|---|---|

**Comments:**

**Comments (for MSPE/Dean's Letter):**

**Constructive Comments (not for use in MSPE/Dean's Letter):**

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____     _____
Clinical Faculty Signature                                 Date

_____
Print Last Name

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood        085

# Appendix 6 – Sample Mid-Clerkship Assessment Form

## Mid-Clerkship Assessment

INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

_____
_____

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

_____
_____

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

_____
_____

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

_____
_____

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

_____
_____

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

_____
_____

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

- **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

_Revised 5/3/21_

Exhibit F Clincial Medicine Handbood                    086

# Appendix 7 – Sample Patient Log

## ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE

### CORE ROTATION PATIENT LOG

The Core Rotation Patient Logs are a mandatory assignment and must be completed weekly. You must submit logs for most of the patients you encounter during each 24 hours of your rotation. The Dean's expectation is that you will log 13-20 or more patients per week. The minimum for a very low volume clinical rotation is at least two (10) patients every week before midnight *Eastern Standard Time* Sunday. The Dean receives a weekly report on each student's log volumes.

| | |
|---|---|
| Student Name: | Alaiya Kodah |
| Student ID: | [SSAB700246 - 027766398] |
| Institution: | LARKIN COMMUNITY HOSPMOUTH MIAMI FL |
| Clerkship: | Psychiatry |
| Rotation Dates: | 07-01-2013 - 08-09-2013 |
| Week (1-6): | 5 |
| Week 1: | 10 submitted |
| Week 2: | 10 submitted |
| Week 3: | 10 submitted |
| Week 4: | 10 submitted |
| Week 5: | 0 submitted |

**DIRECTIONS:** Enter the patient log information (below) using the dropdown lists and text fields. When a single patient log entry has been entered please click on the SUBMIT YOUR PATIENT LOG button. Your patient log entry will be saved in the system and you will be prompted either submit additional patient log entries or to QUIT (if you are done submitting all your weekly patient logs).

Submit Date: 08-02-2013
Patient Identifier (2-3 Initials):
Patient Encounter Date [MM-DD-YYYY]: August — 2nd — 2013 —
Patient Age:
Patient Gender:
Patient Location:

Student Role:

Primary- student primarily responsible for episode of care
(performed H&P, procedure, etc.)

Participant- member of medical team, present on rounds, in O.R., etc.

Observer- ONLY involved in discussion of patient, presentation of case, etc.

Supervisor:

Primary- student primarily responsible for episode of care
(performed H&P, procedure, etc.)

Participant- member of medical team, present on rounds, in O.R., etc.

Observer- ONLY involved in discussion of patient, presentation of case, etc.

Supervisor:
Diagnosis 1 (mandatory):
Diagnosis 2 (optional): None
Diagnosis 3 (optional): None

Diagnosis Description:
*Mandatory - Be as specific as possible.*

Physical Examination: None

Special Examination:
*Select all that apply*
☐ Newborn Exam
☐ Mental Status Exam
☐ Neuro Exam
☐ Fundoscopy
☐ Breast
☐ Pelvic
☐ Male Genital
☐ Rectal

What did you chart? None
Procedures 1: None
Procedures 2: None

Comments / Reflections:
*Optional*

[SUBMIT YOUR PATIENT LOG]   [CLEAR THE FORM]

[QUIT]

*Revised 5/3/21*

# Appendix 8 – List of Required Online Learning Cases

| Case | | Title | Subject |
|---|---|---|---|
| CLIPP | 1 | Evaluation & Care of the Newborn | Congenital CMV |
| CLIPP | 7 | Newborn boy with respiratory distress | IODM, premie, TTN |
| CLIPP | 22 | 16 year old girl with abdominal pain | PID |
| Simple | 13 | 65 year old woman for annual physical | Screening guidelines, osteopenia |
| Simple | 14 | 18 year old woman pre-college physical | UTI, chlamydia |
| Simple | 30 | 55 year old woman with leg pain | Venous thromboembolism |
| fmCASES | 1 | 45 year old woman annual exam | Annual gyn care |
| fmCASES | 12 | 16 year old girl with vaginal bleeding | Spontaneous abortion |
| fmCASES | 14 | 35 year old woman with amenorrhea | Pregnancy, advanced maternal age, Down's |
| fmCASES | 17 | 55 year old woman with post menopausal bleeding | Menopause, DUB |
| fmCASES | 20 | 28 year old woman with abdominal pain | Domestic violence |
| fmCASES | 24 | 4 week old girl with fussiness | Colic, post-partum depression |
| fmCASES | 30 | 27 year old female - Labor & Delivery | Labor and Delivery |
| fmCASES | 32 | 33 year old female with painful periods | Dysmenorrhea |

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection. You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    089

# Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Logs assignment.

*Revised 5/3/21*

# Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at: https://www.stmatthews.edu/Gateway/PNGateway.html (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS2, including:
   - History - 950 characters or 15 lines
   - Physical Examination - 950 characters or 15 lines
   - Diagnosis - 100 characters for each diagnosis
   - History Findings and Physical Examination Findings - 100 characters for each field
   - Diagnostic Study/studies - 100 characters for each study recommendation
   - Students may add rows to the History Findings, Physical Examination
   - Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. You must enter at least two diagnoses. The first diagnosis requires at least four justifications in the fields below it. Any other diagnoses require at least two.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom. You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note: You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday. Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Note assignment.

Revised 5/3/21

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 2 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points
   • Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    092

## Appendix 13 - SMUSOM Defined Patient Encounters with Alternative Clinical Learning (week 6)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdominal Pain | | | | | | | | |
| Abnormal Labor | | | | | | | | |
| Abortion (Spontaneous / Induced) | | | | | | | | |
| Alloimmunization | | | | | | | | |
| Antepartum Care | | | | | | | | |
| Chronic Pelvic Pain | | | | | | | | |
| Disease Prevention | | | | | | | | |
| Domestic Violence | | | | | | | | |
| Ectopic Pregnancy | | | | | | | | |
| Endometriosis | | | | | | | | |
| Family Planning | | | | | | | | |
| Fetal Growth Abnormalities | | | | | | | | |
| Gynecologic cancers (vulvar/vaginal/cervical/endometrial/ovary) | | | | | | | | |
| Health Promotion | | | | | | | | |
| Hirsutism and Virilization | | | | | | | | |
| Infertility | | | | | | | | |
| Intrapartum Care | | | | | | | | |
| Medical and Surgical Complications of Pregnancy | | | | | | | | |
| Menopause | | | | | | | | |
| Menstrual disorders (amenorrhea/dysmenorrhea/Premenstrual syndrome) | | | | | | | | |
| Multifetal Gestation | | | | | | | | |
| Normal and Abnormal Uterine Bleeding | | | | | | | | |
| Pelvic Organ Prolapse and Urinary Incontinence | | | | | | | | |
| Postpartum Care | | | | | | | | |
| Postpartum Complications (e.g. infection/hemorrhage) | | | | | | | | |
| Post-Term Pregnancy | | | | | | | | |
| Preeclampsia-Eclampsia | | | | | | | | |
| Premature Rupture of Membranes | | | | | | | | |
| Preterm Labor | | | | | | | | |
| Screening | | | | | | | | |
| Sexually Transmitted Infections and Urinary Tract Infections | | | | | | | | |
| Third Trimester Bleeding | | | | | | | | |
| Uterine Leiomyomas | | | | | | | | |
| Vulvar and Vaginal Disease | | | | | | | | |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          093

KEY

*Level of Student Responsibility
  Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -    Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -    Hospital/Outpatient Clinic
  ED   -    Emergency Department / Urgent Care / Transport
  CC   -    Community Clinic
  NH   -    Nursing Home / Home Care
  PPO -    Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)
    Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.   cardiac,
              respiratory, etc.). May range from high- to low-fidelity.
    Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students
              regarding his/her medical condition.
    Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal
              anatomy.
    Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    094

# Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise students' submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1.  Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

    - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2.  Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

    - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
    - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
    - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3.  Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that

*Revised 5/3/21*

you were then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4.     Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

*Revised 5/3/21*

# Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 1 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 4.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   o Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
   o Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
   o Not submitted by the end of Week 6 = final grade reduced by 3 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

# St. Matthew's University School of Medicine

## Course Syllabus

# PEDIATRICS

### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
Mohamed Mir MD
mmir@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty Ph.D.
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Pediatric Clerkship is a six-week experience that provides an opportunity for each student to develop the basic skills required to provide medical care for infants, children, and adolescents, and to provide a foundation for further training in pediatrics. During the Pediatric clerkship, students will learn to appreciate the influence of growth and development on children, by experiencing first-hand how the maturation process affects the diagnosis and management of illness and how it influences general well-being. Factors unique to the pediatric encounter will be emphasized. Since children are not responsible for their own health care, students will also learn how to evaluate the family unit, parenting skills and the home environment as part of the child's total health evaluation.

## Core Clerkship Competencies and Learning Objectives

During the course of this training period, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of pediatric patients with the expectation of enhancing their understanding of disease diagnosis, management, and prevention. The clinical learning objectives are aligned with the competencies that each student is expected to satisfy by the end of the clerkship.

*Revised 5/3/21*

Each learning objective is organized into three key areas: knowledge, skills and attitude (Appendix 1). Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**
1. **Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1. **Diagnostic Decision-Making:** Students should learn how to design safe, expeditious, and cost effective diagnostic evaluations.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to obtain an accurate pediatric history and carefully perform a physical examination, which is fundamental to providing comprehensive care to pediatric patients.
4. **Communication and Relationships with Patients and Colleagues:** Students should demonstrate a proficiency in communication and interpersonal skills.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision-making and how to communicate this information to patients.
6. **Therapeutic Decision-Making:** Students should demonstrate effective patient management, using basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Health Supervision:** Students should be familiar with the principles of preventive health care to ensure that patients and parents understand and that patients receive appropriate health maintenance.
10. **Coordination of Care:** Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.
11. **Procedures:** Students should become familiar with the performance of basic medical procedures.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood      099

# Student Responsibilities

**Clinical Experience**
During the Pediatric Clerkship students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters

Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of structured thinking that leads to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the **C**ouncil **o**n **M**edical **S**tudent **E**ducation in **P**ediatrics (COMSEP).  The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies.  All of these Patient Encounters may be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or condition for the student to log; for example, a patient with cystic fibrosis can present with pneumonia, so the student can log one encounter of a chronic medical problem, and one encounter for lower respiratory problem.

Students complete Patient Encounters during the first 5 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last week of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., CLIPP cases or standardized patients).

Students must reflect upon their Patient Encounters in the Patient Logs during their Pediatric Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., CLIPP cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 5th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 50 Patient Encounters through Primary Clinical Learning in the first 5 weeks.

*Revised 5/3/21*

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | **Primary Clinical Learning** | |
| | | | **Direct Patient Care** | **Team Care** |
| Abdominal Pain | | | | |
| Asthma / Allergy | | | | |
| Behavioral Problem (Autism, ADHD, etc.) | | | | |
| Child abuse and neglect | | | | |
| Chronic Medical Problem (Seasonal allergies, Asthma, CP, CF, DM, Malignancy, etc.) | | | | |
| CNS Complaint (Headache/ Concussion / Closed head injury / Meningitis / Encephalitis / Seizure) | | | | |
| Congenital abnormality (Structural Malformations, Metabolic Disorders) | | | | |
| Developmental Delay | | | | |
| Fever | | | | |
| Fluid / Electrolyte Imbalance / Dehydration | | | | |
| GI Complaint (Nausea, Vomiting, Diarrhea, Abdominal pain,etc.) | | | | |
| Growth Abnormality | | | | |
| GU Complaint (Dysuria / Hematuria / Proteinuria, etc) | | | | |
| Hematologic Disorder | | | | |
| Malignancy | | | | |
| Musculoskeletal complaint (joint/limb pain/injury) | | | | |
| Neonatal jaundice | | | | |
| Nutrition / Feeding | | | | |
| Otitis / Conjunctivitis | | | | |
| Pediatric Emergency (Respiratory distress, shock, trauma, etc.) | | | | |
| Rash / Dermatitis | | | | |
| Respiratory Tract Infection (Lower) | | | | |
| Respiratory Tract Infection (Upper) | | | | |
| Substance abuse | | | | |
| Well child care - Adolescent (13-19 years) | | | | |
| Well child care - Infant (1-12 months) | | | | |
| Well child care - Newborn (0-1 month) | | | | |
| Well child care – School aged (5-12 years) | | | | |
| Well child care - Toddler (12-60 months) | | | | |

KEY

*Level of Student Responsibility
 Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
 Pa = Participant (member of medical team, present on rounds, O.R., etc.)

 Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood

**Procedures**

The goal of clinical student training is to learn basic principles of Pediatrics, covering common symptoms and conditions, their presentation, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams. The student's level of responsibility is primarily through supervised learning. The following are clinical skills or procedures the student should have an understanding of by the end of the Pediatric Clerkship through observation, performance, or simulation. If real patient contact is not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., CLIPP cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Administration of inhalation therapy | | | | | | | |
| Calculate/plot BMI | | | | | | | |
| HEADSSS assessment in adolescent | | | | | | | |
| Immunization counseling | | | | | | | |
| Nasopharyngeal swab | | | | | | | |
| Otoscopy | | | | | | | |
| Plot growth curve | | | | | | | |
| Prescription writing | | | | | | | |
| Vision and Hearing Screening | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| IM immunization administration by a nurse**** | | | | | | | |
| Deliver nebulized medication with a respiratory therapist or nurse**** | | | | | | | |
| Measure peak flow with respiratory therapist or nurse**** | | | | | | | |

KEY

*Level of Student Responsibility
Pr = Primary (student performed procedure)
Pa = Participant (student assisted in performing procedure)
Ob = Observer (student observed procedure)
**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office
*** Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)

Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.
Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases
**** Must be completed in association with other health professionals.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          102

**Patient Logs**

Students are expected to see a minimum of ten (10) patients per week which must be logged in the Patient Logs system (Appendix 7) and record the following:

      1. Patient Encounters listed in Table 1; and

      2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g, age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

**Patient Note**

Students are expected to learn how to perform and document full H&Ps during the clerkship. SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA. Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Division Chiefs. A student who does not meet the Patient Note requirement receives no credit.

**Engaged Learning Experience**

SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 12 Clinical Learning Modules that students must complete during the course of the Pediatric Clerkship (Appendix 8).

### Clinical Learning Modules

Students participating in the Pediatric Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Computer-assisted Learning in Pediatrics Program (CLIPP). CLIPP is a comprehensive learning program for use by third-year medical students during their pediatric clerkship. This program is part of the Med-U learning system.

As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

### Reflections

Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Division Chiefs.

*Revised 5/3/21*

What is a reflection?
A reflection may be represented by describing a specific aspect of the case or disease state that:
- ₋ The student did not know and will help the student moving forward;
- ₋ Made the student think of a particular patient he/she has seen;
- ₋ Made the student think of something that he/she has been taught previously; or
- ₋ In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- ₋ Thinking about learning and writing things down helps to clarify thoughts and emotions;
- ₋ Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
Reflective learners continually reflect on:
- ₋ What they are learning and how they are learning it;
- ₋ What their strengths and weaknesses in learning are;  and
- ₋ The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed Exercise can be found in Appendix 14 and 15.

# Monitoring and Evaluation
SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship.  Performance on weekly assignments is reviewed by the Clinical Division Chiefs for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**Mid-Clerkship Feedback**
The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship.  Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician.  Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit the mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 4.  Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade.  Mid-clerkship assessment forms are reviewed for scope and content by the clinical department.  Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

*Revised 5/3/21*

**Final Grade**

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Pediatric Medicine Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Logs. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

Each students' final grade is calculated as follows:

| | |
|---|---|
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 4. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% =  Honors
80-89%   = High Pass
70-79%   = Pass
<70%      = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include:  Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls

"below expectations".  Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

## Competency Assessments

### Clinical Faculty Evaluation
Competencies Assessed:  See Appendix 5

### Core Clerkship Exam
Competencies Assessed:

**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

### Engaged Learning Experience
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

*Revised 5/3/21*

**Patient Logs**

Competencies Assessed:

> **PATIENT CARE**
> **1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
> **1b.** Select and interpret appropriate laboratory and diagnostic studies
> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
> **1d.** Develop hypotheses, diagnostic strategies and management plans
> **1f.** Make use of the scientific foundation for clinical decision making
> **PROFESSIONALISM**
> **4c.** Exhibit dependability and responsibility

**Patient Note**

Competencies Assessed:

> **PATIENT CARE**
> **1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
> **1b.** Select and interpret appropriate laboratory and diagnostic studies
> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
> **1d.** Develop hypotheses, diagnostic strategies and management plans
> **1e.** Document data, assessment, and plans in the patient's record
> **1f.** Make use of the scientific foundation for clinical decision making
> **SCIENTIFIC AND MEDICAL KNOWLEDGE**
> **2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
> **2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
> **2c.** Demonstrate knowledge of health maintenance and disease prevention
> **COMMUNICATION & INTERPERSONAL SKILLS**
> **5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
> **5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**

Competencies Assessed:

> **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
> **3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
> **PROFESSIONALISM**
> **4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**

Student feedback is very important to the program. Completion of the clerkship evaluation form is required before grade assignment can be posted. Using standardized measurement tools where appropriate, students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                107

9. Quality of didactics (lecture, reading, rounds)
10. Overall rotation evaluation
11. Average number of patient contacts per day
12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this rotation again?
18. Recommend- would recommend this rotation?
* requirements vary

## Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences. No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness. Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Pediatric Clerkship. SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Pediatric clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session. This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

<u>**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**</u>
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          108

days prior to the first day of the exam window. If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship. If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Student Promotions**
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

**Academic Integrity**
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

*Revised 5/3/21*

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to: http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

# Recommended Textbooks

Nelson Essentials of Pediatrics: With STUDENT CONSULT Online Access (Essentials of Pediatrics (Nelson)) [Paperback]
By: Robert M. Kliegman, Karen Marcdante, Hal B. Jenson,  Richard E. Behrman
Publisher: Saunders; 6 edition (March 31, 2010)
ISBN-10: 1437706436   ISBN-13: 978-1437706437

The Harriet Lane Handbook: A Manual for Pediatric House Officers, 19th Edition (Paperback)
By:  Johns Hopkins Hospital , Kristin Arcara (Author), Megan Tschudy MD (Author)
Publisher: Mosby; 19 edition (June 8, 2011)
ISBN-10: 0323079423   ISBN-13: 978-0323079426

Pediatric Pearls: the Handbook of Practical Pediatrics (Paperback)
By: Beryl J. Rosenstein, Patricia D. Fosarelli, M. Douglas Baker
Publisher: Mosby; 4 edition (June 15, 2002)
ISBN: 0323014984

Pediatric Primary Care: Well-Child Care (Core Handbooks in Pediatrics) (Paperback)
By: Raymond C., M.D. Baker (Editor)
Publisher: Lippincott Williams & Wilkins; Rev Ed edition (March 2001)
ISBN: 0781728894

Pediatrics: A Primary Care Approach (Paperback)
By: Carol D. Berkowitz
Publisher: Amer Academy of Pediatrics; 3 edition (June 30, 2008)
ISBN-10: 9781581102833 ISBN-13: 978-1581102833

Zitelli and Davis' Atlas of Pediatric Physical Diagnosis: Expert Consult - Online and Print, 6e
By: Basil J. Zitelli MD, Sara C McIntire MD
Publisher: Saunders; 6 edition (April 26, 2012)
ISBN-10: 0323079326

# Appendix 1 - Pediatric Clerkship Learning Objectives

1. Diagnostic Decision-Making
   A. Knowledge: Each student should be able to describe:
      1. Key history and physical examination findings pertinent to the differential diagnosis.
      2. Information resources for determining diagnostic options for patients with common and uncommon medical problems.
      3. key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
      4. the relative cost of diagnostic tests.
      5. how critical pathways or practice guidelines can be used to guide diagnostic test ordering.
      6. the method of deductive reasoning.
   B. Skills: Each student should be able to:
      1. formulate a differential diagnosis based on the findings from the history and physical examination.
      2. use probability-based thinking to identify the most likely diagnoses.
      3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
      4. use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
      5. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
   C. Attitudes: Each student should:
      1. incorporate the patient's and family's perspective into diagnostic decision-making.
      2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
   A. Knowledge: Each student should be able to describe:
      1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
   B. Skills: Each student should be able to:
      1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
         o present illness organized chronologically, without repetition, omission, or extraneous information.
         o a comprehensive physical examination with detail pertinent to the patient's problem.
         o a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
         o a differential diagnosis for each problem (appropriate to level of training).
         o a diagnosis/treatment plan for each problem (appropriate to level of training).
      2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
      3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
      4. select the appropriate mode of presentation that is pertinent to the clinical situation.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    112

C. Attitudes: Each student should:
    1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
    2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
    A. Knowledge: Each student should be able to describe:
        1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.
        2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.
        3. the physiologic mechanisms that explain key findings in the history and physical exam.
        4. the diagnostic value of history and physical exam information.

    B. Skills: Each student should be able to:
        1. Demonstrate the role of patient observation in determining the nature of a child's illness and developmental stage
        2. Conduct a pediatric physical examination appropriate to the nature of the visit or complaint (complete vs. focused)  and the age of the patient
        3. use language appropriate for each patient.
        4. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
        5. elicit the patient's chief complaint as well as a complete list of the patient's/parent's concerns.
        6. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, and family history; and review of systems.
        7. obtain, whenever necessary, supplemental historical information from other sources, such as family, parents, or previous physicians.
        8. demonstrate proper hygienic practices whenever examining a patient.
        9. position the patient and self properly for each part of the physical examination.
        10. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
        11. communicate with the patient and parent the purpose of the exam and explain the step-by-step process.
        12. adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.

    C. Attitudes: Each student should:
        1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
        2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
        3.  demonstrate consideration for the parents' and patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

*Revised 5/3/21*

4. Communication and Relationships With Patients And Colleagues
A. Knowledge: Each student should be able to describe:
1. how patient/family and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
2. the role and contribution of each team member to the care of the patient.
3. the role of psychosocial factors in team interactions.
4. the role of the physician as patient advocate.
B. Skills: Each student should be able to:
1. Conduct an effective interview by adapting the interview to the visit (e.g., first visit, acute care, health supervision), the age of the patient, and the chief complaint
2. Demonstrate effective verbal and non-verbal communications skills with children and their parents or families that include:
   o Establishment of rapport taking into account the patient's age and development stage
   o Use of communication techniques that enable development of a therapeutic alliance being sensitive to the unique social condition and cultural background of the family
   o Identification of the primary concerns of the patient and/or family
   o Discussion of medical information in terms understandable to patients and families.
3. Correctly identify the need for an interpreter in specific patient/parent-physician interactions.
4. Demonstrate effective oral and written communication with the health care team avoiding jargon and vague terms (e.g. clear and normal).
5. Present a complete, well-organized verbal summary of the patient's history and physical examination findings, including an assessment and plan modifying the presentation to fit the time constraints and educational goals of the situation.
6. Document the history, physical examination, and assessment and plan using a format appropriate to the clinical situation (e.g., inpatient admission, progress note, office or clinic visit, acute illness, health supervision visit, and interval care visits).

C. Attitudes: Each student should:
1. work hard to develop effective doctor-patient communication skills.
2. take into consideration in each case the patient's psychosocial status.
3. demonstrate respect for patients and their families.
4. demonstrate actively involving the patient in his/her health care whenever possible.
5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.
6. respond pertinently to patient and parent concerns.
7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Test Interpretation
A. Knowledge: Each student should be able to describe:
1. the age-appropriate values for commonly used laboratory tests, such as the CBC, urinalysis, and serum electrolytes.
2. results of the above tests in terms of the related pathophysiology.
3. test sensitivity, test specificity, pre-test probability, and predictive value.
4. how errors in test interpretation can affect clinical outcomes and costs.
B. Skills: Each student should be able to:
1. interpret a blood smear, gram stain, chest X-ray, and urinalysis.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          114

2. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.
3. estimate post-test probability based on test results and state the clinical significance of these findings.

    C. Attitudes: Each student should:
        1. demonstrate estimating the implications of test results before ordering tests and after test results are available.
        2. personally review X-ray films, blood smears, etc., to assess the accuracy and significance of the results.

6. Therapeutic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. information resources for determining medical and surgical treatment options for patients with common pediatric problems.
        2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.
        3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision making.
        4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.
        5. factors to consider in selecting a medication from within a class of medication in the pediatric population.
        6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.
        7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.
        8. methods of monitoring therapy and how to communicate them in both written and oral form.

    B. Skills: Each student should be able to:
        1. formulate an initial therapeutic plan.
        2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.
        3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.
        4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.
        5. write prescriptions accurately.
        6. counsel patients and families about how the patient should take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.
        7. monitor response to therapy.

    C. Attitudes: Each student should:
        1. incorporate the patient/parent in therapeutic decision-making, explaining the risks and benefits of treatment.
        2. respect patient/parent's informed choices
        3. provide close follow-up of patients under care.

7. Bioethics Of Care
    A. Knowledge: Each student should be able to describe:
        1. basic elements of informed consent as it pertains to the pediatric patient
        2. circumstances under which informed consent is necessary and unnecessary.
        3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.
        4. potential conflicts between individual patient/parent preferences and societal demands.

5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.

6. What constitutes an "emancipated minor", and what are the implications of this in caring for such a patient?

B. Skills: Each student should be able to:

1. participate in informed consent for a procedure.

2. participate in a physician's discussion with a patient/parent about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

C. Attitudes: Each student should:

1. take into account the individual patient's and parent's perspective and perceptions regarding health and illness.

2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.

3. recognize the potential conflicts between patient/parent expectations and medically appropriate care.

8. Self-Directed Learning

A. Knowledge: Each student should be able to describe:

1. key sources for obtaining updated information on issues relevant to the medical management of pediatric patients.

2. a system for managing information from a variety of sources.

3. key questions to ask when critically appraising articles on diagnostic tests or therapies.

B. Skills: Each student should be able to:

1. assess the limits of their medical knowledge in relation to patient problems.

2. identify relevant primary resources to assist in an evidence-based analysis of the pertinent clinical question.

3. demonstrate critical review skills.

4. recognize when additional information is needed to care for the patient.

5. understand the value of consultants and how to use their information critically.

6. ask colleagues (students, residents, nurses, faculty) for help when needed.

7. make use of available instruments to assess one's own knowledge base.

C. Attitudes: Each student should be able to:

1. demonstrate self-directed learning in every case.

2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Health Supervision

A. Knowledge: Each student should be able to describe:

1. the most common preventable morbidities in childhood and describe strategies for prevention.

2. the components of a health supervision visit including health promotion and disease and injury prevention, the appropriate use of screening tools, and immunizations for newborns, infants, toddlers, school aged children, and adolescents.

3. the rationale for childhood immunizations and the basis for parental refusal of immunizations (risk for autism, religious) and be able to properly educate them based on evidence-based medicine.

4. the rationale for screening tests (such as environmental lead questionnaire, domestic violence screening, CBC, urinalysis, blood lead level, and PPD).

5. the indications, appropriate use, interpretation, and limitations of the following screening tests:
   o Neonatal screening
   o Developmental screening
   o Hearing and vision screening
   o Lead screening

       o   Anemia screening
       o   Tuberculosis testing
6.   anticipatory guidance and describe how it changes based on the age of the child.
B. Skills: Each student should be able to:
   1.  Demonstrate an ability to provide age-appropriate anticipatory guidance about nutrition, behavior, immunizations, injury prevention, and pubertal development.
C. Attitudes: Each student should:
   1. address preventive health care issues with the patients and families as a routine part of their assessment.
   2. encourage patients (when age appropriate) to share responsibility for disease prevention.

10. Coordination Of Care
   A. Knowledge: Each student should be able to describe:
      1. the role of consultants and their limits in the care of a patient.
      2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
      3. the role of the primary care pediatrician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
      4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
   B. Skills: Each student should be able to:
      1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
      2. participate in requesting a consultation and identifying the specific question(s) to be addressed.
      3. participate in the discussion of the consultant's recommendations with the team
      4. participate in developing a coordinated, ongoing care plan in the community.
      5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
      6. develop skills for participating as a member of the care team
   C. Attitudes: Each student should:
      1. demonstrate teamwork and respect toward all members of the health care team.
      2. demonstrate responsibility for patients' overall welfare.
      3. participate, whenever possible, in coordination of care and in provision of continuity

11. Procedures
   A. Knowledge: Each student should be able to describe:
      1. key indications, contraindications, risks, and benefits of each of the following basic procedures:
        –   Vision and hearing screening
        –   Administration of inhalation therapy (MDI/Spacer/Nebulizer)
        –   Throat culture
        –   Immunizations: intramuscular injection, subcutaneous injection
        –   Nasopharyngeal swab
        –   Peak flow measurement
        –   Peripheral intravenous catheter insertion
        –   Lumbar puncture
      2. alternatives to a given procedure (if appropriate).
      3. what the patient's experience of the procedure will be.
   B. Skills: Each student should be able to:
      1. observe precautions and contraindications for the procedures used.

      *Revised 5/3/21*

2.  understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.

3.  understand  step-by-step performance of procedures

C. Attitudes: Each student should:

1. always participate in obtaining informed consent for basic procedures they perform or in which they participate.

2. explain what the patient's experience is likely to be in understandable terms.

3. communicate risks and benefits to patients.

4. always make efforts to maximize patient comfort during a procedure.

# Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Score and Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure Logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          119

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination,* list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s).

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
|  |  |
|  |  |
|  |  |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
|  |
|  |

(+) Click to add row(s)

Copyright © 2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation. In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week. Each PN will be graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find. If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected. For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN. For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems. Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential). Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness). Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better[2]. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip. The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in this encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial diagnostic studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
| --- | --- |
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
| --- | --- |
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

Revised 5/3/21

Exhibit F Clincial Medicine Handbood                    122

| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
| --- |
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**". Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2]. The sore throat started yesterday morning. She has never had a similar problem in the past. She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3]. There is no sensation of choking or dysphagia. She has had some subjective fevers at home but has not taken her temperature. She denies chest pain[4]. VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in this encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial diagnostic studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    124

Physical exam findings in the history.
General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.
"Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.
"glands" is not a medical term.
"non-tender" and no "tenderness" is repetitive.
tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.
Including a diagnosis without supporting evidence even if the diagnosis is possible.
Including a diagnosis that has no support in either the history or the physical exam.
Including a study that is not indicated, overly aggressive, and/or costly.


**Patient Note Suggested Content: Pediatric History and Physical Exam**

Chief Complaint (CC)
- First sentence should include age, gender (m/f), previously healthy or pertinent diagnoses.

History of Present Illness (HPI)
- Health and behavior prior to onset of symptoms; epidemiology; any therapies tried by parents or physician.
- Parental concerns (if any).

Special attention in Medical History
- Birth history (if infant): Gestational age, cesarean versus vaginal, GxPx of mother, prenatal course (meds, infections, fetal activity), delivery, neonatal course (home with mom? feeding, fevers).
- Feeding history (if infant): how often and what content.
- Growth and development: growth curves and motor milestones (too short, too tall, too heavy, too thin, bottle/cup, toilet training, school performance, interactive skills and independence, sleep habits, elimination habits).
- Immunizations.

Special attention in Social History
- HEADSS exam in adolescents.
- Social history: household, planned pregnancy?, peers, smoke, sexual activity.

Special attention in Physical Exam (PE)
- Should be extensive for the area related to the CC.
- vital signs (for any age):  weight: ___ kg = (___) % ile      height ___ cm = (___) % ile head circumference = ___ cm = (___) % ile.
- vitals signs as per _____: (with cry?) HR:___  BP:___  RR___  T____.
- I&O's for inpatients in cc/kg/day.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                    125

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



# ST. MATTHEW'S UNIVERSITY
# SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817

Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu

Clinicals: clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| | |
|---|---|
| **Student Name** | **Clinical Rotation** |

Begin:         **End**

| | | | |
|---|---|---|---|
| **Dates of Rotation** | | **Total Weeks** | **Attending/Supervising Physician** |

| | |
|---|---|
| *Hospital's Name* | *Hospital's Address, City, State* |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1**   **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2**   **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3**   **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4**   **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5**   **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6**   **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood        127

| 18 | Interpersonal Skills w/ Patients and Families (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
|---|---|---|---|---|---|---|
| 19 | Documentation & Presentation Skills (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

## SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | Other healthcare professionals (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | Use of Systems in Care (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed. See St. Matthew's Competency Matrix for detailed description.

| Mid-Term Evaluation | ☐ Not done | ☐ Done | Date: |
|---|---|---|---|

**Comments:**


**Comments (for MSPE/Dean's Letter):**


**Constructive Comments (not for use in MSPE/Dean's Letter):**


By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____          _____
**Clinical Faculty Signature**                                              **Date**

_____
**Print Last Name**

# Appendix 6 – Sample Mid-Clerkship Assessment Form

## Mid-Clerkship Assessment

INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

_____
_____
_____

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

_____
_____
_____

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

_____
_____
_____

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

_____
_____
_____

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

_____
_____
_____

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

_____
_____
_____

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

- **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

_Revised 5/3/21_

Exhibit F Clincial Medicine Handbood                    129

# Appendix 7 – Sample Patient Log

Exhibit F Clincial Medicine Handbood                 130

## Appendix 8 – List of Required Online Learning Cases

| Case | | Title | Subject |
|------|-----|-------|---------|
| CLIPP | 8 | 6 day old girl with jaundice | Breastfeeding |
| CLIPP | 12 | 10 month old girl with cough | Airway foreign body |
| CLIPP | 13 | 6 year old girl with chronic cough | Asthma |
| CLIPP | 14 | 18 month old girl with congestion | Otitis media, hearing loss |
| CLIPP | 17 | 4 year old girl refusing to walk | Transient synovitis |
| CLIPP | 23 | 15 year old girl with lethargy and fever | Meningococcal sepsis |
| CLIPP | 24 | 2 year old boy with altered mental status | Lead poisoning |
| CLIPP | 26 | 9 week old boy not gaining weight | Cystic fibrosis |
| CLIPP | 27 | 8 year old girl with abdominal pain | Crohn's disease |
| CLIPP | 28 | 18 month old boy with developmental delay | Cerebral palsy |
| CLIPP | 29 | Infant boy with hypotonia | Down syndrome |
| CLIPP | 31 | 5 year old with puffy eyes | Nephrotic syndrome |

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection. You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments, which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

*Revised 5/3/21*

# Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Logs assignment.

*Revised 5/3/21*

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS3, including:
   • History - 950 characters or 15 lines
   • Physical Examination - 950 characters or 15 lines
   • Diagnosis - 100 characters for each diagnosis
   • History Findings and Physical Examination Findings - 100 characters for each field
   • Diagnostic Study/studies - 100 characters for each study recommendation
   • Students may add rows to the History Findings, Physical Examination
   • Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. Only list the diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis. If there is more than one possible diagnosis, list them in order of likelihood, with the most likely diagnosis first.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom.  You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note:  You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Note assignment.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood            134

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 2 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points
   • Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

Exhibit F Clinical Medicine Handbood                    135

## Appendix 13 - SMUSOM Defined Patient Encounters with Alternative Clinical Learning (week 6)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdominal Pain | | | | | | | | |
| Asthma / Allergy | | | | | | | | |
| Behavioral Problem (Autism, ADHD, etc.) | | | | | | | | |
| Child abuse and neglect | | | | | | | | |
| Chronic Medical Problem (Seasonal allergies, Asthma, CP, CF, DM, Malignancy, etc.) | | | | | | | | |
| CNS Complaint (Headache/ Concussion / Closed head injury / Meningitis / Encephalitis / Seizure) | | | | | | | | |
| Congenital abnormality (Structural Malformations, Metabolic Disorders) | | | | | | | | |
| Developmental Delay | | | | | | | | |
| Fever | | | | | | | | |
| Fluid / Electrolyte Imbalance / Dehydration | | | | | | | | |
| GI Complaint (Nausea, Vomiting, Diarrhea, Abdominal pain,etc.) | | | | | | | | |
| Growth Abnormality | | | | | | | | |
| GU Complaint (Dysuria / Hematuria / Proteinuria, etc) | | | | | | | | |
| Hematologic Disorder | | | | | | | | |
| Malignancy | | | | | | | | |
| Musculoskeletal complaint (joint/limb pain/injury) | | | | | | | | |
| Neonatal jaundice | | | | | | | | |
| Nutrition / Feeding | | | | | | | | |
| Otitis / Conjunctivitis | | | | | | | | |
| Pediatric Emergency (Respiratory distress, shock, trauma, etc.) | | | | | | | | |
| Rash / Dermatitis | | | | | | | | |
| Respiratory Tract Infection (Lower) | | | | | | | | |
| Respiratory Tract Infection (Upper) | | | | | | | | |
| Substance abuse | | | | | | | | |
| Well child care - Adolescent (13-19 years) | | | | | | | | |
| Well child care - Infant (1-12 months) | | | | | | | | |
| Well child care - Newborn (0-1 month) | | | | | | | | |
| Well child care – School aged (5-12 years) | | | | | | | | |
| Well child care - Toddler (12-60 months) | | | | | | | | |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood              136

KEY

*Level of Student Responsibility
  Pr =  Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -    Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -    Hospital/Outpatient Clinic
  ED   -    Emergency Department / Urgent Care / Transport
  CC   -    Community Clinic
  NH -      Nursing Home / Home Care
  PPO -   Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)
        Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.   cardiac,
                respiratory, etc.). May range from high- to low-fidelity.
        Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students
                regarding his/her medical condition.
        Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal
                anatomy.
        Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

Exhibit F Clincial Medicine Handbood                                    137

# Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1. Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

   - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2. Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

   - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
   - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
   - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3. Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that you were

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    138

then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure

delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4. Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

# Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 1 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 4.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   - Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
   - Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
   - Not submitted by the end of Week 6 = final grade reduced by 3 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

# St. Matthew's University School of Medicine

## Course Syllabus

# PSYCHIATRY

### Required Clerkship

**Clerkship Faculty and Staff**

**Clinical Department Chair**
Garry Vickar MD
gvickar@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

Mark Doherty PhD
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

## Clerkship Goal

The Psychiatry Clerkship is a six-week clerkship designed to provide students with knowledge and clinical experiences in the examination, diagnosis, and management of common psychiatric syndromes. Students will participate in patient care in both inpatient and outpatient settings. Students are expected to be active members of the treatment team. Students are exposed to patients with a variety of mental health disorders, with no particular category of conditions emphasized. Each student is expected to see patients every day, write progress notes on each patient, present his or her patients on rounds, engage in active discussion regarding diagnosis and management with the team, and participate in the administrative duties necessary for patient care. By the end of the rotation students should be able to formulate a bio-psychosocial assessment, differential diagnosis and treatment plan. The clerkship focuses on learning interview skills, team collaboration and respect for psychiatric patients, their families and their disorders. All students complete the clerkship with a fundamental understanding of the role of the Psychiatrist and the conditions that he or she treats.

## Core Clerkship Competencies and Learning Objectives

During the course of this training period, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. They will be exposed to the management of patients with the expectation of enhancing their understanding of disease diagnosis, treatment and prevention. The competencies are

Revised 5/3/21

aligned with clinical learning objectives that each student is expected to satisfy by the end of the clerkship.

Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

## SMUSOM Competencies

1. **Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

## Learning Objectives

1. **Diagnostic Decision-Making** Students should be able to explain the basics of psychopathology, including the DSM-V criteria for major adult and childhood illnesses; principles of natural history, treatment response, and theories of etiology; and differential diagnoses of common presenting psychiatric symptoms.
2. **Case Presentation Skills:** Students should develop facility with different types of case presentations: written and oral, new patient and follow-up, inpatient, emergency and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to conduct a complete psychiatric history, including relevant mental and behavioral symptoms, family history, psychosocial function, and medical history, including how to perform a complete mental status examination, making accurate observations of pathological behavior and mental phenomena and inquiring into areas that may not be spontaneously revealed.
4. **Communication and Relationships with Patients and Colleagues:** Students should learn how to engage patients by establishing a comfortable, professional rapport and managing patients' emotional responses during the psychiatric workup, including responses, recognizing that sharing relevant information with the team facilitates care.
5. **Interpretation of Clinical Information:** Students should be able to formulate a psychiatric case using the DSM-V multiaxial system, incorporating the psychiatric differential diagnosis, relevant medical conditions, psychosocial stressors, and level of function; this formulation should employ a problem-based approach based on assessments of acuteness, severity, functional impact, and potential for harm to self or others.
6. **Therapeutic Decision-Making:** Students should develop and help execute an initial treatment planning including how to manage patients' emotional responses when conducting a psychiatric interview**.**
7. **Bioethics of Care:** Students should demonstrate honesty and integrity in all interactions and activities with patients, families, medical colleagues and others and should maintain an appropriate professional stance with patients.

*Revised 5/3/21*

8. **Self-Directed Learning:** Students should utilize clinically relevant research, from the basic sciences of medicine or from patient centered clinical research, to assess the accuracy and precision of diagnostic tests (including the clinical examination), the power of prognostic markers, and the efficacy and safety of therapeutic, rehabilitative, and preventive regimens as they pertain to psychiatry and decision-making.
9. **Prevention:** Students should be familiar with the principles of preventive health care to ensure their patients receive appropriate preventive services utilizing regimens for health maintenance designed to reduce mental illness.
10. **Coordination of Care:** Students should perform effectively as members of the psychiatric service and will share relevant clinical information regarding their patients to facilitate care. Students should understand that the physician's responsibility toward the patient does not stop at the end of the office visit or hospitalization but continues in collaboration with other professionals to ensure that the patient receives optimal care.

## Student Responsibilities

**Clinical Experience**
During the Psychiatry Clerkship students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters
Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of structured thinking that leads to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the Association of Directors of Medical Student Education in Psychiatry (ADMSEP). The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters may be seen by the student in a variety of settings.

Students complete Patient Encounters during the first 5 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last week of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Psychiatry Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 5th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 50 Patient Encounters through Primary Clinical Learning in the first 5 weeks.

*Revised 5/3/21*

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Acute psychosis | | | | |
| Alcohol/Substance use disorder | | | | |
| Attention-deficit hyperactivity disorder | | | | |
| Autistic spectrum disorder | | | | |
| Bipolar Disorder | | | | |
| Delirium | | | | |
| Dementia | | | | |
| Eating Disorder | | | | |
| Electroconvulsive Therapy | | | | |
| Generalized anxiety disorder | | | | |
| Involuntary commitment | | | | |
| Major Depressive Disorder | | | | |
| Mental disorders secondary to medical condition | | | | |
| Obsessive-compulsive disorder | | | | |
| Panic disorder with or without agoraphobia | | | | |
| Personality disorder | | | | |
| Pharmacotherapeutics: Antidepressants | | | | |
| Pharmacotherapeutics: Antipsychotics | | | | |
| Pharmacotherapeutics: Anxiolytics | | | | |
| Pharmacotherapeutics: Mood stabilizers | | | | |
| Post-traumatic stress disorder | | | | |
| Psychopharmacologic Emergency | | | | |
| Psychotherapy | | | | |
| Schizoaffective Disorder | | | | |
| Schizophrenia | | | | |
| Somatoform disorder | | | | |
| Suicidal/ Homicidal Risk Assessment | | | | |

KEY
*Level of Student Responsibility
Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
Pa = Participant (member of medical team, present on rounds, O.R., etc.)

Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

*Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

Exhibit F Clincial Medicine Handbood                    144

**Patient Logs**

Students are expected to see a minimum of ten (10) patients per week, which must be logged in the Patient Logs system (Appendix 7) and record the following:

    1. Patient Encounters listed in Table 1; and

    2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g., age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

**Patient Note**

Students are expected to learn how to perform and document full H&Ps during the clerkship. SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA. Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Deans. A student who does not meet the Patient Note requirement receives no credit.

**Engaged Learning Experience**

SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 12 Clinical Learning Modules that students must complete during the course of the Psychiatry Clerkship (Appendix 8).

    <u>Clinical Learning Modules</u>

    Students participating in the Psychiatry Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

    These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Computer-assisted Learning in Psychiatry Program (CLIPP). CLIPP is a comprehensive learning program for use by third-year medical students during their psychiatry clerkship.

    As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

    <u>Reflections</u>

    Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Dean.

What is a reflection?
A reflection may be represented by describing a specific aspect of the case or disease state that:
- The student did not know and will help the student moving forward;
- Made the student think of a particular patient he/she has seen;
- Made the student think of something that he/she has been taught previously; or
- In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- Thinking about learning and writing things down helps to clarify thoughts and emotions;
- Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
Reflective learners continually reflect on:
- What they are learning and how they are learning it;
- What their strengths and weaknesses in learning are; and
- The gaps in their knowledge and skills, and how they might work towards filling these.

**Interprofessional Education Reflective Exercise**
Students are expected to demonstrate the ability to communicate and work effectively with other health care professionals, and to make use of the unique contributions of other health care professionals. SMUSOM requires each student to submit one Interprofessional Education Reflective Exercise no later than the end of week 8. Failure to submit the exercise in a timely manner will result in point deduction which may affect the final grade. Students with Interprofessional Education Reflective Exercises that are deemed inadequate in any respect will be contacted by the clinical department and will need to resubmit. Guidelines for the Interprofessional Education Reflective Exercise, including an appropriately completed Exercise can be found in Appendix 14 and 15.

# Monitoring and Evaluation
SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship. Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 2).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**Mid-Clerkship Feedback**
The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit the mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 4. Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade. Mid-clerkship assessment forms are reviewed for scope and content by the clinical department. Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    146

**Final Grade**

Each students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Psychiatry Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Logs. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 4. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% = Honors
80-89%  = High Pass
70-79%  = Pass
<70%    = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include: Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations". Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

-144-                                    *Revised 5/3/21*

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

## Competency Assessments

### Clinical Faculty Evaluation
Competencies Assessed:  See Appendix 5

### Core Clerkship Exam
Competencies Assessed:

**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

### Engaged Learning Experience
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

### Patient Logs

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    148

Competencies Assessed:

**PATIENT CARE**

**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency

**1b.** Select and interpret appropriate laboratory and diagnostic studies

**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies

**1d.** Develop hypotheses, diagnostic strategies and management plans

**1f.** Make use of the scientific foundation for clinical decision making

**PROFESSIONALISM**

**4c.** Exhibit dependability and responsibility

**Patient Note**

Competencies Assessed:

**PATIENT CARE**

**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency

**1b.** Select and interpret appropriate laboratory and diagnostic studies

**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies

**1d.** Develop hypotheses, diagnostic strategies and management plans

**1e.** Document data, assessment, and plans in the patient's record

**1f.** Make use of the scientific foundation for clinical decision-making

**SCIENTIFIC AND MEDICAL KNOWLEDGE**

**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine

**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses

**2c.** Demonstrate knowledge of health maintenance and disease prevention

**COMMUNICATION & INTERPERSONAL SKILLS**

**5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship

**5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**

Competencies Assessed:

**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**

**3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning

**PROFESSIONALISM**

**4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**

Student feedback is very important to the program. Completion of the clerkship evaluation form is required before grade assignment can be posted. Using standardized measurement tools where appropriate, students will evaluate the total clerkship experience based on the following:

1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall rotation evaluation

*Revised 5/3/21*

11. Average number of patient contacts per day
12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this rotation again?
18. Recommend- would recommend this rotation?
* requirements vary

## Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences.  No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness.  Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
• Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
• Call will be scheduled to coincide with the attending and/or resident team.
• Duty hour periods in the hospital will not exceed 16 consecutive hours.
• In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Psychiatry Clerkship.  SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Psychiatry clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session.  This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

<u>**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**</u>
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window.  If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the

confirmation notice and will be charged to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship. If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

### Student Promotions

Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

### Academic Integrity

St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                151

Students who are unsure about what constitutes plagiarism should refer to:
[http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html](http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html).

# Recommended Textbooks

Kaplan and Shaddock's Synopsis of Psychiatry: Behavioral Sciences/Clinical Psychiatry (Paperback)
By: Benjamin J. Shaddock, Virginia A. Shaddock
Publisher: Lippincott Williams & Wilkins; 10th edition (May 2007)
ISBN-10: 0-7817-7327-X ISBN-13: 978-0-7817-7327-0

Desk Reference to the Diagnostic Criteria from DSM-5TM (Paperback)
By: American Psychiatric Association
Publisher: American Psychiatric Publishing (May 2013)
ISBN: 0890425566

Psychiatry 2010 Edition (Current Clinical Strategies) [Paperback]
By: Rhoda K Hahn, Lawrence J. Albers, Christopher Reist, MD, Paul Chan
Publisher: Current Clinical Strategies Publishing; 2010 edition (November 7, 2009)
ISBN-10: 193432325X ISBN-13: 978-1934323250

Handbook of Psychiatric Drug Therapy (Paperback)
Publisher: Lippincott Williams & Wilkins; Sixth edition (August 18, 2009)
By: George W. Arana, Steven E. Hyman, Lawrence A. Labbate,
Maurizio Fava, J. F. Rosenbaum (Editor)
ISBN-10: 0781774861 ISBN-13: 978-0781774864

Introductory Textbook of Psychiatry
By: Nancy Andreasen; Donald Black (editors); 5th edition (2011)
Publisher: American Psychiatric Press

Clinical Psychopharmacology Made Ridiculously Simple (Paperback)
Publisher: MedMaster Inc
By: John Preston, James Preston; 7th edition

# Appendix 1 - Psychiatry Clerkship Learning Objectives

1. Diagnostic Decision-Making
    A. Knowledge: Each student should be able to describe:
        1. key history and physical examination findings pertinent to the differential diagnosis.
        2. information resources for determining diagnostic options for patients with common and uncommon psychiatric problems.
        3. key factors to consider when selecting from among diagnostic tests, including pretest probabilities, performance characteristics of tests (sensitivity, specificity, likelihood ratios), cost, risk, and patient preferences.
        4. the relative cost of diagnostic tests.
        5. how critical pathways or practice guidelines can be used to guide diagnostic test ordering.
        6. the method of deductive reasoning.
    B. Skills: Each student should be able to:
        1. formulate a differential diagnosis based on the findings from the history and physical examination.
        2. use probability-based thinking to identify the most likely diagnoses.
        3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
        4. use pretest probabilities and scientific evidence about performance characteristics of tests (sensitivity, specificity, likelihood ratios) to determine post-test probabilities according to the predictive value paradigm.
        5. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
    C. Attitudes: Each student should:
        1. incorporate the patient's perspective into diagnostic decision-making.
        2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
    A. Knowledge: Each student should be able to describe:
        1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
    B. Skills: Each student should be able to:
        1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
            o present illness organized chronologically, without repetition, omission, or extraneous information.
            o a comprehensive physical examination with detail pertinent to the patient's problem.
            o a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
            o a differential diagnosis for each problem (appropriate to level of training).
            o a diagnosis/treatment plan for each problem (appropriate to level of training).
        2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
        3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
        4. select the appropriate mode of presentation that is pertinent to the clinical situation.
    C. Attitudes: Each student should:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood         154

1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination
    A. Knowledge: Each student should be able to describe:
        1. the significant attributes of a symptom, alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of the symptom.
        2. the physiologic mechanisms that explain key findings in the history and physical exam.
        3. the diagnostic value of history and physical exam information.
    B. Skills: Each student should be able to:
        1. use language appropriate for each patient.
        2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.
        3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.
        4. obtain a patient's history in a logical, organized, and thorough manner, covering the history of present illness; past medical history (including usual source of and access to health care, childhood and adult illnesses, injuries, surgical procedures, obstetrical history, psychiatric problems, hospitalizations, transfusions, medications, tobacco and alcohol use, and drug allergies); preventive health measures; social, family, and occupational history; and review of systems.
        5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.
        6. demonstrate proper hygienic practices whenever examining a patient.
        7. position the patient and self properly for each part of the physical examination.
        8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.
        9. communicate with the patient the purpose of the exam and explain the step-by-step process.
        10.  adapt the scope and focus of the history and physical exam appropriately to the medical situation and the time available.
    C. Attitudes: Each student should:
        1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.
        2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.
        3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues
    A. Knowledge: Each student should be able to describe:
        1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.
        2. the role and contribution of each team member to the care of the patient.
        3. the role of psychosocial factors in team interactions.
        4. the role of the physician as patient advocate.
    B. Skills: Each student should be able to:
        1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.
        2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

3. determine the information that a patient has independently obtained about his/her problems.
4. identify patient's emotional needs.
5. seek the patient's point of view and concerns about his/her illness and the medical care he/she is receiving.
6. determine the extent to which a patient wants to be involved in making decisions about his/her care.
7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.
8. work with a variety of patients, including multiproblem patients, angry patients, somatizing patients, and substance abuse patients.
9. work as an effective member of the patient care team, incorporating skills in interprofessional collaboration.
10. Give and receive constructive feedback.
C. Attitudes: Each student should:
1. work hard to develop effective doctor-patient communication skills.
2. take into consideration in each case the patient's psychosocial status.
3. demonstrate respect for patients.
4. demonstrate actively involving the patient in his/her health care whenever possible.
5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.
6. respond pertinently to patient concerns.
7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Interpretation of Clinical Information
A. Knowledge: Each student should be able to describe:
1. the various components of laboratory and diagnostic studies.
2. range of normal variation in the results.
3. results of the tests in terms of the related pathophysiology.
4. test sensitivity, test specificity, pre-test probability, and predictive value.
5. how errors in test interpretation can affect clinical outcomes and costs.
B. Skills: Each student should be able to:
1. record the results of laboratory tests in an organized manner, using flow sheets when appropriate.
2. estimate post-test probability based on test results and state the clinical significance of these findings.
C. Attitudes: Each student should:
1. demonstrate estimating the implications of test results before ordering tests and after test results are available.
2. personally review laboratory and diagnostic studies to assess the accuracy and significance of the results.

6. Therapeutic Decision-Making
A. Knowledge: Each student should be able to describe:
1. information resources for determining treatment options for patients with common psychiatric problems.
2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.
3. how to use critical pathways and clinical practice guidelines to help guide therapeutic decision making.

4. factors that frequently alter the effects of medications, including drug interactions and compliance problems.

5. factors to consider in selecting a medication from within a class of medication.

6. factors to consider in monitoring a patient's response to treatment, including potential adverse effects.

7. various ways that evidence about clinical effectiveness is presented to clinicians and the potential biases of using absolute or relative risk or number of patients needed to treat.

8. methods of monitoring therapy and how to communicate them in both written and oral form.

B. Skills: Each student should be able to:

1. formulate an initial therapeutic plan.

2. access and utilize, when appropriate, information resources to help develop an appropriate and timely therapeutic plan.

3. explain the extent to which the therapeutic plan is based on pathophysiologic reasoning and scientific evidence of effectiveness.

4. begin to estimate the probability that a therapeutic plan will produce the desired outcome.

5. write prescriptions accurately.

6. counsel patients about how to take their medications and what to expect when they take their medications, including beneficial outcomes and potential adverse effects.

7. monitor response to therapy.

C. Attitudes: Each student should:

1. incorporate the patient in therapeutic decision-making, explaining the risks and benefits of treatment.

2. respect patient's informed choices, including the right to refuse treatment.

3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.

4. provide close follow-up of patients under care.


7. Bioethics Of Care

A. Knowledge: Each student should be able to describe:

1. basic elements of informed consent.

2. circumstances under which informed consent is necessary and unnecessary.

3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.

4. potential conflicts between individual patient preferences and societal demands.

5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.

B. Skills: Each student should be able to:

1. participate in a discussion about advance directives with a patient.

2. participate in informed consent for a procedure.

3. participate in the care of a consent-requiring terminally ill patient.

4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

C. Attitudes: Each student should:

1. take into account the individual patient's perspective and perceptions regarding health and illness.

2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.

3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.

4. recognize the potential conflicts between patient expectations and medically appropriate care.

8. Self-Directed Learning
    A. Knowledge: Each student should be able to describe:
        1. key sources for obtaining updated information on issues relevant to the medical management of adult patients.
        2. a system for managing information from a variety of sources.
        3. key questions to ask when critically appraising articles on diagnostic tests or therapies.
    B. Skills: Each student should be able to:
        1. perform a computerized literature search to find articles pertinent to a clinical question.
        2. demonstrate critical review skills.
        3. read critically about issues pertinent to their patients.
        4. assess the limits of medical knowledge in relation to patient problems.
        5. use information from consultants critically.
        6. recognize when he or she needs additional information to care for the patient.
        7. ask colleagues (students, residents, nurses, faculty) for help when needed.
        8. make use of available instruments to assess one's own knowledge base.
    C. Attitudes: Each student should be able to:
        1. demonstrate self-directed learning in every case.
        2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9.  Prevention
    A. Knowledge: Each student should be able to describe:
        1. primary, secondary, and tertiary prevention.
        2. criteria for determining whether or not a screening test should be incorporated into the periodic health assessment of adults.
        3. general types of preventive health care issues that should be addressed on a routine basis in psychiatric patients.
        4. methods for counseling patients about risk-factor modification.
        5. influence of age and clinical status on approach to prevention.
        6. general categories of high-risk patients in whom routine preventative health care must be modified or enhanced.
    B. Skills: Each student should be able to:
        1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of adults.
        2. counsel a patient on smoking cessation.
    C. Attitudes: Each student should:
        1. address preventive health care issues as a routine part of their assessment of patients.
        2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
    A. Knowledge: Each student should be able to describe:
        1. the role of consultants and their limits in the care of a patient.
        2. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
        3. the role of the primary care physician and the team in coordinating the comprehensive and longitudinal patient care plan, including communicating with the patient and family through telecommunications and evaluating patient well-being through home health and other care providers.
        4. the role of the primary care physician and the team in the coordination of care during key transitions (e.g., outpatient to inpatient, inpatient to hospice, etc.).
    B. Skills: Each student should be able to:
        1. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.

2. participate in requesting a consultation and identifying the specific question(s) to be addressed.

3. participate in the discussion of the consultant's recommendations with the team.

4. participate in developing a coordinated, ongoing care plan in the community.

5. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.

6. develop skills for participating as a member of the care team.

C. Attitudes: Each student should:

1. demonstrate teamwork and respect toward all members of the health care team.

2. demonstrate responsibility for patients' overall welfare.

3. participate, whenever possible, in coordination of care and in provision of continuity.

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Score and Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE (Profile)<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure Logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          160

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

*Revised 5/3/21*

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation. In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week. Each PN will be graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find. If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected. For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN. For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems. Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential). Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness). Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION

PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better[2]. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip. The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
| --- | --- |
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
| --- | --- |
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

| Pain with swallowing | |
|---|---|
| No rhinorrhea[8] | |

| Diagnostic Studies |
|---|
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**".  Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient.  Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2].  The sore throat started yesterday morning.  She has never had a similar problem in the past.  She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3].  There is no sensation of choking or dysphagia.  She has had some subjective fevers at home but has not taken her temperature.  She denies chest pain[4].  VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in this encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial diagnostic studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2   Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3   Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood        165

[5] Physical exam findings in the history.
[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.
[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.
[8] "glands" is not a medical term.
[9] "non-tender" and no "tenderness" is repetitive.
[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.
[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.
[12] Including a diagnosis that has no support in either the history or the physical exam.
[13] Including a study that is not indicated, overly aggressive, and/or costly.

**Patient Note Suggested Content: Psychiatric History and Physical Exam**

Chief Complaint (CC)
- First sentence should include alone or accompanied, voluntary or involuntary.

History of Present Illness (HPI)
- Stressors.
- Past psychiatric diagnoses/hospitalizations.

Special attention in Social/Medical History
- Substance use.
- Family history.

Special areas of the Physical Exam (PE)
- Appearance and behavior (dress, grooming, personal hygiene, body language including posture, motor behavior).
- Speech and language (quantity, rate, rhythm, volume, articulation of words, fluency).
- Mood and affect (predominant emotion that a patient experiences (normal descriptor = euthymic, abnormal could be dysthymic, sad, irritable, expansive, euphoric, nervous, angry).
- Thoughts and perceptions (thought processes = thought form, how well thoughts are strung together).

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



### ST. MATTHEW'S UNIVERSITY
### SCHOOL OF MEDICINE

**In the U.S.**

St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals: clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| | Student Name | | Clinical Rotation | |
|---|---|---|---|---|
| **Begin:** | **End** | | | |
| | Dates of Rotation | **Total Weeks** | Attending/Supervising Physician | |
| | *Hospital's Name* | | *Hospital's Address, City, State* | |

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1** **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2** **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3** **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4** **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5** **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6** **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

Exhibit F Clincial Medicine Handbood                    167

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    168

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
|---|---|---|---|---|---|---|
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

## SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to make use of unique contributions by, and work effectively with, other health care professionals | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

**Items in parentheses indicate sub-competencies assessed. See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ | **Not done** | ☐ | **Done** | **Date:** |
|---|---|---|---|---|---|

**Comments:**

**Comments (for MSPE/Dean's Letter):**

**Constructive Comments (not for use in MSPE/Dean's Letter):**

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____     _____
**Clinical Faculty Signature**                               **Date**

_____
**Print Last Name**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          169

# Appendix 6 – Sample Mid-Clerkship Assessment Form

## Mid-Clerkship Assessment

INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

_____

_____

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

_____

_____

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

_____

_____

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

_____

_____

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

_____

_____

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

_____

_____

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

- **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

*Revised 5/3/21*

# Appendix 7 – Sample Patient Log

## Appendix 8 – List of Required Online Learning Cases

| Case | | Title | Subject |
|---|---|---|---|
| CLIPP | 4 | 8 year old boy well child check | obesity, ADHD, diabetes, hypertension |
| eCLIPP | 1 | 6 year old girl with seizure | epilepsy, cultural contexts |
| eCLIPP | 3 | 2 year old boy with pneumonia | pneumonia, cultural contexts |
| Simple | 5 | 55 year old man with fatigue | depression |
| Simple | 9 | 55 year old woman with upper abdominal pain | pancreatitis, alcoholism |
| Simple | 18 | 75 year old man with memory problems | dementia |
| Simple | 25 | 75 year old woman with altered mental status | delerium, hyponatremia |
| Simple | 26 | 58 year old man with altered mental status | alcohol abuse |
| fmCASES | 3 | 65 year old woman with insomnia | major depressive disorder |
| fmCASES | 9 | 50 year old woman with palpitations | anxiety, coronary artery disease risk factors |
| fmCASES | 29 | 70 year old man with dementia | dementia |

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection. You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

*Revised 5/3/21*

# Appendix 10- Step-By-Step Instructions for Weekly Patient Logs Submissions

1. Students can access the Patient Logs page at:
   https://www.stmatthews.edu/Gateway/PLGateway2.html  (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Logs assignment.

Revised 5/3/21

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at: https://www.stmatthews.edu/Gateway/PNGateway.html (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS4, including:
   - History - 950 characters or 15 lines
   - Physical Examination - 950 characters or 15 lines
   - Diagnosis - 100 characters for each diagnosis
   - History Findings and Physical Examination Findings - 100 characters for each field
   - Diagnostic Study/studies - 100 characters for each study recommendation
   - Students may add rows to the History Findings, Physical Examination
   - Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. You only list the diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis. If there is more than one possible diagnosis, list them in order of likelihood, with the most likely diagnosis first.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom. You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note: You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday. Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Ob-Gyn Clerkship to complete the Patient Note assignment.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          175

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page:
   https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 2 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points
   • Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

## Appendix 13 - SMUSOM Defined Patient Encounters with Alternative Clinical Learning (week 6)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Acute psychosis | | | | | | | | |
| Alcohol/Substance use disorder | | | | | | | | |
| Attention-deficit hyperactivity disorder | | | | | | | | |
| Autistic spectrum disorder | | | | | | | | |
| Bipolar Disorder | | | | | | | | |
| Delirium | | | | | | | | |
| Dementia | | | | | | | | |
| Eating Disorder | | | | | | | | |
| Electroconvulsive Therapy | | | | | | | | |
| Generalized anxiety disorder | | | | | | | | |
| Involuntary commitment | | | | | | | | |
| Major Depressive Disorder | | | | | | | | |
| Mental disorders secondary to medical condition | | | | | | | | |
| Obsessive-compulsive disorder | | | | | | | | |
| Panic disorder with or without agoraphobia | | | | | | | | |
| Personality disorder | | | | | | | | |
| Pharmacotherapeutics: Antidepressants | | | | | | | | |
| Pharmacotherapeutics: Antipsychotics | | | | | | | | |
| Pharmacotherapeutics: Anxiolytics | | | | | | | | |
| Pharmacotherapeutics: Mood stabilizers | | | | | | | | |
| Post-traumatic stress disorder | | | | | | | | |
| Psychopharmacologic Emergency | | | | | | | | |
| Psychotherapy | | | | | | | | |
| Schizoaffective Disorder | | | | | | | | |
| Schizophrenia | | | | | | | | |
| Somatoform disorder | | | | | | | | |
| Suicidal/ Homicidal Risk Assessment | | | | | | | | |

KEY

*Level of Student Responsibility
  Pr=  Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -   Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -    Hospital/Outpatient Clinic
  ED  -   Emergency Department / Urgent Care / Transport
  CC  -   Community Clinic
  NH  -   Nursing Home / Home Care

PPO -   Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)

Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g.   cardiac, respiratory, etc.). May range from high- to low-fidelity.

Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.

Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.

Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

# Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:

- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1. Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

   - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2. Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

   - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
   - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
   - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3. Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An example could be that your religious background helped you understand a patients concern that

you were then able to explain to the team. Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4. Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          180

# Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 1 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 4.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   - Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
   - Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
   - Not submitted by the end of Week 6 = final grade reduced by 3 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

*Revised 5/3/21*

# St. Matthew's University School of Medicine

## Course Syllabus

# SURGERY

### Required Clerkship

## Clerkship Faculty and Staff

**Clinical Department Chair**
David Salter MD
dsalter@stmatthews.edu

**Clinical Deans**
David Salter MD
Dean of Clinical Sciences
dsalter@stmatthews.edu

Mark Doherty PhD
Associate Dean of Clinical Sciences
mdoherty@stmatthews.edu
Office: 407-488-1725

Terrence Reid Ed.D.
Associate Dean of Clinical Students
treid@stmatthews.edu
Office: 407-488-1744

**Clinical Coordinator**
Carol Weir RN
cweir@stmatthews.edu
Office: 407-488-1734

## Clerkship Goal

The Surgical Clerkship is a twelve-week experience designed to expose students to a wide variety of surgical diseases. Students will be active participants in the initial work-up of patients, the operation, post-operative care and follow-up in the office all in order to provide continuity of care. Students are expected to understand the anatomy and pathophysiology behind the disease processes. There is not an expectation to understand how to perform an operation but more importantly, what are the indications for an operation. Students will take an active role in the operating room by learning to suture, hold the camera during laparoscopy, assist, etc. Outside of the operating room, students will be responsible for patient care in the hospital. There is a strong emphasis placed on the student being efficient and organized and learning to present patients on rounds clearly and concisely. The overall goal at the end of the rotation is for the student to be knowledgeable on surgical topics as well as being a more complete medical student more prepared for residency.

## Core Clerkship Competencies and Learning Objectives

During this required rotation, students are expected to develop their understanding and competency in the areas of patient care, medical knowledge, lifelong learning, scholarship and collaboration, professionalism, interpersonal and communication skills, and social and community context of healthcare. Students will be exposed to the management of surgical patients with the expectation of enhancing their understanding of disease diagnosis, treatment and prevention. The competencies are aligned with clinical learning objectives that each student is expected to satisfy by the end of the clerkship.

*Revised 5/3/21*

Students' proficiency in these competency areas are evaluated throughout the course of the clerkship and reflected in their final evaluation.

**SMUSOM Competencies**
1. **Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
2. **Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.
3. **Lifelong Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
4. **Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
5. **Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
6. **Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

**Learning Objectives**
1. **Diagnostic Decision-Making:** Students should understand the scientific basis of surgical diseases, recognize surgical disease presentations, and know when to call for a surgical consultation.
2. **Case Presentation Skills:** Students should develop proficiency with different types of case presentations: written and oral, new patient and follow-up, inpatient and outpatient.
3. **History-Taking and Physical Examination:** Students should be able to perform a focused history and physical (H&P) exam on a surgical patient with a plausible plan and differential diagnosis.
4. **Communication and Relationships with Patients and Colleagues:** Students should demonstrate a proficiency in communication and interpersonal skills and be able to communicate clear and effective plans regarding patient care to the team.
5. **Interpretation of Clinical Information:** Students should be able to determine how test results will influence clinical decision-making and how to communicate this information to patients and be able to describe the anatomy, underlying pathophysiology and basic management principles of surgical diseases.
6. **Therapeutic Decision-Making:** Students should use basic therapeutic decision-making skills that incorporate both pathophysiologic reasoning and evidence-based knowledge.
7. **Bioethics of Care:** Student should be able to recognize ethical dilemmas and respect different perceptions of health, illness, and health care held by patients of various religious and cultural backgrounds and demonstrate the correct procedure for obtaining informed consent.
8. **Self-Directed Learning:** Students should master and practice self-directed life-long learning, including the ability to access and utilize information systems and resources efficiently.
9. **Prevention:** Students should be able to anticipate and suggest treatment for various post-operative complications and be familiar with the principles of preventive health care to ensure their patients receive appropriate preventive services.
10. **Coordination of Care:** Students should understand the roles of various operative team members and how operative services fit in the "bigger picture" of the health system.
11. **Procedures:** Students should become familiar with basic surgical procedures.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood

# Student Responsibilities

**Clinical Experience**
During the Surgery Clerkship, students should encounter patients defined in the SMUSOM Patient Encounters and Procedures list.

### Patient Encounters

Through a series of Patient Encounters, students become familiar with the most prevalent diseases and conditions, and with the essentials of critical thinking that lead to the differential diagnosis and formulation of management plans.

The SMUSOM Patient Encounters (Table 1) are based upon those published by the American College of Surgeons (ACS): http://www.facs.org/education/surgicalskills.html.

The types of Patient Encounters are intended to be representative of symptoms and conditions that facilitate mastery of the SMUSOM competencies. All of these Patient Encounters may be seen by the student in a variety of settings.

A single patient can potentially present with one or more of these problems and/or condition for the student to log as a Patient Encounter; for example, a patient with burns can present with metabolic failure / shock, so the student can log one case of burn and one case of metabolic failure / shock.

Students complete Patient Encounters during the first 10 weeks of the clerkship through Primary Clinical Learning, as defined by SMUSOM as an experience in which the student participates in direct patient care or team care (patient rounds).

During the last two weeks of the clerkship, students may complete Patient Encounters through either Primary Clinical Learning or through Alternative Clinical Learning, as defined by SMUSOM as an experience in which the student participates in representative case-based discussions (e.g., morning report, grand rounds, morbidity/mortality, etc.) or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

Students must reflect their Patient Encounters in the Patient Logs during their Surgery Clerkship. Ideally, the exposure should be via real patient contact (either by direct care of these patients, or by observed care of someone else's patient during ward rounds or clinic). If real patient contact is not possible, then an acceptable alternative would be case-based discussions or simulation (web-based modules e.g., SIMPLE cases or standardized patients).

If the student has not documented the required Patient Encounters through Primary Clinical Learning (via the Patient Log) by the end of the 10th week of the clerkship, then opportunities to fulfill the remaining Patient Encounters through Alternative Clinical Learning will be sent via email. The program will ensure that the student logs a minimum of 100 Patient Encounters through Primary Clinical Learning in the first 10 weeks.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                                184

Table 1. SMUSOM Defined Patient Encounters

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | |
|---|---|---|---|---|
| | | | Primary Clinical Learning | |
| | | | Direct Patient Care | Team Care |
| Abdomen Evaluation: Acute Abdomen, Masses, Pain, Bowel Obstruction | | | | |
| Burns | | | | |
| Cardiothoracic Surgery | | | | |
| Disease Prevention / Screening (Colonoscopy, etc.) | | | | |
| Fluids, Electrolytes and Acid Base Balance | | | | |
| Hernia | | | | |
| Informed Consent | | | | |
| Metabolic Failure / Shock | | | | |
| Nutrition management | | | | |
| Orthopedic Surgery | | | | |
| Perioperative Evaluation | | | | |
| Post-Operative Care | | | | |
| Surgical Bleeding and Blood Replacement | | | | |
| Surgical Disease of the Biliary Tract | | | | |
| Surgical Disease of the Breast | | | | |
| Surgical Disease of the Colon, Rectum and Anus | | | | |
| Surgical Disease of the Esophagus | | | | |
| Surgical Disease of the Genito-Urinary Tract | | | | |
| Surgical Disease of the Head and Neck | | | | |
| Surgical Disease of the Liver | | | | |
| Surgical Disease of the Pancreas | | | | |
| Surgical Disease of the Small Intestine and Appendix | | | | |
| Surgical Disease of the Spleen | | | | |
| Surgical Disease of the Stomach and Duodenum | | | | |
| Surgical Endocrinology (Adrenal/Thyroid/Parathyroid) | | | | |
| Surgical Oncology | | | | |
| Trauma / Shock | | | | |
| Vascular Surgery | | | | |
| Wounds and Wound Healing | | | | |

KEY

*Level of Student Responsibility
Pr = Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
Pa = Participant (member of medical team, present on rounds, O.R., etc.)

Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
H/O - Hospital/Outpatient Clinic
ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office

*Revised 5/3/21*

## Procedures

The goal of clinical student training is to learn basic principles of Surgery, covering common symptoms and conditions, their presentation, evaluation, diagnosis, and basic treatment. Some procedures, as indicated below, must be completed in association with other health professionals so the students can develop the skills required to perform effectively in health care delivery teams.   The student's level of responsibility is primarily through supervised learning. The following are clinical skills or procedures the student should have an understanding of by the end of the Surgery Clerkship through observation, performance, or simulation.  If real patient contact is not possible, then an acceptable alternative would be via simulation (real simulation with standardized patients or virtual simulation via web-based modules, e.g., WISEMD cases).

Table 2. SMUSOM Defined Procedures

| Procedure | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | |
|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | Alternative Clinical Learning*** | | | |
| | | | Direct Patient | Full-Scale Mannequin | Standardized Patients | Partial Task Trainer | Screen-Based Simulation |
| Arterial Blood Gas | | | | | | | |
| Bladder catheter insertion/removal | | | | | | | |
| Central venous catheter insertion | | | | | | | |
| Chest Tube Placement | | | | | | | |
| Drainage of abscess | | | | | | | |
| EGD/Colonoscopy | | | | | | | |
| Injection (Subcutaneous, IM, or IV) | | | | | | | |
| Lesion biopsy | | | | | | | |
| Nasogastric tube insertion / removal | | | | | | | |
| Peripheral IV insertion/ venipuncture | | | | | | | |
| Suturing | | | | | | | |
| Wound Care/Dressing change | | | | | | | |
| Observed conducting relevant portions of the history and physical exam | | | | | | | |
| Dressing change with nursing staff**** | | | | | | | |
| Determine ability to ambulate with physical therapist or nurse**** | | | | | | | |
| nurse**** Participate in discharge planning with nurse or social worker**** | | | | | | | |
| Participate with nurse or any allied health professional in discussion of care being delivered**** | | | | | | | |

KEY
*Level of Student Responsibility
Pr = Primary (student performed procedure)
Pa = Participant (student assisted in performing procedure)        **Clinical Setting
Ob = Observer (student observed procedure)        H/I - Hospital/Inpatient/Infusion Center/Ambulatory Surgery
        H/O - Hospital/Outpatient Clinic

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood        186

ED - Emergency Department / Urgent Care / Transport
CC - Community Clinic
NH - Nursing Home / Home Care
PPO - Private Practice Office
*** Alternative Clinical Learning (Definitions from *2011 AAMC Medical Simulation in Medical Education Survey*)
Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.

Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

**** Must be completed in association with other health professionals.

## Patient Logs

Students are expected to see a minimum of ten (10) patients per week which must be logged in the Patient Logs system (Appendix 7) and record the following:

1. Patient Encounters listed in Table 1; and
2. Procedures listed in Table 2.

Students should also record all relevant information regarding the patient (e.g, age, gender, clinical setting, etc.) in the Patient Logs.

Students who fail to submit logs in a timely fashion, or students who are not making satisfactory progress with regard to the logging of patient encounters, procedures or skills will be contacted by the clinical department.

## Patient Note

Students are expected to learn how to perform and document full H&Ps during the clerkship.  SMUSOM requires each student to submit completed two Patient Notes per week (Appendix 3) based on the patients that they have seen during the week.

The Patient Note is written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA.   Guidelines for the Patient Note Exercise, including an appropriately completed Patient Note and suggested content can be found in Appendix 4.

In order to receive full credit for the weekly assignment, the student must satisfactorily complete two Patient Notes, which are graded by the Clinical Deans.  A student who does not meet the Patient Note requirement receives no credit.

## Engaged Learning Experience

SMUSOM defines an Engaged Learning Experience as a type of learning in which the student participates in the educational process and where the faculty member determines what and how the student should learn. As such, we have created Engaged Learning Assignments comprised of a series of 24 Clinical Learning Modules that students must complete during the course of the Surgery Clerkship (Appendix 8).

### Clinical Learning Modules

Students participating in the Surgery Clerkship will be responsible for weekly Clinical Learning Modules on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu. Instructions for completing the weekly assignment can be found in Appendix 9.

These Clinical Learning Modules are interactive virtual patient cases designed to encompass SMUSOM's learning objectives as represented by the Association for Surgical Education's (ASE) Surgical Educator's Handbook comprehensively and are designed for use by third-year medical students.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood          187

As part of each Engaged Learning Assignment, students are also expected to complete a Reflection based on their interaction with the assigned cases.

**Reflections**
Reflections must be submitted for each of the weekly Clinical Learning Module cases. A Reflection has no percentage value, but is required. As a result, a student who does not complete a Reflection receives no credit for the weekly assignment. In order to receive full credit for each weekly assignment, the student must complete two Clinical Learning Module cases and submit a Reflection, which is graded pass/fail by the Clinical Dean.

What is a reflection?
    A reflection may be represented by describing a specific aspect of the case or disease state that:
- The student did not know and will help the student moving forward;
- Made the student think of a particular patient he/she has seen;
- Made the student think of something that he/she has been taught previously; or
- In some other way led to something the student learned that others might benefit from.

Why is reflection important?
- Thinking about learning and writing things down helps to clarify thoughts and emotions;
- Reflection helps to focus on the student's development as an effective independent learner, and on the strategies used to work towards this.

What is a reflective learner?
    Reflective learners continually reflect on:
- What they are learning and how they are learning it;
- What their strengths and weaknesses in learning are; and
- The gaps in their knowledge and skills, and how they might work towards filling these.

# Monitoring and Evaluation
SMUSOM is committed to the success of every student and actively monitors students' progress throughout the clerkship. Performance on weekly assignments is reviewed by the Clinical Deans for content and quality to identify students in need of assistance (Appendix 4).

**Evaluation of Student Clerkship Performance**
Students should review the Clinical Clerkship Grading Guidelines in the SMUSOM Clinical Handbook.

**Mid-Clerkship Feedback**
The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Students are required to submit these mid-clerkship assessment forms (Appendix 6) to the Clinical Department no later than the end of week 7. Failure to submit the mid-clerkship assessment form in a timely manner will result in point deduction which may affect the final grade. Mid-clerkship assessment forms are reviewed for scope and content by the clinical department. Students with mid-clerkship assessment forms that are deemed inadequate in any respect will be contacted by the clinical department.

The course grade consists of the overall performance on the Core Clerkship Exam, Engaged Learning Experience, Patient Log, Patient Note, and Clinical Faculty Evaluation.

*Revised 5/3/21*

**Final Grade**

Students' final grade is calculated as follows:

| | |
|---|---|
| **Clinical Faculty Evaluation:** Percentage of Final Score: 30% | A formal evaluation by the attending physician is completed at the end of the clerkship, which is based on performance, observation, and demonstration of required competencies. |
| **Core Clerkship Exam:** Percentage of Final Score: 40% | Students are required to take the Surgery Core Clerkship Examination (NBME) upon clerkship completion. Passing this examination is REQUIRED in order to progress to the next clinical clerkship. |
| **Engaged Learning Experience:** Percentage of Final Score: 10% | Students are required to complete two Clinical Learning Modules with accompanying Reflections organized around major clinical topics every week. These assignments must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Logs:** Percentage of Final Score: 10% | Students complete Patient Logs every week. Students are required to record ten or more Patient Encounters. Procedures are also recorded via the Patient Logs. The Patient Log must be submitted by Sunday, midnight (ET) in order to receive credit. |
| **Patient Note:** Percentage of Final Score: 10% | Students are required to complete two Patient Notes (based on the patients that they have seen) every week. This assignment must be submitted by Sunday, midnight (ET) in order to receive credit. |

| | |
|---|---|
| **Mid-Clerkship Feedback:** Percentage of Final Score: Variable | Students are required to complete a Mid-Clerkship Assessment Form by Sunday, midnight (ET) no later than one week past the mid-point of the clerkship. Failure to submit the Mid-Clerkship Assessment in a timely manner will result in point deduction from a student's final grade. |
| **Interprofessional Education Reflection Exercise:** Percentage of Final Score: Variable | Students are required to complete an Interprofessional Education Reflection Exercise by Sunday, midnight (ET) of week 8. Failure to submit the Interprofessional Education Reflection Exercise in a timely manner will result in point deduction from a student's final grade. |

Grading level:
90-100% = Honors
80-89%  = High Pass
70-79%  = Pass
<70%    = F

Calculation of the student's grade for the clerkship: the grade is comprised of six components which include: Core Clerkship Exam (40%); Clinical Faculty Evaluation (30%); Engaged Learning Experience (LMS + Reflection) (10%); Patient Logs (10%); Patient Note (10%); and any point deductions related to the Mid-Clerkship Assessment or the Interprofessional Education Reflective Exercise. Students must attain a minimum score of 70% in each of the Core Clerkship Exam, Clinical Faculty Evaluation, Engaged learning Experience, Patient Note and Patient Logs components.

The Clinical Faculty Evaluation component of the grade is calculated based on a formula incorporating the faculty member's assessment of how often the student "exceeds expectations", "meets expectations", or falls "below expectations". Note that any competencies that are "below expectations" require remediation to a level of at least 'meets expectations'.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    189

Students receiving a failing score on any of the components of the course grade (Core Clerkship Exam, Engaged Learning Experience, Patient Logs, Patient Note and Clinical Faculty Evaluation) are immediately reviewed by the Associate Dean for Clinical Medicine and are subject to remediation and/or referral to the student promotions committee.

Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to contact the faculty member or the clinical site. Students must contact the clinical department first to discuss their grievance.

### Competency Assessments

**Clinical Faculty Evaluation**
Competencies Assessed:  See Appendix 5

**Core Clerkship Exam**
Competencies Assessed:

**PATIENT CARE**
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1f.** Make use of the scientific foundation for clinical decision making
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention

**Engaged Learning Experience**
Competencies Assessed:

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**1g.** Use information technology to support care decisions and patient education
**SCIENTIFIC AND MEDICAL KNOWLEDGE**
**2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
**2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
**2c.** Demonstrate knowledge of health maintenance and disease prevention
**LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
**3c.** Use information technology to access medical information and support his or her own education
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility
**COMMUNICATION & INTERPERSONAL SKILLS**
**5d.** Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
**5e.** Counsel and educate patients and their families
**5f.** Promote wellness and preventive strategies

**Patient Logs**
Competencies Assessed:

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    190

**PATIENT CARE**
**1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
**1b.** Select and interpret appropriate laboratory and diagnostic studies
**1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
**1d.** Develop hypotheses, diagnostic strategies and management plans
**1f.** Make use of the scientific foundation for clinical decision making
**PROFESSIONALISM**
**4c.** Exhibit dependability and responsibility

**Patient Note**
Competencies Assessed:
> **PATIENT CARE**
> **1a.** Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
> **1b.** Select and interpret appropriate laboratory and diagnostic studies
> **1c.** Analyze and synthesize data from history, physical exam and diagnostic studies
> **1d.** Develop hypotheses, diagnostic strategies and management plans
> **1e.** Document data, assessment, and plans in the patient's record
> **1f.** Make use of the scientific foundation for clinical decision making
> **SCIENTIFIC AND MEDICAL KNOWLEDGE**
> **2a.** Demonstrate knowledge of the scientific and humanistic foundations of medicine
> **2b.** Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
> **2c.** Demonstrate knowledge of health maintenance and disease prevention
> **COMMUNICATION & INTERPERSONAL SKILLS**
> **5a.** Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
> **5f.** Promote wellness and preventive strategies

**Mid-Clerkship Feedback**
Competencies Assessed:
> **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION**
> **3a.** Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
> **PROFESSIONALISM**
> **4c.** Exhibit dependability and responsibility

**Student's Evaluation of the Clerkship**
Student feedback is very important to the program. Completion of the clerkship evaluation form is required before the student can receive a final grade. Students will evaluate the total clerkship experience based on the following:
1. Faculty members' professionalism & willingness to teach
2. Attitude of other personnel (nurses, house staff, administration)
3. Quality of teaching diagnosis and treatment
4. Opportunities to observe procedures
5. Opportunities to perform procedures
6. Sufficient # of patient contacts per day
7. Sufficient # of history and physical exams per week
8. Scope and variety of pathology / disease
9. Quality of didactics (lecture, reading, rounds)
10. Overall clerkship evaluation
11. Average number of patient contacts per day

*Revised 5/3/21*

12. Average number of H&P exams done in a week
13. Night call*
14. Average number of night call done in a week
15. Working weekends*
16. Number of hours worked per week
17. Retrospect- would take this clerkship again?
18. Recommend- would recommend this clerkship?
* requirements vary

## Course Policies

**Attendance**
Students are expected to be punctual, be well prepared, and have 100% attendance at all clerkships and related educational experiences. No vacations or time off is permitted during clerkships. Refer to the SMUSOM Clinical Medicine Handbook for further details regarding policies for attendance.

**Duty Hours**
The goals of the medical students and the faculty of SMUSOM are one and the same: to get the best medical education possible while not ignoring overall health and happiness. Attention needs to be paid to both duty/work hours and personal time.

The following policies set forth the acceptable amount of time that clerkships may require of students, based upon the ACGME regulations for first-year residents. "Duty hours" include inpatient and outpatient clinical activities and scheduled academic exercises such as conferences and lectures that are related to the clerkship.
- Total duty hours must not exceed 80 hours per week, averaged over a four-week period.
- Call will be scheduled to coincide with the attending and/or resident team.
- Duty hour periods in the hospital will not exceed 16 consecutive hours.
- In each month the clerkship will provide each student with four individual 24-hour periods free from any required clinical or educational activities.

Students should report duty hour violations directly to the Clinical Department.

**Core Clerkship Exam (CCE)**
SMUSOM uses the National Board of Medical Examiners (NBME) Clinical Science Subject Examination as the final exam for the Surgery Clerkship. SMUSOM will provide the student's name and email address to the NBME approximately 5 weeks before the end of the Surgery clerkship.

Each eligible SMUSOM student will receive an email with a link to a web page where he/she can print/download the scheduling permit and view policies and procedures for the testing session. This will enable the student to schedule the testing appointment online through the Prometric website and receive a confirmation notice.

Students must schedule to take the exam in the 14-day exam window starting the Saturday before the end of the clerkship (first day of the window), and ending Friday, two weeks later. This means that every student can take the exam during the last week of his or her clerkship, and the week immediately after the end of the clerkship. Taking time off during the clerkship to study for the exam or to take the exam is completely at the discretion of the Hospital/Clinical site.

**ALL Students must schedule their exam prior to the Saturday before the end of the clerkship.**
Students can cancel and reschedule their testing appointment without penalty or charge at any time up to 15 days prior to the first day of the exam window. If the request is made *less than 15 days prior to the scheduled appointment*, Prometric will charge a fee. Fees for rescheduling/cancellation appear on the

confirmation notice and will be charged F to the student. Note: rescheduled exam dates can only occur within the testing window.

Failure to take or pass the exam within the prescribed two-week window will result in a grade of INCOMPLETE for the clerkship.  If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

SMUSOM's goal is to provide the student with his or her NBME results 1 week after the last day of the 14-day exam window.

If a student fails, and is already in another clinical clerkship (or is scheduled to start a clinical clerkship shortly) at the time that the school receives the failing score report, he/she may complete that clinical clerkship. However, NO additional clinical clerkships will be permitted until the student receives a passing grade for both the previously failed and current clinical clerkship Core Clerkship Exam (in the case of a core clinical clerkship).

In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to make the initial attempt during the prescribed window detailed above). The Core Clerkship Exam grade component shall be the average of all attempts.

Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts shall result in a FAILING grade for the core clinical clerkship.

Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

### Student Promotions
Any student in clinical clerkships who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (Failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'C' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of clerkship in the discipline.

### Academic Integrity
St. Matthew's University School of Medicine does not tolerate any form of academic dishonesty.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are fictitious, attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to:
[http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html](http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html).

# Recommended Textbooks

Essentials of General Surgery [Paperback]
By: Peter F. Lawrence
Publisher: Lippincott Williams & Wilkins; Fifth edition (2013)
ISBN-10: 0781784956

Schwartz's Principles of Surgery, 9th Edition (Hardback)
By: F. Charles Brunicardi (Editor), Dana K. Andersen, Timothy R. Billiar, David L. Dunn, John G. Hunter, Jeffrey B. Matthews, Raphael B.Pollock
Publisher: McGraw-Hill; 9th Edition (September 2009)
ISBN-10: 007154769X ISBN-13: 978-0071547697

Sabiston Textbook of Surgery, 18th Edition (Hardback)
By: Courtney M. Townsend, Jr., R. Daniel Beauchamp, B. Mark Evers, Kenneth L. Mattox
Publisher: W.B. Saunders Company; 18th Edition (November 2007)
ISBN-10: 141605233X ISBN-13: 978-1416052333

Greenfield's Surgery: Scientific Principles and Practice (Hardback)
By: Michael W. Mulholland, Keith D. Lillimore, Gerald M. Doherty, Ronald V. Maier, Gilbert R. Upchurch, Jr.
Publisher: Lippincott Williams & Wilkins; Fifth edition (October 25, 2010)
ISBN-10: 9781605473550 ISBN-13: 978-1605473550

ACS Surgery: Principles & Practice, 6th Edition [Hardcover]
By: Wiley W. Souba, Mitchell P. Fink, Gregory J. Jurkovich, Larry P. Kaiser, William H. Pearce, John H. Pemberton, Nathaniel J. Soper
Publisher: WebMD Professional Publishing; 6th edition (June 22, 2007)
ISBN-10: 0977222624 ISBN-13: 978-0977222629

The Washington Manual of Surgery, 5th Edition (Paperback)
By: Washington University School of Medicine Department of Surgery
Publisher: Lippincott Williams & Wilkins; 5th Edition (December 2007)
ISBN-10: 0781774470 ISBN-13: 978-0781774475

Surgical Recall (Recall Series) [Paperback]
By: Lorne H. Blackbourne MD FACS (Author)
Publisher: Lippincott Williams & Wilkins; Sixth, North American Edition edition (June 16, 2011)
ISBN-10: 1608314219 ISBN-13: 978-1608314218

# Appendix 1 – Surgery Clerkship Learning Objectives

1. Diagnostic Decision-Making
   A. Knowledge: Each student should be able to describe:
      1. key history and physical examination findings pertinent to the differential diagnosis.
      2. information resources for determining diagnostic options for patients with common and uncommon surgical problems.
      3. the basic principles governing wound care, suturing, and management of tissue infections (e.g., the decision-making involved in determining when an infection needs drainage vs. when antibiotics alone are sufficient).
      4. the overall spectrum of surgical illnesses (e.g., diverticulitis, biliary disease, liver disease, colorectal cancer, breast disease, and peripheral vascular disease) and the important steps in the decision process for treating these conditions.
   B. Skills: Each student should be able to:
      1. formulate a differential diagnosis based on the findings from the history and physical examination.
      2. use probability-based thinking to identify the most likely diagnoses.
      3. use the differential diagnosis to help guide diagnostic test ordering and sequence.
      4. participate in selecting the diagnostic studies with the greatest likelihood of providing useful results at a reasonable cost.
   C. Attitudes: Each student should:
      1. incorporate the patient's perspective into diagnostic decision-making.
      2. limit the chances of false positive/false negative results by demonstrating thoughtful test selection.

2. Case Presentation Skills
   A. Knowledge: Each student should be able to describe:
      1. components of comprehensive and abbreviated case presentations (oral and written) and the settings appropriate for each.
   B. Skills: Each student should be able to:
      1. prepare legible, comprehensive, and focused new patient workups that include the following features as clinically appropriate:
         o present illness organized chronologically, without repetition, omission, or extraneous information.
         o a comprehensive physical examination with detail pertinent to the patient's problem.
         o a succinct and, where appropriate, unified list of all problems identified in the history and physical examination.
         o a differential diagnosis for each problem (appropriate to level of training).
         o a diagnosis/treatment plan for each problem (appropriate to level of training).
      2. orally present a new patient's case in a logical manner, chronologically developing the present illness, summarizing the pertinent positive and negative findings as well as the differential diagnosis and plans for further testing and treatment.
      3. orally present a follow-up patient's case, in a focused, problem-based manner that includes pertinent new findings and diagnostic and treatment plans.
      4. select the appropriate mode of presentation that is pertinent to the clinical situation.
   C. Attitudes: Each student should:
      1. demonstrate a commitment to improving case presentation skills by regularly seeking feedback on presentations.
      2. Accurately and objectively record and present data.

3. History-Taking and Physical Examination

*Revised 5/3/21*

A. Knowledge: Each student should be able to describe:

    1. the significant attributes of a symptom, including location and radiation, intensity, quality, temporal sequence (onset, duration, frequency), alleviating factors, aggravating factors, setting, associated symptoms, functional impairment, and patient's interpretation of symptom.

    2. the four methods of physical examination (inspection, palpation, percussion, and auscultation), including where and when to use them, their purposes, and the findings they elicit.

    3. the physiologic mechanisms that explain key findings in the history and physical exam.

    4. the diagnostic value of history and physical exam information.

B. Skills: Each student should be able to:

    1. Perform a complete history and physical examination on patients hospitalized for surgical illnesses.

    2. use language appropriate for each patient.

    2. use non-verbal techniques to facilitate communication and pursue relevant inquiry.

    3. elicit the patient's chief complaint as well as a complete list of the patient's concerns.

    4. obtain a patient's history in a logical, organized, and thorough manner.

    5. obtain, whenever necessary, supplemental historical information from other sources, such as significant others or previous physicians.

    6. demonstrate proper hygienic practices whenever examining a patient.

    7. position the patient and self properly for each part of the physical examination.

    8. perform a physical examination for a patient in a logical, organized, respectful, and thorough manner, giving attention to the patient's general appearance, vital signs, and pertinent body regions.

    9. communicate with the patient the purpose of the exam and explain the step-by-step process.

    10.  adapt the scope and focus of the history and physical exam appropriately to the surgical situation and the time available.

C. Attitudes: Each student should:

    1. recognize the essential contribution of a pertinent history and physical examination to the patient's care by continuously working to improve these skills.

    2. establish a habit of updating historical information and repeating important parts of the physical exam during follow-up visits.

    3. demonstrate consideration for the patient's feelings, limitations, and cultural and social background whenever taking a history and performing a physical exam.

4. Communication And Relationships With Patients And Colleagues

A. Knowledge: Each student should be able to describe:

    1. how patients' and physicians' perceptions, preferences, and actions are affected by cultural and psychosocial factors and how these factors affect the doctor-patient relationship.

    2. the role and contribution of each surgical team member to the care of the patient.

    3. the role of psychosocial factors in team interactions.

    4. the role of the physician as patient advocate.

B. Skills: Each student should be able to:

    1. demonstrate appropriate listening skills, including verbal and non-verbal techniques (e.g., restating, probing, clarifying, silence, eye contact, posture, touch) to demonstrate empathy and help educate the patient.

    2. demonstrate effective verbal skills including appropriate use of open- and closed-ended questions, repetition, facilitation, explanation, and interpretation.

    3. determine the information that a patient has independently obtained about his/her surgical problems.

    4. identify patient's emotional needs.

5. seek the patient's point of view and concerns about his/her illness and the surgical care he/she is receiving.

6. determine the extent to which a patient wants to be involved in making decisions about his/her care.

7. assess patient commitment and adherence to a treatment plan taking into account personal and economic circumstances.

8. work as an effective member of the patient care team, incorporating skills in inter-professional collaboration.

11. Give and receive constructive feedback.

C. Attitudes: Each student should:

1. work hard to develop effective doctor-patient communication skills.

2. take into consideration in each case the patient's psychosocial status.

3. demonstrate respect for patients.

4. demonstrate actively involving the patient in his/her health care whenever possible.

5. demonstrate teamwork and respect toward all members of the health care team, as manifested by reliability, responsibility, honesty, helpfulness, selflessness, and initiative in working with the team.

6. respond pertinently to patient concerns.

7. attend to or advocate for the patient's interests and needs in a manner appropriate to the student's role.

5. Interpretation of Clinical Information

A. Knowledge: Each student should be able to describe:

1. a differential diagnosis for a patient presenting with an acute surgical problem.

2. the correlations among clinical observation, surgical (operative) pathology, and the physiological alterations achieved through surgery.

3. test sensitivity, test specificity, pre-test probability, and predictive value.

4. how errors in test interpretation can affect clinical outcomes and costs.

B. Skills: Each student should be able to:

1. record the results of laboratory and or imaging tests in an organized manner.

2. estimate post-test probability based on test results and state the clinical significance of these findings.

C. Attitudes: Each student should:

1. demonstrate estimating the implications of test results before ordering tests and after test results are available.

2. personally review imaging studies to assess the accuracy and significance of the results.

6. Therapeutic Decision-Making

A. Knowledge: Each student should be able to describe:

1. information resources for determining surgical treatment options for patients with common surgical problems.

2. key factors to consider in choosing among treatment options, including risk, cost, evidence about efficacy, and consistency with pathophysiologic reasoning.

3. factors to consider in monitoring a patient's response to surgery, including potential adverse effects.

4. the pre- and post-operative care of patients and how to communicate them in both written and oral form.

B. Skills: Each student should be able to:

1. formulate an initial surgical plan.

2. access and utilize, when appropriate, information resources to help develop an appropriate and timely plan.

3. explain the extent to which the surgery is based on pathophysiologic reasoning and scientific evidence of effectiveness.

Revised 5/3/21

Exhibit F Clincial Medicine Handbood

4. estimate the probability that a surgery will produce the desired outcome.

5. counsel patients about what to expect pre-and post-operatively, including beneficial outcomes and potential adverse effects.

C. Attitudes: Each student should:

1. incorporate the patient in  decision-making, explaining the risks and benefits of surgery.

2. respect patient's informed choices, including the right to refuse treatment.

3. incorporate the elements of patient autonomy, treatment efficacy, quality of life, and societal demands into decision-making.

4. provide close follow-up of patients under care.

7. Bioethics Of Care

A. Knowledge: Each student should be able to describe:

1. basic elements of informed consent.

2. circumstances under which informed consent is necessary and unnecessary.

3. basic concepts of autonomy, treatment efficacy, quality of life, and societal demands.

4. potential conflicts between individual patient preferences and societal demands.

5. the role of the physician in making decisions about the use of expensive or controversial tests and treatments.

B. Skills: Each student should be able to:

1. participate in a discussion about advance directives with a patient.

2. participate in informed consent for a procedure.

3. participate in the care of a consent-requiring terminally ill patient.

4. participate in a physician's discussion with a patient about a requested treatment that may not be considered appropriate (e.g., not cost-effective).

C. Attitudes: Each student should:

1. take into account the individual patient's perspective and perceptions regarding health and illness.

2. demonstrate a commitment to caring for all patients, regardless of gender, race, socioeconomic status, intellect, sexual orientation, ability to pay, or cultural background.

3. recognize the importance of allowing terminally ill patients to die with comfort and dignity when that is consistent with the wishes of the patient and/or the patient's family.

4. recognize the potential conflicts between patient expectations and medically appropriate care.

8. Self-Directed Learning

A. Knowledge: Each student should be able to describe:

1. key sources for obtaining updated information on issues relevant to the surgical management of patients.

2. a system for managing information from a variety of sources.

3. key questions to ask when critically appraising articles on diagnostic tests or therapies.

B. Skills: Each student should be able to:

1. perform a computerized literature search to find articles pertinent to a clinical question.

2. demonstrate critical review skills.

3. read critically about issues pertinent to their patients.

4. assess the limits of medical knowledge in relation to patient problems.

5. use information from consultants critically.

6. recognize when he or she needs additional information to care for the patient.

7. ask colleagues (students, residents, nurses, faculty) for help when needed.

8. make use of available instruments to assess one's own knowledge base.

C. Attitudes: Each student should be able to:

1. demonstrate self-directed learning in every case.

2. acknowledge gaps in knowledge to both colleagues and patients and request help.

9. Prevention
A. Knowledge: Each student should be able to describe:
1. treatment for various post-operative complications, including but not limited to:
◦Fever
◦Wound complications
◦Decreased urine output
◦Electrolyte derangements
2. care for post-operative surgical wounds.
3. indications for DVT prophylaxis.
4. methods for counseling patients about risk-factor modification.
5. influence of age and clinical status on approach to prevention.
6. the major areas of controversy in screening and the role of surgery as related to these areas.
B. Skills: Each student should be able to:
1. locate recently published recommendations regarding measures that should be incorporated into the periodic health assessment of patients.
C. Attitudes: Each student should:
1. address preventive health care issues as a routine part of their assessment of pre-and post-operative patients.
2. encourage patients to share responsibility for disease prevention.

10. Coordination Of Care
A. Knowledge: Each student should be able to describe:
1. the role of consultants and their limits in the care of a patient.
2. the clinical situations when consultations should be made with physicians from major surgical subspecialties (e.g., Urology, Plastic Surgery, Pediatric Surgery, ENT, Orthopedic surgery, Transplant Surgery, and Neurosurgery).
3. key personnel and programs in and out of the hospital that may be able to contribute to the ongoing care of an individual patient for whom the student has responsibility.
B. Skills: Each student should be able to:
1. appreciate the entire treatment cycle of the surgical patient from diagnosis to operative management and through recovery.
2. discuss with the patient (and family as appropriate) ongoing health care needs, using appropriate language, avoiding jargon and medical terminology.
3. participate in requesting a consultation and identifying the specific question(s) to be addressed.
4. participate in the discussion of the consultant's recommendations with the team.
5. participate in developing a coordinated, ongoing care plan in the community.
6. obtain a social history that identifies potential limitations in the home setting which may require an alteration in the medical care plan to protect the patient's welfare.
7. develop skills for participating as a member of the care team.
C. Attitudes: Each student should:
1. demonstrate teamwork and respect toward all members of the health care team.
2. demonstrate responsibility for patients' overall welfare.
3. participate, whenever possible, in coordination of care and in provision of continuity.

11. Procedures
A. Knowledge: Each student should be able to describe:
1. key indications, contraindications, risks, and benefits of the procedures in Table 2.
2. alternatives to a given procedure.
3. what the patient's experience of the procedure will be.
B. Skills: Each student should be able to:
1. observe precautions and contraindications for the procedures used.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    200

2.  understand how to obtain informed consent, when necessary, for procedures, including the explanation of the purpose, possible complications, alternative approaches, and conditions necessary to make the procedure as comfortable, safe, and interpretable as possible.

3.  understand  step-by-step performance of procedures.

C. Attitudes: Each student should:

1. always participate in obtaining informed consent for procedures they perform or in which they participate.

2. explain what the patient's experience is likely to be in understandable terms.

3. communicate risks and benefits to patients.

4. always make efforts to maximize patient comfort during a procedure.

## Appendix 2 – Alignment of Learning Objectives, Competencies, and Assessment

| Clinical Learning Objectives | Aligned with SMUSOM Competency | Assessment Method |
|---|---|---|
| 1. Diagnostic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 2. Case Presentation | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Patient Note |
| 3. History and Physical Examination | Patient Care<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 4. Communication and Relationships with Patients and Colleagues | Patient Care<br>Professionalism<br>Communication & Interpersonal Skills | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment<br>IPE Reflective Exercise |
| 5. Interpretation of Clinical Information | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 6. Therapeutic Decision Making | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 7. Bioethics of Care | Professionalism | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Logs |
| 8. Self-Directed Learning | Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Engaged Learning (LMS)<br>Procedure Logs<br>Mid-Clerkship Assessment |
| 9. Prevention | Patient Care<br>Scientific & Medical Knowledge | CCE<br>Clerkship Evaluation<br>Engaged Learning (LMS)<br>Patient Note |
| 10. Coordination of Care and Teamwork | Patient Care<br>Social & Community Context Of Healthcare<br>Lifelong Learning, Scholarship, & Collaboration | Clerkship Evaluation<br>Procedure Logs<br>IPE Reflective Exercise |
| 11. Procedures | Patient Care | Clerkship Evaluation<br>Patient Logs |

CCE =Core Clerkship Exam = National Board of Medical Examiners Subject Exam

*Revised 5/3/21*

## Appendix 3 - Patient Note (PN) Form

A blank form is shown below.

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination,* list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |
| | |

(+) Click to add row(s)

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |
| | |

(+) Click to add row(s)

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |
| | |

(+) Click to add row(s)

| DIAGNOSTIC STUDIES |
|---|
| |
| |

(+) Click to add row(s)

Copyright ©2012 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

# Appendix 4 – Guidelines for the Patient Note Exercise

This activity is designed to improve students' ability to communicate vital patient information in a written format, as well as assess certain competencies required for graduation. In order to satisfy the Patient Note (PN) competencies, students' notes will be read and graded by the Clinical Department each week. Each PN will be graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the PN by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, PN's that "Meet Expectations" have the following common characteristics:
- The use of correct terminology (e.g., muscle strain rather than pulled muscle)
- A well-organized history section with subsections that are easy to find. If the patient has pain, all the descriptors of pain are included, along with an easy to follow timeline.
- Pertinent details of physical exam findings are also expected. For example, writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is "clear," and "lungs clear to auscultation bilaterally" is preferable to lungs "normal".
- Only listing diagnoses supported by the history and physical exam. In some cases, there will only be one diagnosis.
- If there is more than one possible diagnosis, listing them in order of likelihood, with the most likely diagnosis first.
- Linking elements of the history, physical exam, differential diagnosis and plan throughout the PN. For example, each potential diagnosis should have appropriate elements in the history section including relevant positive and negative review of systems. Risk factors should also be included for each diagnosis (e.g., prior hx PID/STIs if ectopic pregnancy is in the differential). Each potential diagnosis should also have corresponding physical exam elements in the physical exam section of the note, and both history and physical exam elements should be in the data interpretation section.

PN's assessed as "Below Expectations" often include the following common mistakes:
- Documentation of history elements in the physical exam section (pain, past medical history, etc.).
- Documentation of physical exam elements in the history section (vital signs, tenderness, etc.).
- Incomplete documentation of physical exam findings (lungs "normal", pelvic exam "WNL", vital signs "normal" or "stable" or "unremarkable").
- Listing improbable diagnoses with no supporting evidence (e.g., brain tumor in a patient with no focal neurological signs) or a plan that includes a test with no indications (e.g., MRI of the brain in a patient with headaches and no focal neurological signs).
- Listing an appropriate diagnosis with no supporting evidence (e.g., new onset diabetes without listing symptoms of polydipsia, polyphagia, polyuria; or pregnancy with no symptoms of pregnancy or mention of sexual activity, last menstrual period, or use of family planning).
- Use of non-standard abbreviations, such as CMT (cervical motion tenderness). Only commonly accepted abbreviations (such as those on the Step 2CS website) are acceptable.

*Revised 5/3/21*

Below is an example of a PN that would "**Meet Expectations**" for the Internal Medicine Clerkship. Positive aspects are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

CC: Ms. J.B. is a 24 yo woman[1] who complains of worsening sore throat since yesterday morning.
HPI: She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better[2]. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip. The patient thinks she has strep throat.[3]
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, or headache[4]
PMHx: none
Meds: none
Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, does not use ETOH, tobacco or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in this encounter.

She is in no acute distress[5]
VS: BP 105/74, R 16, P 72, T 98.5
HEENT: Oropharynx without exudate or erythema, TMs clear without erythema bilaterally[6]
Tender submandibular lymphadenopathy is present bilaterally
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness

DATA INTERPRETATION: Based on what you have learned from the history and physical examination, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial diagnostic studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | Afebrile[7] |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |

| Pain with swallowing | |
| No rhinorrhea[8] | |

| Diagnostic Studies |
| Throat Culture |

Notes:
[1] complete identification of the patient.
[2] appropriate descriptors of pain are included in history.
[3] Patients understanding of her disease is included.
[4] ROS, PMHx, etc. are clearly designated and well organized.
[5] General appearance and full vital signs are included, physical exam is clearly designated and well organized.
[6] Physical exam findings are clearly described, not listed as "normal".
[7] lack of fever supports the diagnosis of viral pharyngitis.
[8] lack of rhinorrhea supports the diagnosis of bacterial pharyngitis.

Below is an example of a PN would result in an assessment of "**Below Expectations**". Problems are indicated with a superscript and explained at the end of the PN.

CLINICAL SKILLS EVALUATION
PATIENT NOTE
**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

The patient [1] complains of pharangitis[2]. The sore throat started yesterday morning. She has never had a similar problem in the past. She also has abdominal pain and some anorexia since the symptoms began. She has no difficulty swallowing, but notes that swallowing makes the pain worse[3]. There is no sensation of choking or dysphagia. She has had some subjective fevers at home but has not taken her temperature. She denies chest pain[4]. VS: BP - 105/74, R - 16, P - 72, T - WNL[5]

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

Her throat is clear[6], but she has painful[7] glands[8].
Abdomen: normoactive bowel sounds, non-tender, no splenic or hepatic enlargement or tenderness[9]

**DATA INTERPRETATION:** *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

Diagnosis #1  Viral Pharyngitis

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| Sore throat | [10] |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Diagnosis #2  Bacterial Pharyngitis[11]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

Diagnosis #3  Otitis Media[12]

| History Finding(s) | Physical Exam Finding(s) |
|---|---|
| | |

| Diagnostic Studies |
|---|
| Throat Culture |
| Head/neck CT with contrast [13] |

Notes:
[1] incomplete identification of the patient.
[2] Not using the patient's own words for the chief complaint.
[3] Unorganized history (going from throat pain to abdomen, then back to throat).
[4] Incomplete pertinent review of systems, no PMHx, SHx, etc.

*Revised 5/3/21*

[5] Physical exam findings in the history.
[6] General appearance and full vital signs are missing, and exam of main focus of her complaint (throat) is inadequate.
[7] "Painful" is a descriptor that should be in the history, "tender" is objective and belongs in the physical exam.
[8] "glands" is not a medical term.
[9] "non-tender" and no "tenderness" is repetitive.
[10] tender lymph nodes is documented in the physical exam but is not listed in the physical exam findings in the data interpretation section.
[11] Including a diagnosis without supporting evidence even if the diagnosis is possible.
[12] Including a diagnosis that has no support in either the history or the physical exam.
[13] Including a study that is not indicated, overly aggressive, and/or costly.

**Patient Note Suggested Content: Surgical History and Physical Exam**

Chief Complaint (CC)
- Hospital day #, Postop day #, Antibiotic day #.

History of Present Illness (HPI)
- Concise sequence of events.
- New complaints, dizziness, pain, bowel movement, incision pain.

Special areas of the Physical Exam (PE): should be extensive in the area of the CC
- Surgical wound and related regional areas.
- If relevant, other exams (breast, pelvic, rectal, male genital).

## Appendix 5 – Sample Evaluation of Student Clerkship Performance



## ST. MATTHEW'S UNIVERSITY
## SCHOOL OF MEDICINE

**In the U.S.**
St. Matthew's University •12124 High Tech Avenue, Suite 350 • Orlando, FL 32817
Tel. (407) 488-1700 • Fax: (815) 377-3726 • www.stmatthews.edu
Clinicals: clinical@stmatthews.edu • Finance Office: finance@stmatthews.edu

| Student Name | Clinical Rotation |
|---|---|

Begin:      End

| Dates of Rotation | Total Weeks | Attending/Supervising Physician |
|---|---|---|

| *Hospital's Name* | *Hospital's Address, City, State* |
|---|---|

**Please read rationale and background that follows this student evaluation form. To complete this evaluation check the appropriate category that reflects the student's work within each competency based on the student's overall performance.**

| PATIENT CARE | | | | | |
|---|---|---|---|---|---|
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **1**   **Medical Interviewing** (1a) | ☐ Logical, thorough, and efficient histories | ☐ Elicits most pertinent patient information | ☐ Incomplete, illogical, superficial histories | ☐ | ☐ |
| **2**   **Physical Examination** (1a) | ☐ Complete and accurate physical examinations | ☐ Some omissions but usually complete and accurate | ☐ Incomplete, inaccurate, cursory, non-directed, unreliable physical examination | ☐ | ☐ |
| **3**   **Participation in Patient Care** (1a, 1c) | ☐ Exceptionally conscientious in patient care activities, sound judgment | ☐ Actively participates in patient care activities | ☐ Lacks initiative in patient care activities | ☐ | ☐ |
| **4**   **Data Use and Interpretation** (1b, 1c, 1d, 1e) | ☐ "Manager" – uses information to develop insightful plans for patient management | ☐ "Interpreter" – attempts to interpret or apply information appropriate to level of training | ☐ "Reporter" – reports data but makes no attempt to interpret or apply information | ☐ | ☐ |
| MEDICAL KNOWLEDGE | | | | | |
| | **Exceeding Expectations** | **Meeting Expectations** | **Below Expectations** | **Not Acceptable** | **Not Observed** |
| **5**   **Knowledge Base** (2a, 2b, 2c, 1f) | ☐ Exceptional knowledge of basic and clinical sciences | ☐ Solid fund of knowledge | ☐ Limited knowledge of basic and clinical sciences | ☐ | ☐ |
| **6**   **Interest in Learning** (2a, 2b, 2c, 3a) | ☐ Enthusiastic interest in learning | ☐ Demonstrates interest in learning | ☐ Minimal interest in learning | ☐ | ☐ |

## LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 8 | **Facilitation of Learning Amongst Team** (3a, 4f) | ☐ Unusually proficient in facilitating the learning of other students and health care professionals | ☐ Facilitates the learning of other students and health care professionals | ☐ Shows little interest in facilitating the learning of other students and health care professionals | ☐ | ☐ |
| 9 | **Ability to use Scientific Data to Manage Care** (3a, 3c, 3d, 1g) | ☐ Effectively uses scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Attempts to use scientific studies to manage information for patient care. Participates in scholarly activities (e.g., journal club, research). | ☐ Fails to use information from scientific studies to enhance patient care. Does not participate in scholarly activities (e.g. journal club, research.) | ☐ | ☐ |
| 10 | **Display of Initiative** (3a) | ☐ Self-motivated learner. Completes all homework assignments and provides additional pertinent information to the healthcare team. | ☐ Usually demonstrates personal initiative and completes all homework assignments. | ☐ Lacks insight and personal initiative. Does not complete homework assignments. | ☐ | ☐ |

## PROFESSIONALISM

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 11 | **Compassion, Integrity, and Honesty** (4a, 4b, 4c, 4e, 4f, 4h, 5c) | ☐ Always demonstrates respect, compassion, integrity and honesty | ☐ Inconsistently demonstrates respect, compassion, integrity and honesty | ☐ Seldom demonstrates respect, compassion, integrity and honesty | ☐ | ☐ |
| 12 | **Reaction to Feedback** (4b, 4c, 4d, 4e, 4f) | ☐ Seeks and rapidly responds to feedback | ☐ Responds positively to feedback | ☐ Resists or ignores feedback | ☐ | ☐ |
| 13 | **Responsibility** (4b, 4c, 4d, 4g, 4h) | ☐ Teaches/role models responsible behavior; attends all required teaching sessions and is punctual | ☐ Displays responsible behavior; attends all teaching sessions as required and is punctual. | ☐ Does not display responsible behavior; does not attend or is tardy to required teaching sessions. | ☐ | ☐ |
| 14 | **Patient and Staff Consideration** (4a, 4b, 4d, 4f, 4h, 5b, 5c) | ☐ Consistently considers the needs of patients, families and colleagues above his/her own | ☐ Considers the needs of patients, families and colleagues | ☐ Does not consider the needs of patients, families or colleagues | ☐ | ☐ |
| 15 | **Acknowledgement of Errors** (4b, 4c, 4d, 4e, 4h) | ☐ Willingly acknowledges errors | ☐ Acknowledges errors | ☐ Fails to acknowledge errors | ☐ | ☐ |

## INTERPERSONAL AND COMMUNICATION SKILLS

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 16 | **Relationship with Patients and Families** (5a, 5b, 5c, 5d, 5e, 5f) | ☐ Establishes highly effective, humanistic and therapeutic relationships with patients and families | ☐ Establishes effective, humanistic and therapeutic relationships with patients and families | ☐ Does not establish adequate, effective, humanistic and therapeutic relationships with patients and families | ☐ | ☐ |
| 17 | **Listening, Verbal, and Non-Verbal Skills** (5a, 5b, 5c, 5d) | ☐ Demonstrates excellent listening, written and nonverbal communication skills | ☐ Shows adequate listening, written and nonverbal communication skills | ☐ Demonstrates inadequate listening, written or nonverbal communication skills | ☐ | ☐ |

*Revised 5/3/21*

| 18 | **Interpersonal Skills w/ Patients and Families** (5a,5b,5c,5d, 5e) | ☐ Always "interpersonally engaged" with patients and their families and respects patient confidentiality. | ☐ Relates well to patients and their families and respects patient confidentiality. | ☐ Not "interpersonally engaged" with patients and their families but respects patient confidentiality. | ☐ | ☐ |
|---|---|---|---|---|---|---|
| 19 | **Documentation & Presentation Skills** (5a, 5d, 5f) | ☐ Delivers well organized patient presentations, writes exceptionally organized notes, appropriately tailored to the situation, with assessments that are consistently thoughtful and reflect reading. | ☐ Delivers organized patient presentation, writes organized accurate notes, including most pertinent information with little extraneous information | ☐ Delivers poorly organized patient presentations. Has difficulty distinguishing pertinent from extraneous information, writes notes that have omissions, shows little application of clinical thinking or reading. | ☐ | ☐ |

## SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE

| | | Exceeding Expectations | Meeting Expectations | Below Expectations | Not Acceptable | Not Observed |
|---|---|---|---|---|---|---|
| 20 | **Other healthcare professionals** (6a, 6b, 6d, 5f) | ☐ Effectively makes use of unique contributions by, and works effectively with, other health care professionals | ☐ Attempts to make use of unique contributions by, and work effectively with, other health care professionals | ☐ Unable to access/utilize outside resources needed for effective and efficient patient care | ☐ | ☐ |
| 21 | **Use of Systems in Care** (6a, 6b) | ☐ Effectively uses systematic approaches to reduce errors and improve patient care | ☐ Attempts to use systematic approaches to reduce errors and improve patient care | ☐ Does not use systematic approaches to reduce error and improve health care | ☐ | ☐ |

\*\*Items in parentheses indicate sub-competencies assessed. See St. Matthew's Competency Matrix for detailed description.

| **Mid-Term Evaluation** | ☐ **Not done** | ☐ **Done** | **Date:** |
|---|---|---|---|

**Comments:**

**Comments (for MSPE/Dean's Letter):**

**Constructive Comments (not for use in MSPE/Dean's Letter):**

By signing my name below, I confirm that I have received and reviewed the SMUSOM Clerkship Syllabus, which includes the SMUSOM Competencies, Clerkship Learning Objectives, Clerkship required encounters and procedures, and SMUSOM policies.

_____          _____
**Clinical Faculty Signature**                                              **Date**

_____
**Print Last Name**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    211

# Appendix 6 – Sample Mid-Clerkship Assessment Form

## Mid-Clerkship Assessment

> INSTRUCTIONS: The mid-clerkship assessment is designed to provide you an accurate assessment of your performance to date and identify areas for improvement during the second half of your clerkship. You are required to review your performance to this point in your clerkship with at least one of your supervising attending physicians. Discuss all areas of competency with this (these) supervising attending physician(s). You are required to complete this assessment, incorporating feedback from the supervising attending physician(s), and submit it to SUSOM by the deadline.

**MEDICAL KNOWLEDGE:** (Knowledge of basic and clinical sciences; Interest in learning; Understanding of complex clinical situations and mechanisms of disease)

_____

_____

**Specific Areas for Improvement:**_____

**COMMUNICATION SKILLS:** (Presentations on Rounds; Presentations of Assigned Patients; Interactions with Patients/Families)

_____

_____

**Specific Areas for Improvement:**_____

**PATIENT CARE:** (H&Ps, Note Writing, Lab Interpretation, Overall Patient Care Activities, Procedures)

_____

_____

**Specific Areas for Improvement:**_____

**SELF LEARNING:** (Facilitation of learning amongst team; Ability to use scientific data to manage care; Initiative)

_____

_____

**Specific Areas for Improvement:**_____

**SOCIAL & COMMUNITY CONTEXT OF HEALTH CARE:** (Accesses/utilizes outside resources needed for effective and efficient patient care; Uses systematic approaches to reduce errors and improve patient care)

_____

_____

**Specific Areas for Improvement:**_____

**PROFESSIONALISM:** (Conscientiousness; Interactions with others; Dress & Grooming; Punctuality; Honesty; Motivation; Ability to recognize limitations)

_____

_____

**Specific Areas for Improvement:**_____

**Supervising Attending Physician Name(s):** _____

**Supervising Attending Physician Contact:** _____

- **I hereby confirm that I have met with, and reviewed my performance with the supervising attending physician(s) named above.**

_Revised 5/3/21_

Exhibit F Clincial Medicine Handbood               212

# Appendix 7 – Sample Patient Log

# Appendix 8 – List of Required Online Learning Cases*

| Case | | Title | Subject |
|------|------|-------|---------|
| CLIPP | 18 | 2 week old boy with poor feeding | congenital heart disease, VSD |
| CLIPP | 20 | 7 year old boy with headache | cerebellar astrocytoma |
| Simple | 10 | 48 year old  woman with diarrhea-dizziness | duodenal ulcer |
| Simple | 12 | 55 year old man with lower abdominal pain | diverticulitis |
| Simple | 21 | 78 year old man with fever, lethargy, & anorexia | urosepsis, CVA, mesenteric ischemia |
| Simple | 27 | 60 year old man with bone pain | prostate cancer |
| fmCASES | 10 | 45 year old man with low back pain | spinal disc herniation |
| fmCASES | 11 | 74 year old woman with knee pain | osteoarthritis, carpal tunnel syndrome |
| fmCASES | 22 | 70 year old man with unilateral weakness | TIA, stroke |
| fmCASES | 26 | 55 year old man with fatigue | Fe deficiency anemia, colon cancer |
| fmCASES | 27 | 17 year old boy with groin pain | testicular torsion, STD counseling |
| WiseMD | 1 | abdominal aortic aneurysms | - |
| WiseMD | 2 | adrenal adenoma | - |
| WiseMD | 3 | anorectal disease | - |
| WiseMD | 4 | appendicitis | - |
| WiseMD | 5 | carotid stenosis | - |
| WiseMD | 6 | cholecystitis | - |
| WiseMD | 7 | colon cancer | - |
| WiseMD | 8 | hernia | - |
| WiseMD | 9 | skin cancer | - |
| WiseMD | 10 | thyroid nodule | - |
| WiseMD | 11 | trauma resuscitation | - |

* Med-U (http://www.med-u.org)

## Appendix 9 - Step-By-Step Instructions for Completing Engaged Learning Assignments

1. Each week you are enrolled in a Core Clerkship, you will receive an email on Mondays with the weekly assignment instructions, which can also be accessed at http://lms.stmatthews.edu, log in using the new institutional email address: _@stmatthews.com as your username and the password you use to access the campus website.
2. Enter the "Clinical Clerkship Online Course"
3. Scroll down to the section marked "This Week's Assignment". (If your assignment is not available or an assignment for a different core is posted submit a trouble ticket).
4. The assignment will direct you to either a case, or cases, available on med-u.org (Note: If this is your first time accessing the course, you will need to register with med-u.org. Instructions are provided on the Course Homepage) or will provide a link to an assignment within the course.
5. Complete the assignment and then return to the "This Week's Assignment" section and your particular assignment to post your Reflections.
6. Select the link to your assignment under "This week's assignments" in the Clinical Clerkship Online Course. At the bottom of assignment page for any given week (scroll down) you will see the Forum Discussion.
7. Open the Forum Discussion.
8. Click on "Reply" to post a Reflection. You can view other student Reflections as well for interactive dialogue.

**All assignments and Reflections must be completed by Sunday at midnight Eastern Time of the assigned week to receive credit.

Please note: There are currently 2 assignments which include a lesson that you access directly through this course. These assignments have videos embedded within the pages, then a short question to answer in order to progress.

Please pay careful attention to these tips, instructions, and illustrations, and view all of the teaching videos in order. The videos must be viewed to receive credit for the assignment.

In the event that technical issues arise in regards to viewing the videos within the assignment, it is suggested that you try to use a different web browser (Mozilla Firefox or Google Chrome) to view the assignment.

## Appendix 10- Step-By-Step Instructions for Weekly Patient Log Submissions

1. Students can access the Patient Logs page at: https://www.stmatthews.edu/Gateway/PLGateway2.html (A link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu website).

2. Enter all the relevant identifying information regarding the patient, including age, sex, and location that the patient was seen.

3. Select your role and identify the supervisor.

4. Choose the appropriate Patient Encounter(s) and/or Procedure(s) from the drop-down menus.

5. Document the extent of the physical exam performed (full, targeted, or none).

6. Document what you charted.

7. Comments and reflections regarding the experience are optional, and may be entered within the final textbox.

8. Click the submit button at the end, and you will then have the opportunity to enter additional patients.

9. When you have submitted your final patient for your week, select Quit.

10. You will then receive email confirmation of your log submission.

Please note:  You will not be able to edit previously submitted Patient Logs or go back and 'make-up' logs from previous weeks.

Patient Logs logging a minimum of ten (10) patients per week are required for every week of a core rotation regardless of the total number of weeks of said rotation. This applies to all core rotations.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket: http://www.stmatthews.edu/osticket/.

Weekly Patient Logs MUST be submitted before midnight Sunday.  Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Surgery Clerkship to complete the Patient Logs assignment.

*Revised 5/3/21*

## Appendix 11- Step-By-Step Instructions for Weekly Patient Note Submissions

1. Students can access the Patient Note page at:
   https://www.stmatthews.edu/Gateway/PNGateway.html (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. Patient Note submissions will follow the same directions, restrictions and character limitation for each field as specified for USMLE Step 2CS5, including:
   - History - 950 characters or 15 lines
   - Physical Examination - 950 characters or 15 lines
   - Diagnosis - 100 characters for each diagnosis
   - History Findings and Physical Examination Findings - 100 characters for each field
   - Diagnostic Study/studies - 100 characters for each study recommendation
   - Students may add rows to the History Findings, Physical Examination
   - Findings and Diagnostic Study/Studies sections up to a maximum of eight rows each.

3. Read all instructions on the form and enter your text in the appropriate fields.

4. You must enter at least one diagnosis. The first diagnosis requires at least four justifications in the fields below it. Any other diagnoses require at least two.

5. You are required to enter at least one Diagnostic Study.

6. Provided you have entered all required information, click the "Submit" button at the bottom. You will be prompted to confirm your submission.

7. Once submitted you may either submit another Patient Note or exit the application. Once you submit the required two Patient Notes for the week, you may no longer submit any Patient Notes until the next week.

Please note: You will not be able to edit previously submitted Patient Notes or go back and 'make-up' Patient Notes from previous weeks.

Patient Notes are required for every week of a core clerkship regardless of the total number of weeks of said clerkship. This applies to all core clerkships.

If you have any questions or technical problems please use the following link to submit and IT trouble ticket:
http://www.stmatthews.edu/osticket/.

Weekly Patient Notes MUST be submitted before midnight Sunday. Please do not wait until the last minute.

Students receive a weekly email reminder every Thursday of the Surgery Clerkship to complete the Patient Note assignment.

## Appendix 12- Step-By-Step Instructions for Submitting the Mid-Clerkship Assessment

1. Go to the Mid-Clerkship Assessment Page: https://www.stmatthews.edu/Gateway/MCSAGateway.html  (a link is also provided from your Clinical Clerkships Online Course Home Page and from the stmatthews.edu site.)

2. You will receive an email reminder on Friday of Week 5 of the clerkship instructing you to complete an assessment of your performance on the clerkship.

3. You will be able to submit only AFTER you have received the email reminder to fill the form.

4. You must meet with the attending and/or resident in order to obtain their feedback on your performance on the clerkship to-date.  You must discuss all areas of competency that will be evaluated at the conclusion of your clerkship.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade as follows:

   • Submitted late but by Sunday at midnight of Week 8 = final grade reduced by 1 point
   • Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 2 points
   • Not submitted by the end of Week 9 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

## Appendix 13- SMUSOM Defined Patient Encounters with Alternative Clinical Learning (weeks 11-12)

| Patient Encounter | Level of student responsibility (Pr, Pa, Ob)* | Clinical Setting (H/I, H/O, ED, CC, NH, PPO)** | Type of Encounter | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Primary Clinical Learning | | Alternative Clinical Learning *** | | | |
| | | | Direct Patient Care | Team Care | Full-Scale Mannequin | Standardized Patient | Partial Task Trainer | Screen-Based Simulation |
| Abdomen Evaluation: Acute Abdomen, Masses, Pain, Bowel Obstruction | | | | | | | | |
| Burns | | | | | | | | |
| Cardiothoracic Surgery | | | | | | | | |
| Disease Prevention / Screening (Colonoscopy, etc.) | | | | | | | | |
| Fluids, Electrolytes and Acid Base Balance | | | | | | | | |
| Hernia | | | | | | | | |
| Informed Consent | | | | | | | | |
| Metabolic Failure / Shock | | | | | | | | |
| Nutrition management | | | | | | | | |
| Orthopedic Surgery | | | | | | | | |
| Perioperative Evaluation | | | | | | | | |
| Post-Operative Care | | | | | | | | |
| Surgical Bleeding and Blood Replacement | | | | | | | | |
| Surgical Disease of the Biliary Tract | | | | | | | | |
| Surgical Disease of the Breast | | | | | | | | |
| Surgical Disease of the Colon, Rectum and Anus | | | | | | | | |
| Surgical Disease of the Esophagus | | | | | | | | |
| Surgical Disease of the Genito-Urinary Tract | | | | | | | | |
| Surgical Disease of the Head and Neck | | | | | | | | |
| Surgical Disease of the Liver | | | | | | | | |
| Surgical Disease of the Pancreas | | | | | | | | |
| Surgical Disease of the Small Intestine and Appendix | | | | | | | | |
| Surgical Disease of the Spleen | | | | | | | | |
| Surgical Disease of the Stomach and Duodenum | | | | | | | | |
| Surgical Endocrinology (Adrenal/Thyroid/Parathyroid) | | | | | | | | |
| Surgical Oncology | | | | | | | | |
| Trauma / Shock | | | | | | | | |
| Vascular Surgery | | | | | | | | |
| Wounds and Wound Healing | | | | | | | | |

KEY
*Level of Student Responsibility
  Pr= Primary (student primarily responsible for Patient Encounter, e.g., performed H&P, procedure, etc.)
  Pa = Participant (member of medical team, present on rounds, O.R., etc.)
  Ob= Observer (only involved in discussion of patient, presentation of case, etc.)

**Clinical Setting
  H/I  -   Hospital/Inpatient/Infusion Center/Ambulatory Surgery
  H/O -    Hospital/Outpatient Clinic
  ED  -   Emergency Department / Urgent Care / Transport
  CC  -   Community Clinic
  NH -    Nursing Home / Home Care
  PPO -   Private Practice Office

*** Alternative Clinical Learning (Definitions from 2011 AAMC Medical Simulation in Medical Education Survey)
    Full-Scale Mannequin – Full-body human patient simulator that mimics various function s of the human body (e.g. cardiac, respiratory, etc.). May range from high- to low-fidelity.
    Standardized Patients – Person trained to portray a clinical condition, or actual patient trained to interact with students regarding his/her medical condition.
    Partial Task Trainer – Physical model that simulates a subset of physiologic function to include normal and abnormal anatomy.
    Screen-Based Simulation – Multimedia-based clinical cases, including online patient cases

# Appendix 14 – Guidelines for the IPE Reflection Exercise

This activity is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise students submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

In general, IPE Reflection Exercises that "Meet Expectations" have the following common characteristics:
- They include insights gained by you during your interactions with the health care professional
- They are well-organized, clearly written, and fully answer the question.

Below is an example of an IPE Reflection Exercise that would meet expectations. The example responses are in italics.

1. Describe an ethical dilemma specific to Interprofessional patient-centered care and based on interviews with co-providers, describe how it was resolved. An example of such a dilemma could be an elderly male patient who wants to be discharged to home, but the social worker has determined that he would not be able to take care of himself. A pediatric example could be parents wanting to take the child home but Nursing is not confident that the parents can provide the care needed. (200 words maximum)

    - *An elderly female wanted to return to her own home to live independently, but she was not able to see and grip the medication bottle well enough to take her medications as indicated. The Occupational Therapy department recommended medication dispenser that a family member could fill each week that enabled her to take the correct dose.*

2. Explain the roles and responsibilities of three other healthcare providers that you observed and how they work as part of the team to provide care. Based on brief discussions with them, describe the limitations of the medical professionals' skills, knowledge, and attitudes that these other providers contribute. (200 words maximum)

    - *A teenager admitted with anorexia nervosa needed a precise amount of nutrition to become healthy, but not so much that she would get refeeding syndrome. The nutritionist was able to calculate her intake more precisely than the medical team which allowed the team to adjust her feeding plan.*
    - *An elderly patient admitted to the psychiatric ward for depression was found to have subtle cognitive impairment by a comprehensive neuropsychological assessment completed by a psychologist. That testing helped the team understand some of his behaviors.*
    - *A physical therapist evaluated a patient who had suffered several falls at home and she was able to recommend a certain type of walker that would help support the patient and help prevent further falls.*

3. Describe how your unique attributes (experience level, expertise, culture, power, and hierarchy within the health team) have contributed to effective communication, conflict resolution, and positive interprofessional working relationships. If you can't think of an example from your work, describe a conversation with a provider in another profession that demonstrates this. An

example could be that your religious background helped you understand a patients concern that you were then able to explain to the team.  Another example would be where your knowledge of the patient's culture helps the team ensure the right care is delivered. (200 words maximum).

- *There was a patient who was admitted for a hysterectomy due to cervical cancer. The team didn't think she knew was her uterus was, but I was able to talk to her in Spanish, verify that she knew what her uterus was, and help her understand the disease and our recommended treatment.*

4. Describe three instances where another health professional contributed to patient-centered care through problem-solving. Describe their viewpoint based on a brief interview discussion with them ("How did you come up with that great idea?"). (200 words maximum)

- *A patient was terrified of going into an elevator due to claustrophobia, but the transporter produced keys that would immediately stop the elevator and open the doors if the patient felt too scared.*
- *A patient refused to eat the hospital food. She wouldn't tell anyone why, but a social worker found out that she was observing Ramadan and that the food was delivered during daylight hours. The social worker talked to the dietary service and was able to have food delivered on a schedule that worked for the patient.*
- *A patient was very concerned because of news reports that he would get the wrong medication while in the hospital. The nurse gave him a copy of the medications and schedule that the physician ordered, and had the pharmacist added a photo of each tablet. The patient kept the list by his bed so he could check each one as it was given to him.*

# Appendix 15- Step-By-Step Instructions for Submitting the IPE Reflection Exercise

1. You will receive an email reminder on Friday of Week 4 of the clerkship instructing you to complete an IPE Reflection Exercise prior to the end of week 8.

2. You must meet with the health care professional that you write about in the exercise. It does not need to be a formal meeting, but must include a conversation about their role.

3. Go to the IPE Reflection Exercise Page: https://portal.stmatthews.edu/Clinical/clerkships (a link is also provided from your Clinical Clerkships Online Course Home Page.)

4. You will be able to submit only AFTER you have received the email reminder to fill the form.

5. Read all instructions on the form and enter your text in the appropriate fields.

6. After filling all fields, press the "Submit" button at the bottom. You will be prompted to confirm before submitting.

7. Once submitted you will be redirected to a page where you can view what you have submitted. Click "Exit Application" when you are finished.

8. Failure to submit the IPE Reflection Exercise in a timely manner will result in a point deduction from the final grade as follows:
   • Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 1 point
   • Submitted late but by Sunday at midnight of Week 10 = final grade reduced by 2 points
   • Submitted late but by Sunday at midnight of Week 11 = final grade reduced by 3 points
   • Submitted late but by Sunday at midnight of Week 12 = final grade reduced by 4 points
   • Not submitted by the end of Week 12 = final grade reduced by 5 points , grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

**Internal Medicine**: Students will learn to function as an integral part of an Internal Medicine ward team, including "call," and also gain experience in appropriate outpatient settings. Students are expected to obtain, record, and present accurate and concise histories, and perform physical examinations. Students will also obtain further education as to the pathophysiology, diagnosis, and treatment of common adult diseases through didactic instruction, conferences, and presentations.

**Surgery**: The emphasis is on history taking, the physical examination of surgical patients, and making patient case presentations emphasizing the surgical approach to diseases and postoperative management. Medical students learn a problem solving approach by studying patients, attending staff rounds and lectures, and participating in operations. Students also learn the basics of functioning in an operating room - e.g. "the sterile field," duties of assistants, appropriate conduct, and protection of the anesthetized patient.

**Pediatrics**: Students learn about the health problems of infants and children while working as part of a ward team and in appropriate outpatient clinics. Students learn to take histories, perform physical examinations, and understand the methods of diagnosis and treatment of common illnesses in infants and children. There is also emphasis on "well baby" care, congenital defects, vaccination, nutrition, growth and development, childhood injuries, and disease prevention.

**Obstetrics and Gynecology**: Students gain experience by caring for women with a wide variety of gynecological problems, as well as normal and abnormal pregnancies, in a ward setting and out-patient clinics. Students attend lectures and seminars, participate in ward rounds and assist in deliveries and surgical procedures where appropriate. History taking, physical examination, and case presentations remain important. There is also emphasis on diseases particular to women, treatment, prevention, and pre-natal and post natal obstetrical care.

**Psychiatry**: The rotation should include both inpatient and outpatient contacts. Through these experiences, students will acquire the knowledge and skills to treat emotional and behavioral problems that commonly present in a primary care office, paying particular attention to the stress factors that are contributing to emotional dysfunction. The curriculum for this rotation will focus on the importance of the family in the relation of individual behavior and the ability to identify stressing conflicts and communication problems within the family. Students will gain knowledge and experience to deal with common psychiatric disorders and substance abuse disorders. Students will have opportunities to generate diagnoses and plans of treatment based on their understanding of the dynamics of the behavior under supervision of the attending psychiatric faculty.

## TYPES OF PROCEDURES ENCOURAGED FOR A CLINICAL MEDICAL STUDENT

SMUSOM does not place great emphasis on students learning procedures that are best learned during internship and residency. The goal of clinical student training is to learn basic principles of the core specialties, covering common conditions, their presentation, evaluation, diagnosis, and basic treatment.

**Important Diagnostic skills to be understood:**
Be able to systematically review patient test data and recognize normal (or normal variant) from abnormal, including;
- Standard x-rays of skull, spine, chest, abdomen, pelvis, extremities
- EKG
- Blood Smear
- Urinalysis including common abnormal findings in the urine sediment
- Familiarity with general principles of interpretation of CT scans and MRI

**Simple Procedures useful for the clinical student to know:**
- Perform an arterial blood gas puncture.
- Insert an intravenous needle/catheter and state the principles of care for an indwelling venous catheter.
- Handle body cavity fluids correctly so that they can be safely and properly examined, cultured and processed.
- Use a direct and indirect laryngoscope.
- Use a slit lamp.

- List the indications for and be able to do a circulation time.
- Insert a urinary catheter.
- Remove earwax.
- Examine sputum with Gram's or Wright's stain.
- Draw blood for aerobic and anaerobic culture.
- Insert a nasogastric tube.
- Take an electrocardiogram (EKG) as well as be able to recognize frequent technical problems in doing an EKG.
- Give an intramuscular injection.
- Do fungal scraping of skin lesions.
- Obtain throat, nasal, and cervical cultures.
- Examine stool for blood and ova/parasites.
- Pelvic exam including appropriate smears (e.g. PAP) and cultures.
- Perform venipuncture.
- Insertion and removal of sutures and basic knot tying including instrument ties.
- Sterile technique in preparing for minor procedures.
- Changing dressings.

*Clinical Medicine Handbook*

*Part 4:*
*Fourth Year Rotations:*
*Elective Clerkships*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

***ELECTIVES:  Helping you choose the best for you.***

**PURPOSE:**  Electives are intended to provide a well-rounded education, and give students exposure to various specialties that may be of interest for post-graduate residency training.   School policy requires that all students, regardless of desired residency choice, complete a Primary Care Elective.

In addition to the Primary Care Elective and the recommended Internal Medicine subspecialty clerkships (2), Surgical subspecialty clerkship, Sub-internship (Sub-I) or Acting Internship (AI) and Neurology rotations, students have the opportunity to select additional rotations to gain knowledge and skills in areas of special medical interest. Additional electives include any medical or surgical specialty or subspecialty and/or a special elective of interest to the individual student. Radiology, Anesthesiology, Pathology and Emergency Medicine provide good foundation material. Students interested in health policy and health delivery issues, should consider electives in rural care, community health, and international/global health.

All electives must be approved by Clinical Office 3 weeks before the start date of the rotation, meaning that rotation application forms to hospital/clinical sites for electives should be submitted to the SMUSOM Clinical Office 8 weeks before the start date of the rotation. http://stmatthews.edu/ > Clinicals > Electives > Elective Request Form**.**

**Student starting a clerkship, core or elective, without formal written approval from SMUSOM emailed to the student 3 weeks prior to the start date will not receive any credit for the clerkship and will be responsible for all charges related to that clerkship**.

**REQUIREMENTS FOR ELECTIVES**

**1. Primary Care:**  All students must complete a four (4) week Primary Care Elective (i.e., Family Medicine unless an alternative such as Ambulatory Internal Medicine or Ambulatory Pediatrics is approved by the Clinical Department).

**2. Internal Medicine Sub-Specialty:**  Most commonly completed with two rotations of Internal Medicine Sub-specialty electives, each of 4 weeks duration in recognized subspecialties.

**Surgical Subspecialty:** Most commonly completed with one rotation in a Surgical Sub-specialty elective of 4 weeks in a recognized subspecialty that has a reasonable inpatient component (not every surgical subspecialty meets this requirement):

http://www.stmatthews.edu/Clinicals/SuitableSurgicalSubspecialties.pdf

**3. Sub-internship (Sub i) or Acting Internship (AI):** Most commonly completed in Internal Medicine, however this rotation may be done when appropriate in intended specialty (with approval).

**4. Length of Electives:**  Usually four weeks. Two week electives will be approved for certain subspecialties. http://www.stmatthews.edu>Clinicals>Electives> choose either (Suitable Surgical Subspecialties or Suitable Internal Medicine Subspecialties)**.** Please request approval early**.**

Elective Clerkships lasting beyond 4 weeks, and repeat electives require approval by the SMUSOM Clinical Office.

**Research electives** are encouraged, are usually 4 weeks, up to a maximum of 8 weeks and must be pre-approved by the Dean of Clinical Medicine. Application to the SMUSOM Clinical Office should include an outline of the research project, its goals, and the details of what you, the student, will be doing. Include whether the project has any clinical activities, and whether there is a probability of your name being included somewhere in the publication. It is not appropriate to receive payment for educational or research activities for which you will receive academic credit.

**Total weeks**
Exceptions to allow students to take more than the required 72 weeks of clerkship rotations may be granted under special circumstances by the Associate Dean. Any student approved to exceed the 72 required weeks by doing additional rotations will be charged a one-time $100 administrative fee as well as any hospital clerkship fees. Approval for this is not automatic; apply as early as possible to the Clinical Program with justifying documentation.

**Scheduling Electives**

When developing your elective clerkship schedule, please remember that a number of sites have a surcharge and students are responsible for all weekly elective costs over $200.

To give you a flavor of the kinds of electives SMUSOM students have completed, the SMUOnline website has a list of elective rotations for the past 3 years giving hospital/clinical site name: Clinicals>>electives.

The Elective Request Form (http://stmatthews.edu/ > Clinicals > Electives > Elective Request Form) should be submitted at least 8 weeks before the start date of the rotation. SMUSOM policy requires that you start early enough to obtain SMUSOM final approval 3 weeks prior to the start date. Remember that a student who enters an elective without formal written approval from SMUSOM, will not receive any credit for the clerkship and be responsible for all charges related to that clerkship.

Electives at core hospitals:
> You must notify the Clinical Department well in advance of any elective rotations that you would like to schedule at our core hospitals using the Elective Request Form on the web site. **It is always your responsibility to keep SMUSOM informed in advance and to follow the policy by submitting the Elective Request Form even when the coordinator promises to inform SMUSOM. Failure to do so will result in no credit and payment penalties.**

Electives at other hospitals:
> You must complete the Elective Request Form and submit it to SMUSOM when you begin to consider any elective to ensure all legal and administrative requirements are met. SMUSOM policy requires that you submit the Elective Request Form at least 8 weeks prior to the proposed start date, in order to obtain SMUSOM final approval 3 weeks prior to that start date. You must notify SMUSOM when the rotation request is approved (or denied). **The school will not award credit for any rotation that has not been reviewed and approved by the SMUSOM Clinical Department.**

Any discussion about payment to faculty members or hospitals should immediately be referred to the Clinical Department. The student is not permitted to negotiate or discuss these matters with faculty members or hospitals.

Getting started with choosing electives**:**
The Clinical Deans, as well as the Clinical Department Chairs are available to all students to discuss their elective clerkship schedules. The Deans and the Department Chairs have been directly involved in resident selection processes, including the consideration of international medical graduates. SMUSOM strongly encourages students to take advantage of this resource. Additionally, each student's clinical elective schedule is reviewed by the Clinical Deans.

At or near the completion of each student's second core clerkship, each student is contacted by the Deans to schedule an advisory meeting regarding electives, scheduling USMLE Step 2 exams, and preliminary Match planning. Students are expected to prepare for this meeting by reviewing all the resources under Electives area on SMUonline. Within one week of this advisory meeting, students are required to submit an elective planning form, which is available on SMUonline, to the office of the Dean of Clinical Sciences. The elective schedule submitted is reviewed by the Deans for approval.

The university, along with students, considers the following factors when developing elective clerkship schedules:

1. Geographic Preference: What is your geographic preference for electives? Residency?[6]

2. Interest and Academic Record: What specialty are you interested in for residency? What type of residency are you most likely to obtain given your academic record? Also, consider doing rotations that you may never have a chance to do again so that you have a broad foundation.

---

[6] Please note that certain constraints may exist, for example SMUSOM students are not able to complete clinical clerkships in the states of New Jersey and Pennsylvania. They are however eligible to obtain residencies in both of these two states.

*Revised 5/3/21*

3. Auditioning: The more difficult it is to be accepted into a specialty, e.g. surgery and its subspecialties, dermatology, anesthesiology, emergency medicine, the more important it is that you obtain at least one clerkship where you can "showcase" yourself. If you cannot obtain a "showcase" clerkship at the place you want for residency, obtain one at a place with a residency in the specialty field so that the attending faculty member who writes your letter of reference (LoR) has credibility with the program to which you will apply. For example, if you want to go into Emergency Medicine, do not do Emergency Medicine clerkships at hospitals that do not have Emergency Medicine residencies. For the residencies that are relatively easier to obtain such as the primary care residencies of Family Medicine, Internal Medicine and Pediatrics, it is not as essential that you do your clerkships at the program where you want to apply, though it is always better to do so.

4. Access: Consider whether a hospital of interest trains medical students. Also, when considering a hospital for a rotation you should first email the SMUSOM Clinical Office to see if there is an affiliation of the hospital with SMUSOM. We may in fact, already have an agreement with them.

5. Procedure: Always follow the procedure on SMUOnline. You may need to call the medical education department of the hospital/Clinical site for an application, if it is not on-line.

6. Timing: SMUSOM policy requires that you submit the Elective Request forms to the Orlando' office at least 8 weeks prior to the proposed start date, in order to obtain SMUSOM final approval 3 weeks prior to that start date. It is your responsibility to follow up on the application once SMUSOM submits the package to the Hospital/Clinical Site. Once the rotation has been confirmed to you by the hospital, be sure to notify the SMUSOM Clinical Office immediately and before the start of the rotation. Any student who enters a clerkship, core or elective, without formal written approval from SMUSOM prior to the start of the rotation, will not receive any credit for the clerkship and be responsible for all charges related to that clerkship.

7. Hospital Policies: Most US and Canadian Medical Schools have explicit polices about international medical students, about how to apply, the costs, restrictions, and opportunities. Carefully review their websites, using the search function to find these policies. It is becoming common for these schools to require that a faculty member of the medical school sponsor the international student.

8. Approval of Canadian rotations: As part of the formal Canadian healthcare delivery system, almost all hospitals are affiliated with a Canadian medical school. Further, the community hospitals are part of a regional health authority caring for populations and communities and are becoming an important part of the medical education system for each province. Ideally, medical student rotations should be at a hospital with an affiliation to a Canadian medical school, and the supervising faculty member should have a faculty appointment at one of the Canadian medical schools. Where hospitals do not have clear evidence of an affiliation with a Canadian medical school, at a minimum the hospital should have a record of taking students for electives, and the supervising faculty member should have a faculty appointment from one of the Canadian medical schools. This requires approval by SMUSOM, and the university rarely approves a rotation where neither the hospital nor the supervising faculty member has an affiliation with a medical school.

9. Cost: Clerkships conducted at certain hospitals may require a surcharge. The Clinical Office can tell you which hospitals require a surcharge.

## *PRIMARY CARE ELECTIVE*
**(i.e., Family Medicine)**
**4- Week Rotation**

**PURPOSE:** All St. Matthew's University fourth year students are required to complete a four-week Primary Care rotation. Fundamentals of primary care medicine are introduced in the basic sciences during the Clinical Skills course series. The emphasis on ambulatory care and community based care and the related experiences lay a foundation for the clerkship experience. The purpose of the primary care clerkship is to foster a full understanding and appreciation of an integrative approach to the care of patients and families in a community based setting. Students will use knowledge and skills gained in the five core clerkships in the third year and learn to adjust their experiences to the philosophy and demands of a primary care setting. A majority of this rotation will be in an ambulatory setting although students will also round with the patient's physicians in inpatient settings such as hospitals, nursing home and hospice facilities when appropriate.

### *PRIMARY CARE ELECTIVE OBJECTIVES*

1. To develop an appreciation of the approach to a variety acute and chronic health problems commonly presented by patients and families in an ambulatory setting
2. To familiarize students with the basic principles of primary care medicine; including the provision of continuous and comprehensive care to a diverse patient population
3. To promote an understanding of the effect of the family and community to different states of health and disease
4. To enable the student to understand the physician's role and responsibility in the prevention of disease through patient education and community involvement
5. To foster sensitivity to the psychosocial, cultural, environmental and economic issues that affect patients and their families
6. To promote an appreciation for the role of the primary care and family physician in the referral and use of community resources

**OBJECTIVES: Upon completion of this rotation, the student will be able to:**

1. Take a history, perform a complete physical examination using enhanced communication and interviewing skills
2. Provide comprehensive assessments of common acute, chronic and undifferentiated presentations seen in primary care medicine
3. Accurately identify patient problems, develop a differential diagnosis and formulate a realistic management plan
4. Work with nursing staff, home health care providers, and social service to interpret basic diagnostic information and formulate a realistic longitudinal treatment plan
5. Provide focused case presentations and complete concise, clear medical record documentation
6. Assume the role of the primary care physician in the coordination of care of outpatients and families with community resources
7. Understand the multidisciplinary nature of outpatient care, the medial office and the importance of working with members of the community health care system
8. Understand the impact of psychosocial and community factors on the understanding and acceptance of health care by patients and families
9. Understand the multidisciplinary nature of outpatient care in medical office setting and to experience of psychiatric care
10. Understand the decision-making process that is involved in admitting a patient into a hospital and to understand alternatives to acute and chronic care
11. Become familiar with end-of-life issues, including advanced directives, DNR decisions and the withdrawal of care and how to communicate these issues in an appropriate manner to patients
12. Acquire critical thinking and problem solving abilities to foster better patient care, medical decision making and self-directed learning
13. Foster health promotion and disease prevention through risk identification and counsel patients in such areas as well child care, contraception, safe sex, tobacco use, obesity, substance abuse and family violence

### PRIMARY CARE ELECTIVE TARGET SKILLS AND PROCEDURES:
**Exam Skills:**
1. Pelvic Examination
2. Breast Examination and teaching patient's self-exam
3. Testicular examination
4. Rectal Examination
5. Injections: subcutaneous, intramuscular and IV
6. Examination of the well-baby
7. Examination of the growing child
8. Examination of the adolescent
9. Examination of young and middle age adults
10. Examination of the elderly patient
11. Measurement of 'Vital Signs' in all age groups.
12. Performance of Basic Airway Management in adults and children.

# *Clinical Medicine Handbook*

## *Part 5:*
## *Measuring Student Performance:*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

# *USMLE POLICIES*

<u>Step 1 Policies</u>

1. Students who have successfully completed the Basic Science curriculum are expected to sit for the USMLE Step 1 within 150 days of successfully completing Basic Sciences. When you apply for Step 1 you enroll with the ECFMG, and select a three-month period, which is referred to as your eligibility period. For example, an applicant selects the eligibility period, i.e., May-July, and as long as the application is processed by ECFMG by the 17th of May you will be assigned the May-June-July eligibility period that you selected.

2. After you successfully complete the Basic Science curriculum, and such other steps as determined by SMU in its sole discretion, you should download the form, the Certificate of Identification (Form 186) for Step 1 and send it to SMUSOM (Orlando) where it will be signed by the Clinical Coordinator. Sign off requires full compliance with financial, academic, and administrative regulations of SMUSOM. Sign off during the 5th semester is not permitted. SMUSOM submits the certified form to the ECFMG. Scheduling permits are now sent electronically by the ECFMG directly to the student.

3. All students must take and pass the USMLE Step 1 test before being allowed to start clinical rotations.

4. Students who successfully complete the basic science portion of the curriculum have a maximum of three (3) attempts to successfully pass USMLE Step 1. It is the student's responsibility to schedule and pass the examination. Any student who has completed National Board (NB) 1, 2, and 3 and has not passed the USMLE Step 1 exam will be withdrawn from SMU. If this time limit expires before all attempts have been used, the student forfeits the remaining attempts and is dismissed. No extensions on the time limit are allowed and LOAs do not 'stop the clock".

5. *First Time Failures of USMLE Step 1:*
   Students who fail the USMLE Step 1 Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination (e.g., NBME Comprehensive Basic Science Shelf Examination) at the end of the course. Student will <u>not</u> be certified by the school to retake the examination unless they earn a score on the evaluation examination that predicts a reasonable probability of success on the USMLE Step 1 Examination.

6. *Second Time Failure of the USMLE Step 1:*
   If a student fails a second time, the same procedure must be followed. However, the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time. If the student fails the USMLE examination a 3rd time, the student is dismissed.

7. *Appeal with Lower Score after the Second Review Course;*
   A student may appeal the decision to not be allowed a second retake of the exam to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

   The student must submit a written appeal to the Promotions Committee through the campus administration within 5 business days of receipt of the lower second end of review course examination score. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

   A student whose appeal is denied by the Promotions Committee has the right to appeal to the Dean of Basic Science in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Dean of Basic Sciences. The Dean of Basic Science will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is at the discretion of the Dean of Basic Science and is not required. The decision of the Dean of Basic Science is final. The Dean of Basic Science will inform the student of the decision in writing (email and/or letter) within two business days.

*Revised 5/3/21*

The student has the right to appeal to the Chancellor of the University if the University's policies and procedures were not followed. The appeal should be made in writing within 7 business days to the Chancellor located in the US Administrative office.

Clinical Knowledge Remediation

All students are required to take a Comprehensive Clinical Science Examination (CCSE) to ascertain whether or not his/her preparation for the USMLE Step 2CK has been successful. Students are required to take USMLE Step 2CK within 75 days of achieving satisfactory performance on the CCSE.

At present, the university utilizes the National Board of Medical Examiners® (NBME) Comprehensive Clinical Sciences Examination as its CCSE. The university will bear the cost of the initial CCSE attempt.

Based upon the results of the CCSE, the student will take the USMLE Step 2CK examination or continue remediation as defined below.

If further remediation is needed, additional clinical rotations may be postponed (at the sole discretion of SMUSOM) until the student is scheduled to take the USMLE Step 2CK examination.

*Further Remediation Guidelines*
If it is determined a student needs additional remediation, the student will enroll in a SMUSOM-approved remediation program. Students will bear the cost of this program. Once satisfactory progress is demonstrated, the student will retake the CCSE at his/her expense.

*Subsequent Remediation Guidelines*
If a student's performance on the CCSE in subsequent attempts is deemed deficient, the procedure for remediation described above will be repeated until such time as the student's level of achievement on the CCSE is deemed satisfactory to the Clinical Department. Students are required to take USMLE Step 2CK within 75 days of achieving satisfactory performance on the CCSE.

*Scheduling the NBME Comprehensive Clinical Science Examination*
Students will be permitted to <u>schedule</u> the CCSE after successful completion of 34 weeks of core clinical clerkships and/or Primary Care rotations through the Clinical Department.

Students will be permitted to <u>take</u> the CCSE upon successful completion of 40 weeks of core clinical clerkships (including Internal Medicine) and/or Primary Care rotations.

Students required to take or retake the CCSE will receive a notification email from SMUSOM along with one from the NBME informing them of the need to schedule the CCSE. The email from the NBME will include instructions on how to schedule the exam.

The CCSE is available at 350 Prometric Test Centers worldwide (https://www.prometric.com/en-us/Pages/home.aspx).

Clinical Skills (CS) Preparation

Successful completion of the Clinical Skills (CS) preparation requirements, as described in this section, is a prerequisite to certification for USMLE Step 2 CS.

As part of the Clinical Skills (CS) preparation process, all students are required to complete the Clinical Skills (CS) practice examination, which is similar in format to the USMLE Step 2 CS examination, consisting of up to 12 standardized patient encounters. At the end of the test, students will receive both verbal and written feedback on their performance.

Students will be permitted to schedule the Clinical Skills (CS) practice examination after they have a site date scheduled for USMLE Step 2CK.

Students will be permitted to take the Clinical Skills (CS) practice examination upon successful completion of 34 weeks of core clerkships (including Internal Medicine) and/or Primary Care rotations, and approval from the Clinical Department.

Students may reschedule or cancel their Clinical Skills (CS) practice examination test date no later than three weeks prior to their scheduled test date. Students who fail to reschedule or cancel (including non-appearance) within the permitted time parameters will be required to reschedule and take the Clinical Skills (CS) practice examination at their own expense.

Based upon the results of the Clinical Skills (CS) practice exam and a review of the student's academic record, the Clinical Department may require the student to take such other remedial steps (as determined by SMUSOM in its sole discretion) as deemed necessary. Students will not be approved for the USMLE Step 2 CS examination until the successful completion of the mandated remediation referred to in the previous sentence.

Remediation of Clinical Skills (CS) Practice Examination:
If a student's preparation for the Step 2CS examination is not deemed satisfactory by SMUSOM, the student will be required to take a SMUSOM-approved remedial program which must include a comparable clinical skills practice examination to that required by SMUSOM (i.e., the Clinical Skills (CS) practice examination).

Students will be required to submit the written results of the one-day clinical skills practice examination included in their remedial program to SMUSOM for evaluation and review. The remedial program will be at the student's expense.

Upon completion of the remedial program and submission of written results of the clinical skills practice examination, SMUSOM will review the student's performance. Based upon this review, additional remedial actions may be required. Absent additional requirements, the student may request certification for the USMLE Step 2 CS examination.

The programmatic requirements to take the USMLE Step 2 CS examination, as described below, apply to students who have successfully completed their remedial program.


Step 2 CS &CK Policies

1.  Students become eligible to take the USMLE Step 2 CS &CK examinations upon completion of the 5 core clerkships or 40 weeks of rotations and must comprise 4 core clerkships including Internal Medicine and Surgery, as well as a 4 week Primary Care rotation. In the case of USMLE Step 2 CS, students must also successfully complete the Clinical Skills (CS) practice examination (as described in section d above) prior to requesting certification, and have passed USMLE Step 2CK prior to taking USMLE Step 2CS. The approval of the Associate Dean of Clinical Medicine, the successful completion of the clerkships and in the case of USMLE Step 2 CS the successful completion of the Clinical Skills (CS) practice examination[7], and a positive determination of the student's readiness to take the USMLE Step 2 CS examination by the Clinical Department (as determined by SMUSOM in its sole discretion)are required before a student can be certified to sit for these exams. There are no exceptions to this rule.

2.  Students are required to write and pass USMLE Step 2 CS & CK prior to graduation. Students have twelve (12) months from the end of their last rotation and a maximum of three (3) attempts with approval of the Associate Dean for each exam within the twelve months to meet this requirement. It is the student's responsibility to schedule and pass the examination. If the one year time limit expires before all attempts have been used, the student forfeits the remaining attempts and is administratively withdrawn. No extensions on the one-year time limit are allowed and LOAs do not 'stop the clock".

    Students who fail the USMLE Step 2 CK or Step 2 CS Examination on the first attempt must enroll in a Promotions Committee approved review course that has an evaluation examination at the end of the course. Student will not be certified by the school to retake the examination unless they earn a score on the

---

[7] The results of the CS practice examination are valid for 180 days. Students must take USMLE Step 2CS within this 180 day period from the date of the CS practice examination, or be subject to remediation of the CS practice examination as described above.

evaluation examination that predicts a reasonable probability of success on the USMLE Step 2 CK Examination. For the USMLE Step 2 CS exam, completion of an approved course will suffice for certification by the school.

3. <u>Second Time Failure of the USMLE Step 2 CK or CS:</u>
   If a student fails a second time, the same procedure must be followed. However, for the USMLE Step 2 CK exam the student's score on the end of review course examination must be higher than the previous score before the student will be allowed to take the USMLE examination a 3rd and final time. For the USMLE Step 2 CS exam, approval to take a course will not be automatic, and will only be given selectively based on an individual assessment by the Associate Dean of Clinical Medicine; completion of this approved course will suffice for certification by the school.

   If the student fails the USMLE examination a 3rd time, the student is administratively withdrawn.

4. Appeal with Lower Score after the Second Review Course, or other denial of certification to retake.

   A student may appeal the decision to not be allowed a second retake of the exam of the Promotions Committee to the Promotions Committee on the grounds that the special and intervening circumstances exist that explain the poorer performance, and that these circumstances can be or have been corrected that will allow the student to perform at a passing level in the future.

   The student must submit a written appeal to the Promotions Committee through the Administration within 5 business days of receipt of the lower second end of review course examination score, or denial to retake CS. In the appeal the student must address any special circumstances that explain the poorer performance. In addition, the letter must include an explanation of how the student's academic performance has or will be adjusted.

   A student whose appeal is denied by the Promotions Committee has the right to appeal to the Associate Dean of Clinical Medicine in writing within one business day of the Committee's decision. No new information can be included in the letter of appeal to the Associate Dean who will review all the relevant documents and the student's letter and make a final determination. A meeting with the student is at the discretion of the Associate Dean and is not required. The decision of the Associate Dean is final. The Associate Dean will inform the student of the decision in writing (email and/or letter) within two business days.

5. A student has the right to appeal to the President of the University if the University's policies and procedures were not followed. The appeal should be made in writing within 7 business days to the President located in the US Administrative office.

6. It is SMUSOM regulation that ALL score reports (Step 1, Step 2 CK and Step2 CS) must be submitted by the student, to the Office of Clinical Medicine immediately upon receipt. SMUSOM will not provide any information to any certifying and licensing bodies without the student providing all USMLE and similar examination information to SMUSOM as required.

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    235

# *EVALUATION OF STUDENT PERFORMANCE*

SMUSOM is committed to the success of every student and actively monitors student progress throughout each rotation. Performance on weekly assignments is reviewed by the Clinical Department for content and quality to identify students in need of assistance.

Students are expected to complete the weekly assignments in a timely manner offering thoughtful comments and reflections. The final course grade will be reflective of overall performance encompassing the Clinical Faculty Evaluation, Core Clerkship Exam, Engaged Learning Experience, Patient Logs and Patient Notes, as well as the timely submission of the Mid-Clerkship Assessment and the IPE Reflection Exercise.

For core clinical clerkships beginning on or after December 15, 2015, the Core Clinical Clerkship Grading Policy shall be as follows:

## *CORE CLINICAL CLERKSHIP GRADING POLICY*

The final grade for a core clinical clerkship (Internal Medicine, Surgery, Pediatrics, Psychiatry, Obstetrics & Gynecology) is comprised of the following:

- Clinical Faculty Evaluation (30%)
- Core Clerkship Exam (40%)
- Engaged Learning Experience (10%)
- Patient Logs (10%)
- Patient Notes (10%)
- Mid-Clerkship Feedback (potential point deduction)
- IPE Reflection Exercise (potential point deduction)

Regardless of the total weighted score, a student MUST pass (> 70%) each of the five graded components (Clinical Faculty Evaluation Core Clerkship Exam, Engaged Learning Experience, Patient Logs, and Patient Notes) as well as complete in a timely fashion the Mid-Clerkship Assessment Form and the IPE Reflection Exercise in order to pass the core clinical clerkship. If a student does not successfully complete the Core Clerkship Exam (first or second attempt), Engaged Learning Assignments, Patient Logs, Patient Notes, or Mid-Clerkship Assessment Form, the student will receive an INCOMPLETE grade.

A failing Clinical Faculty Evaluation will result in a FAILING grade for the entire core clinical clerkship.

Students are expected to complete on a weekly basis Patient Logs, Engaged Learning Assignments, and Patient Notes, as well as a Mid-Clerkship Assessment Form at the midpoint of each core clinical clerkship and an IPE Reflection Exercise approximately two thirds of the way through each core clinical clerkship. Details of each are presented below.

Students are also required to complete a Clerkship Assessment Form in a timely fashion at the end of each core clinical clerkship in order to receive a passing grade.

Unless otherwise specified, all references to time means Eastern Time.

## Clinical Faculty Evaluation (30%)

Each student completing a core clinical clerkship will receive a written evaluation by his/her supervising faculty member. When more than one faculty member participates, a summary evaluation is provided by the clinical site. Students should review the Clinical Clerkship Grading Guidelines as well as the sample Student Evaluation Form in the Clinical Medicine Handbook. Please note, a failing Clinical Faculty Evaluation will result in a FAILING grade for the entire core clinical clerkship.

**Core Clerkship Exam (40%)**

St. Matthew's University requires that a final examination be administered after every core clinical clerkship. Each student must take and pass the Core Clerkship Exam after each core clinical clerkship at a Prometric Test Center site according to the rules below:

1. Scheduling the Core Clerkship Exam (NBME Clinical Science Subject Examination) - The student will receive notification emails from SMUSOM and from the NBME (usually 3 weeks prior to the completion of a core clinical clerkship) informing them that they need to schedule their Core Clerkship Exam. The NBME email will provide the student with instructions on how to schedule an exam. The student will be able to schedule his/her final exam (Monday-Saturday, NO Sundays) during the two weeks following the completion of the core clinical clerkship, a total of 12 days testing days including 2 Saturdays..

2. The Core Clerkship Exam is available at 350 Prometric Test Centers worldwide. https://www.prometric.com/en-us/Pages/home.aspx.

3. The Core Clerkship Exam is mandatory, and the student must take the exam in the prescribed two-week window. The School does NOT approve time off from clinical clerkships to study for this exam or take the exam.

4. SMUSOM will send the student the results of their Core Clerkship Exam, e.g. the NBME score and a profile of their performance and their exam grade.

5. Failure to take and/or subsequently pass, on the first attempt, the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed two-week window will result in a grade of INCOMPLETE for the rotation.

   If the student does not take the exam during the prescribed initial two week window, he/she will be assessed a score of zero (i.e. a failing score) and will only be permitted two additional attempts within the prescribed time period detailed below.

6. If the student fails the Core Clerkship Exam (NBME Clinical Science Subject Examination) on the initial attempt for any reason, he/she will receive the grade of INCOMPLETE and be required to retake the exam.

   If the student is already in another clinical clerkship (or is to start a clinical clerkship shortly) at the time that the school receives the failing score report, the student may complete that clinical clerkship. If the student is in a core rotation and does not attempt the remediate the failed exam by the end of the current rotation's eligibility period, the student will forfeit that attempt. If the student fails the second attempt at the exam, or at any time has two current failed exams, then the student will not be assigned additional clinical rotations until the failed exams are remediated.

   In the case of a failed initial attempt (by omission or otherwise), students shall be allowed TWO additional attempts to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within six months of the last day of the core clinical clerkship. Upon passing, the final grade for the core clinical clerkship will reflect the weighted value of all attempts of the Core Clerkship Exam (including a score of zero for failure to take make the initial attempt during the prescribed window detailed above).

   The Core Clerkship Exam grade component shall be the average of all attempts. It is possible for the Core Clerkship Exam average to be below 70% (for example, a first attempt 50% + a second of 60% and a third attempt of 70% = 60%) and still meet the requirements for passing the core clinical clerkship (details to follow).

   Failure to pass the Core Clerkship Exam (NBME Clinical Science Subject Examination) within the prescribed six months in three attempts or less shall result in a FAILING grade for the core clinical clerkship.

7. Please note: If the core clinical clerkship hospital has its own exam, and chooses to require the student take this exam, the student will still need to take and pass the SMUSOM's Core Clerkship Exam (NBME Clinical Science Subject Examination) within the parameters described above.

**Engaged Learning Experience (10%)**

Each student in a core clinical clerkship is expected to complete the weekly Engaged Learning Assignments on SMUSOM's Learning Management System (LMS), http://lms.stmatthews.edu.

It is the student's responsibility to complete the weekly assignments on time. There will be no make-ups, and any reminders are a courtesy. Students are required to complete the assignments on time in the week they are assigned.

To access assignments, at the beginning of the core clinical clerkship students should go to http://lms.Stmatthews.edu and log in (using the same username and password used to access the Campus Website, Stmatthews.edu) and navigate to the Clinical Clerkships Online Course. If the student does not have access to the appropriate core clinical clerkship materials and assignments, it is their responsibility to contact onlinecoursehelp@Stmatthews.edu and request access to ensure their ability to comply with the weekly assignment completion rule.

Each week students must review the two cases/modules assigned and write a reflection. Students must complete the entire assignment and a reflection by midnight on Sunday of each week in order to receive credit. There is no partial credit.

Students are expected to complete the reflection based on their interaction with the assigned cases. **A thoughtful reflection is required from each student.** As a result, a student who does not complete a reflection by midnight on Sunday of each week shall receive a zero for that week's Engaged Learning Assignment.

The responses to the cases/modules and student reflections are reviewed by the Clinical Department each week for completeness and quality of response prior to awarding credit.

Weekly assignments will be averaged to gain the final score, equating to 10% of the final core clinical clerkship grade. If a student does not successfully complete the LMS, the student will receive an INCOMPLETE grade and be required to remediate the deficiency.

Any questions regarding the assignment or assignment expectations should contact: onlinecoursehelp@Stmatthews.edu.

**Patient Logs (10%)**

Students are expected to record (via the Patient Log system) Patient Encounters and Procedures for ten or more patients each week for each core clinical clerkship. Logs must be submitted on a timely basis in order to be considered for credit (i.e. before midnight on Sunday of each week). Patient Logs with a deficient number of patients may not be acceptable for credit.

Patient Logs are expected to be complete. Patient Logs that are submitted late will receive zero credit. The weekly Patient Log submissions will be averaged to gain the final score, equating to 10% of the final Clerkship grade. If a student does not successfully complete a sufficient number of acceptable Patient Logs, the student will receive an INCOMPLETE grade and be required to remediate the deficiency.

Students can document their required Patient Encounters and Procedures in the revised Patient Log found at https://www.stmatthews.edu/Gateway/PLGateway2.html. Links to this URL can also be found at http://www.stmatthews.edu/MySMU/resources-and-forms and at http://lms.stmatthews.edu. A sample Patient Log is available in the Clinical Medicine Handbook.

The Patient Logs require students to document Patient Encounters and Procedures, as more fully described below:

- *Patient Encounters.* For each core clinical clerkship, the University has specified the required types of Patient Encounters that each student must experience and record in the revised Patient Log system.

  While a single patient could present with one or more condition(s), the University requires the logging of a minimum of **ten (10) patients** per week. For example, for one patient with HIV, cough and dyspnea, a student could document three Patient Encounters (HIV, cough, and dyspnea) but only one Patient Log.

  If, by a certain point in time in the core clerkship, a student has not experienced any of the Patient Encounters specified in the syllabus, then alternative methods will be offered toward the end of the clerkship.

  Failure to document all Patient Encounters specified in the syllabus by the end of the core clinical clerkship, will result in a final grade of INCOMPLETE until the deficiency is remediated in a manner satisfactory to the University. Failure to remediate satisfactorily will result in a FAILING grade for the Patient Logs.

- *Procedures.* For each core clinical clerkship, the University has specified the required types of Procedures that each student must experience and record in the revised Patient Log system. Students must document their participation in these Procedures in the revised Patient Log system. While patient contact is the preferred type of exposure, simulation is an acceptable alternative.

  Failure to document all Procedures specified in the syllabus by the end of the core clinical clerkship, will result in a final grade of INCOMPLETE until the deficiency is remediated in a manner satisfactory to the University. Failure to remediate satisfactorily will result in a FAILING grade for the Patient Logs.

### Patient Notes (10%)

Students are expected to submit two (2) completed Patient Notes per week based on the patients they have seen during the week in each core clinical clerkship. Two Patient Notes must be submitted on a timely basis in order to be considered for credit (i.e. before midnight on Sunday of each week).

The Patient Note is to be written by the student in the role of the "doctor", focusing on accurately reporting the patient history and physical findings and in compliance with HIPAA. Examples of appropriately completed Patient Notes can be found in Clinical Medicine Handbook.

Students who submit their Patient Notes late or with less than the requirement of two Patient Notes per week will receive zero credit for the week. In order to receive full credit for the Patient Note element of the core clinical clerkship, students must submit two Patient Notes per week for each week of the rotation. The amount of credit received by a student for their completed weekly Patient Note submissions will be divided by full credit in order to determine a student's final score for this element, equating to 10% of the final Clerkship grade.

During the first three weeks of each core clinical clerkship, the Clinical Deans will also evaluate each student's Patient Notes for quality. If a student's Patient Notes do not merit an evaluation of "MEETS EXPECTATIONS" by the end of the first three weeks of the clerkship, the Clinical Deans will continue to review the student's Patient Notes until it has been determined that the student's work "MEETS EXPECTATIONS". If a student's Patient Notes remain "BELOW EXPECTATIONS" throughout the core clinical clerkship, the student will receive zero credit for this element of the clerkship.

If a student does not successfully complete a sufficient number of weekly Patient Note submissions or is unable write a Patient Note that "MEETS EXPECTATIONS" before the end of the core clinical clerkship, the student will receive an INCOMPLETE grade in the core clinical clerkship and be required to remediate the deficiency.

Patient Notes can be found https://www.stmatthews.edu/Gateway/PNGateway.html. Links to this URL can also be found at http://www.stmatthews.edu/MySMU/resources-and-forms and at http://lms.stmatthews.edu.

*Revised 5/3/21*

**Mid-Clerkship Feedback (potential point deduction)**

The mid-clerkship assessment is designed to provide students an accurate assessment of their performance to date and identify areas for improvement during the second half of the clerkship. Students receive notification from the Clinical Department at the clerkship midpoint that they are required to review their performance to this point in the clerkship with at least one supervising attending physician. Students must discuss all areas of competency, as well as review their patient log, with this (these) supervising attending physician(s).

Submission of a Mid-Clerkship Assessment Form to the Clinical Department must occur no later than one week past the midpoint of the clerkship (e.g., in a 12-week clerkship, by Sunday at midnight of the 7th week). Failure to submit the Mid-Clerkship Assessment Form in a timely manner will result in point deduction which will affect a student's final grade (see below).

The Mid-Clerkship Assessment Form can be found at https://www.stmatthews.edu/Gateway/MCSAGateway.html. Links to this URL can also be found at http://www.stmatthews.edu/MySMU/resources-and-forms and at http://lms.stmatthews.edu.

**IPE Reflection Exercise (potential point deduction)**

The IPE Reflection Exercise is designed to improve students' ability to work effectively with other health care professionals and to make use of the unique contributions of other health care professionals. In order to satisfy the IPE Reflection Exercise requirement, students' submissions will be read and graded by the Clinical Department for each core clerkship. Each will be initially graded as either "Meets Expectations" or "Below Expectations". Students who do not achieve competency in writing the IPE initially, will be able to resubmit. Students who do not achieve competency by the end of the clerkship will receive a "U" in the respective competencies and will need to remediate. After successful remediation, students will receive an "S*" in place of the "U" according to school policy.

Submission of a IPE Reflection Exercise Form to the Clinical Department must occur no later than Sunday at midnight of the 8th week of a 12-week clerkship Sunday at midnight of the week 4th week of a 6-week clerkship. Failure to submit the Mid-Clerkship Assessment Form in a timely manner will result in point deduction which will affect a student's final grade (see below).

The IPE Reflection Exercise Form at can be found at https://portal.stmatthews.edu/Clinical/clerkships.

**Computation of Final Core Clinical Clerkship Grade**

As stated above, the final grade for each core clinical clerkships consists of six components, weighted as follows:

- Clinical Faculty Evaluation (30%)
- Core Clerkship Exam (40%)
- Engaged Learning Experience (10%)
- Patient Logs (10%)
- Patient Notes (10%)
- Mid-Clerkship Feedback (potential point deduction)
- IPE Reflection Exercise (potential point deduction)

It is possible that the weighted average for the final grade may be below 70% (e.g., due to not passing the Core Clerkship Exam on the first attempt). However, if the collective weighted averages falls below 70% and all components have been passed, the final grade will be "C".

*Examples of failed initial attempt of Core Clerkship Exam but passed the second attempt (Mid-Clerkship Assessment Form submitted on time)\*:*

Prec (70%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (67%*0.1) = 68.3% = Pass
Prec (80%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (67%*0.1) = 71.3% = Pass

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    240

Prec (90%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (67%*0.1) = 74.3% = Pass

Prec (90%*0.3) + Exam (twice: once 50% and once 70%)(60%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 81.0% = High Pass

*Examples of passes all components on first attempt (Mid-Clerkship Assessment Form submitted on time)*:

Prec (70%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 73.9% = Pass
Prec (80%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 76.9% = Pass
Prec (90%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 79.9% = Pass
Prec (100%*0.3) + Exam (70%*0.4) + ELE (83%*0.1) + LOGS (83%*0.1) + NOTES (83%*0.1) = 82.9% = High Pass
Prec (90%*0.3) + Exam (70%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 85.0% = High PassPrec (90%*0.3) + Exam (80%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 89.0% = High Pass
Prec (95%*0.3) + Exam (80%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 90.5% = Honors
Prec (80%*0.3) + Exam (80%*0.4) + ELE (100%*0.1) + LOGS (100%*0.1) + NOTES (100%*0.1) = 86.0% = High Pass

## Examples of Late Submission of Mid-Clerkship Assessment Form

Failure to submit the Mid-Clerkship Assessment form in a timely manner will result in a point deduction from the final grade.

For a 12-week Core Clinical Clerkship (i.e. Internal Medicine or Surgery) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 8 = final grade reduced by 1 point
- Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 2 points
- Not submitted by the end of Week 9 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of Mid-Clerkship Assessment form:

*Student A: Preliminary Grade = 91 = A, but Mid-Clerkship Assessment Form submitted*:

- During Week 6 or Week 7:  Final Grade (unchanged) = 91 = Honors
- By Sunday at midnight of Week 8:  Final Grade = 90 = Honors
- By Sunday at midnight of Week 9:  Final Grade = 89 = High Pass
- After Sunday at midnight of Week 9 or not: Final Grade = I (remediable to 89), Competency Grade = U (remediable S*)

*Student B: Preliminary Grade = 81 = High Pass, but Mid-Clerkship Assessment Form submitted*:

- During Week 6 or Week 7:  Final Grade (unchanged) = 81 = High Pass
- By Sunday at midnight of Week 8:  Final Grade = 80 = High Pass
- By Sunday at midnight of Week 9:  Final Grade = 79 = Pass
- After Sunday at midnight of Week 9 or not: Final Grade = I (remediable to 79), Competency Grade = U (remediable S*)

For 6-week Core Clinical Clerkship (i.e. Obstetrics & Gynecology, Pediatrics and Psychiatry) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 2 points

- Not submitted by the end of Week 5 = Grade of "U" in Professionalism & Lifelong Learning competencies and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of Mid-Clerkship Assessment form:

*Student A: Preliminary Grade = 91 = Honors, but Mid-Clerkship Assessment Form submitted\*:*

- During Week 3 or Week 4:  Final Grade (unchanged) = 91 = Honors
- By Sunday at midnight of Week 5:  Final Grade = 89 = High Pass
- After Sunday at midnight of Week 5 or not: Final Grade = I (remediable to 89), Competency Grade = U (remediable S\*)

*Student B: Preliminary Grade = 81 = High Pass, but Mid-Clerkship Assessment Form submitted\*:*

- During Week 3 or Week 4:  Final Grade (unchanged) = 81 = High Pass
- By Sunday at midnight of Week 5:  Final Grade = 79 = Pass
- After Sunday at midnight of Week 5 or not: Final Grade = I (remediable to 79), Competency Grade = U (remediable S\*)

\* for illustration purposes only.

### **Examples of Late Submission of IPE Reflection Exercise Form**

Failure to submit the IPE Reflection Exercise form in a timely manner will result in a point deduction from the final grade.

For a 12-week Core Clinical Clerkship (i.e. Internal Medicine or Surgery) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 9 = final grade reduced by 1 points
- Submitted late but by Sunday at midnight of Week 10 = final grade reduced by 2 points
- Submitted late but by Sunday at midnight of Week 11 = final grade reduced by 3 points
- Submitted late but by Sunday at midnight of Week 12 = final grade reduced by 4 points
- Not submitted by the end of Week 12 = final grade reduced by 5 points, grade of "U" in Social & Community Context of Healthcare and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of IPE Reflection Exercise form:

*Student A: Preliminary Grade = 92 = A, but IPE Reflection Exercise Form submitted\*:*

- During Week 6 - 8: Final Grade (unchanged) = 92 = Honors
- By Sunday at midnight of Week 9: Final Grade = 91 = Honors
- By Sunday at midnight of Week 10: Final Grade = 90 = Honors
- By Sunday at midnight of Week 11: Final Grade = 89 = High Pass
- By Sunday at midnight of Week 12: Final Grade = 88 = High Pass
- After Sunday at midnight of Week 12: Final Grade = I (remediable to 87), Competency Grade = U (remediable S\*)

*Student B: Preliminary Grade = 82 = B, but IPE Reflection Exercise Form submitted\*:*

- During Week 6 - 8: Final Grade (unchanged) = 82 = High Pass
- By Sunday at midnight of Week 9: Final Grade = 81 = High Pass
- By Sunday at midnight of Week 10: Final Grade = 80 = High Pass
- By Sunday at midnight of Week 11: Final Grade = 79 = Pass

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                                242

- By Sunday at midnight of Week 12: Final Grade = 78 = Pass
- After Sunday at midnight of Week 12: Final Grade = I (remediable to 77), Competency Grade = U (remediable S*)

For 6-week Core Clinical Clerkship (i.e. Obstetrics & Gynecology, Pediatrics and Psychiatry) a final grade will be impacted as follows:

- Submitted late but by Sunday at midnight of Week 5 = final grade reduced by 1 point
- Submitted late but by Sunday at midnight of Week 6 = final grade reduced by 2 points
- Not submitted by the end of Week 6 = Grade of "U" in Social & Community Context of Healthcare competency and INCOMPLETE Final Grade and remediation required.

Two examples of student final grades that would change due to late submission of IPE Reflection Exercise form:

*Student A: Preliminary Grade = 91 = A, but IPE Reflection Exercise Form submitted*:

- During Week 3 or Week 4: Final Grade (unchanged) = 91 = Honors
- By Sunday at midnight of Week 5: Final Grade = 90 = Honors
- By Sunday at midnight of Week 6: Final Grade = 89 = High Pass
- After Sunday at midnight of Week 6: Final Grade = I (remediable to 89), Competency Grade = U (remediable S*)

*Student B: Preliminary Grade = 81 = B, but IPE Reflection Exercise Form submitted*:

- During Week 3 or Week 4: Final Grade (unchanged) = 81 = High Pass
- By Sunday at midnight of Week 5: Final Grade = 80 = Pass
- By Sunday at midnight of Week 6: Final Grade = 79 = Pass
- After Sunday at midnight of Week 6: Final Grade = I (remediable to 79), Competency Grade = U (remediable S*)

* for illustration purposes only.

## Advancement Policies

1. Any student in a core clinical clerkship who receives a FAILING grade or F will be immediately placed on academic probation and his/her overall academic performance will be reviewed by the Student Promotion Committee (SPC). The decision of the SPC could result in dismissal or repeating the entire core clinical clerkship and continued academic probation.

   If a second FAILING grade or F is earned by the student while on academic probation, the student will be dismissed.

2. The Dean of Clinical Medicine will determine whether an INCOMPLETE grade or I or grade of C should be reviewed by the SPC for consideration of placement on academic probation. The Dean, along with the SPC, will determine whether any remedial program will be required of the student, e.g. additional weeks of rotation in the discipline.

3. Students who disagree with a grade received from a faculty member or their final grade are NOT permitted to approach the faculty member without first obtaining permission from SMUSOM. When appropriate, SMUSOM will guide the student in how to approach the faculty member."

# *ELECTIVE CLERKSHIP GRADING POLICY*

Your Clinical Faculty Evaluation comprises 90% of your Elective final grade. Elective patient logs comprise the remaining 10% of the grade. Students must also complete a Clerkship Assessment Form in order to receive a final grade for a Clinical Clerkship.

## Clinical Faculty Evaluation (90%)

Please review the Clinical Clerkship Grading Guidelines as well as the sample Student Evaluation Form. Please note: receiving a failing Clinical Faculty Evaluation will result in an immediate review by the Associate Dean for Clinical Medicine.

## Patient Logs (10%)

Students are expected to record (via the Patient Log system) Patient Encounters and Procedures for ten or more patients each week for each elective clinical clerkship. Logs must be submitted on a timely basis in order to be considered for credit (i.e. before midnight on Sunday of each week). Patient Logs with a deficient number of patients may not be acceptable for credit.

Patient Logs are expected to be complete. Patient Logs that are submitted late will receive zero credit. The weekly Patient Log submissions will be averaged to gain the final score, equating to 10% of the final Clerkship grade. If a student does not successfully complete a sufficient number of acceptable Patient Logs, the student will receive an INCOMPLETE grade and be required to remediate the deficiency.

## Clerkship Assessment Form (Required for a final grade)

Clerkship Assessment forms are the student's assessment of their clerkship clinical site experience, and completion of the form is required before a student's final clerkship grade will be posted. To complete a Clerkship Assessment, students should go to www.Stmatthews.edu > Forms > Clinical Students > Student Clerkship Assessment Form.

Note: Students who are dissatisfied with a grade received from a faculty member or their final grade are not permitted to approach the faculty member about the grade without first obtaining permission to do so from SMUSOM. When appropriate SMUSOM will guide the student in how to approach the faculty member.

# *GRADING GUIDELINES TO BE USED BY CLINICAL FACULTY*

## Core Clerkship Grading Policy

Students' final grades for core rotations are comprised of the following:

- Clinical Faculty Evaluation (30%)
- Core Clerkship Exam (40%)
- Engaged Learning Experience (10%)
- Patient Logs (10%)
- Patient Notes (10%)
- Mid-Clerkship Feedback (potential point deduction)
- IPE Reflection Exercise (potential point deduction)

Regardless of the total weighted score, a student MUST pass (> 70%) each of the five graded components (Clinical Faculty Evaluation Core Clerkship Exam, Engaged Learning Experience, Patient Logs, and Patient Notes) as well as complete in a timely fashion the Mid-Clerkship Assessment Form in order to pass the core clinical clerkship. If a student does not successfully complete the Core Clerkship Exam (first or second attempt), Engaged Learning Assignments, Patient Logs, Patient Notes, or Mid-Clerkship Assessment Form, the student will receive an INCOMPLETE grade.

A failing Clinical Faculty Evaluation will result in a FAILING grade for the entire core clinical clerkship.

*Revised 5/3/21*

**St. Matthew's Competencies**

1. **PATIENT CARE:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.
   a. Perform a history, physical examination and basic procedures with competence and sensitivity in order to identify clinical problems and assess their urgency
   b. Select and interpret appropriate laboratory and diagnostic studies
   c. Analyze and synthesize data from history, physical exam and diagnostic studies
   d. Develop hypotheses, diagnostic strategies and management plans
   e. Document data, assessment, and plans in the patient's record
   f. Make use of the scientific foundation for clinical decision making
   g. Use information technology to support care decisions and patient education

2. **SCIENTIFIC & MEDICAL KNOWLEDGE:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle
   a. Demonstrate knowledge of the scientific and humanistic foundations of medicine
   b. Demonstrate knowledge of etiology, pathophysiology, clinical expression and natural history of illnesses
   c. Demonstrate knowledge of health maintenance and disease prevention

3. **LIFELONG LEARNING, SCHOLARSHIP, & COLLABORATION:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.
   a. Display intellectual curiosity, willingness to examine assumptions and commitment to lifelong learning
   b. Examine the prevalence of specific disease patterns in the larger population from which their patients are drawn
   c. Use information technology to access medical information and support his or her own education
   d. Apply knowledge of scientific methods to locate, appraise, and assimilate evidence from scientific studies
   a. Use scientific inquiry and methods to initiate and evaluate research

4. **PROFESSIONALISM:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.
   a. Show compassion in the treatment of patients and respect for their privacy, dignity and beliefs
   b. Demonstrate personal integrity, ethical behavior and altruism
   c. Exhibit dependability and responsibility
   d. Acknowledge and accept the limitations in his or her knowledge and clinical skills
   e. Demonstrate the ability to deal with uncertainty
   f. Demonstrate skills in effectively reconciling conflicts
   g. Demonstrate the ability to identify and utilize effective personal coping strategies
   h. Develop sensitivity to discuss the ethical issues involved in clinical practice and the use of human subjects in clinical research

5. **COMMUNICATION & INTERPERSONAL SKILLS**: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.
   a. Communicate effectively in order to create and maintain a therapeutic and ethically sound relationship
   b. Exhibit empathic, respectful and non judgmental behaviors
   c. Address sensitive issues with compassion

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood                    245

d.  Demonstrate sensitivity to human differences and understanding of the impact of gender, ethnic, cultural background, socioeconomic and other social factors
e.  Counsel and educate patients and their families
f.  Promote wellness and preventive strategies

6  **SOCIAL & COMMUNITY CONTEXT OF HEALTHCARE:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.

a.  Make use of the unique contributions of other health care professionals
b.  Demonstrate the ability to work effectively with other health care professionals, to provide patient-focused care in compliance with institutional and community policies
c.  Discuss potential conflicts that arise between the physician's responsibility to the patient and to society and express ideas for resolving these conflicts
d.  Demonstrate knowledge of critical global health issues and the potential role of the physician as an effective participant
e.  Demonstrate an ability to respond appropriately to medical errors if they arise

## STUDENT PROMOTIONS

Any student in clinical rotations who receives a grade of F (failure) will be placed on academic probation for one year. If a second grade of F (failure) is earned by the student while on academic probation, the student will be dismissed.

The Dean of Clinical Medicine will determine whether a grade of 'I' (Incomplete) or 'Pass' should be reviewed by the Promotions Committee for consideration of placement on academic probation. The Dean will determine whether any remedial program will be required of the student, e.g. additional weeks of rotation in the discipline.

### ACADEMIC INTEGRITY

It is the philosophy of St. Matthew's University School of Medicine that academic dishonesty is a completely unacceptable mode of conduct and will not be tolerated in any form. All persons involved in academic dishonesty will be disciplined in accordance with University regulations and procedures. Discipline may include suspension or expulsion from the University.

Academic dishonesty includes but is not limited to cheating, plagiarism, complicity, the submission for credit of any work or materials that are attributable in whole or in part to another person, any act designed to give unfair advantage to a student or the attempt to commit such acts.

To avoid plagiarism, the student must give credit whenever using:
- another person's idea, opinion, or theory;
- any facts, statistics, graphs, drawings—any pieces of information—that are not common knowledge;
- quotations of another person's actual spoken or written words; or
- paraphrase another person's spoken or written words;
- cutting and pasting in the electronic medical record

For example, it is plagiarism to copy history and physical exam findings from a medical record without performing the work and without attribution.

Students who are unsure about what constitutes plagiarism should refer to: http://www.plagiarism.org/plag_article_preventing_plagiarism_when_writing.html.

# *Clinical Medicine Handbook*

## *Part 6:*
## *Disciplinary Policy/Infection Control/Forms/Glossary:*



**St. Matthew's University**
**P.O. Box 30992**
**Grand Cayman KY1-1204**
**CAYMAN ISLANDS**
**345-945-3199**
**Fax: 345-945-3130**

**In the US:**
**St. Matthew's University**
**United States Administrative Offices**
**12124 High Tech Avenue**
**Suite 350**
**Orlando, Florida 32817**

**1-800-498-9700   Fax: 407-488-1702**
**Email:** clinical_coordinators@stmatthews.edu
**Website:**  www.stmatthews.edu

# St. Matthew's University School of Medicine
## Supplement to the Student Handbook

*In the interests of clarifying and simplifying the University's student disciplinary procedures, for the benefit of both the University and students, the University has adopted the procedures set forth below. These procedures, which are effective beginning August 15, 2011, supersede and replace the student disciplinary procedures set forth in the Student Handbook or in any other statement of University procedures or otherwise existing at the University prior to the effective date of these new procedures.*

**Disciplinary Procedures:**

Whenever there is a reasonable basis to believe that a student may have violated one or more provisions of this Handbook or any other rule, policy or standard of the University, the matter should be reported to the Dean of Basic Sciences or Clinical Medicine as the case may be. The Dean (or his or her designee) will conduct an investigation, the nature and extent of which will be determined in the discretion of the Dean (or designee). The Dean (or designee) may, but need not, convene a disciplinary committee comprising any number of faculty, administrators and/or students to assist the Dean (or designee) in resolving the matter. The composition of any such committee, and the role it plays in the process, will be determined in the discretion of the Dean (or designee).

Before any disciplinary action is taken, the student will be given notice of the alleged violation and an opportunity to respond, including an opportunity to identify any witness, document or other evidence that the student believes is relevant. The Dean (or designee) will determine in his or her discretion what evidence is relevant to consider and what weight, if any, it should be given.

The Dean (or designee) will determine whether a violation has occurred based upon a preponderance of the evidence, i.e., whether it is more likely than not that a violation has occurred. If the Dean (or designee) determines that a violation has occurred, the Dean (or designee) will determine one or more appropriate sanctions, which may include disciplinary counseling, fines, probation, suspension, dismissal and/or any other sanction(s) that the Dean (or designee) determines is appropriate in light of all the circumstances including but not limited to the nature of the offense and any history of misconduct by the student. The Dean (or designee) will inform the student of the Dean's (or designee's) determination with respect to whether a violation has occurred and, if so, the sanction(s) that will be imposed as a result.

A student who is found to have committed a violation may appeal that finding and/or the sanction(s) imposed to the Chancellor if and to the extent that the student believes the finding and/or sanction(s) was the result of bias or some other fundamental unfairness in the disciplinary process. Any appeal must be submitted in writing to the Chancellor within seven days of the date upon which the student received notice of the decision that is being appealed. The Chancellor (or his or her designee) will determine in his or her discretion what steps, if any, are necessary to resolve the appeal. The Chancellor (or designee) may dismiss the appeal as being untimely or as not stating a proper basis for appeal; uphold the decision below on the merits; vacate some or all of the decision below and remand the case to the Dean for further action; vacate some or all of the decision below and make new findings as to whether the student committed the alleged violation(s) and/or the sanction(s) to be imposed as a result; or take such other action as the Chancellor (or designee) deems appropriate under the circumstances. Decisions of the Chancellor (or designee) are final.

*Revised 5/3/21*

**INFECTION CONTROL GUIDANCE**

All SMUSOM students must complete training in infection control, barrier precautions and OSHA Bloodborne Pathogens Standard by the end of the 5th semester of the program. Students are not scheduled for clerkships until this training is successfully completed.

All students are responsible for their own health and safety throughout their education at SMUSOM; however, the School is dedicated to providing students with the necessary information about the appropriate policies and procedures to follow to prevent students from being exposed to potential blood-borne pathogens or other communicable diseases.

All SMUSOM students must complete training in infection control, barrier precautions and OSHA Bloodborne Pathogens Standard by the end of the 5th semester of the program, before they are in contact with patients. During the orientation to each clerkship, students receive detailed instructions and information pertaining to the prevention of communicable infectious diseases that students may face in that clinical care setting by the hospital staff.

**NEEDLESTICK INJURIES**

If a student experiences a needlestick or sharps injury or was exposed to the blood or other body fluid of a patient during the course of his or her work, immediately follow these steps:

- Wash needlesticks and cuts with soap and water
- Flush splashes to the nose, mouth, or skin with water
- Irrigate eyes with clean water, saline, or sterile irrigants
- Report the incident to your supervisor
- Immediately seek medical treatment.

Every hospital has a Needle-Stick Policy. It is the student's responsibility to follow the hospital's policy immediately and completely. If the student makes a decision to not follow the Hospital/clinical site procedures completely, they must sign a waiver at the clinical site, AND tell SMUSOM immediately (within 48 hours) so it can be recorded and be referred to the Office of the Dean of Clinical Medicine. Failure to notify SMUSOM immediately is grounds for dismissal from the school. The student is responsible for all charges not absorbed by the hospital or the student's health insurance.

**HEPATITIS POLICY**

For those medical students with previous HBV infection, the following applies:

1. If the student documents a positive Hepatitis B surface antibody test (HBSAb), nothing further needs be done.
2. If a student is a chronic carrier of HBV, each case will be reviewed on an individual basis.
3. A student who tests positive for Hepatitis B surface antigen must have further testing, performed by their treating physician, to determine the level of infection.
4. If the student is found to be infectious, the student must self-report this fact within a week to the Office of the Dean of Clinical Medicine.
5. Medical students who learn that another medical student is infected with HBV shall advise the infected medical student of the duty to report the fact to Office of the Dean of Clinical Medicine.
6. Students who are chronic carriers may be referred to experts in the community for further evaluation and treatment of this condition.

**HIV Policy**

1. For protection of patients, to assist infected medical students with obtaining appropriate medical guidance and career counseling, and to minimize serious complications for the infected student, the School encourages all medical students to know their HIV status.
2. All HIV-related testing is conducted in accordance with applicable law, and health care consent policies for HIV testing.

3. Medical students who believe or have reason to believe that they are infected with HIV must self-report that fact within twenty-four (24) hours to the Office of the Dean of Clinical Medicine.
4. Medical students who learn that another medical student is infected with HIV shall advise the infected medical student of the duty to report the fact to the Office of the Dean of Clinical Medicine.
5. Medical students who believe or have reason to believe that they are infected with HIV should seek immediate medical care.

**Review Procedures**
1. Each medical student infected with HBV or HIV must participate in a confidential review and monitoring process conducted by the Office of the Dean of Clinical Medicine which will handle each infected medical student's situation on an individual basis. This process will tailor the infected student's clinical clerkship program so as to attempt to minimize the risk to patients for whom the student will be caring and minimize the risk of serious complications for the infected student.
2. The Office of the Dean for Clinical Medicine, where appropriate, may consult a physician with expertise in infectious disease and/or infection control, and, where appropriate, a representative of a clinical site. The student's treating physician may be consulted.
3. The Office of the Dean of Clinical Medicine will conduct a confidential review of the student's condition, the student's clinical schedule, and the possible impact the condition may have on the student's patients and clinical work.
4. In order for the Office of the Dean of Clinical Medicine to make appropriate recommendations as to the infected student's medical school program, the infected medical student will be asked to identify in writing his or her treating physician, and to notify the Office of the Dean of Clinical Medicine as to any change in treating physician. The infected student will be asked to authorize release of medical information to the Office of the Dean of Clinical Medicine and, where appropriate, to the hospital(s) or clinic site(s) where the student will be performing clerkships or clinical work. The Office of the Dean of Clinical Medicine will consult with the student's treating physician as part of its review process.
5. The Office of the Dean of Clinical Medicine will make recommendations on any restrictions that should be placed on the student's clerkships and/or precautions that must be taken during clerkships or other clinical work. Such limitations may include that all third-year rotations be done at a single hospital, that the student perform non-invasive clerkships first before performing invasive clerkships (e.g., surgery and obstetrics and gynecology), or that the student not be permitted to engage in invasive procedures during clerkships such as surgery and obstetrics and gynecology.
6. The Office of the Dean of Clinical Medicine will, when appropriate, advise the student and make recommendations on appropriate infection control techniques and universal precautions.
7. As part of this process, the Office of the Dean of Clinical Medicine may disclose, to the extent necessary, information concerning the student's status and recommendations to the Chancellor, so that the Chancellor will have adequate information to review the situation.
8. Following the Chancellor's approval and/or modifications, the Office of the Dean of Clinical Medicine will document the restrictions or precautions to be placed on the student and notify the student as to the restrictions or precautions in writing. The Office of the Dean of Clinical Medicine will then take steps to assure that these restrictions or precautions are implemented in arranging the student's clerkships or other clinical work.
9. The Office of the Dean of Clinical Medicine shall report to the hospital(s) or clinic(s) to which the student is assigned the student's HBV or HIV status and of the recommendations for precautions or restrictions, if applicable. The Review Panel will make this report and submit other documentation as appropriate to the Hospital Epidemiologist or Infection Control Review Panel for the hospital(s) or clinic(s). The hospital's epidemiologist or infection control review panel can then determine precautions or restrictions, if any, that should be implemented during the clerkships. The Review Panel will advise the hospital(s) or clinic(s) on the confidentiality of the information disclosed.
10. The infected student shall not perform or participate in any invasive or exposure-prone invasive procedures without the approval of the Review Panel through the review process set out above. Medical students with HBV or HIV must adhere to universal precautions when performing any invasive procedure in a clerkship or clinical work.
11. The Office of the Dean of Clinical Medicine will communicate with the infected student periodically to assure that the student is complying with the restrictions placed on his or her clerkships and program of study, and to discuss any problems the student may be experiencing. The Office of the Dean of Clinical Medicine also may consult with the student's treating physician to obtain updated information on the student's condition.

*Revised 5/3/21*

**Confidentiality and Career Counseling**

1. The Office of the Dean of Clinical Medicine will, to the extent possible, hold in strict confidence all information in its possession relating to the HBV or HIV status of a medical student. The Office of the Dean of Clinical Medicine may disclose information relating to a student's HBV or HIV status, to the extent necessary, to the hospital or clinical setting at which the student is performing clerkships in order for the hospital's epidemiologist or infection control review panel to tailor the medical student's clerkships or clinical work. The Office of the Dean of Clinical Medicine also may disclose, to the extent necessary, such information to the Chancellor making a final decision under this policy or hearing an appeal filed by a student. The Review Panel also may disclose, to the extent necessary, such information to other administrators or faculty within the school in connection with a disciplinary action involving the student's violation of this policy. Medical students should be aware that evidence of infection with HBV or HIV is by law reportable to the Department of Health.
2. When possible, the Office of the Dean of Clinical Medicine will not discuss the name of the infected student during their review, but instead will discuss the situation anonymously.
3. Students may obtain career counseling regarding their HBV or HIV status from the Office of the Dean of Clinical Medicine, or from the school, if the student wishes to divulge this information to those offices.

**Sanctions for Violation of the Policy**

1. If the school learns that a medical student is aware of their infection with HBV or HIV but has failed to report this status to the Office of the Dean of Clinical Medicine as required above, the medical student may be subject to disciplinary action, up to and including expulsion from the School.
2. The Office of the Dean of Clinical Medicine has the right to require the student to enter into the confidential review and monitoring process as set according to the established policy.
3. If an infected medical student fails to a) follow the restrictions or recommendations of the Office of the Dean of Clinical Medicine ,b) use universal precautions, c) conform to minimal standards of care, or d) otherwise take steps to ensure patient safety, the Office of the Dean of Clinical Medicine may take appropriate disciplinary action, including but not limited to oral or written warning, suspension from clinical exposure.

All students must be vaccinated against the HBV and demonstrate immunity as described above. Students are not required to be tested for HIV, but are strongly encouraged too and are each medical student who believes or has reason to believe that they are infected with HIV must self-report that fact within twenty-four (24) hours to the school. Medical students who learn that another medical student is infected with HBV or HIV shall advise the infected medical student of the duty to report the fact to the Office of the Dean of Clinical Medicine. Each hospital has their own policies regarding exposure to infectious and environmental hazards. During the orientation to each clerkship, students receive detailed description of how to follow the hospital's policy if they are exposed to blood-borne or air-borne pathogens. SMUSOM does not have any visiting students.

# CORE ROTATION PATIENT LOG

**The Core Rotation Patient Logs are a mandatory assignment and must be completed weekly. You must submit logs for most of the patients you encounter during each 24 hours of your rotation. The Dean's expectation is that you will log 15-20 or more patients per week. The minimum for a very low volume clinical rotation is at least ten (10) patients every week before midnight Sunday. The Dean receives a weekly report on each student's log volumes.**

*Revised 5/3/21*

Exhibit F Clincial Medicine Handbood     252

# ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE
## Clinical Immunization Form

**Please return this form to:**

Clinical Department   12124 High Tech Avenue, Suite 350, Orlando, FL 32817

Tel. 1-800-498-9700 Fax: (407) 488-1702



## STUDENT IMMUNIZATION FORM

**Student Name:** _____   **Date of Birth** ___/___/___

　　　　　　　　*Last*　　　　　*First*

**Address:** _____   **Telephone No.:** _____

1. Immunity must be verified by IgG Titer (a blood draw done in a lab). Results require serology reports :

   If titer is negative, student must have additional booster (***TITER LAB REPORT MUST BE ATTACHED***)

| | TITER Date & Result (Positive or Negative) | If negative titer, Re-immunization date (Booster) | Follow-up Re-immunization (Titer) results & date | |
|---|---|---|---|---|
| Rubella (German Measles) : | Positive<br>___/___/___ Negative | ___/___/___ | ___/___/___ | Positive<br>Negative |
| Rubeola (Measles): | Positive<br>___/___/___ Negative | ___/___/___ | ___/___/___ | Positive<br>Negative |
| Mumps: | Positive<br>___/___/___ Negative | ___/___/___ | ___/___/___ | Positive<br>Negative |
| Varicella: | Positive<br>___/___/___ Negative | ___/___/___ | ___/___/___ | Positive<br>Negative |
| Hep B | Positive<br>___/___/___ Negative | ___/___/___ | ___/___/___ | Positive<br>Negative |

Hep B Titer MUST be drawn at least 4 weeks after completion of series.

2. **Tetanus-Diphtheria** *(Must be within last 10 years)* Date: ___/___/___ (Update) ___/___/___

3. Is the student presently taking any form of medication prescribed by a physician? No   Yes

   If yes, please list the medications: _____

### TO BE ADDRESSED PRIOR TO CLINICAL ROTATIONS
### Tuberculosis Status and Physical Exam

1. **Tuberculosis:**

   a. PPD (Mantoux) Date: ___/___/___ Negative   Positive _____mm reading

   Updates: Date: ___/___/___ Negative   Positive _____mm reading
   *(If positive, please indicate the date and results of the most recent chest x-ray and whether or not any therapy has been initiated)* ___/___/___

*Or :*　b. **Blood Test (i.e. TB Gold Test or T-SPOT):** ___/___/___ Positive Negative Indeterminate

   **Updates:** ___/___/___ Positive Negative Indeterminate

Physical Examination:

I have performed and recorded a physical examination and the medical history of the above named student which failed to reveal any health impairment which may be of potential risk to patients or which might interfere with the performance of his/her duties nor any habituation or addiction to depressants, stimulants, narcotics, alcohol or other drugs or substances which alter mood or behavior.

_____   _____   Print Name

Signature of Physician
Address　　　　　　　　　　Date

The following is a series of basic definition of terms and types of people that you are likely to encounter over the upcoming weeks.

**Inpatient:** Refers to care of patients who are hospitalized

**Outpatient/Ambulatory**: Refers to care of patients who are not in the hospital. Ambulatory, meaning "able to walk," is applied to describe the care of patients in clinics/offices.

**Resident**: Residents have completed their medical school training, have their doctoral (MD or DO) degree, but are not yet eligible for autonomous practice. All trainees must complete a "residency" in the area of their choice; residency in internal medicine is traditionally three years in duration. Residents are typically described by the year of their training; for example, a junior resident is a resident in their second post-graduate year (PGY-2). A senior resident is typically PGY-3. Residents in their first year are often called PGY 1

**Interns:** Residents in their first year of residency training (PGY-1). Internship is typically the most intense year of residency during which many basic skills are acquired. Do not confuse with **internist**, a physician who has completed a residency in Internal Medicine, and practices internal medicine.

**Subintern (Sub I) or acting intern (A-I)**: A fourth year medical student doing a rotation functioning as an intern, working as independently as possible but with much closer resident supervision to provide direct patient care. The student does not have the legal sign-off authority of an intern, and needs the resident to countersign all orders.

**Chief Resident**
Physician, usually after completing residency training, or in last year of training, spends 6 months to a year coordinating operations of the residency with the program director. Activities usually include patient care, education, and administrative oversight of residents, and students.

**Fellows:** Trainees who have completed residency in their specialty (e.g., internal medicine or surgery or pediatrics) but who has elected to perform additional subspecialty training (e.g., cardiology). Fellows work closely with subspecialty attending staff and frequently coordinate and are first contacts for subspecialty consultations.

**Attending physician**: A physician who has completed residency training, and is in practice, assumes ultimate responsibility for a patient's care. The physician who is ultimately responsible for all actions of patient care for any given patient is the "attending of record." Usually the billing for professional services (doctor care) is done under the name of the Attending Physician.

**Consultant**: A specialist physician (completed residency, and often fellowship) who is invited by the attending physician to provide recommendations for the care of the patient.

**Subspecialists**: Specialists who practice a subspecialty. For example, a number of subspecialties exist within internal medicine, including allergy and immunology, cardiology, endocrinology, infectious diseases, hematology, gastroenterology, geriatric medicine, nephrology, oncology, pulmonology, and critical care medicine, and rheumatology. Many of these sub specialties have additional paths of specialization, for example, invasive cardiology or hepatology. The other core specialties have a similar structure.

**Hospitalists**: A physician, most commonly trained in internal medicine, whose primary professional focus is the care of hospitalized patients. This is relatively new and rapidly growing area within medicine.

**"Rounds:"** There are several different types of rounds. "Rounds" most typically refers to morning walk rounds, or work rounds, during which the team will see all the patients on the service. Rounds typically include reviewing the patient's brief history, the status of the active problems, the medications that the patient is taking, and the vital signs/intake and output for the previous 24 hours; these reviews are followed by talking to the patient and performing an examination. Ideally, the plan for the day will be determined. "Pre-rounds" is typically an individual activity where the student will see all of his/her patients and gather information prior to the entire team visit. This is a means for the student to be even more prepared for work rounds. "Attending rounds" is a teaching session in which the team will discuss cases and learn from their patients with the team's attending physician.



**Chris Bassil, MD PhD Candidate**
christopher.bassil@elitemedicalprep.com
**www.elitemedicalprep.com**

# Session 08/05/21

Today **(08/05/21)** we had a **2-for-1 trial session** from 3:00 - 5:00 PM EST (9:00 - 11:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **August 21st**, your in-house exam in September, and USMLE Step 2 CK in October. You have **0** paid hours remaining.

**We covered:**
- Brief introductions
- Study schedule/resources
- Overview of tutoring
- Challenge Case on PSGN

**Comments:**
It was great meeting you today! I think that, based on what I've observed, your approach to studying and timeline are completely reasonable. As I mentioned, we'll be constitutively evaluating both of them, so we can make changes on the fly as needed. I'll definitely be interested to see you in action on some UWorld questions next time we meet. If you have any questions between now and then, don't hesitate to reach out!

**Next session:**
**Sunday (8/8), 2:00 - 4:00 PM EST** (6:00 - 8:00 PM CEST) to do UWorld questions and discuss approach to questions

# Session 08/14/21

Today **(08/14/21)** we had a **1-hr session** from 1:00 - 2:00 PM EST (7:00 - 8:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **August 24th(ish)**, your in-house exam in September, and USMLE Step 2 CK in October. You have **4** paid hours remaining.

**We covered:**
- UWorld questions

**Comments:**
Great work today! It seems like you really turned it on for that question set, so we didn't have as much of an opportunity to identify areas for improvement (a good problem to have, to be sure!). You showed a good fund of knowledge on many of the questions and timing was generally appropriate. We'll keep an eye on these and other elements when we meet again tomorrow!

**Next session:**
**Sunday (8/15), 1:00 - 2:00 PM EST** (7:00 - 8:00 PM CEST)

# Session 08/15/21

Today **(08/15/21)** we had a **1-hr session** from 1:00 - 2:00 PM EST (7:00 - 8:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **August 24th(ish)**, your in-house exam in September, and USMLE Step 2 CK in October. You have **3** paid hours remaining.

**We covered:**
- Simple vs complex cysts
- UWorld questions

**Comments:**
Great work today! I love how you're focusing your studying on the *differences* between disorders with similar presentations. That's a really great way to start streamlining your review and focusing on the lowest hanging/highest yield fruit. Of course, it's also possible to *overcorrect* and go too far into the weeds on any given topic, so just watch out for that as you move forward :)

**Next session:**
**Wednesday (8/18), 4:00 - 5:00 PM EST** (10:00 - 11:00 PM CEST)

# Session 08/18/21

Today **(08/18/21)** we had a **1-hr session** from 4:00 - 5:00 PM EST (10:00 - 11:00 PM CEST) for **CCSE/USMLE Step 2 CK**. You're tentatively planning to take your CCSE on **September 2nd**, your in-house exam in September, and USMLE Step 2 CK in October. You have **2** paid hours remaining.

**We covered:**
- Study schedule
- Atrial fibrillation

**Comments:**
Good work today! Continue to lay eyes on some of those EKG waveforms that we discussed (A fib, A flutter, V fib, 1/2/3rd degree heart blocks). Be on the look out for an email from me next Thursday to schedule our next session!

**Next session:**
**TBD**


# Session 08/29/21

Today **(08/29/21)** we had a **1-hr session** from 12:00 - 1:00 PM EST (6:00 - 7:00 PM CEST) for **CCSE/USMLE Step 2 CK**. Your CCSE exam is scheduled for **September 2nd**, your in-house exam for later September, and USMLE Step 2 CK for October. You have **1** paid hour remaining.

**We covered:**
- NBME 9 questions

**Comments:**
Good work today! We are in the home stretch here before your CCSE. Keep reminding yourself of those broad principles we discussed today. On Tuesday, we'll plan to meet when you get off around 5:00 PM. I'll be online whenever you are ready. If you get hung up at the clinic, no worries--just shoot me a message and we'll reschedule for Wednesday.

**Next session:**
**Tuesday (8/31), ~5:00 - 6:00 PM EST**

# Session 08/31/21

Today **(08/31/21)** we had a **1-hr session** from 5:00 - 6:00 PM EST (11:00 PM - 12:00 AM CEST) for **CCSE/USMLE Step 2 CK**. Your CCSE exam is scheduled for **September 2nd**, your in-house exam for later September, and USMLE Step 2 CK for October. You have **0** paid hours remaining.

**We covered:**
- UWorld questions

**Comments:**
Good work today! Use tomorrow to tie up any loose ends, and on Thursday, definitely "warm up" by glancing over things to get yourself in the game. And most of all, GOOD LUCK!!! I'll be looking forward to hearing how it goes :)

**Next session:**
**None!**



**Ryan Orwig**
*Founder & President*

304.654.6503
ryan@statmedlearning.com
statmedlearning.com

July 5, 2022

To Members of the Academic Review Committee:

I am writing this letter on behalf of Danielle Gegas, a fourth-year student at the St. Matthews School of Medicine. She has successfully completed our STATMed Boards Workshop for students, a one-on-one platform where we help self-identified "bad test-takers" at the medical boards level learn how to consistently show what they know on board exams.

Ms. Gegas was a model client for the Boards Workshop due to her ADHD diagnosis and issues with reading. We believe impairments of executive functioning and working memory (weaknesses we expect to see in those with ADHD) are at the center or much bad boards test-taking issues, and one of the ways the workshop helps these students is by re-engineering the way they read and process questions to limit the burden on these aspects of cognition. The workshop also provides feedback to help students like Ms. Gegas get control over her entrenched negative test-taking behaviors

Ms. Gegas was a model student and got a great deal from the workshop. I was very impressed with her overall and expect her to do great things with the tools taught to her once she has had time to train with them and implement them. She is now poised to train independently moving forward as she prepares for her USMLE Step 2.

If you have any questions, please feel free to contact me at ryan@STATMedlearning.com.

Sincerely,

Ryan Orwig, MS
Founder, STATMed Learning



# ST.MATTHEW'S
# UNIVERSITY

## SCHOOL OF MEDICINE
# OFFICIAL
# CATALOG
# 2022-2024

Exhibit I Defendant Official Catalog                    001



# IMPROVING LIFE BY DEGREES

## Contents

Welcome                                          5
Our Mission                                      7
The St. Matthew's University
Difference                                       9
Credentials                                     13
What's Around Campus                            14
Island & Student Life                           17
Admissions                                      20
Financial Information                           24
Curriculum                                      28
Clinical Sciences Program
& Clerkship Rotations                           34
Faculty & Administration                        38
Standards of performance                        46
Center for Learning Enhancement                 50
Student Government & Organizations              54

Exhibit I Defendant Official Catalog



# Welcome

We would like to extend to you a warm welcome to St. Matthew's University School of Medicine. We are happy that youchose St. Matthew's to pursue your medical education. You can rest assured that you have made the right choice. We have a student-centered mission. We do everything we can to help you reach your goal to become a successful physician.

Here at St. Matthew's, you will find the friendly faculty and staff ever willing to assist you to meet your educational needs. This is complemented by our Center for Learning Enhancement, where we offer personalized care in dealing with your educational and personal issues. At St. Matthew's, you will find the curriculum is carefully crafted to maximize your success. With residency placements in outstanding programs like the Mayo Clinic, Duke University, Johns Hopkins, and McGill University, our graduates offer the best evidence of our students' success. This success can be in part attributed to the high quality of our faculty, who have been chosen from all parts of the world and are experts in their field of teaching.

An outstanding pre-clinical curriculum and the clinical shadowing programs at Cayman hospitals and clinics help our students understand the powerful link between Basic Sciences and clinical practice. This is a great way to bridge the gap between the theory and practice of medicine. The state of the art IT infrastructure and learning platforms at St. Matthew's University are among the most advanced in medical education today.

Apart from academic activities in the University, Grand Cayman also offers you limitless entertainment, which will help you relax after an intense study schedule. Grand Cayman boasts some of the world's best beaches and finest restaurants. All this comes to you with an exceptional safety profile of the island.

Upon your completion of Basic Sciences, it will be time to apply what you have learned in the classroom. St. Matthew'sx offers clinical rotations at top teaching hospitals. At St. Matthew's University, we strive to help you meet your career goals by working closely with you to ensure that you have the experience and credentials necessary to achieve residency in the setting and field of your choice. Our committed clinical staff works with a student-centered dedication and passion; we are constantly striving to help you succeed.

The emphasis of our curriculum is on a strong work ethic, being a team player, having compassion for the patients, and a continuing curiosity for the developing science of medicine. We look forward to assisting you as you pursue your dream of becoming a successful physician.

Sincerely yours,

**Maurice Clifton, M.D., M.S. Ed, M.B.A**.
Chief Academic Officer

Exhibit I Defendant Official Catalog

St. Matthew's University School of Medicine was established in 1997.

## Our Mission

To provide students of diverse backgrounds with the opportunity to acquire the medical and clinical expertise needed for a successful career as a practicing clinician, along with the skills and confidence needed to critically evaluate and apply new information.

In order to fulfill its mission, the university's program is structured around certain ideals which embody its view of the essential qualities of today's practicing physician.

These ideals are defined in the six competencies adopted by the university and summarized below:

1. Patient Care: Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

2. Scientific & Medical Knowledge: Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.

3. Lifelong Learning, Scholarship, & Collaboration: Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.

4. Professionalism: Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.

5. Communication & Interpersonal Skills: Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.

6. Social & Community Context of Healthcare: Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.



Exhibit I Defendant Official Catalog

004



## The St. Matthew's University Difference

### Proven Quality of Education

St. Matthew's University School of Medicine (SMUSOM) offers students a medical education that is completely focused on the success of our students. The result is a proven quality education.

- **Graduates:** More than 2,000 successful graduates who have earned residencies and/or permanent licensure in the U.S., Canada, and numerous other countries.
- **Residency Placement:** Recent residency placements in outstanding programs such as the Mayo Clinic, Johns Hopkins, Northwestern University, the University of Florida, McGill University, and Duke University.
- **Accreditation:** The United States Department of Education determined that the standards and processes used to accredit St. Matthew's University School of Medicine are comparable to those used to accredit medical schools in the United States.
- **Licensing:** One of only a small number of non-U.S. schools to be approved in both New York and Florida.
- **Faculty:** Highly credentialed, experienced faculty, with each holding an M.D. and/or Ph.D.
- **Clinical Rotations:** Premier clinical training sites at top teaching hospitals.
- **Curriculum:** Groundbreaking U.S. Medical Licensing Examination review course, coupled with comprehensive USMLE preparation integrated throughout the curriculum.

## Commitment to Student Success

At SMUSOM, we are as committed to your dreams as you are. Throughout your ten semesters with us, we will do everything we can to ensure your success by supporting all aspects of your education and life.

- **Focus on Teaching:** Dedicated, talented faculty whose time commitments are focused on teaching and mentoring.
- **Skills Training:** Unique first semester Student Development Course, offering study skills, exam strategies, peer support, and stress management.
- **Center for Learning Enhancement:** Offers special faculty reviews and tutoring and student academic coaches.
- **Center for Excellence in Medical Education:** Educational workshops, clinical pathological conferences, and research in medical education.
- **Student Mentors:** Student mentors understand about adjusting to life in medical school and are eager to see you succeed.
- **Limited class sizes:** 7:1 student-to-faculty ratio encourages close student-faculty interaction.

## Locations and Facilities

Grand Cayman is not only a beautiful location for our Basic Science campus; it is also one of the safest and most advancedislands in the Caribbean. There is no better place to study medicine.

- **Pre-clinical Training:** Beginning in their very first semester, SMUSOM students are exposed to clinical opportunities with Cayman physicians in multiple hospitals and clinics.
- **"North American" Infrastructure:** As the fifth largest financial center in the world and with a thriving tourist industry, Grand Cayman has a highly developed infrastructurewhich is very comparable to the U.S.

- **Lifestyle:** The Cayman Islands enjoy one of the highest per capita incomes in the world. Grand Cayman has hundreds of restaurants, scores of banks, world-class hotels, and many opportunities for diving, boating, and other recreation.
- **Safety:** Grand Cayman has one of the lowest crime rates in the Caribbean.
- **Healthcare:** The Cayman Islands has a world class health care system including three state-of-the-art hospitals and boasts one of the highest ratios of physicians to its population in the Caribbean.
- **Culture:** As part of the British West Indies, the Cayman Islands is an English-speaking country which combines British civility, American efficiency, and Caribbean charm.

- **Convenience:** Grand Cayman is less than an hour's flight from Miami, and also has direct flights from Atlanta, Chicago, Charlotte, Houston, New York, Tampa, Toronto, Dallas and other international locations.
- **Campus:** Modern, state-of-the-art Cayman campus facilities include wireless technology available throughout the bright, air-conditioned classrooms, labs, library and student lounges.
- **Housing:** Students live in inviting residence suites with internet access, swimming pools, and easy access to Seven Mile Beach.



West Bay

Rum Point Beach

Water Cay

Seven Mile Beach

St. Matthew's University

Maiportas Pond

Old Man Bay

Salina Reserve

Blue Iguana Nature Reserve

Owen Roberts International Airport

Breakers

East End Marshland Natural Habitat

East End

Savannah

Bodden Town

Spotts Public Beach

**GEORGE TOWN**

Exhibit I Defendant Official Catalog

## Credentials

- The World Health Organization lists St. Matthew's in the World Directory of Medical Schools, *http://www.who.int/hrh/wdms/en.*

- The Educational Commission for Foreign Medical Graduates officially recognizes St. Matthew's University School of Medicine, *www.ecfmg.org.*

- The Government of the Cayman Islands, B.W.I., has fully chartered St. Matthew's University.

- The accrediting body for the Cayman Islands, and consequently St. Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM) *(http://www.accredmed.org).*

  The United States Department of Education, via the National Committee on Foreign Medical Education and Accreditation (NCFMEA), reviews the standards that countries use to accredit medical schools. The NCFMEA has determined that the accreditation standards used by the ACCM to accredit St. Matthew's University School of Medicine's medical program are comparable to those used by the Liaison Committee on Medical Education (LCME), the accrediting body that accredits M.D. - granting medical programs in the United States.

- The FAIMER International Medical Education Directory (IMED) of the Educational Commission for Foreign Medical Graduates (ECFMG) lists St Matthew's University in its listing of approved medical schools.

- St. Matthew's is licensed by the Commission for Independent Education, Florida Department of Education (Florida license number 2634). Additional information regarding this institution may be obtained by contacting the Commission at 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399. The toll-free telephone number is 888-224-6684.

- St. Matthew's is approved by the State of New York for all clinical rotations, residencies and licensing. Please visit the New York State Education Department Office of the Professions' Website at *http://www.op.nysed.gov/medforms.html* to view the listing of approved schools.

## Grand Cayman

Within the vibrant blue waters of the Caribbean is Grand Cayman, largest of the three Cayman Islands. Not only does Grand Cayman offer some of the most pristine beaches and world-class diving, it boasts numerous attractions, shopping opportunities and points of interest, including the capital city of George Town.

As the largest of the three islands, Grand Cayman offers many familiar amenities and modern conveniences from dining to transportation, entertainment and healthcare; you are sure to feel at home. Only 480 miles from Miami, Florida, 50 miles south of Cuba and 180 miles northwest of Jamaica, the island is easily accessible. There are at least 55 flights per week entering Grand Cayman and 28 from Miami, Florida alone.

Major carriers such as Cayman Airways, American Airlines, Jet Blue Airlines and Delta offer direct flights from major cities including Atlanta, Chicago, Charlotte, Houston, Miami, New York, Tampa, Toronto, and other international locations.



Exhibit I Defendant Official Catalog

007

12

13



# What's Around
# Campus

- **Shopping**
- **Dining**
- **Banking**
- **Health & Beauty**
- **Leisure**

Exhibit I Defendant Official Catalog                    008



> I am excited to be finishing my basic science curriculum in Grand Cayman and am very grateful to have received the Jha Family Scholarship.

# Island & Student Life

**The Cayman Islands**' remarkable success as a financial center and tourist destination has transformed the nation into a dynamic society that has every modern convenience but still retains the charm and vibrancy of the Caribbean. People from more than 100 countries live and work in this British Overseas Territory, creating a lively and unique blend of cultures.

While the diverse accents and idioms of Caymanians, Jamaicans, Europeans, Hondurans, and Filipinos may take some getting use to, there is no denying the hospitality of the local people, the superb weather, stunning beaches and great restaurants and nightlife that make the transition to this new country easy, as well as exciting. As an integral part of this exceptional community, St Matthew's offers students a quality of life that few universities in any part of the world can match.

The Cayman Islands:

- Provides a world class health care system with one of thehighest ratios of physicians to its population in the Caribbean
- Enjoy one of the highest per capita incomes in the world
- Offer stability, a strong tourism trade, a safe community, and highly developed technology and health care resources
- Has one of the lowest crime rates in the Caribbean and a lower crime rate than the U.S.

**Dining**

Cayman is a culinary playground for chefs and a paradise for people who appreciate excellent food. From haute cuisine, to casual waterfront bars and restaurants, to Jamaican-style "Jerk" chicken and pork at roadside stands across the island, there is something for everyone. Diners can choose from traditional Caymanian, Mediterranean, American, Indian, Chinese, Thai and Tex Mex restaurants, or even familiar franchises like Burger King, Wendy's, Kentucky Fried Chicken and Domino's Pizza. Choices range from 5-star sushi to pasta alfresco served by serenading Italian waiters. How about Tea at the Ritz? The Ritz Carlton, Cayman serves an elegant tea with all the trimmings in the Silver Palm Lounge every afternoon (pre-booking highly recommended). Craving for local food, such as turtle stew, fish rundown and stewed conch, can be satisfied at Caymanian hot-spots like Welly's Cool Spot, Champion House and Corita's Copper Kettle.

**Diving**

Some of the most vibrant coral reef systems in the world exist in Cayman waters, which offer wonderful opportunities to scuba dive, snorkel and swim in tropical seas that are warm year round.

Since the main campus and residence halls are just steps away from the famous Seven Mile Beach, students can literally walk out of their class and across the street for a quick swim, snorkel, sunset volleyball game, or even to study on the beach.

The calm waters and 200-foot visibility under water make the Cayman Islands an ideal place to build experience and confidence in scuba diving and snorkeling. Divers and snorkelers can swim with the friendly rays at Stingray City, or experience the magic of swimming among a school of Yellowtail fish, or see up close various species of turtles, parrotfish, lobster, eels, sea urchins and squid that populate the famous coral reefs.

As a premier dive destination, Cayman has a wide choice of local dive operators that offer beginner and advanced scuba courses, as well as affordable dive trips for certified divers. For those with hectic schedules or divers who want to avoid a crowded dive boat, there are plenty of gorgeous dive sites that are an easy swim from shore.

**Leisure & Recreation**

Aside from the world class diving, Cayman has a plethora of activities and points of interest - from Stingray City where you can swim with the rays, to the Cayman Islands National Museum which overlooks George Town harbor and houses natural and cultural histories. Cayman offers a unique mix of island entertainment. Just like at home, Hollywood Theaters at Camana Bay offers a state of the art, six screen, stadium seating cinema. With over 33 sporting associations, you are bound to find a league - whether it's baseball, basketball, flag football, cricket, cycling or soccer.

There are also multiple gyms on the island as well as endless water sports including diving, sailing clubs, and kayaking. Nightclubs along Seven Mile Beach provide a wide choice of dancing, including hip-hop, reggae, disco, rave, country western, and Latin.

Exhibit I Defendant Official Catalog

Hotels and restaurants, such as the Wharf, Marriott and the Ritz Carlton, are sparking off new trends with themed nights on a monthly or weekly basis, such as disco or smooth Latin beat by the pool. For a more casual experience, numerous bars and pubs dotting the island offer a cold beer while watching the sun set over the ocean or their favorite sport on TV, or joining in a noisy game of Dominoes - a popular Caribbean pastime.

### Climate

The weather in Grand Cayman is pleasant year round with temperatures ranging from 70° to the mid 80°'s. The rainy season usually lasts from May to November; however the rains are usually brief and the sun soon returns. Cayman does have a winter, from December to April, which is when there is infrequent rain and the cool breezes return. Hurricane season runs from June 1st to November 30th, and Cayman is well prepared. Hurricane information packs are available from the Government Information Services in Cricket Square.

### Telecommunications

State-of-the-art telecommunications services are offered on the island. These services include local and long distance calling, mobile phones, faxing, cable and internet. Service is comparable to that found in the U.S. The main providers are Flow, Digicel, Logic, and C3 Communicatons.

All Cayman mobile phone service providers use GSM technology. It would be best to consult with your existing provider to ensure that your mobile phone is compatible. As a guideline, CDMA is the technology used by Verizon and Sprint in the USA, and Telus and Bell in Canada. GSM is the technology used by Vodaphone, O2 and Orange in Europe, T-Mobile in the USA, and Rogers Wireless and Microcell in Canada.

For more telecommunication information please visit http://www.caymannewresident.com/page_id_30.html Health Care Offering both state and private health care facilities, Cayman has an excellent health care system. A wide range of specialists, including visiting doctors from the U.S. and elsewhere operate from private clinics. Grand Cayman is well served by private dentists and optometrists. There are also two hospitals on the island, The Cayman Islands Hospital and The Chrissie Tomlinson Memorial Hospital, as well as numerous pharmacies. Many pharmacies have multiple branches, and both Foster's Food Fair and Kirk Supermarket have in-store pharmacies open 12 hours a day. For a list of local health care contacts please visit http://www.caymanchamber.ky/relocation/healthcare.htm or http://www.caymannewresident.com/page_id_11.html.

### Currency

Although the U.S. dollar is not the official currency of The Cayman Islands, it is widely accepted on the island, as are money orders and credit cards. Many merchants quote their prices in both Cayman Island dollars and U.S. dollars, and you can pay in either currency. If you pay in U.S. dollars, you will likely receive your change in Cayman dollars.

### Banking

As the fifth largest financial district in the world, banking options in Cayman are endless. Butterfield Bank, Cayman National Bank, Fidelity Bank, FirstCaribbean International Bank, Scotiabank and Royal Bank of Canada offer electronic and online banking.

### Moving with Pets

Pets are allowed to be brought to Cayman. An import permit or valid animal passport issued by the Department of Agriculture and an official health certificate issued by a government employed or accredited veterinary inspector in the country of origin is required for the importation of dogs and cats.

For further information, please visit the Chamber of Commerce at http://www.caymanchamber.ky/relocation/pets.html

### Transportation

There are many options for navigating the island. People from all the major European countries, most major English speaking countries (including the United States, New Zealand, Australia, Canada and South Africa), and the following Caribbean countries – Jamaica, Barbados, Dominican Republic, Cuba, and Trinidad and Tobago, are entitled to obtain a Cayman driving license without having to take any further tests.

If in doubt call the Licensing Department on 345-945-8344 or visit http://www.dvdl.gov.ky/. You must apply for a Cayman license within three months of arriving. Please remember driving is on the left side of the road like in the U.K. Cayman also offers rentals, leasing, and has numerous dealerships for purchasing a vehicle. The island also has a wonderful bus system with seven bus routes, and the buses each have a distinctive colored circle on the front and rear with a route number in the middle. Residents also have the option of having their vehicles imported onto the island. Please visit New Resident for further details http://www.caymannewresident.com/page_id_9.html

### Schools

The Caymanian school system is based upon the English learning system. Cayman offers primary schools in each district for children 4-11 years of age as well as government high schools, a community college, a university college and a law school. Private schools are also abundant on the island including but not limited to, Cayman Prep & High School, Cayman International School, First Baptist Christian School, Montessori By The Sea and St. Ignatius Catholic School.

The classes are taught in English, as it is the main language of the island. Children starting pre-school can begin at the age of two and for primary school the starting age depends on whether they will be attending a British school such at St. Ignatius or American school such as Cayman International School.

British schools require children be the age of four by September and American schools require the age of five by September.

For further information and a detailed listing of schools, please visit The Chamber of Commerce at: http://www.caymanchamber.ky/relocation/school.htm or New Resident at: http://www.caymannewresident.com/page_id_13.html



Exhibit I Defendant Official Catalog

# Admissions

## Admissions Criteria

Each candidate is evaluated on the basis of these factors:

- Academic background
- Overall grade point average
- Science grade point average
- Strength of major/minor
- Letters of reference
- Personal statement
- College activities that demonstrate service to the community
- Personal interview
- MCAT scores

Most candidates have earned an undergraduate degree from an approved college or university in the United States, Canada or a recognized international institution. However, a student who has earned 90+ semester credit hours of college credits will be considered for admission. We recognize that since medicine deals with people, an understanding of literature, art, history, ethics and philosophy is an asset to a physician. Science and humanities are not mutually exclusive and both are viewed as necessary for the practice of medicine.

It is necessary that students be computer literate. The following list of courses indicates the minimal prerequisites that all applicants must complete prior to admission to the medical school. Applicants with lower grade point averages are encouraged to apply if other accomplishments, MCAT scores or work experience demonstrate their aptitudes.



### Pre- requisite Coursework

| | |
|---|---|
| General biology* | 1 academic year (6 credit hour) |
| Inorganic Chemistry* | 1 academic year (6 credit hour) |
| Organic Chemistry* | 1 academic year (6 credit hour) |
| Language Arts (English)** | 1/2 academic year (3 credit hour) |
| College Math or Computer Science | 1/2 academic year (3 credit hour) |

*Those Those course must include an attached laboratory.
** A student may substitute any course that has a writing component, such as a term paper, for the Language Arts requirement.  A student may substitute 1/2 year of Biochimectry for 1/2 year of Organic chemistry.

Exhibit I Defendant Official Catalog

# Admissions Committee

The Admissions Committee selects students who exhibit the strongest potential to flourish in a medical school environment and execute the duties of a medical doctor ethically and professionally. If the student's credentials meet the admissions criteria, the candidate will be interviewed in person or by video conference before a final decision is made.

It is the applicant's responsibility to make sure the application is complete. Applicants should submit materials early to ensure a timely decision. The admissions committee will not review incomplete documentation.

# Non-U.S. Transcripts

Students with academic transcripts from outside the United States and Canada must have them evaluated on a course-by-course basis by an evaluation service such as World Evaluation Services (www.wes.org), Josef Silny & Associates, Inc. (https://www.jsilny.org/pdf/StMatthewsUniversity.pdf), www.gceus.com, or a service that is a National Association of Credential Evaluation Services (NACES) member (www.naces.org).

# Advance Standing and Transfer Students

Transfer students undergo the same admissions process as first time applicants, in that they must submit a complete application packet to ensure a timely review. Acceptance of transfer credits is at the discretion of the University. St. Matthew's University School of Medicine only provides advance standing to qualified transfer students from medical schools, recognized by the World Directory of Medical Schools. SMUSOM will not consider coursework completed through a distance learning program. Students with unsatisfactory records are not considered for advanced standing. Acceptance is contingent upon the recommendation of the Admissions Committee and on the basis of space available within the class.

The University does not accept transfer students directly into the Clinical Medicine program. Students requesting to transfer into the Clinical Medicine program will only be considered for acceptance into the fourth or fifth semester of the Basic Science program, but to be eligible to do so, they must have passed the United States Medical Licensing Exam (USMLE) Step 1.

We encourage applications from people with work experience in healthcare. However, chiropractors, podiatrists, dentists and physician's assistants will not be granted advanced standing based on work experience.

The University will submit transcripts to any university or college for a student requesting a transfer. However, acceptance of credits.

## Medical College Admissions Test (MCAT)

The Medical College Admission Test (MCAT) is required for all applicants who are U.S. citizens, nationals, or permanent residents. It is recommended for all other applicants. The MCAT is offered online multiple times per year. Information on the MCAT testing dates is available at www.aamc.org.

Information regarding your application, dates and locations should be directed to:

Association of American Medical Colleges
Medical College Admissions Test
2450 N. St., NW Washington, DC 20037
Phone: (202) 828.0690

Application for the test must be made approximately one month prior to the designated testing date. St. Matthew's MCAT code is 919. If using the MCAT (THx) system, please use the school name. MCAT scores must be submitted to the Admissions Office in Orlando, Florida.

## Letters of Recommendation

Confidential appraisals by college advisors, instructors, or others are an important part of the application. These recommendations may include a letter from a peer. Ask for recommendations from individuals who can give a concise and thorough assessment of your personality, industry, reliability and motivation. Applicants are given the option of signing a waiver regarding the confidentiality of these letters. At least two letters of recommendation are requested from each applicant.

## Personal Statement

Applicants must submit a personal statement with the application form. This offers an opportunity for the applicant to describe personal attributes, characteristics and interests that support a decision to study medicine. The Admissions Committee is interested in participation in research projects, hobbies and health-related employment or experience. Use specific examples to demonstrate motivation, commitment to pursue a medical career and the ability to work with people. Compassion, empathy, and the ability to deal with everyday problems are considered important qualities. We focus as much on the determination and life experience of our candidates as on their academic background.

## Interview

When a candidate is favorably considered, the Admissions Committee schedules an interview. For all new students, the interview may be in person or by video conference. The interview serves both the applicants and the committee by providing an opportunity for the applicant to ask pertinent questions and introduce any special circumstances that should be considered. The committee gains the opportunity to determine if the candidate demonstrates the personal qualities that are required in a good physician.

These qualities include motivation, commitment to a medical career, empathy, compassion, maturity and flexibility in dealing with problems. Notification of Acceptance Letters of acceptance or non-acceptance are sent within one week after the Admissions Committee has reached a decision. Students who are accepted are expected to return a letter of intent promptly. The letter of intent must be accompanied with a fee of U.S. $500 to reserve a place in the upcoming class. This seat deposit fee is part of the first semester tuition.

## Application Checklist

A completed application file for both new and transfer students will include:

1. Completed application form
2. Official academic transcripts
3. Two letters of recommendation
4. Personal statement
5. Nonrefundable application fee of U.S. $75
6. Current resume

Submit a completed application form along with other supporting documents to:

St. Matthew's University School of Medicine
Office of Admissions

12124 High Tech Avenue, Suite 290
Orlando, Florida 32817
Or via the Website at www.stmatthews.edu

## Reapplication

Unsuccessful applicants may reapply by repeating the admission process. A new application form, a new personal statement and new letters of recommendation must be submitted with a check or money order for U.S. $75 payable to St. Matthew's University School of Medicine. Procedures and Paperwork We are here to help you through this process. We are open to both traditional and non-traditional applicants, so we truly encourage your application. Due to our rolling admissions, there is no deadline to apply. However, seats in each class are competitive and early applicants will have the advantage of securing a place in the semester of their choice. Semesters begin in September, January and May.

All immigration and other documentation must be received at the U.S. Admissions Office no later than 30 days before the start of term. See calendar for the schedule.



Exhibit I Defendant Official Catalog

| Effective for matriculants on or after the September 2021 Semester | $ Per Semester |
|---|---|
| Tuition per semester – Basic Sciences | $19,950.00 |
| Tuition per semester – Clinical Sciences | $24,350.00 |

| Fees | |
|---|---|
| Tuition less than 17 credit hours ($865 per credit) | $865.00 |
| Malpractice Insurance - Clinical Science only (per semester) | $260.00 |
| Health Insurance (per semester, unless proof of coverage) | $653.00 |
| Transcript Request | $10.00 |
| Letter of Reference – First 3 free, thereafter | $10.00 |
| Document copies up to 15 pgs (Over 15 pgs., $1 per page) | $15.00 |
| Recreation Fee (Cayman Only) | $35.00 |
| National Board Fee | $500.00 |
| Leave of Absence Fee | $500.00 |
| Graduation Fee | $500.00 |
| Background Check Fee (Depending on the required extent of search) | $50-$250 |
| Late Registration Fee | $250.00 |
| Lab Fees | $150-$250 |
| White Coat Ceremony Fee | $60.00 |
| Late Payment Fee | $100 |
| Returned Check Fee | $35.00 |
| Information Technology Fee** (per semester) | $100.00 |
| Administrative Fee (Per semester) | $175.00 |
| Non-Refundable Application Fee | $75.00 |
| Cayman Entry Fee*** | $113.00 |
| Seat Deposit | $500.00 |
| Review Materials (Fifth Semester) | $935.00 |

*\*\*Laptops are required for all students*
*\*\*\*Cayman Island Government Fee*

# Financial Information

## Tuition and Fees

Tuition and fees are billed on a semester basis for students in Basic Sciences and in Clinical Sciences. Tuition and fees for students in Basic Sciences are due upon registration but no later than fifteen days prior to the first day of classes. Non-payment by the first day of classes may result in registration being cancelled. Students must pay tuition and fees prior to attending classes or being recorded on the official roll.

Tuition and fees are subject to change. Students with an outstanding balance due are not eligible to register for the next semester without clearing up that outstanding balance to the satisfaction of the Financial Office. For students in both Basic Sciences and Clinical Sciences, a U.S. $100 late fee will be assessed if tuition and fees are not paid on time.



## Clinical Sciences

Tuition and fees for students in Clinical Sciences are due prior to registration and at least one month prior to the commencement of the semester and/or clinical rotation. Tuition and fees are charged for all clinical rotations.

Students in Clinical Sciences will be billed for an entire semester regardless of the starting date as long as the student is in rotations. Additional charges may be due if students choose elective rotation with costs exceeding the standard St. Matthew's University subsidy rate. Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).

## Basic Science Refund Policy

All refunds will be made within thirty (30) days of the withdrawal date. Before any refund can be initiated, a withdrawal form must be completed and submitted to the Dean of Basic Sciences.

### Basic Sciences Tuition will be refunded according to the following schedule*:

| | |
|---|---|
| Prior to the first day of the semester | 100% |
| During the first week of the semester | 93% |
| During the second week of the semester | 87% |
| During the third week of the semester | 80% |
| During the fourth week of the semester | No Refund |

Any new applicant to St. Matthew's University requesting withdrawal within three days of payment of the seat deposit to St. Matthew's shall receive a full refund* of all tuition and fees paid as well as the seat deposit.

*\*All fees, including the first semester seat deposit fee of $500.00 and the $75.00 application fee, are excluded from this refund policy and are not refundable (after the first three days' exemption as previously described).*

## Clinical Science Refund Policy

Any student withdrawing from a clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation.

## Other Charges

Students attending Basic Sciences in Grand Cayman will be billed monthly for miscellaneous charges. Payment is due upon receipt of these invoices. Non-payment of accounts will result in the loss of credit privileges on campus.

## Financial Aid

We realize that attendance at medical school represents a significant investment for our students and their families. At St. Matthew's University, we are committed to doing everything we can to make your medical education more affordable.

This includes maintaining a cost-effective tuition that is substantially less than the average persemester tuition among U.S. public medical schools, as surveyed by the American Association of Medical Colleges.

## U. S. Federal Direct Loan Program

St. Matthew's University School of Medicine has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program. Qualified citizens and permanent residents of the United States may be eligible to receive funding from the Direct Loan programs to help pay for the cost of their education.

The Free Application for Federal Student Aid ("FAFSA") must be completed to determine eligibility. St. Matthew's University school code is 037643.

## Canadian student loans

Canadian students are eligible for federal loans through the Ministry of Education Student Support Branch in the province of residence. Students may apply for up to 52 weeks of financial assistance annually.

Work directly with your individual province for information regarding requirements. St. Matthew's University's school code for applying is NUBQ.

For information regarding financial aid, email finaid@stmatthews.edu or call (800)498-9700.

Exhibit I Defendant Official Catalog

# Scholarships

### Academic Scholarships

Each semester excellent incoming students at St. Matthew's University Medical School may earn partial-tuition academicscholarships from the school.

St. Matthew's is proud to offer the academic scholarships to students who display exceptional promise in the pursuit of a medical degree. It is our way of rewarding excellence and encouraging individuals to pursue a medical degree. At the time of application, candidates must:

- Have a strong undergratuade GPA and/or MCAT score.
- Submit an application requesting the consideration of the Scholarship Committee.

### The Cayman Islands Scholarship

As part of St. Matthew's University's commitment to the country and citizens of the Cayman Islands, one Basic Science tuition and fees scholarship is offered to qualified Caymanian citizen each calendar year, beginning in the January term. This scholarship is awarded to a qualified applicant who meets all the admission requirements, shows exceptional promise for medical studies, is a current resident of the Cayman Islands and is dedicated to delivering health care to the country of the Cayman Islands.

Applicants must submit a Letter of Request to the Scholarship Review Board explaining the desire for consideration. This letter should include (but not be limited to) examples of tenacity, compassion and commitment to helping others, and must be received by the Review board prior to November 10.

### Jha Family Scholarship

The Jha Family Scholarship is given on behalf of the Jha Family. The Jha Family believes in the concept of leadership and its benefit to the medical profession. The $3,000 per calendar year ($1,000 a semester) scholarship is open to new and current students who meet the criteria below. St. Matthew's University is proud to offer this scholarship to students who display exceptional leadership skills in the medical field. It is our way of rewarding leadership while encouraging individuals to pursue a medical degree.

### Applicants must:

- Have an overall GPA of 3.0 or above
- Submit documented proof of participating in a leadership capacity
- Submit one letter of recommendation from a person who can attest to your leadership ability
- Submit a letter requesting the consideration of the Scholarship Committee. The letter must include (but not be limited to) leadership abilities, community achievement and any leadership awards received.

### The Scholarship Review Board

The Scholarship Review Board meets on or around March 15, July 15 and November 15 of each year to review all completed applications for all scholarship awards. All scholarship applications must be complete and ready for review prior to these dates because the staff must prepare the applications for review by the board. Therefore, it is necessary to set a deadline for receipt of applications prior to the meeting of the Review Board.

Deadlines for receipt of completed scholarship applications are as follows:

- November 10 for January semester
- March 10 for May semester
- July 10 for September semester

The Scholarship Review Board will notify recipients within two weeks of their decision.

### Applications

Applications for all scholarships are available online at www.stmatthews.edu or from the Florida office. Completed applications may be faxed to: 1-800-565-7177 or mailed to:

St. Matthew's University School of Medicine
Office of Admissions
12124 High Tech Avenue, Suite 290
Orlando, FL 32817
Or submit applications via the Website at
www.stmatthews.edu



Exhibit I Defendant Official Catalog

014

# Curriculum

**Our Curriculum Includes Caring**

Our curriculum integrates basic and clinical science to give students an understanding of the human body in health and disease. This approach enables students to use their knowledge not just to treat patients but also to prevent disease and promote good health.
Throughout the first five semesters, students participate in a series of clinical medicine courses that focus on the art of patient care and preventive medicine. Patient care in the broadest respect is at the center of every course. Students examine the role of medicine in the community and the effect disease has on the family, as well as the individual. Special segments deal with the ethics of the physician-patient relationship and with the ethical dilemmas posed by modern medicine.

# Basic Sciences Program

**Basic Science Overview**

The gross and microscopic structure and function of each organ system is presented in lecture format with clinical correlations. Laboratories provide visual reinforcement and give students the opportunity to develop the ability to make observations and hone analytical skills. Professors focus on how disease interrupts the normal function of organ systems and the therapy needed to treat these abnormal processes. Lectures, labs and small group formats reinforce analytical skills. Students are required to complete 159 credits in Basic Sciences. The first semester courses are numbered MD 1--, second semester courses are numbered MD 2--, and so on. If a course is canceled, an appropriate course will be substituted. Any canceled course will be offered no later than the next academic semester.



## Pre-requisite Coursework

Experience extends beyond the classroom into hospitals and clinics. Students gain invaluable experience through participating in community outreach.

The Clinical Shadowing Program gives our students the opportunity to make meaning of the knowledge and lessons learned from lectures and textbooks in a real-life clinical setting.

Students learn and experience first-hand how practicing physicians interact with patients,
take histories,

Exhibit I Defendant Official Catalog

# Basic Sciences Calendar

| Semester | Term Dates | Diploma Date |
|---|---|---|
| Fall 2021 | Aug 30 - Dec 10 | Dec 25 |
| Spring 2022 | Jan 3 - April 15 | April 30 |
| Summer 2022 | May 2 - Aug 13 | Aug 27 |
| Fall 2022 | Aug 29 - Dec 9 | Dec 24 |
| Spring 2021 | Jan 9 - April 18 | April 29 |
| Summer 2023 | Sept 4 -Dec 15 | Aug 26 |
| Fall 2023 | Sept 4 - Dec 15 | Dec 23 |
| Spring 2024 | May 3 - Aug 13 | April 27 |
| Summer 2024 | May 6 - Aug 16 | August 24 |

Please note that as SMUSOM is an international medical school, and operates on a three semester per year basis, public holidays from your home country may not be observed.

Perform medical examinations and procedures, and work with other members of the health care team. St. Matthew's University's preceptors represent a diverse set of specialties, such as internal medicine, surgery, pediatrics and orthopedics to name a few.

The Clinical Shadowing Program is crucial to a student's continued success and preparation for the USMLE Step 1 examination and their clinical rotations that follow.

| Semester I | Credits |
|---|---|
| MD 111 Patient-Doctor Relations Part-I | 2 |
| MD 122 Principles of Research & Evidence Based Medicine | 2 |
| MD 140 Histology & Cell Biology | 10 |
| MD 166 Developmental and Gross Anatomy | 16 |
| Semester II | Credits |

| | |
|---|---|
| MD 236 Genetics | 6 |
| MD 243 Biostatistics and Epidemiology | 4 |
| MD 270 Biochemistry & Molecular Biology | 10 |
| MD 282 Physiology | 12 |

| Semester III | Credits |
|---|---|
| MD 300 Medical Spanish (Elective) | 1 |
| MD 311 Patient-Doctor Relations Part-II | 2 |
| MD 332 Microbiology & Immunology | 12 |
| MD 383 Behavioral Sciences & Ethics | 13 |
| MD 369 Neuroscience | 9 |

| Semester IV | Credits |
|---|---|
| MD 411 Patient-Doctor Relations Part-II | 6 |
| MD 468 Pharmacology | 6 |
| MD 482 Pathology I | 12 |

| Semester V | Credits |
|---|---|
| MD 552 Pathology II | 10 |
| MD 562 Clinical Therapeutics | 2 |
| MD 582 Introduction to Clinical Medicine | 8 |
| MD 582 Indations of Clinical Medicine | 11 |

## Semester I-II

### MD 111 Patient-Doctor Relations Part-I – 2 credits

MD 111 Patient-Doctor Relations Part-I – 2 credits
This course is the first in a series of required two-credit courses providing medical students with a progressive introduction to the skills and attitudes that are requisite in becoming competent, compassionate physicians. In this first course, students will come to appreciate the essential nature of a complete history.

They will understand how the vast majority of patient presentations can be diagnosed with the information available in a complete history. Students will gain experience in history taking and will gain expertise in musculoskeletal examinations.

### MD 122 Principles of Research and Evidence-Based Medicine – 2 credits

The student will have an opportunity to develop research skills related to Evidence-Based Medicine (EBM). Students will be introduced to concepts of research analysis and critical thinking. At the end of this course, the student will be able to identify and frame a clinical question based on therapy, diagnosis, prognosis or etiology; develop a focused search strategy to identify articles that best answer the clinical question; identify and use the appropriate medical database; and critically appraise articles for validity.

### MD 140 Histology & Cell Biology – 10 credits

This course examines the microanatomy of cells, tissues and organs. Lectures illustrate the microstructure of major tissues and organs in relation to their function. Laboratory exercises use the light microscope to study these components and make use of slides and electron micrographs for review and discussion. This lab-oriented course presents the molecular biology and histology of normal cells, tissues and organ systems at various developmental functional stages. Students will learn the unique characteristics of the four basic tissues of the body: epithelial tissue, connective tissue (including bone, cartilage and blood), muscle tissue and nervous tissue. Student will learn how individual cell functions interact with one another and how such interactions are accomplished from the tissue levels to the organ levels. The course introduces molecular and control systems, and the course prepares the student for future understanding of normal (homeostasis) system and pathological conditions. In addition, the student learns how molecular building blocks are utilized for growth and differentiation, wound healing and tissue repair, defense mechanisms and transfer of hereditary characters. (Lecture/Lab)

### MD 166 Developmental and Gross Anatomy – 16 credits

This course integrates gross human anatomy and medical embryology, allowing students to understand the relationship of embryological development to gross structure and the mechanisms of congenital abnormalities. Through lectures, use of human plastinated cadavers, evaluation of radiographs (including CT and MRI) and clinical correlations, students acquire a basic knowledge of the normal gross structure, functional and clinical anatomy of organs and systems of the adult human body, including the brain, spinal cord, back, thorax,

abdomen, pelvis and perineum. The embryological aspects including Fertilization and placentation, development of each organ and system, from gametogenesis to birth, is discussed along with the gross anatomy. Clinical correlative sessions illustrate medically relevant normal and abnormal findings, and common congenital malformations are used to demonstrate mechanisms of teratogenesis. Computer-based tutorial programs and structured reviews are used to supplement the lectures and labs. (Lecture/Lab)

## Semester II

### MD 236 Genetics – 6 credits

This course provides the student with an understanding of the principles and concepts upon which current clinical genetic practice (diagnosis, treatment and counseling) is based. This course covers the genetics of human populations and introduces recent and ongoing discoveries so that their future applications may be understood. It builds upon the foundation of basic material introduced in histology. (Lecture)
**Prerequisite:** Histology & Cell Biology

### MD 243 Biostatistics and Epidemiology – 4 credits

Students master basic descriptive and inferential tools to understand statistical evaluation of research. This course will help students learn how to conduct epidemiologic investigation, how to critically review medical literature and how to use such information in a clinical environment. Students acquire a basic level of proficiency in epidemiologic principals and understand how to apply epidemiology in clinical practice. (Lecture)

### MD 270 Biochemistry & Molecular Biology – 10 credits

The biochemical pathways of living organisms are studied to include the structure of biomolecular chemistry and an understanding of energy yielding processes and the transfer of genetic material. This course includes the study of the chemistry and reactions of constituents of living matter, including the carbohydrates, lipids, proteins, nucleic acids, vitamins, coenzymes and minerals; the chemistry and regulation of the reactions and processes of whole organisms; endocrinology; enzymology; nutrition; intermediary metabolism and biochemical mechanisms in selected disease states. Theory and application of classical and emerging technologies in biochemical lab analysis will be covered. (Lecture/Lab)
**Prerequisite:** Histology & Cell Biology

Exhibit I Defendant Official Catalog

**MD 282 Physiology – 12 credits**

The principles of human physiology are first studied then followed by an intensive overview of human organ system physiology to include neural, muscular, cardiovascular, respiratory, endocrine, gastrointestinal and kidney physiological processes. The goals of this course are to enhance the student's ability to critically analyze the cell biology mechanisms governing the functions of each system and to utilize physiological concepts in problem solving. Small group and the hands on lab component of the course reinforce lecture material. (Lecture/Lab)
**Prerequisite:** Developmental and Gross Anatomy

# Semester III

**MD 311 – Patient-Doctor Relations Part–II – 2 credits**

Students will be introduced to physical examination skills in a systems-based format. Formal teaching of skills will be followed by the opportunity to practice and improve these skills in the Clinical Skills Center. Students will be evaluated using the objective structures clinical examination (OSCE) format.
**Prerequisites:** All first and second semester courses

**MD 332 Microbiology & Immunology – 12 credits**

This course considers the characteristics and properties of microorganisms, their role in the disease processes and selected aspects of diagnosis and treatment of infectious disease. Other topics include the basic principles of bacteriology, mycology, parasitology, virology, immunology and microbial genetics, including cultural characteristics and pathogenic properties of medically important species of bacteria, fungi and viruses. This course covers the basic immunologic concepts of the cells and humoral products of the immune system. Lectures include the molecular biology and genetics of antigen recognition and immunoglobulin production plus the characteristics and detection of antigen-antibody reactions. The approach is to correlate these basic concepts with clinical manifestations of disease, the immunopathologic mechanisms of hypersensitivity, autoimmunity, transplantation, tumor immunology, hematology, reproduction, infectious diseases and immunodefiency. (Lecture/Lab)
**Prerequisites:** All first and second semester courses

**MD 369 Neuroscience – 9 credits**

This course will include an interdisciplinary investigation of the physiology and the gross and microscopic structure of the brain, spinal cord and nervous system of humans. Aspects of brain energy metabolism, neurotransmitter synthesis and degradation, and psychopharmacology are presented. This course integrates anatomical and physiological material to assist the student in understanding common neurological disease processes. Laboratory exercises will provide slides and dissection of the human brain, spinal cord, and relevant structures. The student will be introduced to modern methods of neuroimaging, including CT scans and MRI. (Lecture/Lab)
**Prerequisites:** All first and second semester courses

**MD 383 Behavioral Sciences & Ethics – 13 credits**

Abnormalities in human functioning are examined and students are introduced to psychiatric evaluation, nomenclature and clinical writing, and how to conduct a mental status evaluation. The course provides an in-depth study of the DSM-IV-R psychiatric diagnostic categories. These range from childhood disorders through geriatric dementia. Epidemiology and pathogenesis, differential diagnosis, course and prognosis, along with current treatment strategies are presented. Additionally, students participate in case-based discussions of ethical dilemmas facing today's health care provider. Ethical analysis of moral reasoning is emphasized. Students are challenged to reflect on their personal values and moral obligations as physicians. (Lecture/Lab)
**Prerequisites:** All first and second semester courses

**MD 300 Medical Spanish – 1 credit (Elective)**

This course will provide the basic communication skills for the medical practice. Its focus will be the usual verbal exchanges that happen in the patient-doctor relation. Emphasis will be placed in the most common mistakes that have the potential to impair the compliance with treatment and the overall trust in the relation, while keeping the broad aim of the course in improving the understanding of basic Spanish in the medical setting. (Lecture)

# Semester IV

**MD 411 Patient-Doctor Relations Part–III – 6 credits**

Students will begin to integrate the clinical skills that were introduced in the earlier courses in this series. Students will revisit history-taking and physical examination and

will have the opportunity to practice their communication skills with patients, colleagues and attending physicians. As with previous courses, objective structures clinical examination (OSCE) standards will be used to evaluate students. (Lecture/Lab)
**Prerequisites:** Behavioral Sciences & Ethics and Neuroscience

**MD 468 Pharmacology – 12 credits**

This course builds upon the students' understanding of pharmacology, providing practical experience of medical therapeutics in a case-based format. The fundamentals of pharmacokinetics and pharmaceutical preparations including drug actions and interactions are presented as well as adverse effects and pharmacological actions. The studentmust be able to understand the mechanism of action of common classes of medications and be able to evaluate basic pharmacological data. This course also includes all major classes of therapeutic medications used in clinical practice in the treatment of disease processes. The clinical component will provide students with the necessary background to practice rational drug therapy as it applies to clinical practice. (Lecture)

**MD 482 Pathology I – 12 credits**

This first section of a two-semester comprehensive curriculum is an introduction to the responses of cells, tissues and organs to major disease processes. Lectures and laboratory demonstrations will introduce students to definitions, etiology, gross and microscopic lesions, and pathogenesis. Emphasis is placed on basic concepts and principles of disease processes. (Lecture/Lab)
**Prerequisites:** Microbiology & Immunology

# Semester V

**MD 552 Pathology II – 10 credits**

This second part of the Pathology curriculum focuses primarily on systemic pathology and disease processes. In this course, emphasis is placed on relating pathophysiological and biochemical abnormalities of disease processes to clinical signs and symptoms of disease. Pulmonary, cardiac, gastrointestinal, endocrine, rheumatic, orthopedic, renal, neurological and hematology organ systems are covered. Knowledge and the understanding of the etiology and pathogenesis of diseases is gained through the intense examination of clinical cases, gross material, selected microscopic slides,

clinical laboratory data and X-rays. (Lecture/Lab)
**Prerequisites:** All third and fourth semester courses

**MD 562 Clinical Therapeutics – 2 credits**

This course builds upon the students' understanding of pharmacology, providing practical experience of medical therapeutics in a case-based format. The students, working individually and in teams, have the opportunity to participate in therapeutic decision-making in clinical cases, receive feedback regarding their decisions and benefit from discussions led by clinicians involved in the practical application of medical interventions in common disease states. This course is integrated with the other co-requisite courses to allow students to attain conceptual understanding of common medical conditions and provide them with the necessary skills and perspective for their transition to the clinical wards.
**Prerequisites:** All third and fourth semester courses

**MD 582 Introduction to Clinical Medicine – 8 credits**
This team-taught course helps the student to prepare for hospital clerkships. Students will gain practical knowledge and experience in the diagnosis and treatment of patients. Following an integrated case-based curriculum, students will take histories and perform physical examinations on trained standardized patients.

They will work individually and in teams to discuss differential diagnoses and investigation strategies and will use the information gained to formulate management and disposition plans. Throughout this course there is an emphasis on the need to listen and communicate effectively with colleagues, team members and, most importantly, the patients. The students will have an opportunity to spend time with the practicing physicians in a hospital/clinical setting. Students will be evaluated both formatively and by objective structured clinical examination (OSCE) standards. Practical knowledge, skills and abilities will be tested in an objective manner.
**Prerequisites:** All third and fourth semester courses

**MD 592 Foundations of Clinical Medicine – 11 credits**

This course utilizes daily live lectures and other materials to provides a structured, integrated review of the basic sciences. An emphasis is placed on the understanding of disease processes and clinical problem solving. Students attend daily live lectures. Early in the course students are given a diagnostic pre-test to help identify problem areas and individualize learning goals. At the end of the course students are administered a full-length, simulated comprehensive exam.
**Prerequisites:** All third and fourth semester courses

Exhibit I Defendant Official Catalog

# Clinical Sciences Program and Clerkship Rotations

At the end of the fifth semester of Basic Sciences, students leave Grand Cayman to start clinical clerkship rotations. During the fifth semester, students participate in a Clinical Orientation where they receive information on available clerkships. Every effort is made to assign students to the hospital that best suits their qualifications, requirements, and desires.

Core rotations will be taken and completed in a teaching hospital.

| Third Year Core Rotations cover five specialties: | |
| --- | --- |
| Internal Medicine | 12 weeks |
| Surgery | 12 weeks |
| Pediatrics | 6 weeks |
| Obstetrics & Gynecology | 6 weeks |
| Psychiatry | 6 weeks |

### Clinical Rotations

The Clinical Clerkship is an exciting and enriching aspect of medical training. It requires both determination and sacrifice. The Clinical Dean and staff will work closely with students to ensure they fully benefit from clinical rotations and prepare for successful residencies.

### Assignment policy

The Clinical Coordinator, with permission of the Dean and Associate Dean of Clinical Sciences, assigns clinical rotations. Students must receive a passing score on the USMLE Step One prior to commencing their third year clinical clerkships. Although St. Matthew's arranges and schedules the Core rotations, the selection and scheduling of the Electives is done by the student via an application that must be approved in advance by St. Matthew's University. Most students benefit by choosing electives in a variety of hospitals, particularly in hospitals or geographic locations where they hope to take residence training. Students receive a clinical clerkship packet before completing Basic Sciences. This information helps them prepare for clinicals and design their senior year by identifying Elective sites.

### Core Clerkship Exams

Each student is required to take The National Board of Medical Examiners (NBME) Core Clerkship Examinations. Testing in each of the Cores is conducted multiple times per year. There is an NBME examination for all Core Clinical Clerkships. Students are eligible to sit for any Core Examination following the completion of that Core. The Core Clerkship Examination should be taken at the first opportunity it is offered following the completion of the rotation. Students are not permitted to take an exam until they are within one week of completing a rotation or have completed the rotation. The Clinical Department arranges testing.

A student will not receive official transcript credit for a Core Rotation until the student receives a passing grade of 70% with the combined scores of the preceptor evaluation, daily log, NBME exam, and required weekly assignments. The grades from these components are combined for a final transcript grade.

### Clinical Rotation Objectives

The clinical program requires 72 weeks. The objectives of the Clinical Rotations are to:

- Expose students to a range of experiences that integrate information from various specialties

- Ground students in thorough basic and advanced clinical training to prepare them for residency training

- Encourage students to value learning as a life-long process



Exhibit I Defendant Official Catalog

018

# Third-Year Core Clerkship Curriculum

### Surgery

Students follow patients from surgical assessment, through preparation for surgery, the surgical process in the operating room, the intensive or immediate care of the patient in the recovery period, and follow-up care. Students engage in intensive pre-surgical preparation on each case, including the study of case histories, prior physical examinations and prior treatment, and diagnoses. Follow-up on post-surgical cases extends to learning about the support of family and friends, community resources, and the discharge process.

### Internal Medicine

Students learn to conduct a thorough diagnostic work-up, including the history and physical examination with emphasis on detailed neurological evaluation of the patient and the design of treatment plans. Students gain sensitivity to dual diagnosing and differential diagnosing. Students participate in grand rounds, work individually with patients, and participate in the treatment plan. Additionally, seminars on selected topics by residents or preceptors are incorporated.

### Obstetrics/Gynecology

Students are presented with all phases of patient care related to fertility concerns, pregnancy, labor, delivery and postpartum care. Students participate in family planning counseling, and learn to detect, diagnose and devise a treatment plan for gynecologic diseases. Normal and pathologic cases are observed, including normal and cesarean deliveries.

### Pediatrics

Students learn to develop rapport with young patients and diagnose, develop and carry out a treatment plan for infants, children and adolescents. Students gain a greater sensitivity to the interdependence between the patient and the parent and learn how to interact with each to promote treatment and recovery.

### Psychiatry

Students learn to diagnose mental disorders. Emphasis is placed on taking a psychiatric history and mental status, as well as making differential diagnoses. Students are introduced to a variety of therapies for treatment of psychiatric disorders. During the fourth year, the student chooses Electives. These clerkship rotations include most specialties, including specialties from the Core rotations. Students take Electives in blocks, typically of four or six weeks for a total of 30 weeks of Electives. All students are required to complete four weeks of a primary care elective.

# Fourth-Year Elective Clerkships

There are 23 recommended elective Clerkships:

- Allergy and Immunology
- Anesthesiology
- Cardiology
- Community Health Care
- Critical Care
- Dermatology
- Emergency Medicine
- Endocrinology
- Family Medicine
- Gastroenterology
- Gerontology
- Hematology
- Infectious Disease
- Nephrology
- Neurology
- Oncology
- Ophthalmology
- Pathology
- Preventive Medicine
- Pulmonary Disease
- Radiology
- Rheumatology
- Urology

All students are required to complete four weeks of a primary care elective.

# Approved Rotations

Students do not receive credit unless the University approves and certifies all Electives. With permission from the Dean, students may complete Electives in conjunction with the Core. A student can take additional hours in any Core as Electives. For example, 16 weeks of surgery might represent 12 weeks of Core credit and four weeks of Electives credit. Any student who secures a rotation in a hospital that is not affiliated with St. Matthew's University must have permission from the Dean of Clinical Sciences. If approval is not granted in advance, the unapproved rotation will not earn credit from St. Matthew's University.

# Expenses Related to Rotations

Students who attend Core rotations in the U.S. may be required to make at least two moves to complete the five Cores. Students need to plan on transportation and housing expenses at each location.

Students who participate in clinical rotations must purchase medical liability insurance. Additional charges may be due if students choose elective rotations with costs exceeding the standard St. Matthew's University subsidy rate. Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).



Exhibit I Defendant Official Catalog

# Faculty & Administration

## Board of Trustees

**Chairman**

**John P. Docherty, M.D.; Spencer Amory, M.D.;
W. Christopher Croley, M.D.; John Crocker;
Sahana Vyas, M.D.**

The distinguished members of this Board of Trustees are
assigned the responsibility to ensure that the rules and
regulations of the University meet the highest level of
propriety, that they achieve their purpose, and that they
protect the institution from influences which hinder its
academic goals. They also ensure that members of the
faculty are qualified for appointment and they are able
competently to perform their function without distraction.
The Board also shall exercise supervision of the needs of the
student body and recommend steps to make provisions for
the welfare of students and the successful pursuit of their
studies.

The University takes this measure to provide supervisory
machinery independent of management. The contribution
of the Board reinforces our commitment to ensure that the
doctors we graduate are completely prepared and sensitive
to the needs of the vulnerable. The University therefore
publicly records its sincerest gratitude to the members of
the Board of Trustees who so willingly agreed to join in
this endeavor.

St. Matthews's University (Cayman) LTD., Corp. is
registered with the Florida Department of State as a
foreign profit corporation doing business as St. Matthew's
University School of Medicine.



Exhibit I Defendant Official Catalog

# Administration

**Basu, Amitabha, M.B.B.S., M.D.**
*Dean of Basic Sciences*

**Clifton, Maurice, M.D.,M.S. Ed, M.B.A.**
*Chief Academic Officer*

**Doherty, Mark, Ph.D.**
*Associate Dean of Clinical Sciences*

**Marin-Negron, Adriana**
*Director of Admissions*

**Miller, Ripley**
*Director of Information Technology*

**Miranda-Avila, Gloria**
*Registrar*

**Moya, Terry**
*Chief Financial Officer*

**Reid, Terrence, Ed.D.**
*Associate Dean of Clinical Students*

**Salter, David R., M.D.**
*Dean of Clinical Science*

**Sotiriou, Xenia, Ph.D.**
*Associate Dean of Student Affairs, Basic Sciences*

# Basic Science Faculty Anatomy

**Bolgova, Olena, M.D., Ph.D.**
*Professor of Anatomy*
*M.D., Lugansk StateMedical University Ukraine*
*Ph.D., Kharkov StateMedical University Ukraine*
*Date of appointment: October 2007*

**Rao, Seetharama, Ph.D.**
*Professor of Anatomy*
*Ph.D., Mangalore University*
*Date of appointment: November 2008*

# Histology and Cell Biology

**Ochoa-Vargas, Gerardo , M.D.**
*Associate Professor of Histology*
*M.D., National Autonomous University of Mexico*
*Date of appointment: February 2008*

**Rao, K Anup, M.B.B.S., M.D.**
*Assistant Professor of Histology*
*M.B.B.S, Father Muller College*
*M.D., Kasturba Medical College*
*Date of Appointment: October 2014*

# Neuroscience

**Mavrych, Volodymyr, M.D., Ph.D.**
*Professor of Anatomy and Neuroscience*
*M.D., Lugansk State Medical University, Ukraine*
*Ph.D., Crimea State Medical University, Ukraine*
*Date of appointment: October 2007*

# Biochemistry and Genetics

**Peela, Jadannadharoo, M.B.B.S., M.D.**
*Associate Professor in Medical Genetics*
*M.D.(Biochemistry), Andhra Medical College*
*M.B.B.S, Andhra Medical College*
*Date of appointment: January*

**Rawal, Avinash K., Ph.D.**
*Professor of Biochemistry*
*Ph.D., Nagpur University*
*Date of appointment: September 2011/ 2012*

# Microbiology & Immunology

**Maroun, Leonard E., Ph.D.**
*Professor of Microbiology and Immunology*
*Ph.D., Catholic University of America*
*Date of appointment: January 2009*

**Nayak, Narendra P., M.B.B.S., M.D.**
*Associate Professor of Microbiology and Immunology*
*M.B.B.S, Vijayanagar Institute of Medical Sciences*
*M.D., Lokamanya Tilak Municipal Medical College*
*Date of appointment: September 2017*

# Pathology

**Basu, Amitabha, M.B.B.S., M.D.**
*Professor of Pathology*
*M.B.B.S., Burdwan Medical College*
*M.D., Kasturba Medical College*
*Date of appointment: July 2006*

**Biswas, Survakusam, M.B.B.S., M.D.**
*Associate Professor of Pathology*
*M.B.B.S., Calcutta University*
*M.D., Delhi University*
*Date of appointment: April 2012*

# Pharmacology

**D'Silva, Caron S.M., M.B.B.S, M.D.**
*Assistant Professor of Pharmacology, and Biostatistics and Epidemiology*
*M.D.(Pharmacology)- Kasturba Medical College*
*M.B.B.S., Fr. Muller Medical College*
*Date of appointment: January 2017*

**Pritam, Biswas, M.B.B.S, M.D.**
*Assistant Professor of Pharmacology*
*M.D., M. S. Ramaiah Medical College*
*M.B.B.S., Dr.B.R Ambedkar Medical College*
*Date of appointment: January 2019*

# Physiology

**Andrade, Gabriel, Ph.D.**
*Assistant Professor of Behavioral Science and Ethics*
*Ph.D., University of Zulia (Venezuela)*
*Date of appointment: December 2018*

**Aurelio, Maribel, M.D.**
*Assistant Professor of Preclinical Sciences*
*M.D., College of Medicine, University of the Philippines (Manila)*
*Date of appointment: July 2008*

**Barke, Prajna, M.B.B.S., M.D.**
*Professor of Physiology*
*M.B.B.S., Kasturba MedicalCollege*
*M.D., Kasturba Medical College*
*Date of appointment: May 2006*

**Jha, G., M.B.B.S., M.S. (Surgery)**
*Associate Professor of Preclinical Sciences*
*Master of Surgery (M.S.),*
*Rajasthan University*
*M.B.B.S., Rajasthan University, Jaipur, India*
*Date of appointment: June 2003*

**Johnson, Suzanne, M.D.**
*Associate Professor*
*M.D., Dalhousie University*

# Clinical Department Chiefs

**Adler, David, M.D.**
*Professor & Chief,*
*Department of Psychiatry*
*Universitat Basel*
*American Board – Psychiatry & Neurology*

**Aziz, Ihab, M.D., ABFM, FAAFP**
*Professor and Chief*
*Department of Family Medicine*
*Board Certified – American Board of Family Medicine, Clinical Faculty and Preceptors*

**Blankstein, Josef, M.D.**
*Professor and Chief*
*Department of Obstetrics and Gynecology*
*Board Certified – American Board of Obstetrics and Gynecology*

**Hsu, Tah-Hsiung, M.D., F.A.C.P.**
*Professor and Chief*
*Department of Internal Medicine*
*Board Certified – American Board of Internal Medicine*
*Subspecialty Certificates – Endocrinology and Metabolism, University of Alabama Medical College*

**Mir, Mohammad A., M.D., F.A.A.P.**
*Professor and Chief,*
*Department of Pediatrics*
*Board Certified – American Board of Pediatrics*
*Universidad CETEC Santo Domingo*

**Salter, David, M.D.**
*Professor and Chief*
*Department of Surgery*
*Board Certified – Surgery*
*Subspecialty Certified – Cardiovascular and Thoracic*
*Surgery University of Toronto*

# Clinical Faculty

**Alabi, Fortune, M.D.**
*Assistant Professor*
*University of Ilorin Medical School*
*American Board – Internal Medicine*

**Ali, Syed, M.D.**
*Assistant Professor*
*Dow Medical College*
*American Board – Cardiology Faculty,*

**Allen, Luis**
*Assistant Professor*
*Universidad De Montemorelos, Escuela De Medicina American Board – Psychiatry & Neurology*

**Al-Malt, Ahmed, M.D.**
*Assistant Professor*
*Alexandria University*
*American Board – Obstetrics & Gynecology*

**Agard, Tanya, M.D.**
*Associate Professor*
*Pennsylvania State University College of Medicine American Board – Family Medicine*

**Ahmad, Beena, M.D.**
*Associate Professor*
*Sind Medical College American Board – Internal Medicine*

**Atallah, Osama, M.D.**
*Associate Professor*
*The University of Teas- Southwestern Medical School American Board – Colon & Rectal Surgery*

**Atluri, Sridhar, M.D.**
*Assistant Professor*
*Andhra Medical College, Ntr University of Health Sciences*
*American Board – Internal Medicine*

Exhibit I Defendant Official Catalog

**Bancroft, Laura, M.D.**
*Professor*
*University of Missouri*
*American Board – Radiology*

**Berger, Paul, M.D.**
*Assistant Professor*
*Ross University School of Medicine*
*American Board – Pediatrics*

**Bernstein, Raymond, M.D.**
*Assistant Professor*
*Finch University of Health Sciences/*
*Chicago Medical School*
*American Board – Obstetrics*
*& Gynecology*

**Brateanu, Andrei, M.D.**
*Assistant Professor*
*Universitatea De Medicina Si Farmacie*
*Grigore T Popa*
*American Board – Internal Medicine*

**Britton, Mark, M.D.**
*Assistant Professor*
*Wayne State University*
*American Board – Internal Medicine*

**Cabrera, Alicia, M.D.**
*Assistant Professor*
*Instituto Superior De Ciencias Medicas*
*De La Habana*
*American Board – Neurology*

**Cardenas-Ayala, Jose, M.D.**
*Assistant Professor*
*Universidad Central De*
*Venezuela-Luis Razetti*
*American Board – Obstetrics*
*& Gynecology*

**Chen, Alicia, M.D.**
*Assistant Professor*
*Tufts University School of Medicine*
*American Board – Internal Medicine*

**Cohen, Daniel, M.D.**
*Associate Professor*
*McGill University*
*American Board - Urology*

**Cristomo, Ricardo, M.D.**
*Assistant Professor*
*Universidade Federal Da Bahia*
*American Board – Internal Medicine/*
*Medical Oncology*

**Davis, Kenley, M.D.**
*Assistant Professor*
*Howard University*
*American Board - Surgery*

**Desai, Vivek, M.B., B.S.**
*Associate Professor*
*Government Medical College*
*American Board - Pediatrics*

**Desamour, Junias, M.D**
*Assistant Professor*
*University Of Miami School Of Medicine*
*American Board – Internal Medicine*

**Diaz, Juan, D.O.**
*Assistant Professor*
*Des Moines Univserity*
*American Board – Internal Medicine*

**Dobradin, Andrew, M.D., Ph.D.**
*Assistant Professor*
*Jagiellonian University Medical College*
*American Board – Surgery*

**Dohn, Henry, M.D.**
*Associate Professor*
*Medical College of Georgia School*
*of Medicine*
*American Board - Psychiatry*

**Dorfman, Stanley, M.D.**
*Assistant Professor*
*Wayne State University School of*
*Medicine*
*American Board – Obstetrics &*
*Gynecology*

**Dumbacher, Perri, M.D.**
*Assistant Professor*
*University of California, San Diego*
*American Board – Family Medicine*

**Dy, Norman, M.D.**
*Assistant Professor*
*Stanford University School of Medicine*
*American Board – Internal Medicine*

**East, Miriam, M.D.**
*Assistant Professor*
*University of Zimbabwe Huggins*
*School of Medicine*
*American Board – Obstetrics*
*& Gynecology*

**Flores, Dionisio C., M.D.**
*Assistant Professor*
*University of Santo Tomas*
*American Board – Internal Medicine*

**Flurry, Robert, M.D.**
*Assistant Professor*
*University of Alabama School of Medicine*
*American Board – Family Practice*

**Gadalean, Florin, M.D.**
*Assistant Professor*
*Institue of Medicine and Pharmacy*
*of Romania*
*American Board – Internal*
*Medicine Faculty*

**Gonzalez, Jorge, M.D.**
*Assistant Professor*
*Ponce School of Medicine*
*American Board – Plastic Surgery*

**Gray, Kris D., M.D.**
*Assistant Professor*
*Loma Linda University School of Medicine*
*American Board – Family Practice*

**Griggs, Adam, D.O.**
*Assistant Professor*
*New York College of*
*Osteopathic Medicine*
*American Board – Internal Medicine*

**Halili, Francisco R., M.D.**
*Associate Professor*
*University of Miami School of Medicine*
*American Board – Surgery*

**Johnson, Kimberly, M.D.**
*Assistant Professor*
*The Ohio State University*
*College of Medicine*
*American Board – Psychiatry & Neurology*

**Keating, Michael, M.D.**
*Associate Professor*
*The Medical College of Ohio at Toledo*
*American Board – Urology*

**Krumins, Kenneth, M.D.**
*Assistant Professor*
*The Medical College of Pennsylvania*
*American Board – Orthopaedic Surgery*

**Kuehl, Sapna, M.D.**
*Assistant Professor*
*University of Maryland School of Medicine*
*American Board – Internal Medicine*

**Lama, Mazimo, M.D.**
*Assistant Professor*
*Institue Technologic de Santo Domingo*
*American Board – Internal Medicine*

**Lawrence, George, M.D.**
*Professor*
*Tufts University School of Medicine*
*American Board – Internal Medicine*

**Layish, Daniel, M.D.**
*Assistant Professor*
*Boston University School of Medicine*
*American Board – Internal Medicine*

**Lewis, Gideon, M.D.**
*Associate Professor*
*Loma Linda University School of Medicine*
*American Board – Family Medicine*

**Mahan, Thomas, M.D.**
*Assistant Professor*
*University of Maryland School of Medicine*
*American Board – Surgery*

**Mamsa, Abdul, M.D.**
*Professor*
*Dow Medical College*
*American Board – Psychiatry & Neurology*

**Manco, Miguel, M.D.**
*Assistant Professor*
*Cebu Institute of Medicine*
*American Board – Anesthesiology*

**Mech, Karl, M.D.**
*Associate Professor*
*University of Maryland School of Medicine*
*American Board – Surgery*

**Mohiuddin, Muhamman, M.D.**
*Associate Professor*
*Dow Medical College*
*American Board – Internal Medicine*

**Montgomery, Shirley, M.D.**
*Assistant Professor*
*University of Illinois College of Medicine*
*Chicago American Board – Pediatrics*

**Murthy, Bangolare, M.D.**
*Assistant Professor*
*Medical College Mysore,*
*American Board – Internal Medicine*

**Nash, Alfred, M.D.**
*Assistant Professor*
*University of Colorado School of Medicine*
*American Board – Family Medicine*

**Neil Jr., Terry, M.D.**
*Assistant Professor*
*University Of Birmingham*
*American Board – Neurology*

**Neumann, Christopher, M.D.**
*Assistant Professor*
*University of Illinois College*
*of Medicine Chicago*
*American Board – Neurological Surgery*

**Oppenheim, Ronald, M.D.**
*Assistant Professor*
*University of Cincinnati,*
*College of Medicine*
*American Board – Psychiatry & Neurology*

**Padmanabhan, "Dan"**
**Mukundan, M.D.**
*Assistant Professor*
*University of Madras, Kilpauk Medical*
*College, Board Certified – Family Practice*
*and Pediatrics*

**Patterson, James, M.D**
*Associate Professor*
*Georgetown University*
*School of Medicine*
*American Board – Obstetrics*
*& Gynecology*

**Phillips, Preston, M.D.**
*Assistant Professor*
*Harvard Medical School*
*American Board – Orthopedic Surgery*

**Ramirez, Antonio, M.D**
*Assistant Professor*
*Southeast University Medical College*
*American Board – Surgery*

**Rashid, Navid, M.D.**
*Assistant Professor*
*George Washington University School*
*of Medicine American Board –*
*Psychiatry Faculty*

**Ravakhah, Keyvan, M.D.**
*Assistant Professor*
*Ankara Universitesi, Tip Fakultesi*
*American Board – Internal Medicine*

**Ravi, Bala K., M.D.**
*Associate Professor*
*Andhra Medical College,*
*University of Health Sciences*
*American Board – Obstetrics*
*& Gynecology*

**Reddy, Sanjay, M.D.**
*Assistant Professor*
*University of Miami School of Medicine*
*American Board – Internal Medicine/*
*Gastroenterology*

**Rehman, Arshad, M.D.**
*Assistant Professor*
*Nishtar Medical College*
*American Board – Internal Medicine*

**Ripps, Barry, M.D.**
*Assistant Professor*
*University of Alabama School of Medicine*
*American Board - Obstetrics*
*& Gynecology*

**Robinson, David, M.D.**
*Assistant Professor*
*University Of Kansas*
*American Board -- Internal Medicine/*
*Oncology*

**Rodriguez, Jose, M.D.**
*Assistant Professor*
*University of Puerto Rico*
*American Board – Obstetrics*
*& Gynecology*

**Shah, Ashit, M.B., B.S.**
*Assistant Professor*
*Columbia U/newark Beth*
*Israel Med Center*
*American Board – Radiology*

**Shahin, Fuad, M.D.**
*Assistant Professor*
*University Of Aleppo*
*American Board – Surgery*

**Shao, Xiaoping, M.D.**
*Assistant Professor*
*Second Shanghai Med College Shanghai*
*American Board – Psychiatry*

**Shazad, Khurram M.D.**
*Assistant Professor*
*University of Peshawar*
*American Board – Cardiology*

Exhibit I Defendant Official Catalog

**Smith, Douglas, M.D.**
*Associate Professor*
*University of Maryland School of Medicine*
*American Board – Psychiatry*

**Snow, Karen, M.D.**
*Assistant Professor*
*University of Alabama School of Medicine*
*American Board – Family Practice*

**Soremi, Oludapo, M.D.**
*Assistant Professor*
*Universidad Central Del Este*
*American Board - Pediatrics*

**Spitzer, Margo F., M.D.**
*Assistant Professor*
*Albert Einstein College of Medicine*
*American Board – Psychiatry*

**Tabrez, Shams, M.D.**
*Assistant Professor*
*Rawalpindi General Hospital*
*American Board – Gastroenterology*

**Tasse, James, M.D.**
*Assistant Professor*
*Saint Louis University School of Medicine*
*American Board – Surgery*

**Torres, Joseph, M.D.**
*Associate Professor*
*Universidad Catol Madre Y Maestra*
*American Board – Family Medicine*

**Turner, Philip, M.D.**
*Assistant Professor*
*The University of Tennessee College*
*of Medicine at Memphis*
*American Board - Orthopaedic Surgery*

**Umeh, Fred, M.D.**
*Assistant Professor*
*Osmania Medical College*
*American Board – Internal Medicine*

**Vangala, Vidyasagar, M.D.**
*Assistant Professor*
*Osmania Medical College*
*American Board – Psychiatry & Neurology*

**Vargish, Thomas, M.D.**
*Professor*
*New York University School*
*of Medicine American*
*Board – Surgery*

**Warikoo, Jyoti, M.D.**
*Assistant Professor*
*Sri Devaraj Urs Medical College*
*American Board – Psychiatry*

**Williams III, Richard Bland, M.D.**
*Professor*
*University of Virginia*
*American Board – Internal Medicine*

**Wolff, Corey, M.D.**
*Professor*
*University of Tennessee College*
*of Medicine*
*American Board - Pediatrics*

**Zarraga, Marc, M.D.**
*Assistant Professor*
*University of Santo Tomas*
*American Board – Internal Medicine*

**Zigel, Carlos, M.D.**
*Assistant Professor*
*Universidad Central Del Este*
*American Board – Internal Medicine*

**Zun, Leslie, M.D.**
*Assistant Professor*
*Rush Medical College of Rush University*
*American Board – Emergency Medicine*



# Standards of performance

**Registration**

Students must be registered and enrolled at all times unless they have received written approval for a "Leave of Absence. "Students may take only up to a total of two leaves of absence during their entire career at SMUSOM, and only after receiving written approval from the Dean of Basic Science (for Basic Sciences students) or the Dean of Clinical Science (for Clinical students). Granting a leave of absence is the Dean's prerogative, but no more than a total of two will be allowed for any student. No leaves of absence will be granted after a student has completed all Basic Sciences and Clinical coursework.

If a student fails to enroll, his/her status will become "Withdrawn" and he/she must apply for readmission. Students will not automatically be considered enrolled. Possible student status includes only: Basic Sciences (semester noted), Clinical Science (semester noted), Approved Leave of Absence (up to two semesters total), Pending Graduation, Withdrawn, Dismissed, Alumni, or Deceased.

**The Registration process is as follows:**

Registration will begin online (www.smuonline.com) approximately 6 weeks prior to the beginning of the upcoming semester. All new and returning Basic Sciences students register at this time. Transfer students and students who have failed courses must correspond with the Dean prior to registering.

The Registrar will coordinate with the Deans for course approval and the Associate Deans of Student Affairs to ensure that all rosters are correct. The Registrar will verify class attendance to Student Accounts so that Financial Aid monies can be released to students.

All students must be registered by the end of each semester's registration period. Registration for Clinical Science students is a two-part process:

1. The student electronically accepts the e-RAF issued by the Clinical Coordinator or returns a signed National Board RAF or Leave of Absence form to the Clinical Coordinator.

2. The student must complete online registration for each Clinical semester, National Board semester or Leave of Absence.

Any student who fails to comply with these registration procedures will not be admitted into classes for the new semester (Basic Sciences) and/or (for Clinical students) will not receive credit for a core or elective rotation. Any student who is in a rotation and has not followed required registration procedures will be removed from that rotation. No credit will be given.

**Student Performance**

Student performance is determined on the basis of achievement of each prescribed course or clinical clerkship objective. Students must achieve a passing level established by the faculty of each course or clinical clerkship rotation to earn promotion from semester to semester. Performance is recorded as Honors, High Pass, Pass, or Fail. The faculty evaluates each student's cognitive knowledge, problemsolving, clinical competence, personal and professional maturity, interpersonal and communication skills, and technical skills.

Graduates who intend to practice medicine in the U.S. must earn ECFMG Certification. ECFMG Certification requires successful completion of the USMLE parts 1 and 2CK and 2CS. Students who intend to practice medicine outside of the U.S. must meet the licensing requirements of the country in which they want to practice.

**Probation**

A student who receives an unsatisfactory grade in a single course or clerkship maybe placed on academic or clinical probation. Probation usually does not affect attendance in subsequent courses or clerkships, though graduation could be delayed.

**Failing a Course**

Failed courses are listed on the transcript. When the course is repeated, it is listed a second time along with the grade received. Any Basic Science student who receives unsatisfactory grades for a combined total of 21 semester credit will be dismissed. Any student who does



Exhibit I Defendant Official Catalog

not pass a course by the second attempt will be eligible for academic dismissal. Any student who receives a failing grade while on academic probation will be eligible for dismissal.

**Attendance**

Basic Sciences classes at SMUSOM are small and interaction between students and teachers is encouraged. Students are expected to attend all class sessions. The mandatory 80% attendance policy is strictly enforced.

If a student misses more than 20% of the scheduled class time, the student will fail that course regardless of academicperformance.

**Incomplete and Withdrawal Policies**

To receive an "Incomplete" for a course requires the approval of both the professor of that course and the written approval of the Dean of Basic or Clinical Sciences. Withdrawal from a course is permitted under some circumstances, which are described in the Student Handbook.

**Official Leaves of Absence**

The Dean of Basic or Clinical Sciences will consider all requests for an Official Leave of Absence by students who:

- Experience financial hardship and need to take time off to raise funds for their education
- Suffer an illness or injury, or have a family member who suffers an illness or injury that requires the student's presence
- Need limited time off to take advantage of an educational opportunity to travel, conduct research, or attend classes elsewhere

Only two leaves of absence may be granted. Each request is subject to the approval of the Dean of Basic or Clinical Sciences. The Dean decides whether a semester away is likely to allow the student to resolve a situation, and whether the student's performance and behavior suggest a reasonable chance of success upon his/her return.

Students who are not granted official leaves may apply for readmission when ready to resume their education. Students may be required to begin paying any outstanding debt to SMUSOM if they fail to enroll for the next semester or take an unapproved leave.

**Grievance and Appeals Process**

Students seeking to resolve problems or complaints should first contact the appropriate instructor or clinical administrator. Students have the right to file a grievance or appeal a decision of the university.

There are due process protections in place when there is the possibility of the university's taking an adverse action against a medical student for academic or professionalism reasons. Students should refer to the Student Handbook for more detailed information and instructions regarding grievance and appeal processes.

# Graduation ,ECFMG Certification, and Licensure

**Graduation Requirements**

Students must successfully complete:

- All Basic Sciences courses, with passing grades for each course
- 42 weeks of third year core clinical rotations, with passing grades for each rotation
- National Board of Medical Examiners (NBME) Core Clerkship examinations
- All clinical rotation patient log books
- 30 weeks of fourth year elective rotations, with passing grades for each rotation
- SMUSOM must receive a satisfactory evaluation from each preceptor for credit of a rotation to be awarded
- Passing scores on the United States Medical Licensing Exam (USMLE) Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills
- Intent to Graduate Form
- Graduation Fee of U.S. $500
- Clear balance with Student Accounts
- Pre-Graduation Questionnaire

**ECFMG Certification**

Graduates who wish to enter a residency or fellowship program accredited by the Accreditation Council for Graduate Medical Education (ACGME) must be certified by the Educational Commission for Foreign Medical Graduates (ECFMG) before they can enter the program. They must also be certified by ECFMG if they wish to take Step 3 of the three-step United States Medical Licensing Examination (USMLE). ECFMG Certification is also one of the requirements to obtain a license to practice medicine in the United States.

The purpose of ECFMG Certification is to assess the readiness of graduates from international medical schools to enter U.S. residency and fellowship programs that are accredited by the ACGME. To be certified by ECFMG, you must pass a series of exams; you must also fulfill ECFMG medical education credential requirements.

These requirements include providing ECFMG with copies of your medical diploma and your final medical school transcript (from a WHO listed school), which ECFMG will verify directly with the medical school. Please visit this site for updates and additional information:
 http://www.ecfmg.org.

SMUSOM graduates participate in the National Resident Matching Program (NRMP) along with U.S. Medical graduates through the Electronic Residency Application Service (ERAS). Please visit this site for more information: http://www.ecfmg.org.

**Licensure**

St. Matthew's University School of Medicine prepares its students for the practice of medicine. Students should familiarize themselves with the licensure and certification requirements of the jurisdiction(s) in which they may wish to practice. All students are required to sit for and pass Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills United States Medical Licensing Exams (USMLE), regardless of whether they intend to practice in the United States.

In accordance with the School's regulatory and accrediting requirements, all students are futher required to report their USMLE scores to the School, provide a consent allowing ECFMG to report their scores to the School, and provide a consent allowing the School to report their scores to the School's regulatory and accrediting bodies.

# Standards of Professional Behavior & Academic Honesty

**Basic Science Dress Code**

As part of the student's training as a future physician, St. Matthew's University has established a culture and environment based on professional presentation and conduct. Consistent with its training objectives, the University has established a standard dress code for all Basic Science students. This policy is designed to create a sense of professional decorum and respect between members of the University community, as well as to actively maintain a professional appearance within the community at large. Throughout the class day and during specific University events, students are required to wear white shirts with standard white collars and tan or khaki colored pants hemmed to the appropriate length. Knee-length or longer pants are acceptable. Female students have the option of wearing tan or khaki colored skirts of a

tasteful length appropriate to a professional environment. Violations of the dress code are handled through the Office of the Associate Dean of Student Affairs.

**Student Conduct, Academic Honesty, and Disciplinary Procedures**

Each student is expected to behave in a manner consistent with the University's mission as an educational institution. Behaviors judged unprofessional, unethical, dishonest, illegal, threatening or dangerous may be considered examples of misconduct. Specific examples of violations that fall under the purview of the University's disciplinary policies can be found in the Student Handbook. Also included in the Student Handbook are Guidelines for Academic Honesty. The University expects all students to engage in academic pursuits in a manner that is above reproach. Students are expected to maintain complete honesty and integrity in the academic experiences both in and outside the classroom. Any student found guilty of dishonesty in any phase of academic work will be subject to disciplinary action. Specific definitions and policies regarding cheating, plagiarism, unauthorized collusion, and abuse of resource materials can be found in the Student Handbook.

Disciplinary referrals are handled by the Associate Dean of Student Affairs. The Dean will conduct an initial investigation and may then administer the necessary remedies or refer the case to the University's Disciplinary Committee for more extensive investigation and a judicial hearing. When it is determined that a disciplinary violation has occurred, the committee can recommend remedies ranging from a verbal or written warning to suspension or dismissal from the University. Procedures and policies regarding the administration of disciplinary hearings and associated remedies can be found in the Student Handbook.

**Anti-Hazing Policy**

St. Matthew's University students shall not engage in hazing in any form. Information on any violations of SMUSOM's anti-hazing policy should be reported immediately to the Associate Dean of Student Affairs. Confirmed instances will be subject to disciplinary action which could be as severe as dismissal from the University.

Exhibit I Defendant Official Catalog

# Center for Learning Enhancement

At St. Matthew's University, we are as committed to your dream as you are. Our faculty and staff do everything possible to maximize your opportunity to succeed academically.

To that end, we have developed SMUSOM's Center for Learning Enhancement (CLE). This center is a set of services that is integrated with and integral to the overall program for learning at SMUSOM. The CLE's mission is to assist and encourage medical students to develop their academic and personal skills to foster greater academic success. These goals are accomplished through services of the CLE which include Faculty Reviews and Tutoring, Teaching Assistants, Peer Tutoring, Academic Development Workshops, and our Student Development Course. Qualified counselors also serve as Academic Advisors to offer individual help on request.

## Faculty Reviews and Tutoring

For the Basic Science courses, the faculty offer general review sessions outside of normal class times. These sessions, available to any and all SMUSOM students, review the key points covered in the course.

Basic Science faculty also offer small group tutoring sessions, which provide practice exam questions and other practical techniques including improving students' test-taking skills. Finally, after each exam, faculty schedule one-on-one time to review test questions with students. Students with poor exam results are expected to schedule additional time with faculty to review the areas where the individual student struggled with the material.

The faculty member who teaches the course is the first person to whom a student should turn for help, but other resources are available through the Office of Student Affairs' Center for Learning Enhancement.

## Teaching Assistants

At SMUSOM we recognize the value of peer-assisted learning. Teaching Assistants are upper-semester Basic Science students who have demonstrated an excellent knowledge of course material. They are provided by the University at no cost to the student. They schedule group sessions in which they review practice questions which are provided by professors, as well as other materials to support the student's understanding of course material. They also suggest learning strategies that have worked well for them in a given course.

## Individual Peer Tutors

Students who have excelled in given courses are invited by the University to serve as individual peer tutors. These students are available for individual help in each course. The Office of Student Affairs arranges for tutors on request from students, but fees and meeting schedules are arranged between the tutor and the student. Academic Advisors in the Office of Student Affairs Academic advisors are also available to offer general assistance to students with the following:

- Organization of course materials
- Time management
- How to study for and take multiple choice exams
- Reading for retention
- Stress management strategies
- Listening for Learning: How to maintain good attention in lectures
- Assessment of academic strengths and weaknesses with specific recommendations for remediation as indicated

Students can make an appointment for help in any of these areas, or for personal counseling.

## Student Development Course

St. Matthew's University School of Medicine offers a 5-week course that guides all 1st semester students through skill-building and competency-enhancement practical sessions. This Student Development Course gives each student the basic elements required to be academically and professionally successful. For example, the SDC covers the following important areas:

- Interpersonal communication skills for medical professionals
- Developing Study Skill Competency in Medical Education
- Creating an Effective Study Schedule
- Peer Support & Study Groups
- Note Taking and Concept Mapping
- Examination Strategies & Preparation
- Stress Management & Healthy Living

## Academic Development Workshops

All students interested in improving their academic performance may participate in Academic Development Workshops. These workshops focus on key skills required to be academically and professionally successful, including:

- Developing Study Skill Competency in MedicalEducation
- Peer Support & Study Groups
- Examination Strategies & Preparation
- Creating an Effective Study Schedule
- Note-Taking and Concept Mapping
- Stress Management & Healthy Living

# Student Services

## New Student Orientation

Each new class and all transfer students are scheduled for orientation, course registration, and advising activities just prior to the first day of classes. The Offices of the Associate Dean of Student Affairs and Dean of Basic Sciences collaborate with faculty, staff, and returning students to facilitate the introduction of new students to St. Matthew's administrators, faculty, teaching and learning philosophies, programs, policies, and procedures. Members of the student government introduce new students to life on campus and are available to answer questions about the St. Matthew's experience.

## Academic Assistance, Guidance, and Counseling

The Associate Dean of Student Affairs works closely with the Dean of Basic Sciences as well as with faculty to provide support to students experiencing academic and/or personal difficulties. Short-term counseling, crisis counseling and general counseling relating to academic difficulties is available with the Associate Dean of Student Affairs.

If longer-term counseling and support is required, referrals can be made to professionals in the community. Academic counseling, including test-taking skills, time management skills and study skills can also be initiated. The Associate Dean of Student Affairs also serves as a liaison between the Student Government Association (SGA) and the St. Matthew's University administration.

## Information Technology

St. Matthew's utilizes high-speed networking to aid in the delivery of classroom and study materials. To ensure a smooth user experience, students are required to own laptop or notebook computers during their entire time with SMUSOM.

## Campus Housing

Even though Grand Cayman is a wonderful place to live, moving to a new country can be stressful.

*"Where am I going to live?"* is one of the most frequently asked questions from prospective students. For a smooth transition to the island, St. Matthew's provides living space in the Residence Hall and for all incoming students. Only two miles from the campus on the Seven Mile Beach area, the Residence Hall offers single and double rooms.

Prices include all utilities, high-speed internet connection, cable, and weekly maid service. A refrigerator and microwave are provided in each room and a fully-stocked kitchen and laundry room are available onsite.

The Residence Hall server, linked to the campus, gives you immediate and convenient access to campus resources such as faculty lectures and the virtual library. The dedicated Residence Hall staff is available to you for information twelve hours every day. Located adjacent to a shopping center and a large, U.S. style supermarket, the Hall offers ease of living.

During your first four months on Grand Cayman, you will have time to explore the island, find out where you want to live and prepare to move into your own apartment or remain in the Residence Hall. This will allow you to secure living arrangements with a realistic knowledge of the island. Living in SMUSOM-approved housing is mandatory for the initial semester for all new students for these reasons. Please do not hesitate to contact the Residence Hall Coordinator with any questions or concerns. A Residence Hall Agreement will be sent to all accepted students.

This document includes rules, policies, room options, and a Frequently Asked Questions (FAQ) section. Students are required to submit a U.S. $1,500 room deposit at the same time as their acceptance seat deposit and letter of intent. This room deposit will also serve as a security deposit, which will be returned to the student upon leaving the Hall (assuming there are no damages to the room). Fees are subject to change.

Exhibit I Defendant Official Catalog



**Residence Hall fees per semester are as follows (effective Fall 2019):**

| | |
|---|---|
| **Single Standard Room** (220sqft) | U.S. **$4,950** per semester |
| **Standard Suite** – Single Occupancy | U.S. **$5,690** per person, per semester |
| **Standard Suite** – Double Occupancy | U.S. **$3,430** per person, per semester |
| **Deluxe Suite** – Single Occupancy | U.S. **$6,095** per semester |
| **Deluxe Suite** – Double Occupancy | U.S. **$3,750** per person, per semester |

**Off Campus Housing**

The housing market on Grand Cayman is strong and presents many opportunities for student tenants to find homes. Most rental units come furnished (i.e., stocked with standard hard and soft furnishings, such as beds, tables, appliances, couches, window dressings, etc.) or fully furnished (i.e., everything but your own clothes and personal belongings is included). Utility costs (e.g., for electricity, water, etc.) are expensive compared to U.S. standards. Rental rates are generally highest in the Seven Mile Beach, George Town and South Sound areas. Security deposits are common and usually equal one month's rent, so be sure to figure this into your budget.

Housing can become somewhat more difficult to find if you have young children or pets living with you or if you prefer to smoke inside. Landlords and property managers have the right to refuse to rent to you for these reasons. Fortunately, off-campus housing advice and support is available to all St. Matthew's University students.

**Recreation**

Numerous recreational and sporting opportunities are available for St. Matthew's students. SMUSOM has corporate memberships at local gyms that students may access. Seven Mile Beach is only steps away from the campus and several golf courses, cycling and running areas are nearby. Many local sports leagues are open to students. Significant discounts are often available for SMUSOM students on recreational activities, dining, and shopping.

# Health and Immunization Information

### Health Certification Requirements

Students are required to provide medical certificate(s) stating their test results for TB and HIV and to provide proof of immunization for MMR and Hepatitis B. Students need to start the Hepatitis B series of vaccines prior to arriving. They can finish the series at the local clinic on the island.

### Health Services

There are three modern hospitals in Grand Cayman that provide affordable basic health care services. All students are required to maintain a health insurance policy.

### Insurance

All students are enrolled in the St. Matthew's University group health insurance policy. If a student is covered by a health insurance policy that covers them outside their country of citizenship, and provides reparation and medical evacuation, they may opt out of the group plan.

To opt out, they must contact Student Insurance two calendar weeks before the first day of class. For an info packet or to opt out of the group plan, contact:

*Student Insurance*
*800-498-9700/Fax 800-565-7177*
*studenthealth@stmatthews.edu*

Exhibit I Defendant Official Catalog

027

# STUDENT GOVERNMENT & ORGANIZATIONS

**Student Government Association (SGA)**

Once every semester, each class of medical students elects Student Government representatives. The Student Government communicates student body concerns and consults with the Office of Student Affairs on matters related to student life at SMUSOM. The SGA also nominates students to represent the student body on select university committees. Students are encouraged to address any concerns they might have to their elected representatives or to the SGA executive members.

**Circle K International (CKI)**

Circle K International (CKI) is an international collegiate service organization that is a sponsored leadership program of Kiwanis International. It promotes service, leadership and fellowship. With over 13,250 members worldwide, it is the largest collegiate service organization of its kind in the world. Here at St. Matthew's University, our service projects range from assisting the elderly and disabled to working with children in the local hospitals and pediatric wards.

**American Medical Student Association (AMSA)**

The American Medical Student Association (AMSA) is the oldest and largest independent association of physicians-intraining in the United States. For more than 58 years, AMSA has provided students with experience in areas of medicine not covered under the traditional curriculum. This includes technical, hands-on training in pertinent skills that will be necessary for students when they enter clinical rotations. We also work with the community to promote public awareness and improve public health.

AMSA is a student-governed, national organization committed to representing the concerns of physicians-intraining.

With a membership of more than 68,000 medical and pre-medical students, interns, residents, and practicing physicians from across the country, AMSA continues its commitment to improving medical training and the nation's health.

**Indian Student Association**

The Indian Student Association is an organization dedicated to preserving and promoting the diversity and uniqueness of the Indian culture through various activities, community services, and educational programs to Indian and Non-Indian students in the SMUSOM community and neighboring areas. Not only will ISA strive to preserve and promote the Indian culture but will also help new students enrolling at SMUSOM adjust and adapt to SMUSOM and their new home.

**Muslim Student Association**

The Muslim Student Association (MSA) works to promote a unified group of Muslim and non-Muslim students by educating the surrounding community about Islam, faith and medical practice. The MSA strives to offer support and aid to all new students at SMUSOM through sharing learning strategies and specific course tactics. In conjunction with Cayman service groups, the MSA volunteers in the community to provide service to those in needs through hosting events and educational programs.

**Research Organization**

The Research Organization of St. Matthew's University School of Medicine encourages students to participate in research by working independently and with colleagues and faculty. Our annual Research Day showcases student research posters, displaying and discussing their studies to the entire campus community. We are also interested in helping physicians on the island and around the world conduct their research by volunteering in community events. The Research Organization emphasizes and fosters leadership, the importance of research and evidence based medicine, and the foundation of life long learning for future physicians.

**Canada Key**

Canada Key at St. Matthew's University is a non denominational, voluntary organization founded on the core values of Integrity, Excellence, Life-long Learning and Support & Community Service. Canada Key aims to provide a forum to facilitate dialogue, networking, exploring and sharing topical information about common medical career and related goals. Canada Key members are individuals interested in learning about options to further their medical training in Canada or in the USA (as Canadian nationals) or whose interests are aligned to matters pertaining to

medical education and practice in Canada. Canada Key differentiates itself by taking a 4 quadrant holistic approach to self and-professional development.
Canada Key's value-add is to help each member identify and develop a customized 'Key' -- a set of milestones to be achieved in each sphere of life: Personal, Professional, Academic and Community Service.

**Emergency Medicine Interest Group (EMIG)**

The mission of the student run Emergency Medicine Interest Group (EMIG) is to bring awareness to the specialty of Emergency Medicine. Membership will provide students an opportunity to acquire the judgment and confidence necessary to become competent physicians through the development and advancement of relevant clinical skills.

Through EMIG organized events and actives, students gain knowledge of the specialty. They will be provided an opportunity to participate in "hands on" clinical skills labs and workshops led by practicing US Emergency Medicine faculty physicians and SMUSOM faculty.

Club meetings allow students to learn about the multifaceted aspects of emergency medicine, with topics ranging from current health care issues and trends to suturing methods, IV placement, EKG, airway management and more. Our goal is to introduce Emergency Medicine as a potential career path and build a greater, more confident future physician.

*P.O. Box 30992*
*Grand Cayman KY1-1204*
*CAYMAN ISLANDS*
*345-945-3199*
*Fax: 345-945-3130*
*ADMINISTRATIVE OFFICES*
*12124 High Tech Avenue, Suite 290*
*Orlando, FL 32817*
*407-488-1700*
*Fax: 407-488-1702*

**Diversity & Opportunity**

It is the policy of St. Matthew's University School of Medicine that there shall be no discrimination against persons because of race, religion, age, creed, color, gender, disability, sexual orientation, national origin, marital status, veteran status, or political belief or affiliation, and that equal opportunity shall be available for all. St. Matthew's University is pleased and proud to have a remarkably diverse student body.

**Disclaimer**

The information in this catalog is subject to change. Such changes may be without notice. Potential students should not consider this catalog to represent a contract between St. Matthew's University and an entering student. Tuition, fees and other expenses are listed in US dollars, unless otherwise noted. The university disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of the catalog.



Exhibit I Defendant Official Catalog

028



**ST. MATTHEW'S
UNIVERSITY**

**For more information**

**Campus**
P.O. Box 30992
Grand Cayman KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

**Administrative Offices**
12124 High Tech Avenue
Suite 290, Orlando, FL 32817
800-498-9700
Fax 407-488-1702/800-565-7177

Exhibit I Defendant Official Catalog                    029

# Frequently asked questions

## Learn about life at St Matthew's University School of Medicine

## What makes St. Matthew's University unique among Caribbean medicine schools?

St. Matthew's School of Medicine offers quality education with unmatched student support services on a beautiful, safe, modern island. We maintain small class sizes that have a maximum of 50 students and have the lowest tuition of any similarly recognized Caribbean medical school.

Our Basic Science campus is on Grand Cayman which is only an hour flight from Miami. Students spend five semesters on the island completing Basic Science classes with highly credentialed and experienced faculty. Our small class sizes and dedicated faculty ensure that our students receive an unprecedented level of support.

Inquire today     Apply Now

Course   Admissions

Our state-of-the-art campus is located on Grand Cayman, which boasts one of the highest per capita incomes in the world. The island is modern and has an economy similar of that of the U.S. which allows students to easily assimilate into the lifestyle of the island. Grand Cayman has one of the lowest crime rates of any country in the Caribbean, and the local residents are hospitable and inviting.

St. Matthew's University is just steps away from the famous Seven Mile Beach. Students can literally walk out of their class for a quick swim, snorkel, sunset volleyball game, or even to study on the beach.

## Are St. Matthew's University graduates easily able to obtain residency positions and practice medicine in the United States?

Yes. St. Matthew's University graduates are eligible to practice medicine in the United States once they pass the requisite licensing examinations. More than a thousand of our graduates are licensed and practicing or in residency in the United States.

## How is St Matthew's University accredited?

The accrediting body for St Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM). The United States Department of Education recognizes the ACCM as using accrediting standards similar to the accrediting body for medical schools in the United States.

St. Matthew's University is one of only a small number of non-U.S. medical schools to be approved in both New York and Florida. The Government of the Cayman Islands, British West Indies has fully chartered St. Matthew's University.

# FAQs about Academics and Curriculum

Can you explain your semester/program breakdown?

What is the USMLE pass rate?

Does St. Matthew's University have shelf exams?

As a Canadian St. Matthew's University graduate, will I be allowed to practice or conduct residency in Canada?

Where are the clinical clerkship sites?



Class size

What is the student to teacher ratio at St. Matthew's University School of Medicine?

Is there a specialty focus at St. Matthew's?

Is there research conducted on the St. Matthew's University campus?

What tests will I need to take to get licensed in the U.S.?

**In order to be licensed and practice medicine in the United States, the Educational Commission for Foreign Medical Graduates (ECFMG) requires students to take and pass the United States Medical Licensing Examination (USMLE).**

St. Matthew's University students and graduates are eligible to sit for these exams. The USMLE has three steps, two of which are taken by students while in medical school. Students must take and pass USMLE Step 1 prior to beginning the Clinical Sciences curriculum. USMLE Step 2 Clinical Skills (Step 2 CS) and Step 2 Clinical Knowledge (Step 2 CK) are taken prior to graduation. Step 3 of the USMLE, the final step for licensing, is taken after graduation, during, or at the conclusion of residency training.

## FAQs About Admissions

Can I transfer to St. Matthew's University from another medical program?

What is your MCAT Policy?

How many times may students take the MCAT exam?

Is there an application deadline?

How long does it take to process an application?

How can I find out my application status?

May I still apply if I am missing coursework?

Does it matter where I take my undergraduate courses?

Do you have a supplemental application process, such as through AMCAS?

Do I need a Bachelor's degree to apply?

What is the Admission Committee looking for in letters of recommendation?

Does an advisor have to write a letter of recommendation?

Do you accept applicants over 30 years of age?

Who is interviewed?

Are scholarships available?

# FAQs About Life at St. Matthew's University

What Student support services exist on the Grand Cayman campus?

What is the make up of your student body?

What about schooling for my child(ren)?

What about taking my family or a companion to The Cayman Islands?

What must I do to bring a pet with me to The Cayman Islands?

How is housing arranged for incoming students?

How is apartment living in The Cayman Islands?

Is it easy to travel to and from The Cayman Islands?

What language is spoken on The Cayman Islands?

What is the weather like on The Cayman Islands?

What is the accepted currency in The Cayman Islands?

What banking services are available?

Are there ATMs?

What kind of transportation is available on The Cayman Islands?

Can I bring any meat (including seafood) to the Cayman Islands?

What do our students say about us?

## Follow us

▶

## Contact us

U.S. Admissions Office Address
12124 High Tech Ave. Ste. 290,
Orlando, FL 32817

EMAIL:
admissions@stmatthews.edu

SMS: +1 (857) 341-1470

PHONE: +1 800 498 9700

Grand Cayman Campus Address
Lime Tree Bay Ave, West Bay,
Cayman Islands

## St. Matthew's University

COVID-19

News

Employment

Downloads

Contact us

Sitemap

Student consumer information

Privacy Policy

© 2022 St. Matthews University School of Medicine. All rights reserved.



# Financials

## Fees, scholarships, loans, refund policy and more

# Tuition and Fees

## Tuition and fees are billed on a semester basis for students in Basic Sciences and in Clinical Sciences.

Tuition and fees for students in Basic Sciences are due upon registration but no later than fifteen days prior to the first day of classes. Non-payment by the first day of classes may result in registration being canceled.

Tuition and fees are subject to change. Students with an outstanding balance are not eligible to register for the next semester without clearing up that outstanding balance to the satisfaction of the Financial Office. For students in both Basic Sciences and Clinical Sciences, a U.S. $100 late fee will be assessed if tuition and fees are not paid for on time.

## Clinical Sciences

Tuition and fees for students in Clinical Sciences are due prior to registration and at least one month prior to the commencement of the semester and/or clinical rotation. Tuition and fees are charged for all clinical rotations. Students in Clinical Sciences will be billed for an entire semester regardless of the starting date as long as the student is anticipated to be in rotations.

Additional charges may be due during fourth year if students choose elective rotations with costs exceeding the standard St. Matthew's University subsidy rate. Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).

## Effective for matriculants on or after the September 2021 Semester

| | |
|---|---|
| MD Program Basic Science Tuition per Semester (Semesters 1-5): | $16,302 |
| Administrative Fee (Semesters 1-5): | $5,220 |
| MD Program Clinical Medicine Tuition per Semester (Semesters 6-10): | $21,856 |
| Administrative Fee (Semesters 6-10): | $3,594 |
| Malpractice Insurance (Semesters 6-10): | $260 |
| Student Health Insurance per Semester | $653 |
| Part-Time Tuition per Credit Hour | $742 |
| Part-Time Administrative Fee per Credit Hour | $238 |
| Transcript Request | $10 |
| Letter of Reference - first 3 free, thereafter | $10 |
| Document copies up to 15 pgs (Over 15 pgs., $1 per page) | $15 |
| Leave of Absence Fee | $500 |
| Graduation Fee | $500 |
| Background Check Fee (Depending on the required extent of search) | $50-$250 |
| Late Registration Fee | $250 |
| Late Payment Fee | $100 |
| Returned Check Fee | $35 |
| Non-Refundable Application Fee | $75 |
| Cayman Entry Fee** | $113 |
| Seat Deposit | $500 |

## Effective for matriculants on or before the May 2021 Semester

| | |
|---|---|
| Tuition per semester - Basic Sciences | $18,325 |
| Tuition per semester - Clinical Sciences | $23,250 |
| Part-Time Tuition per Credit Hour | $915 |
| Malpractice Insurance (Semesters 6-10): | $260 |
| | |

| | |
|---|---|
| Health Insurance per Semester | $653 |
| Transcript Request | $10 |
| Letter of Reference - first 3 free, thereafter | $10 |
| Document copies up to 15 pgs (Over 15 pgs., $1 per page) | $15 |
| Recreation Fee (Cayman Only) | $35 |
| National Board Fee | $500 |
| Leave of Absence Fee | $500 |
| Graduation Fee | $500 |
| Background Check Fee (Depending on the required extent of search) | $50-$250 |
| Late Registration Fee | $250 |
| Lab Fees | $150-$250 |
| White Coat Ceremony Fee | $60 |
| Late Payment Fee | $100 |
| Returned Check Fee | $35 |
| Information Technology Fee* (per semester) | $100 |
| Administrative Fee (Per semester) | $175 |
| Non-Refundable Application Fee | $75 |
| Cayman Entry Fee** | $113 |
| Seat Deposit | $500 |
| Review Materials (Fifth Semester) | $935 |

**\*** Laptops are required for all students
**\*\*** *Cayman Island Government Fee*

The tuition and fees listed above apply, on the one hand, to matriculants on or before the May 2021 semester and, on the other hand, to matriculants on or after the September 2021 semester as the case may be. St. Matthew's University School of Medicine Board of Trustees reserves the right to change tuition and fees or to establish additional fees or charges whenever in their opinion such action is deemed necessary.

# Scholarships



## U.S. Hispanic Scholarship

ST.MATTHEW'S
UNIVERSITY

**Canadian Scholarship Programs**

ABOUT    MD PROGRAM    STUDENT EXPERIENCE    ADMISSIONS

NEWS    EVENTS    COVID-19    CONTACT US

Inquire today    Apply Now

Program    Admissions    FAQ

**Forms and deadlines**

**Scholarship recipients**

# Financial Aid – Loans

## U.S. Loans

## Types of Aid

St. Matthew University School of Medicine's M.D. program has been approved to participate in the William D. Ford Federal Direct Unsubsidized Stafford and Grad PLUS Loan programs which are both administered by the U.S. Department of Education.

Additional information regarding these loan programs is available through the U.S. Department of Education website at www.studentaid.gov.[1]

> **How to Apply – School of Medicine**

> **Determining Your Eligibility**

> **Federal Direct Unsubsidized Stafford Loan**

## This is a non-need based loan in which the student is responsible for the interest during all periods including times of enrollment and grace and deferment periods.

You may decline all or a portion of the loan that is offered on the award letter. A student must notify the Office of Financial Aid in writing of any requests to decline this loan.

1. **Maximum annual loan amount:** $20,500

2. **Fees:** An origination fee of 1.057% will be deducted at the time of each disbursement.

3. **Interest rate:** All loans first disbursed after July 1, 2022 have a fixed interest rate of 6.54%. You may choose to pay the interest while you are in school. If you choose not to pay the interest while you are enrolled, it will be added to the unpaid principal amount of your loan (called capitalization).

4. **Grace period:** There is a six month grace period following graduation, withdrawal, or drop below a half-time enrollment status. Principal payments may be deferred during the grace period.

5. **Repayment:** Repayment of both the principal and interest will begin six months after graduation, withdrawal, or an enrollment status of less than half-time. There are several repayment plans available such as Standard, Graduated, Extended and Income-Based Repayment. Additional information on each plan, as well as loan consolidation and sample repayment charts, may be found on the U.S. Department of Education's website at www.studentaid.gov.

6. **Aggregate Loan Limit:** $138,500, of which no more than $65,500 may be in Federal Subsidized Stafford Loan funds. This aggregate limit includes all federal loans received for undergraduate study.

7. **Requirements:**

- ○ **Entrance Counseling and Master Promissory Note (MPN):** All first time borrowers must complete the Federal Direct Stafford Loan Entrance Counseling and MPN before any funds may be disbursed to your student account. These requirements may be completed online at www.studentaid.gov. You will need your four digit Federal PIN to log on.

- ○ **Exit Counseling:** Students who graduate, withdraw or drop below a half-time enrollment status are required to complete an exit interview. This counseling reviews your rights and responsibilities as a Federal Direct Stafford Loan borrower, as well as, the repayment, deferment, forbearance, and consolidation options available. You may complete this requirement via the U.S. Department of Education's website at www.studentaid.gov.

**This is a loan available to students enrolled in a graduate program of study to assist in paying for educational expenses.**

1. **Eligibility:** In addition to the general eligibility requirements above Grad PLUS Loan eligibility requirements include:

   - Meet the general Federal financial aid eligibility requirements
   - Complete the FAFSA
   - Not have adverse credit history (more information may be found on this at www.studentaid.gov)

2. **How to apply:** Complete the online application at www.studentaid.gov.

3. **Maximum annual loan amount:** Cost of attendance minus other financial aid.

4. **Fees:** An origination fee of 4.228% will be deducted at the time of each disbursement.

5. **Interest rate:** All loans first disbursed after July 1, 2022 have a fixed interest rate of 7.54% which will begin accruing from the first date of disbursement.

6. **Repayment:** Loan is placed in a deferment status while enrolled at least half-time and for an additional six months after you cease to be enrolled at least half-time. You are responsible for the interest during your periods of enrollment, grace and deferment. Several repayment plans are available and you may learn more about these, as well as repayment charts, online at www.studentaid.gov.

7. **Requirements:**

   - **Entrance Counseling and Master Promissory Note (MPN):** All first time borrowers must complete the Federal Direct Grad PLUS Loan Entrance Counseling and MPN before any funds may be disbursed to your student account. These requirements may be completed online at www.studentaid.gov. You will need your four-digit Federal PIN to log on.
   - **Exit Counseling:** Students who graduate, withdraw or drop below a half-time enrollment status are required to complete an exit interview. This counseling reviews your rights and responsibilities as a Federal Direct Grad PLUS Loan borrower, as well as, the repayment, deferment, forbearance and consolidation options available. You may complete this requirement via the U.S. Department of Education's website at www.studentaid.gov.

## Disbursements

Most awards are disbursed in equal amounts each semester and are applied directly to the student's account. Disbursements are made once all required paperwork for the loan(s) has been completed and semester enrollment confirmed.

Any loan funds St. Matthew's University receives in excess of the allowable semester charges will be refunded to the student via a check.

# Refund policy

**All refunds will be made within thirty (30) days of the withdrawal date. Before any refund can be initiated, a withdrawal form must be completed and submitted to the Dean of Basic Science.**

Basic Science tuition will be refunded according to the following schedule*:

| | |
|---|---|
| Prior to the first day of the semester | 100% |
| During the first week of the semester | 93% |
| During the second week of the semester | 87% |
| During the third week of the semester | 80% |
| During the fourth week of the semester | No refund |

Any student withdrawing from a clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation.

Any new applicant to St. Matthew's University requesting withdrawal within three days of payment of the seat deposit to St. Matthew's shall receive a full refund of all tuition and fees paid.

**\*** All fees, including the first semester seat deposit fee of $500.00 and the $75.00 application fee, are excluded from this refund policy and are not refundable after the first three days' exemption as previously described.

## Other Charges

Students attending Basic Sciences in Grand Cayman will be billed monthly for miscellaneous charges. Payment is due upon receipt of these invoices. Non-payment of accounts will result in the loss of credit privileges on campus.

## Follow us

▶

## Contact us

U.S. Admissions Office Address
12124 High Tech Ave. Ste. 290,
Orlando, FL 32817

EMAIL: admissions@stmatthews.edu

SMS: +1 (857) 341-1470

PHONE: +1 800 498 9700

Grand Cayman Campus Address
Lime Tree Bay Ave, West Bay,
Cayman Islands

## St. Matthew's University

COVID-19

News

Employment

Downloads

Contact us

Sitemap

Student consumer information

Privacy Policy

© 2022 St. Matthews University School of Medicine. All rights reserved.



**Terrence Reid**
Jun 8 (Edited Jun 8)

⋮

Step 2 CK Certification Process

Students are required to pass the NBME CCSE as defined by the university. Currently, the passing score for the NBME CCSE is 220. NBME CCSE scores remain predictive/valid for 75 days.

After passing the NBME CCSE, students are required to pass the NBME CCSSA as defined by the university. Currently, the passing score for the NBME CCSSA is 250 or higher. The school's certification committee will determine the appropriate NBME CCSSA version (7,8, or 6) that a student will take. NBME CCSSA scores remain predictive/valid for 30 days.

The purpose for the NBME CCSSA is to confirm that students' knowledge is staying current and that they are indeed still ready for CK.

After successfully passing the NBME CCSE and NBME CCSSA, a portfolio containing Basic Science exam scores and GPA, Step 1 score(s) and Clinical Science exam scores will be forwarded to the school's certification committee for consideration of Step 2 CK certification.

Dr. Reid



**Terrence Reid**
Aug 31

⋮

Dear Clinical Students,

Effective 08/31/2020, the NBME Comprehensive Clinical Science Exam (CCSE) passing score has been increased from 220 to 222. "The new CCSE score applies to any student who has not been approved to take Step 2CK".

Sincere regards,

Dr. Reid, Ed.D.



# Statement

| | |
|---|---|
| **Date** | 5/2/2022 |
| **Amount Due** | $0.00 |

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

**Bill To**

c/o Becky Gegas
Danielle Gegas
941 Clan Ct.
Worthington OH 43085
United States

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 5/1/2009 | Balance Forward | | | | | 0.00 |
| 11/18/2017 | Payment #28409985734 | Seat Deposit | 4591 | | 500.00 | (500.00) |
| 11/24/2017 | Payment #28409985856 | Room Deposit | 4591 | | 1,000.00 | (1,500.00) |
| 11/27/2017 | Invoice #SMC57292IN | Transfer Payment to Housing | | 1,000.00 | | (500.00) |
| 1/1/2018 | Invoice #SMC57433IN | BS1-Basic Science Tuition and Fees-Spring 2018 | | 14,178.00 | | 13,678.00 |
| 1/11/2018 | Payment #28409987087 | EdMed Disb Jan 2018 (EdMed 011118) | EdMed 0... | | 20,000.00 | (6,322.00) |
| 1/11/2018 | Student Refund #8715 | EdMed Disb Jan 2018 (EdMed 011118) | | 6,322.00 | | 0.00 |
| 1/30/2018 | Payment #28409987821 | Residence Payment | 4591 | | 4,800.00 | (4,800.00) |
| 1/31/2018 | Invoice #SMC57766IN | Transfer Payment to Housing | | 4,800.00 | | 0.00 |
| 3/26/2018 | Invoice #SMC58207IN | BS2-Basic Science Tuition and Fees-Spring 2018 | | 13,928.00 | | 13,928.00 |
| 3/26/2018 | Credit Memo #SMC13352C... | BS1-Basic Science Tuition and Fees-Spring 2018 | | | 14,178.00 | (250.00) |
| 5/1/2018 | Invoice #SMC57928IN | BS3- Basic Science Tuition and Fees-Summer 2018 | | 13,805.00 | | 13,555.00 |
| 5/10/2018 | Payment #28409990823 | EdMed Disb May 2018 (EdMed 051018) | EdMed 0... | | 20,000.00 | (6,445.00) |
| 5/10/2018 | Student Refund #8737 | EdMed Disb May 2018 (EdMed 051018) | | 6,445.00 | | 0.00 |
| 6/30/2018 | Credit Memo #SMC13534C... | TA Hours - 2 Hours - Genetics - June 2018 | | | 20.00 | (20.00) |
| 6/30/2018 | Credit Memo #SMC13532C... | TA Hours - 1 Hours - Physiology - June 2018 | | | 10.00 | (30.00) |
| 6/30/2018 | Credit Memo #SMC13535C... | TA Hours - 1 Hours - EBM - June 2018 | | | 10.00 | (40.00) |
| 6/30/2018 | Credit Memo #SMC13533C... | TA Hours - 1 Hours - Genetics - May 2018 | | | 10.00 | (50.00) |
| 6/30/2018 | Credit Memo #SMC13531C... | TA Hours - 1 Hours - Physiology - May 2018 | | | 10.00 | (60.00) |
| 9/1/2018 | Invoice #SMC58962IN | BS4-Basic Science Tuition and Fees-Fall 2018 | | 14,888.00 | | 14,828.00 |
| 9/25/2018 | Credit Memo #SMC13705C... | TA Hours - 1 Hours - EBM - July 2018 | | | 10.00 | 14,818.00 |
| 9/25/2018 | Credit Memo #SMC13706C... | TA Hours - 1 Hours - Genetics - July 2018 | | | 10.00 | 14,808.00 |
| 9/25/2018 | Credit Memo #SMC13704C... | TA Hours - 1 Hours - Physio - July 2018 | | | 10.00 | 14,798.00 |
| 9/25/2018 | Credit Memo #SMC13707C... | TA Hours - 1 Hours - Physio - Aug 2018 | | | 10.00 | 14,788.00 |
| 9/28/2018 | Payment #284099925931 | Federal Direct UNSUB | US092818 | | 10,141.00 | 4,647.00 |
| 10/10/2018 | Payment #284099926192 | Federal Direct GPLUS | GP101018 | | 14,733.00 | (10,086.0... |
| 10/16/2018 | Student Refund #1019 | Federal Direct GPLUS | | 10,086.00 | | 0.00 |
| 11/29/2018 | Payment #284099927964 | Federal Direct GPLUS | GP112918 | | 32.00 | (32.00) |
| 12/10/2018 | Student Refund #1097 | Federal Direct GPLUS | | 32.00 | | 0.00 |
| 1/1/2019 | Invoice #SMC59905IN | BS5-Basic Science Tuition and Fees-Spring 2019 | | 15,823.00 | | 15,823.00 |
| 2/6/2019 | Payment #284099929833 | Federal Direct UNSUB | US020619 | | 10,141.00 | 5,682.00 |



# Statement

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|------|-------------|------|----------|--------|---------|---------|
| 2/6/2019 | Payment #284099929834 | Federal Direct GPLUS | GP020619 | | 14,765.00 | (9,083.00) |
| 2/12/2019 | Student Refund #1134 | Federal Direct GPLUS | | 9,083.00 | | 0.00 |
| 5/1/2019 | Invoice #SMC60862IN | National Board  Fees-Summer 2019 | | 500.00 | | 500.00 |
| 5/1/2019 | Invoice #SMC60955IN | Student Health Insurance Summer 2019 | | 653.00 | | 1,153.00 |
| 7/26/2019 | Payment #284099935455 | Tuition | 4591 | | 1,153.00 | 0.00 |
| 9/1/2019 | Invoice #SMC62300IN | Student Health Insurance Fall 2019 | | 653.00 | | 653.00 |
| 9/1/2019 | Invoice #SMC62221IN | CS1 (6th Sem)-Clinical Science Tuition and Fees-Fall 2019 | | 19,835.00 | | 20,488.00 |
| 10/23/2019 | Payment #284099938260 | Federal Direct UNSUB | US102319 | | 5,071.00 | 15,417.00 |
| 10/23/2019 | Payment #284099938259 | Federal Direct GPLUS | GP102319 | | 10,196.00 | 5,221.00 |
| 11/1/2019 | Payment #284099938753 | Federal Direct UNSUB | US110119 | | 5,071.00 | 150.00 |
| 11/1/2019 | Payment #284099938752 | Federal Direct GPLUS | GP110119 | | 10,196.00 | (10,046.0... |
| 11/7/2019 | Student Refund #1455 | Federal Direct GPLUS | | 10,046.00 | | 0.00 |
| 1/1/2020 | Invoice #SMC63377IN | CS2 (7th sem)-Clinical Science Tuition and Fees-Spring 2020 | | 19,835.00 | | 19,835.00 |
| 1/1/2020 | Invoice #SMC63461IN | Student Health Insurance Spring 2020 | | 653.00 | | 20,488.00 |
| 1/20/2020 | Invoice #SMC64098IN | Spring 2020-Family Practice Elective from 2020-03-30 to 2020-05-08-Mt. Sinai Hospital Medical Center-IL | | 1,842.00 | | 22,330.00 |
| 2/12/2020 | Payment #284099941856 | Federal Direct GPLUS | GP021220 | | 10,196.00 | 12,134.00 |
| 2/12/2020 | Payment #284099941857 | Federal Direct UNSUB | US021220 | | 5,071.00 | 7,063.00 |
| 2/27/2020 | Payment #284099942558 | Federal Direct GPLUS | GP022720 | | 10,196.00 | (3,133.00) |
| 2/27/2020 | Payment #284099942559 | Federal Direct UNSUB | US022720 | | 5,071.00 | (8,204.00) |
| 3/3/2020 | Student Refund #1594 | Federal Direct GPLUS | | 8,204.00 | | 0.00 |
| 4/10/2020 | Credit Memo #SMC14688C... | DROPPED-Spring 2020-Family Practice Elective from 2020-03-30 to 2020-05-08-Mt. Sinai Hospital Medical Center-IL | | | 1,842.00 | (1,842.00) |
| 4/14/2020 | Invoice #SMC65014IN | Spring 2020-ICMI Elective from 2020-04-06 to 2020-05-01-COVID19 | | 200.00 | | (1,642.00) |
| 4/28/2020 | Payment #284099943891 | Tuition | 4591 | | 200.00 | (1,842.00) |
| 5/1/2020 | Invoice #SMC64513IN | CS2R (7th sem)-Clinical Science Fees-Summer 2020 | | 435.00 | | (1,407.00) |
| 5/1/2020 | Invoice #SMC64600IN | Student Health Insurance Summer 2020 | | 653.00 | | (754.00) |
| 5/11/2020 | Credit Memo #SMC14850C... | DROPPED-Spring 2020-ICMI Elective from 2020-04-06 to 2020-05-01-COVID19 | | | 200.00 | (954.00) |
| 6/30/2020 | Invoice #SMC66131IN | Summer 2020-Preparing for Modern Clinical Practice from 2020-06-15 to 2020-06-26-COVID19-Salter, David | | 100.00 | | (854.00) |
| 6/30/2020 | Invoice #SMC66099IN | CS3 (8th sem)-Clinical Science Tuition and Fees-Summer 2020 | | 19,835.00 | | 18,981.00 |
| 6/30/2020 | Credit Memo #SMC14983C... | CS2R (7th sem)-Clinical Science Fees-Summer 2020 | | | 435.00 | 18,546.00 |
| 7/16/2020 | Payment #284099946270 | Federal Direct UNSUB | US071620 | | 5,071.00 | 13,475.00 |
| 7/16/2020 | Payment #284099946271 | Federal Direct UNSUB | US071620 | | 5,071.00 | 8,404.00 |
| 7/31/2020 | Invoice #SMC66251IN | Summer 2020-Anesthesia Elective from 2020-08-03 to 2020-08-28-Jackson Park Hospital, Chicago, IL | | 300.00 | | 8,704.00 |
| 8/5/2020 | Payment #284099947034 | Federal Direct GPLUS | GP080520 | | 11,403.00 | (2,699.00) |
| 8/5/2020 | Payment #284099947035 | Federal Direct GPLUS | GP080520 | | 11,403.00 | (14,102.0... |
| 8/11/2020 | Student Refund #1918 | Federal Direct GPLUS | | 1,310.00 | | (12,792.0... |
| 8/11/2020 | Student Refund #1919 | Federal Direct GPLUS | | 11,403.00 | | (1,389.00) |



# Statement

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|------|-------------|------|----------|--------|---------|---------|
| 9/1/2020 | Invoice #SMC66101IN | Student Health Insurance Fall 2020 | | 653.00 | | (736.00) |
| 9/1/2020 | Invoice #SMC66100IN | CS4 (9th sem)-Clinical Science Tuition and Fees-Fall 2020 | | 21,085.00 | | 20,349.00 |
| 10/22/2020 | Payment #284099949583 | Federal Direct GPLUS | GP102220 | | 11,109.00 | 9,240.00 |
| 10/22/2020 | Payment #284099949584 | Federal Direct GPLUS | GP102220 | | 11,108.00 | (1,868.00) |
| 10/29/2020 | Student Refund #1988 | Federal Direct GPLUS | | 479.00 | | (1,389.00) |
| 11/5/2020 | Payment #284099950133 | Federal Direct UNSUB | US110520 | | 5,071.00 | (6,460.00) |
| 11/5/2020 | Payment #284099950132 | Federal Direct UNSUB | US110520 | | 5,071.00 | (11,531.0... |
| 11/10/2020 | Student Refund #2100 | Federal Direct UNSUB | | 5,071.00 | | (6,460.00) |
| 11/10/2020 | Student Refund #2101 | Federal Direct UNSUB | | 5,071.00 | | (1,389.00) |
| 11/10/2020 | Student Refund #9100 | Student Refund | | 1,389.00 | | 0.00 |
| 1/1/2021 | Invoice #SMC67135IN | CS5 (10th sem)-Clinical Science Tuition and Fees-Spring 2021 | | 21,085.00 | | 21,085.00 |
| 1/1/2021 | Invoice #SMC67225IN | Student Health Insurance Spring 2021 | | 653.00 | | 21,738.00 |
| 1/22/2021 | Invoice #SMC67857IN | CCE (SHELF EXAM) 2/20/21 - 3/5/21. | | 100.00 | | 21,838.00 |
| 1/26/2021 | Invoice #SMC67903IN | Spring 2021-Family Practice Elective from 2021-01-04 to 2021-02-12-AdventHealth Orlando Florida Hospital-Torres | | 600.00 | | 22,438.00 |
| 2/25/2021 | Payment #284099953253 | Federal Direct UNSUB | US02252... | | 5,071.00 | 17,367.00 |
| 2/25/2021 | Payment #284099953254 | Federal Direct UNSUB | US02252... | | 5,071.00 | 12,296.00 |
| 3/5/2021 | Payment #284099953669 | Federal Direct GPLUS | GP03052... | | 11,349.00 | 947.00 |
| 3/5/2021 | Payment #284099953670 | Federal Direct GPLUS | GP03052... | | 11,348.00 | (10,401.0... |
| 3/9/2021 | Student Refund #2257 | Federal Direct GPLUS | | 10,401.00 | | 0.00 |
| 5/1/2021 | Invoice #SMC68350IN | CS6 (11th sem)-Clinical Science Fees-Summer 2021 | | 435.00 | | 435.00 |
| 5/1/2021 | Invoice #SMC68478IN | Student Health Insurance Summer 2021 | | 653.00 | | 1,088.00 |
| 5/18/2021 | Payment #284099955784 | Tuition | 0938 | | 1,088.00 | 0.00 |
| 5/26/2021 | Invoice #SMC69120IN | Summer 2021-Neurology Elective from 2021-08-02 to 2021-08-27-AdventHealth Orlando Florida Hospital-Isa | | 200.00 | | 200.00 |
| 6/10/2021 | Payment #284099956439 | Tuition | 0938 | | 200.00 | 0.00 |
| 7/16/2021 | Credit Memo #SMC15936C... | DROPPED Summer 2021-Neurology Elective from 2021-08-02 to 2021-08-27-AdventHealth Orlando Florida Hospital-Isa | | | 200.00 | (200.00) |
| 7/20/2021 | Invoice #SMC69897IN | CCS Exam fee 8/21/21 - 9/3/21 | | 147.00 | | (53.00) |
| 7/23/2021 | Payment #284099958026 | Tuition | 0938 | | 147.00 | (200.00) |
| 7/29/2021 | Invoice #SMC69956IN | Summer 2021-Neurology Electives from 2021-08-23 to 2021-09-17-AdventHealth Orlando Florida Hospital-Esat | | 200.00 | | 0.00 |
| 8/15/2021 | Invoice #SMC70034IN | MSPE Fee | | 25.00 | | 25.00 |
| 8/15/2021 | Payment #284099958685 | MSPE Fee | 8444 | | 25.00 | 0.00 |
| 9/1/2021 | Credit Memo #SMC15996C... | Health Insurance Waiver, Fall '21 | | | 653.00 | (653.00) |
| 9/1/2021 | Invoice #SMC69829IN | CS6+ (11th sem)-Clinical Science Fees-Fall 2021 | | 435.00 | | (218.00) |
| 9/1/2021 | Invoice #SMC69830IN | Student Health Insurance Fall 2021 | | 653.00 | | 435.00 |
| 9/10/2021 | Payment #284099959264 | Tuition | 0938 | | 435.00 | 0.00 |
| 9/15/2021 | Payment #284099959310 | Transcript fee | 8444 | | 10.00 | (10.00) |
| 9/15/2021 | Invoice #SMC69388IN | Transcript Fee (Upload ERAS 12954992) | | 10.00 | | 0.00 |
| 9/22/2021 | Invoice #SMC70303IN | Fall 2021-Neurology Elective from 2021-09-20 to 2021-10-01-AdventHealth Orlando Florida Hospital-Isa | | 100.00 | | 100.00 |



# Statement

St. Matthew's University
12124 High Tech Avenue, Suite 290
Orlando, FL 32817

| Date | Description | Memo | PO/Check | Charge | Payment | Balance |
|------|-------------|------|----------|--------|---------|---------|
| 9/30/2021 | Payment #284099959677 | Tuition | 0938 | | 100.00 | 0.00 |
| 11/10/2021 | Invoice #SMC71090IN | Fall 2021-Family Medicine Acting Internship Electives from 2021-11-29 to 2021-12-24-Ascension St. Vincent‰Û's Hospital, IN | | 0.00 | 0.00 | 0.00 |
| 11/15/2021 | Invoice #SMC71102IN | CCS Exam fee 12/18/21 - 12/31/21 | | 147.00 | | 147.00 |
| 11/23/2021 | Payment #284099961625 | Tuition | 9358 | | 147.00 | 0.00 |
| 4/20/2022 | Payment #284099965442 | Tuition | 9358 | | 147.00 | (147.00) |
| 5/1/2022 | Invoice #SMC71842IN | CCS Exam 05/07/22-05/20/22 | | 147.00 | | 0.00 |
| 5/26/2022 | Invoice #SMC71882IN | CCS Exam 06/25/22-07/08/22 | | 147.00 | 147.00 | 0.00 |
| 8/05/2022 | Invoice #SMC73588IN | CCS Exam 08/13/22-08/26/22 | | 148.00 | 148.00 | 0.00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---------|-----------|------------|------------|--------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |