**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIELLE MARIE GEGAS,

        Plaintiff,

v.                                            Case No.: 6:22-cv-2300-WWB-LHP

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the record. Plaintiff initiated this case on December 9, 2022, (*see* Doc. 1), but has neither paid the filing fee nor moved to proceed in forma pauperis. *See* M.D. Fla. R. 6.03(a). Accordingly, it is **ORDERED** that on or before **April 21, 2023**, Plaintiff shall either (1) file an Affidavit of Indigency or other application to proceed in forma pauperis or (2) pay the full filing fee. The failure to do so may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Orlando, Florida on April 17, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record