UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIELLE MARIE GEGAS,

        Plaintiff,

v.                                                          Case No.: 6:22-cv-2300-WWB-LHP

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Duplicate Case Numbers and Request to Consolidate Cases (Doc. 5). Therein, Plaintiff has informed the Court that this case is duplicative of Case No. 6:22-cv-2299-PGB-EJK, which has been served and is being actively litigated. Plaintiff asks that, as a result, the Court either dismiss this duplicate action or consolidate the proceedings. Having considered Plaintiff's response, the Court finds that dismissal of this later filed action is proper. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on April 24, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record